### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiafan Chen | |
| *Plaintiff,* | **Case No. 1:25-CV-09099** |
| v. | **Motion for Temporary Restraining Order** |
| Partnerships and Unincorporated Associations Identified on Schedule A | |
| *Defendants.* | |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A SEALED TEMPORARY RESTRAINING ORDER INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Jiangchuan LIU ("Plaintiff") seeks entry of an ex parte temporary restraining order, including a temporary injunction against Defendants:

1. **Relief Requested**

   a) enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 35 U.S.C. § 271;

   b) Plaintiff seeks amendment of the TRO to expressly direct **Amazon.com, Inc.,** and other third-party financial service providers to **freeze Defendants' accounts and restrain all funds** related to the infringing activities identified in the TRO; and

   c) Authorize **alternative service** of the TRO and this Addendum on Amazon.com, Inc. eBay.com, Walmart.com, Temu.com, and Shein.com via **email and overnight delivery** to its registered agent.

2. **Grounds for the Motion**

a) Plaintiff has since identified that Defendants' proceeds are maintained and transferred through accounts at:

- **Amazon.com, Inc.** (Seller Central / Amazon Pay)

b) Without freezing these accounts, Defendants may dissipate assets, frustrating the purpose of the TRO and depriving Plaintiff of adequate relief.

3. **Supporting Authority**

Federal courts routinely authorize account freezes under **Federal Rule of Civil Procedure 65(d)** to preserve the status quo and prevent irreparable harm. See, e.g., *Allstar Mktg. Grp., LLC v. 158*, 2010 WL 6259966 (S.D.N.Y. 2010) (authorizing freeze of infringing sellers' PayPal accounts); *Spin Master Ltd. v. 158*, 463 F. Supp. 3d 348 (S.D.N.Y. 2020) (similar).

4. **Conclusion**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the above requested relief and direct Amazon.com, Inc., eBay.com, Walmart.com, Temu.com, Shein.com and the other identified financial institutions to immediately freeze Defendants' accounts and restrain all funds pending further order of this Court.

Dated: November 2, 2025

Respectfully submitted,

/s/ Nitin Kaushik
Nitin Kaushik
1600 Perrineville Rd
Ste 2-400
Monroe Township, NJ 08831
Tel: 908-560-7265
Email: nitin.kaushik@gmail.com
*Counsel for Plaintiff*