AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York    ▼

| | | |
|---|---|---|
| Jiafan Chen | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-09099 |
| PARTNERSHIPS AND UNINCORPORATED ASSO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A        .

Date:    12/25/2025

/s/Lance Liu
*Attorney's signature*

Lance Liu, Esq. and 3002946
*Printed name and bar number*
15 Minuteman Circle
Southbury, CT 06488

*Address*

Lanceliu2000@gmail.com
*E-mail address*

(203) 706-9536
*Telephone number*

*FAX number*