# Lance Y. Liu, Esq.

Lance LIU*, PhD., Esq.
*Licensed in NY & NJ

        Lance Liu, Esq.
        15 Minuteman Circle
        Southbury, CT 06488
        Phone: 203-706-9536
        Email: lanceliu2000@gmail.com
        Date: December 31, 2025

Application denied.

VIA CM/ECF
The Honorable Lewis J. Liman
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15C
500 Pearl Street, Room 1620
New York, NY 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
January 7, 2026

    Re:    Jiafan Chen v. PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, Civil Action No. 1:25-CV-09099

Dear Judge Liman:

    This letter is sent to request the Court's permission to unseal or to file a Motion to Unseal the present case, wherein even the names of the Defendants are under seal.

    Plaintiff sued Defendants on Schedule A who "are believed to be individuals and business entities of unknown makeup who own and/or operate one or more of the e-commerce stores identified on Schedule A," which is undisclosed.

    Plaintiff has sued these undisclosed Defendants for infringement of an undisclosed intellectual property right. Plaintiff listed the nature of suite as 820 Copyright on Civil Coversheet while the Plaintiff's ex parte TRO indicates it is an action arising out of 35 U.S.C. § 271 for patent infringement.

    The undersigned represents four direct competitors of the Plaintiff, Jiafan Chen ("Plaintiff"), who have been in a patent dispute with the Plaintiff on U.S. Design Patent No. D1,083,260 S ("the 'D260 Patent") which claims the following steam cleaner design:



FIG.1

The 'D260 Patent was filed on January 23, 2025 and issued to the Plaintiff on July 8, 2025.

My clients have been selling substantially the same steam cleaner (See Photo below) prior to the filing date of the 'D260 Patent.



Therefore, my clients' prior sale of the steam cleaner renders the 'D260 Patent invalid under 35 U.S.C. Sec. 102/103.

As my clients have a vested interest in the same steam cleaner product and are expected to be on the Defendant list in the still sealed Schedule A, they have the right to request this Court to unseal the present case so that they can properly defend themselves, receive notices and participate in the proceeding in a timely manner.

Unsealing of the case also prevent accidental lockdown of my clients' bank accounts in a sealed ex parte proceeding without notice and the opportunity to present their argument. Moreover, unsealing the present case will make it more transparent and more fair to all parties and stakeholders. Additionally, my clients are here to defend themselves, which is contrary to what Plaintiff has tried to portray them as being prong to running away.

Therefore, Defendants respectfully request the Court to either unseal the case or give Defendants permission to file a Motion to Unseal the present case.

Date: December 31, 2025

Respectfully Submitted

By: /s/ Lance Liu
Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
(203)706-9536
Attorney for Defendants

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

/s/lance liu
BY: Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536
Attorney for Defendants
