# NITIN KAUSHIK
ATTORNEY & COUNSELOR AT LAW

January 20, 2026

<u>Via ECF ONLY</u>

Hon. Ronnie Abrams
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Re: Jiafan Chen*
*v.*
*Partnerships and Unincorporated Associations Identified on Schedule A*

**Case No. 25-CV-9099 (RA)**

Dear Honorable Judge Abrams,

    Plaintiff Jiafan Chen respectfully submits this letter to request leave of Court to file an Amended Verified Complaint addressing the deficiencies identified in the Court's December 29, 2025 Memorandum Opinion and Order.

    Plaintiff acknowledges the Court's finding that the original Complaint did not present sufficient, legible evidentiary material to support the alleged design patent infringement, including the absence of readable visual comparisons and the reliance on an illegible Schedule A. Plaintiff further acknowledges the Court's conclusion that, on the record then before the Court, Plaintiff failed to demonstrate a likelihood of success on the merits necessary to warrant ex parte relief.

    Since the issuance of the Order, Plaintiff has prepared an amended pleading that:

- Includes clear, high-resolution screenshots of each accused product;
- Provides side-by-side visual comparisons between the asserted design patent figures and each accused product to permit application of the ordinary observer test; and
- Aligns each infringement allegation with specific, properly labeled exhibits incorporated directly into the pleading.

    Plaintiff respectfully submits that permitting the filing of an amended complaint will allow the case to proceed on a complete and orderly record consistent with the Court's guidance and Federal Rule of Civil Procedure 15(a)(2). Plaintiff does not seek any immediate relief by this letter and will proceed in accordance with the Court's direction following amendment.

    In addition, consistent with Plaintiff's prior filings, Plaintiff respectfully requests leave to file the Amended Verified Complaint and associated exhibits under seal, or in the alternative with targeted redactions. Plaintiff anticipates that the amended pleading will include sensitive non-public information, including proprietary product

images, confidential investigative materials, and internal enforcement data used to identify infringing listings across multiple online marketplaces. Plaintiff submits that limited sealing or narrowly tailored redactions are appropriate to prevent tipping off defendants prior to service, to avoid facilitating evasion of enforcement efforts, and to protect commercially sensitive information. Plaintiff will submit a formal motion to seal, supported by a particularized showing, should the Court grant leave to amend.

Accordingly, Plaintiff respectfully requests leave to file the amended verified Complaint. Plaintiff does not seek any immediate relief by this letter and will file any further applications, if appropriate, only after the amended pleading is properly on the docket.

Plaintiff is grateful to the Court for its time and consideration.

Respectfully submitted,
/nitin kaushik/
Nitin Kaushik
*Counsel for Plaintiff*