Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 1 of 267



Deliver to
**New York 10010** | Home & Kitchen ▾ | Search Amazon

EN    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

**Amazon Home**    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop YOUR CLEANING
EXPERT

Sponsored

## Consider these alternative items

 Steam Cleaner Handheld, 2500W High Pressure Steamer for Cleaning, Multi-
4.2    422
$29.99

 Steam Cleaner,15s Heat-Up 42.27oz Tank,2500w Handheld Steam Cleaner for
4.4    237
$51.29

2500W Handheld Steam Cleaner,Portable Car Steamer For Auto
4.0    369
$47.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers





Click to see full view

3+

VIDEO

andheld Steam Cleaner
ith Handle Button
ontrol, 2500W High
ressure Steamer for
leaning, 3-Level
djustable, 15s Heat-Up,
.6L Water Tank, Portable
team Cleaning Machine
or Home Car Dirt Grease

Visit the Beolisave Store
(10)

| | |
|---|---|
| **Brand** | Beolisave |
| **Special Feature** | 15 Second Heat-up, 2500w Power, 3-level Adjustable Steam, Multi-purpose Cleaning, Portable Design |
| **Surface Recommendation** | Multiple Surfaces Including Floors, Countertops, Cars, Upholstery |
| **Model Name** | TC-SC-005 |
| **Included Components** | 16pcs Accessories, Steam Cleaner, User Manual |

No featured offers available
Learn more

Deliver to New York 10010

See All Buying Options

Add to List

## About this item

- 【User-Friendly Handle Control】In response to user demand, this steam cleaner is designed with upgraded remote control handle. Say goodbye to bending down or moving from one spot to another to control. You can turn it on/off or adjust the steam output level easily by the handle without interrupting your work. 3-level is adjustable so you can choose the steam output volume to suit your different cleaning needs. The handle control with 3 indicator lights to simplify operation makes it convenient to use in every corner of your home.

- 【High Pressured Steam Cleaning】The steam cleaner heats up quickly in 15 seconds, reaching 221°F/105°C and 3BAR

Case 1:25-cv-09099-BA-BCM   Document 15-3   Filed 01/30/26   Page 2 of 267

high temperature pressured flow of steam with 2500W high power. You no longer have to wait forever to start cleaning. It can remove stubborn dirt and grime on a variety of surfaces effectively that make daily cleaning more easily and create a clean and comfortable home. Despite its powerful performance, this steam cleaner is lightweight and easy to carry around. You can move it from room to room effortlessly.

- 【Practical Versatility Accessories Set】 This set comes with a wealth of accessories that you can choose different brushes according to the cleaning task. Compared with other products, it is equipped with 4.92Ft thickened hose, which is safe and durable. 4.92Ft power cord and extension rod allow you reach farther and deeply clean the crevices and corners and tight spaces. And the thickened gloves have been prepared which protect your hands from burns.

- 【1.6L Large Capacity Tank】 This cleaning steamer is equipped with a 1600mL large capacity tank which allows for longer cleaning sessions without constantly refilling. Your cleaning efficiency is greatly improved by the generous tank capacity. The steam cleaner for car adopts a funnel-shaped water filling port design, which allows you to easily add water by simply lifting the top cover. The pressurized handheld steam cleaner has a convenient drainage hole at the bottom to ensure cleaning efficiency.

- 【Widely Used Various scene】 Handheld steam cleaner is ideal for homes, offices, and vehicles. It excels as a grout steam cleaner for tile floors, a steam cleaner for bathroom, or even a car steam cleaner. Our clean steamer for cleaning is suitable for cleaning stoves, windows, sofas, walls, microwaves, washing machines, refrigerators, kitchens, living rooms, barbecues, toilets, floors, cars, sofas and clothing.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout (529)

$49.99

1 sustainability feature

Sponsored

**Based on your recent shopping trends**

2026/1/11 09:57    Amazon.com: Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adju...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 3 of 267



**Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...**
142

$69.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



**7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...**
529

Amazon's Choice

$49.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

⌀ 1 sustainability feature



**Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...**
246

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



**Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...**
504

$53.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

**Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...**
258

$39.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

**Kouto...** Home Handh Cleani Handl

$54.9

Get it a Jan 15

FREE S

# Videos for similar products

0:31

**Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamer**
231

$56⁹⁹

4:24

**Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable**
874

$79⁹⁹

**Steam Clea** High Press

$29⁹⁹

---

# Product description



---

# From the brand

2026/1/11 09:57 Amazon.com Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adju…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 4 of 267

Beolisave is more than a brand; it's a partner in crafting a more intentional lifestyle. We are here to lift the weight of daily chores, to transform maintenance into moments of care, and to help you cultivate a home that is not just clean, but truly vibrant. It's about reclaiming your space, your time, and your peace of mind.

**Effortless Integ**

# Product information

| | |
|---|---|
| **Brand** | Beolisave |
| **Special Feature** | 15 Second Heat-up, 2500w Power, 3-level Adjustable Steam, Multi-purpose Cleaning, Portable Design |
| **Surface Recommendation** | Multiple Surfaces Including Floors, Countertops, Cars, Upholstery |
| **Model Name** | TC-SC-005 |
| **Included Components** | 16pcs Accessories, Steam Cleaner, User Manual |
| **Wattage** | 2500 watts |
| **Item Weight** | 4.2 Pounds |
| **Tank Volume** | 1.6 Liters |
| **Item Display Dimensions** | 11.61 x 5 x 6.5 x 9.25 inches |
| **Form Factor** | Handheld |
| **Heat Time** | 15 Seconds |
| **Color** | White |
| **Power Source** | Corded Electric |
| **Voltage** | 220 Volts |
| **Capacity** | 1.4 Liters |
| **Style** | Modern |
| **Maximum Temperature** | 221 Degrees Fahrenheit |
| **Product Dimensions** | 11.61"D x 6.5"W x 9.25"H |
| **Item Weight** | 4.2 pounds |
| **ASIN** | B0F7RMJXRD |
| **Item model number** | TC-SC-005 |
| **Customer Reviews** | 4.0    (10)  4.0 out of 5 stars |
| **Best Sellers Rank** | #1,894,526 in Home & Kitchen (See Top 100 in Home & Kitchen) #480 in Handheld Steamers |
| **Date First Available** | May 7, 2025 |

## Feedback

Would you like to **tell us about a lower price?**

2026/1/11 09:57 Amazon.com Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 5-Level Adju…

Case 1:25-cv-09099-RA-RCM   Document 15-3   Filed 01/30/26   Page 5 of 267

## Product Videos

Mary Ann Kew
Customer Review: Powerful and Piping Hot Steam Erupting Like a Volcano!  |  See Full Review

Sponsored

## Similar brands on Amazon

Sponsored



Steam Cleaner, 293°F 58 PSI Powerful Multipurpose Handheld Steam Mop fo…

5.0            3

80% off   **Limited time deal**

$139.99   List: $699.99



Steam cleaner, 1500w Steamer Cleaning Fast Heating Multi-Surface Steam…

4.8            115

$99.99




Power
Chemi

4.0

$138.

## Customer reviews

4 out of 5

10 global ratings

**Reviews with images**

See all photos ›

5 star ▭▭▭▭▭▭ 53%

4 star ▭▭▭ 21%

Amazon.com: Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adju…

4 star _____ 21%

3 star _____ 13%

2 star _____ 0%

1 star _____ 13%

How customer reviews and ratings work



ADICOM Handheld Steam Cleaner for Ho…

268

$59.98        Shop now

Sponsored

## Top reviews from the United States

Michelle

### Powerful, Fast, and Surprisingly Easy to Use

Reviewed in the United States on September 10, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

I've tested a lot of cleaning tools over the years, but this handheld steam cleaner is a standout. Whether you're tackling stubborn kitchen grease, sanitizing upholstery, or detailing your car, this machine delivers professional-level results with minimal effort.

15-Second Heat-Up: I was genuinely impressed by how quickly this steamer gets to work. Within seconds, it's producing high-pressure steam that cuts through grime without chemicals.

3-Level Adjustable Steam: The handle button control is a game-changer. I can switch steam intensity on the fly without bending down or interrupting my workflow—perfect for moving between delicate surfaces and heavy-duty messes.

Generous Water Capacity

The 1.6L tank means fewer refills and longer cleaning sessions. I've cleaned my entire kitchen, bathroom, and car interior in one go.

The separate water reservoir is great and doesn't cause arm fatigue like so many of the steamers without a separate water tank.

⌄ Read more

Helpful        Report

Yes, but is it BETTER?

### Steamed up…

Reviewed in the United States on September 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This compact steam cleaning machine has endless uses and comes with everything you need to clean tough grime from just about any surface. The opening experience doesn't delight since the numerous components are just thrown in the box. It comes with a microfiber towel and a pair of rubber gloves plus numerous steam cleaning accessories.

It comes with all of the accessories you would need to scrub, scrape, and wipe. You get two of each of the smaller tools along with a larger head with squeegee.

The hose is actually made out of metal versus rubber which I think speaks to its commercial intent. It begins to steam within 2-3 seconds of turning it on and then provides a steady stream of steam until the tank runs out or you turn it off. You can control the steam flow from low, medium to high via a button on the handle of the steam wand.

⌄ Read more



Helpful        Report

Josh Nation

### Great portable steam cleaner with a ton of attachments

Reviewed in the United States on August 27, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

My household could give a masterclass on how to make a mess or stain stuff. I have 12 year old, 17 year old, wife, a chubby pug, a neurotic boston terrier, and me the ultimate mess maker. Clothes

2026/1/11 09:57 Amazon.com - Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adju…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 7 of 267

year old, wife, a chubby pug, a neurotic boston terrier, and me the ultimate mess maker. Clothes, carpet, furniture, etc. I would classify this portable steam cleaner as a household mandatory item. It makes short work of our messy blunders!

I included pictures of the unit and all attachments. I was amazed at all that you get. The attachments make this portable not so versatile. It is built very well and will last me years.

The set takes minutes to setup and is super easy to use. This thing has done such a great job of cleaning our numerous and varied messes. This is a great value for the price that will pay for itself a hundred fold with all that it can restore. Excellent portable steam cleaner that I highly recommend!



Helpful    Report

### Tom Rosenberg

**Awful**

Reviewed in the United States on September 23, 2025

**Verified Purchase**

Awful. Don't waste your money. Plugged it in to warm up and it never happened. Returned it for a replacement and same thing happened. It's trash

Helpful    Report

### PatD

**On the fence**

Reviewed in the United States on September 19, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adjustable, 15s Heat-Up, 1.6L Water Tank, Portable Steam Cleaning Machine for Home Car Dirt Grease

The little handle takes 2 AAA batteries (I was not expecting that) and they do not provide any. The written instructions are not very good. It takes a little bit to warm up and the steam will start coming out, sometimes pretty forcefully (more like a jet of steam) so I had to be careful not to soak the area.

The ironing brush did not work as well as I would have liked. I tried it on some new curtains that I just hung (washable, so no worries), and there was too much steam and soaked the area I wanted straightened. The water seems to last a while.

It can be used for many grease/grime applications but I question the inhome use due to the amount of

⌄ Read more

Helpful    Report

### Jackfruit In The Fridge

**Versatile steamer with a lot of small accessories**

Reviewed in the United States on August 28, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This is a small but powerful steamer. It heats up quickly and is ready to use in a very short period of time. It, at the same time, has a notably small water tank, so it is best suited for some small and quick

timer. It, at the same time, has a notably small water tank, so it is best suited for some small and quick applications, such as ironing a shirt. It came with many "nice to have" attachments, mostly the different heads/tips for the steam wand. I am not sure if I will get a chance to use them all, but again, good to have. It would be great if it also came with something for easy storage (such as a pouch with small pockets for the different accessories). I had to buy an appropriately sized plastic box with a lid from the "bullseye" store just for this purpose.

Helpful        Report

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English        United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Amazon.com Handheld Steam Cleaner with Handle Button Control, 2500W High Pressure Steamer for Cleaning, 3-Level Adju…

Products

Healthiest
Grocery Store

Neighbors App
**Real-Time Crime
& Safety Alerts**

Amazon
Subscription Boxes
**Top subscription
boxes – right to
your door**

PillPack
**Pharmacy
Simplified**

Amazon Renewed
**Refurbished tech
you can trust**

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Deliver to
New York 10010

Home & Kitchen ▾ | Search Amazon

EN | Hello, sign in
Account & Lists ▾ | Returns & Orders | 0

All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Registry

**Amazon Home**   Shop by Room   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

2+   VIDEO

# Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Portable Steamer for Cleaning with 10 Accessories, Steam Cleaner for Home for Dirt (Yellow)

Visit the CKductpro Store

3.8   (64)

$79⁹⁹

FREE Returns

Get $60 off instantly: Pay $19.99 upon approval for the Amazon Store Card.

Color: **Yellow**

  

$39.99 ~~$79.99~~ | $69.99 ~~$79.99~~ | $79.99

| | |
|---|---|
| **Brand** | CKductpro |
| **Special Feature** | Manual |
| **Surface Recommendation** | Carpet |
| **Model Name** | FD0004Handheld Steamer |
| **Included Components** | Brass Brush *1, Nylon Brush *1 Round Brush |

## About this item

- 【High-pressure steamer】Rapidly heating up within 10 seconds, the temperature can reach 221°F/105°C and the steam pressure reaches 3 Bar.strong steam power for deep and effective cleaning,effectively remove stubborn greasy dirt and stains.
- 【3-level Adjustable Knob】The handheld steam cleaner features a 6-level adjustable knob, allowing you to fine-tune the steam intensity to suit a variety of daily cleaning tasks. Additionally, it delivers approximately 3 bar of high-pressure steam, with the capability to heat up and release high-temperature steam in just 10 seconds, effectively loosening and dissolving dirt for efficient cleaning
- 【1.6L Large Capacity Water Tank】We are 200ML larger than traditional steam

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$79⁹⁹

FREE delivery **Thursday, January 15**

Or Prime members get FREE delivery **Monday, January 12**. Order within 3 hrs 9 mins. Join Prime

Deliver to New York 10010

**In Stock**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | CKductpro-US |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $7.99

☐ 3-Year Protection Plan for $9.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

☐ Add a gift receipt for easy returns

Add to List

engine water tanks on the market and can be used continuously for up to 1 hour without frequent refilling, improving your cleaning efficiency. At the same time, there is a water outlet design at the bottom of the water tank, which facilitates quick draining of water after use

- 【Widely used】Widely used in kitchen, bathroom, and living room, such as cleaning range hood, stove, refrigerator, bathtub, interior decoration, grouting, tiles, windows, sofa, flooring, carpets, washing machine, refrigerator, mud, and tiles.

- 【Widely used】Widely used in kitchen, bathroom, and living room, such as cleaning range hood, stove, refrigerator, bathtub, interior decoration, grouting, tiles, windows, sofa, flooring, carpets, washing machine, refrigerator, mud, and tiles.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice ▼

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(529)
$49.99
🌿 1 sustainability feature

---

## Based on your recent shopping trends

     

| Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,... 629 | Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for... 4,549 | 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea... 529 | STEAMBOT Steam Cleaner with 28-in-1 powerful, deep cleaning for home, floor, car, tiles, grout, oven,grove,rang... 281 | Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner... 258 | Steam Heatin Levels |
|---|---|---|---|---|---|
| | | Amazon's Choice | | | Save |
| $54.99 | $139.99 | $49.99 | $110.19 | $39.99 | $42.9 |
| Get it as soon as **Thursday, Jan 15** | Get it as soon as **Friday, Jan 16** | Get it as soon as **Thursday, Jan 15** | Get it **Jan 14 - 16** | Get it as soon as **Thursday, Jan 15** | Typical Lowes Get it a **Jan 15** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon 🌿 1 sustainability feature | FREE Shipping | FREE Shipping by Amazon | FREE S |

## Videos for similar products

2026/1/11 09:50    Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 12 of 267

Amazon.com - Steam Cleaner,3-Level Adjustable Handle,15s Heat-Up, 1.6L Deals Tank,Portable Steamer for Cleaning with...

4:24

Steam Cleaner,15s Heat-Up,1.6L
Tank,3-Level Adjustable
874
$79⁹⁹

1:43

Handheld Steam Cleaner, 2500W
Pressurized Steam Cleaner with 3
537
$22⁹⁹

Handheld S
2500W Hig

$69⁹⁹

## Product description

## From the brand

**High Pressure Steam Cleaner**

Make cleaning easy and simple, high pressure steam
cleaner, your ideal cleaning partner!

**Cutting Board**

**HOT**

2026/1/11 09:50
Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 13 of 267
Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 13s Heat-Up, 1.69 Quarts Tank, Portable Steamer for Cleaning, wit...

# Product information

| Brand | CKductpro |
|---|---|
| Special Feature | Manual |
| Surface Recommendation | Carpet |
| Model Name | FD0004Handheld Steamer |
| Included Components | Brass Brush *1, Nylon Brush *1 Round Brush |
| Wattage | 1500 watts |
| Item Weight | 2.36 Kilograms |
| Tank Volume | 1.69 Quarts |
| Form Factor | Handheld |
| Color | Yellow |
| Power Source | Battery Powered |
| Capacity | 1.6 Liters |
| Style | Casual |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Package Dimensions | 11.54 x 8.66 x 6.42 inches |
| Item Weight | 5.19 pounds |
| ASIN | B0DRGS1JZM |
| Item model number | LC-CG2040Y-US |
| Customer Reviews | 3.8            (64)<br>3.8 out of 5 stars |
| Best Sellers Rank | #363,553 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#148 in Handheld Steamers |
| Date First Available | September 26, 2024 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

# Product Videos

CKductpro-US
Upgraded Steam Cleaner

2026/1/11 09:50     Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Portable Steamer for Cleaning with...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 14 of 267

Sponsored

## Similar brands on Amazon

Sponsored



Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69…

4.3     2,037

$79.99   List: $99.99



Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W…

4.1     1,135

$78.27   Typical price: $82.39



2500W
10s Fa…

4.2

$53.9

## Customer reviews

### 3.8 out of 5

64 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 13% |
| 3 star | | 11% |
| 2 star | | 7% |
| 1 star | | 15% |

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner effective and easy to use, making the deep cleaning process faster. They appreciate its utility, with one customer noting it's great for small jobs.

Generated from the text of customer reviews

**Select to learn more**

Effectiveness (11)  |  Steam cleaner utility (4)  |  Ease of use (3)  |  Speed (3)

### Reviews with images

See all photos ›

   

## Top reviews from the United States

MeMaw Rani

**I loved the color**

Reviewed in the United States on December 10, 2025

Color: Purple    **Verified Purchase**

Powerful and effective

[ Helpful ]    Report

jinyong jiang

**Good for cleaning kitchen**

Reviewed in the United States on March 15, 2025

Color: Yellow    **Verified Purchase**

Really easy to use. It got the oil off my kitchen floor with no resistance.



Helpful    Report

L. Ashley

**My steamer is defective**
Reviewed in the United States on April 14, 2025
Color: Purple    Verified Purchase

Does not produce water, let alone steam. Requires 2xAAA batteries and to pair hand nozzle to unit. Red light on indicates "heating up". After 5 seconds light turns blue, no steam or water. Contacted customer support, no help. Watched videos on similar units to make sure it's not an "operator error"... nope. Unit is just defective.

2 people found this helpful

Helpful    Report

Andrea

**Tiny jobs only**
Reviewed in the United States on August 26, 2025
Color: Purple    Verified Purchase

Its great for small jobs. The cord is so short and so is the hose. You are EXTREMELY limited due to both! The water last quit a bit longer than I expected! Definitely READ directions for the best steam output!

One person found this helpful

Helpful    Report

☆MidwestViner☆

**Nice little steam cleaner.**
Reviewed in the United States on June 20, 2025
Color: White    Amazon Vine Customer Review of Free Product ( What's this? )

I really like this steam cleaner and all the attachments it comes with. I got it mostly for my floors - with 3 big dogs they get dirty fast. The steam cleaner mop attachment makes me feel like I get a deep clean with a lot less effort and without needing to get down on my hands and knees for hours. It does have a decent sized tank but I have a really big floor, so I ended up needing to refill it a couple times. When I used it just to clean the bathtub/bathroom it was definitely sufficient for the smaller area. It does require both batteries and power cord, but I guess that's not really a big problem since I usually have batteries laying around. A rechargeable option for the handheld might be nice though. I also thought it was pretty easy to clean the attachments to store them after use. It is small and lightweight enough to store in a closet but I did find a mesh bag for all the attachments - don't want them to grow mold or mildew as that would defeat their purpose!

Helpful    Report

Debbie VanDerSnick

**Steam cleaner**
Reviewed in the United States on October 22, 2025
Color: Yellow    Verified Purchase

Works great.

Helpful    Report

JOHANNA A GUZMAN

**All in one and user-friendly**
Reviewed in the United States on June 10, 2025
Color: Purple    Verified Purchase

This steam cleaner is the real deal. I contemplated several other options but I'm glad I went with this one. It had all the multi tool attachments needed to make it in all in one stop shop instead of having to buy multiple electronics that function with steam. Avoid having to purchase multiple steam appliances

Helpful    Report

karen

**Shuts off**
Reviewed in the United States on August 26, 2025
Color: Yellow    Verified Purchase

2026/1/11 09:50      Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 13s Heat-Up, 1.69 oz/ats Tank, Portable Steamer for Cleaning with...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 16 of 267

Color: Yellow    **Verified Purchase**

I can only use mine for about 5 minutes then it kicks off. Have to wait for it to cool off before I can use it, turned a day day bathroom clean to 2 or 3 days because it doesn't stay on. Is this normal?

One person found this helpful

Helpful      Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

 Daniel Bergeron

**Great Product**

Reviewed in Canada on July 19, 2025

Color: Purple    **Verified Purchase**

Very good product. Cleaner three large sofas and great results obstines.

Report

Old Geek

**Lightweight , Easy and powerful.**

Reviewed in Australia on October 28, 2025

Color: White    **Amazon Vine Customer Review of Free Product** ( What's this? )

Small and lightweight portable steam cleaner that comes with several attachments.
Easy to use and powerful enough to do most steam cleaning jobs.

Report

Valerie Hallinan

**Not as good as I expected.**

Reviewed in Australia on September 17, 2025

Color: White    **Verified Purchase**

Firstly there were 2 parts missing. Window scraper with towel. The towel was there but not the scraper and the filling flask wasn't there. I bought it for 3 reasons, cleaning my balcony wall, cleaning all my windows, shower glass and carpet. It didn't clean balcony wall at all, I didn't even try cleaning any glass because after I read the instructions I received, where it said; don't use on cold glass. I wasn't game enough to use it on the glass in case it smashed. That warning was no where on the Amazon site when I ordered it. I looked it up on the net and it says only use on glass when the temperature is above 32 celsius. That's not very often where I live. The carpet, I think I had success with the carpet, again looked it up on the net and the scraper that was missing was the one I should have used, so I improvised and put a white sock over the larger scraper and I think this has been successful. So I wouldn't recommend it.

Report

 Dominique

**Je l'aime d'amour**

Reviewed in Canada on July 17, 2025

Color: Purple    **Verified Purchase**

Je l'adore
Seul point que j'aurais plus apprécié serait le fil pour la prise électrique soit un peu plus long pour faciliter la manœuvre dans de endroit plus restreints

Report

Translate review to English

Amazon Customer Corinne Summerfield

**Very disappointed**

Reviewed in Canada on July 25, 2025

Color: Purple    **Verified Purchase**

Returned due to it leaking staying a water not a mist soaked things and didn't even get my return

2026/1/11 09:50    Amazon.com - Steam Cleaner, 3-Bevel Adjustable Handle, 13s Heat-Up, 1.69 Quart Tank, Portable Steamer for Cleaning with...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 17 of 267

Report

**See more reviews** ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:53    Amazon.com - 2500W Handheld Steam Cleaner,Portable Car Steamer For Auto Detailing,High Temperature and Pressure Stea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 19 of 267

Deliver to
New York 10010

Home & Kitchen ▾    Search Amazon

EN    Hello, sign in
Account & Lists ▾

Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

G vs 🦁    LIVE NOW

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

2+    4 VIDEOS

500W Handheld Steam Cleaner,Portable Car Steamer For Auto Detailing,High-Temperature and Pressure Steam Cleaner For Home, Steam Cleaning Machine or Furniture,Kitchen,Grout,Floor,Tile (09-Green)

the AULANK Store
(369)

$58⁹⁹

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: 9-Green

| | | | | | |
|---|---|---|---|---|---|
| $49.99 ~~$74.99~~ | $49.99 ~~$74.99~~ | $47.99 ~~$74.99~~ | $47.99 | $49.99 | $49.99 |
| $49.99 | $58.99 | | | | |

| Brand | AULANK |
|---|---|
| Special Feature | Handheld Steaamer for Cleaning, High Pressure, High Temperature, Manual, Portable |
| Surface Recommendation | Window & Uphlostery & Tile & Grout & Carpet&Car&Furniture&Floor |
| Model Name | SC-TC-002 STEAM CLEANER |
| Included Components | 1 X 1.5M Power Cord, 1*Extended Sprayer Rod,2*Nylon |

See more

## About this item

- 【2500W Powerful Steam Cleaner】 AULANK handheld steam cleaner have 2500W power, only need 10-15 second rapid heating function, can reach a high temperature of 229°F/105°C, and can release 3Bar high-pressure steam to easily

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$58⁹⁹

FREE delivery **Thursday, January 15**

Or Prime members get FREE delivery **Monday, January 12**. Order within 3 hrs 6 mins. Join Prime

Deliver to New York 10010

In Stock

Quantity: 1

Add to cart

Returns    FREE 90-day refund/replacement

Support    Product support included

∨ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $5.99

☐ 3-Year Protection Plan for $7.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

☐ Add a gift receipt for easy returns

Add to List

2026/1/11 09:53 Amazon.com - 2500W Handheld Steam Cleaner, Portable Car Steamer For Auto Detailing,High Temperature and Pressure Stea…

Case 1:25-cv-09009-RA-BCM Document 15-3 Filed 01/30/26 Page 20 of 267

melt and remove stubborn oil, dirt, dust and stains on various surfaces. Helping you handle the daily cleaning work of the house efficiently, it is a good helper for house cleaning work. *No chemicals required, no harmful fumes or residue. *Note: The steam cleaner does not have a trigger on the handle.

- 【6 Adjustable Gears & Easy to operate】 Our AULANK steam cleaner have 6 levels of adjustment that can be adjusted to your specific cleaning needs and can handle a wide range of cleaning tasks. Easily removes grease, dirt, and grime, it saves more water than traditional hand washing cleaning.Make your home cleaner and fresher than ever.It's all-purpose and can go and clean out any hard to reach gaps, corners, angles, and also various surfaces/materials: kitchen sink, countertop, BBQ grill, toilet, floor, kids' toy, pet mattress, car, sofa.

- 【Multi-function Steam Cleaner & Multiple Accessories Set】 Our AULANK powerful home steam cleaner includes a wide range of brushes accessories, and this all-in-one steamer for cleaning.It can effectively clean stubborn greasy dirt and stains, and is suitable for cleaning walls, cooktops, smoke lamps, microwave ovens, washing machines, refrigerators, etc., You can choose the accessories which you needed and to clean hard-to-reach areas.Make your home cleaner and fresher than ever.

- 【1200ml Water Tank & Portable】 The home portable cleaning machine is equipped with a 1.2 large water tank, allowing you to focus on cleaning, not only supporting adding water at work, but also using water for 1 hour at a time, even if it is far away from the water source, it can extend the cleaning time without adding water frequently, providing work efficiency. In addition, the washer's compact design weighs only 3.8 pounds, making it easy to carry with you for cleaning.

- 【Attachments & Service】 You can get: 1 x steam cleaner machine with tank, 1 x 2m steam pipe, 1 x 1.5m power cord, 1 x Extended Sprayer Rod, 2 x cooper brush, 2 x nylon brush, 1 x big nylon brush,1x towel,1xfunnel, 1 x Glove, 2 x waterproof gasket and 1 x user manual. Meanwhile, if you find any parts are damaged after receiving a product or you have other questions, please feel free to contact with us and we will get back to you within 24 hours.

- Note: 1. Every steam cleaner is tested before leaving the factory, so there will be water marks on the water inlet hose. 2. There is no control unit on the spray gun. If you want to stop steaming, please turn off the switch power of the machine's body. 3. Please do not touch the metal nozzle, do not touch the steam, do not spray at humans, pets or the device itself. 4. Moreover, please confirm the position of gasket, avoiding air and water leakage.

[Report an issue with this product or seller](#)

## Consider a similar item



Handheld Steam Cleaner, 15S R...
$59⁹⁹

Sponsored

Amazon's **Choice**

2026/1/11 09:53    Amazon.com - 2500W Handheld Steam Cleaner, Portable Car Steamer For Auto Detailing,High Temperature and Pressure Stea…

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 21 of 267



7 in 1 Steam Cleaner 2500W
High Pressure Steamer for
Cleaning, Car Steamer
Handheld Steam Cleaner for
Home Use, Hardwood Floor
Steam Cleaner for Upholstery,
Kitchen, Bathroom, Grout
(529)

$49.99

🌿 1 sustainability feature

Sponsored

## Deals on related products Sponsored ⓘ

     

| Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li... | 60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,... | Steam Mop with 13 Accessories,Steam Cleaner Home Use,Floor Scrubber spin mop for... | 1.69Qt Steam Cleaner, 3-Level Adjustable Pressurized Steamer for cleaning, 10s Heat... | Heavy Duty Handheld Steam Cleaner for Cleaning with Lockable Steam Button&11pcs… | Steam Mo Cleaner w Water Tan Pads, 23F'... |

268    72    111    37    49

Limited time deal    Limited time deal    Amazon's Choice    Limited time deal    Limited time deal    Limited tir

-33% $59⁹⁸    -26% $55⁹⁹    Limited time deal    -22% $69⁹⁷    -32% $59⁸⁴    -71% $9

List: $89.99    List: $75.99    -10% $98⁹⁹    List: $89.99    List: $88.59    Typical: $3

Typical: $109.99

## Products related to this item Sponsored ⓘ

     

| Saker Handheld Steam Cleaner for Home,6-Level Adjustable Steamer for... | Steam & Go Deminerilized Water - Multi-Surface Cleaner for Steam Cleaners,... | HK Steam Cleaner, 6-Level Adjustable Handle, 1.2L Tank, 15s Heat-Up, 2500W Steamer ... | Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface... | Steam Mop, 12-in-1 Powerful Handheld Steam Cleaner Detachable Steam... | Handheld Cleaner, 1 Heating, 3 Modes, 14 |

2    341    67    44    90

$99⁹⁹    $58⁰⁰ ($0.30 / fluid ounce)    $59⁹⁹    $24⁹⁹ ($0.20 / fluid ounce)    $69⁹⁹    -25% $5

List: $79.99

Save $5.00

## From the brand

2026/1/11 09:53    Amazon.com - 2500W Handheld Steam Cleaner, Portable Car Steamer For Auto Detailing,High Temperature and Pressure Stea...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 22 of 267

**Handheld cleaning machine**

Handheld pressurized steam cleaner is a good helper forhousehold cleaning.

The handle-adjustable switch makes it more convenient to use.

The water tank has been enlarged, so there is no need to add water frequently.

The steam hose has been upgraded and is more

## Product description





## Product information

| Brand | AULANK |
|---|---|
| Special Feature | Handheld Steaamer for Cleaning, High Pressure, High Temperature, Manual, Portable |
| Surface Recommendation | Window & Uphlostery & Tile & Grout & Carpet&Car&Furniture&Floor |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

2026/1/11 09:53    Amazon.com - 2500W Handheld Steam Cleaner, Portable Cart Steamer For Auto Detailing,High Temperature And Pressure Stea…

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 23 of 267

| | |
|---|---|
| Model Name | SC-TC-002 STEAM CLEANER |
| Included Components | 1 X 1.5M Power Cord, 1*Extended Sprayer Rod,2*Nylon Brushs,2*Copper Brushs,1*Larger nylon brush,2*Seals, 1*Funnel,A Pair Of Gloves,1*Dishcloth, Tube1 X Steam Cleaner Machine With Tank |
| Wattage | 2500 watts |
| Item Weight | 2.5 Kilograms |
| Tank Volume | 1200 Milliliters |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | 9-Green |
| Power Source | ac |
| Voltage | 110 Volts (AC) |
| Capacity | 1200 Milliliters |
| Style | Modern |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 8.2 x 9.4 x 5.7 inches |
| Item Weight | 5.5 pounds |
| ASIN | B0DLK87GMX |
| Item model number | SC-TC-002 |
| Customer Reviews | 4.0      (369) <br> 4.0 out of 5 stars |
| Best Sellers Rank | #31,287 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #22 in Handheld Steamers |
| Date First Available | October 31, 2024 |

## Product Videos



daan-us
steam cleaner 02

## Products related to this item   Sponsored ⓘ

2026/1/11 09:53     Amazon.com - 2500W Handheld Steam Cleaner, Portable Cart Steamer For Auto Detailing,High Temperature and Pressure Stea…

Case 1:25-cv-09009-RA-BCM     Document 15-3     Filed 01/30/26     Page 24 of 267

     

**Handheld Steam Cleaner, 15S Rapid Heating, 3 Adjustable Modes, 14 Cleaning…**
24
-25% $59⁹⁹
List: $79.99
    Save $5.00   with coupon

**Killrose Handheld Steam Cleaner for Home, Pressurized Steamer for Cleaning with 10S…**
-30% $69⁹⁹
List: $99.99
   Save $10.00   with coupon

**Handheld Steam Cleaner, Pressurized Multi-Surface Steam Cleaner for Home Use…**
27
$49⁹⁹
   Save $10.00   with coupon

**TVD Heavy Duty Steam Cleaner For Home, Steamer For Cleaning with 26 Accessories, St…**
40
-37% $119⁹⁹
List Price: $189.99

**Saker Handheld Steam Cleaner for Home,6-Level Adjustable Steamer for…**
2
$99⁹⁹

**Steam Mo Powerful Steam Cle Detachabl**
$69⁹⁹

Sponsored

## Similar brands on Amazon
Sponsored



**Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam…**
4.0      41
$138.99



**Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W…**
4.1      1,135
$78.27   Typical price: $82.39



**Steam Detach**
4.2
$79.9

## Customer reviews
### 4 out of 5
369 global ratings

| | | |
|---|---|---|
| 5 star | | 60% |
| 4 star | | 15% |
| 3 star | | 9% |
| 2 star | | 4% |
| 1 star | | 12% |

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner powerful for its size, easy to maneuver, and effective for various tasks, with one customer noting it works well in toilets and kitchens. The heat-up time and steam pressure receive mixed feedback - while some say it heats up quickly, others mention the water doesn't get hot enough, and while the steam output is consistent for small tasks, some report it spits more water than steam. The quality, value for money, and scrubbing ability also receive mixed reviews, with some finding it excellent while others consider it awful.

Generated from the text of customer reviews

**Select to learn more**

Functionality (47) | Ease of use (18) | Steam pressure (13) | — Quality (27) |

— Heat up (19) | — Value for money (13) | — Scrubbing ability (10) | — Steam output (10)

### Reviews with images
See all photos ›



2026/1/11 09:53    Amazon.com - 2500W Handheld Steam Cleaner,Portable Cart Steamer For Auto Detailing,High Temperature and Pressure Stea…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 25 of 267



Sponsored

## Top reviews from the United States

 Bohanan

**Steamer**
Reviewed in the United States on September 8, 2025
Color: 4-Blue    **Verified Purchase**

I recently purchased the 2500W Handheld Steam Cleaner, and it has quickly become one of my go-to cleaning tools! This portable steam cleaner packs a powerful punch, making it incredibly effective for tackling tough stains and grime around the house.

The 2500W heating element heats up rapidly, allowing me to start cleaning in just a few minutes. I love how versatile it is; I've used it on everything from kitchen surfaces and bathroom tiles to upholstery and even my car interiors. The steam is strong enough to eliminate dirt and bacteria, providing a deep clean without the need for harsh chemicals.

The handheld design makes it easy to maneuver, and the various attachments included in the set are perfect for different surfaces and cleaning tasks. I appreciate the safety features, including a lockable steam trigger, which prevents accidental steaming.

⌄ Read more

6 people found this helpful

( Helpful )    Report

 J&L

**Powerful, Lightweight, and So Easy to Use!**
Reviewed in the United States on August 3, 2025
Color: 7-Green    **Verified Purchase**

I am SO impressed with this handheld steam cleaner! The 2500W power really makes a difference—you can literally see the dirt and grime melt away. I've used it on everything from my kitchen backsplash to bathroom tiles to car seats, and it works like a charm every time.

It heats up quickly and puts out a strong, steady stream of steam. The fact that it's portable and lightweight makes it super easy to maneuver, even for extended cleaning sessions. I also appreciate that it came with multiple attachments, which made it perfect for getting into those hard-to-reach spots.

I was a little skeptical about how well it would work on stubborn stains, but it exceeded my expectations. It even refreshed my couch cushions!
Highly recommend this steam cleaner if you want professional-level results without the bulk of a full-size machine.

6 people found this helpful

( Helpful )    Report

 Amazon Customer

**All the different attachments for all different services.**
Reviewed in the United States on September 15, 2025
Color: 9-Green    **Verified Purchase**

Works great I enjoy how it works, easy to use.

One person found this helpful

( Helpful )    Report

 Someguy1967

**Only good for making mist.**
Reviewed in the United States on November 1, 2025
Color: 1-Gray    **Verified Purchase**

If you need something that makes a lot of water vapor that is cool to the touch, this is your device. If you want hot steam that is beyond boiling temperature, it is NOT your tool. The hose and the tip heat up, but what comes out of the nozzle is barely warm. The stream also has hardly any pressure. It wets the surface, but it does not penetrate. I used it on several types of nylon, felt, straw, canvas and it did not push through the fibers and therefore did not do anything to the imbedded soil. People raved about it cleaning their stove, so I tried that after giving up on what I got it for. All it did was get the surface wet. I could do that with a spray bottle for $2.99

6 people found this helpful

( Helpful )    Report

 Mary Gonzales

**It works wonders. I love it. Excellent Steamer.**

Reviewed in the United States on November 13, 2025

Color: 1-Gray      Verified Purchase

Best Handheld Steam Clear. I have used a dozen times from cleaning stove, baseboards, mattress, curtains, etc. It is simply the best. I had previously brought another one and it seem to be great. However, after using it three times it stopped working.

One person found this helpful

Helpful          Report

Brandon Bridwell

**Weak steam pressure even on the highest setting.**

Reviewed in the United States on August 23, 2025

Color: 1-Gray      Verified Purchase

It does okay. However, the steam pressure is weak (on the highest setting) and does not cut through much without constand scrubbing at the same time. Even then it leaves residue.

7 people found this helpful

Helpful          Report

Lloyd houston

**Steam cleaner**

Reviewed in the United States on January 2, 2026

Color: 2-Red      Verified Purchase

Excellent steam cleaner works as advertised

Helpful          Report

Emily West

**Gets hot, but short cord**

Reviewed in the United States on November 25, 2025

Color: 4-Blue      Verified Purchase

Very easy to use and works well on grout. Wish cord was longer.

One person found this helpful

Helpful          Report

**See more reviews** ›

Sponsored

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

**Let Us Help You**

Your Account

Your Orders

2026/1/11 09:53 Amazon.com - 2600W Handheld Steam Cleaner, Portable Cart Steamer For Auto Detailing,High Temperature and Pressure Stea…

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 27 of 267

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:52 Amazon.com - Handheld Steam Cleaner for Home, 3-Level Adjustable Handle, 10s Heat-Up, Portable Steamer for Cleaning, wi...

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 28 of 267



Sponsored

## Consider these available items



Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W

4.0    874

$79.99

Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank,

4.3    2,037

$79.99



Steam Cleaner,15s Heat-Up 42.27oz Tank,2500w Handheld Steam Cleaner for

4.4    237

$51.29

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

3 VIDEOS

ndheld Steam Cleaner r Home, 3-Level justable Handle, 10s at-Up, Portable eamer for Cleaning with 39 Quarts Tank, ndheld Steamer for r, Grease, Tile, Grout & uch -15 PCS cessories

the ASIEIT Store
(24)

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10010

[ Add to List ]

rently unavailable.
don't know when or if this item will be
in stock.

| | |
|---|---|
| d | ASIEIT |
| cial Feature | Cleaning Stains |
| **Surface Recommendation** | Floor, Sink, Counter Top, Upholstery, Tile, Carpet, Window, Grout |
| **Model Name** | ASIEIT |
| **Included Components** | Gloves x 1 + Funnel x 1 + Extension Tube x 1, Large Glass Scraper x 1 + Power |

See more

## About this item

- Upgraded Adjustable Handle: The ASIEIT steam cleaner is equipped with a handle-mounted, three-level adjustable steam control feature. Compared to traditional switch designs, users no longer need to bend down to press the shut-off button on the kettle while the steam is on. This significantly reduces operational risks and greatly enhances both safety and convenience during use

- Large Capacity Water Tank: Our handheld steam cleaner is equipped with a 1.69 Quarts large water tank. After filling with water, it can be used continuously for about 60 minutes. There is no need to add

2026/1/11 09:52    Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 29 of 267

Amazon.com - Handheld Steam Cleaner for Home, 3-Level Adjustable Handle, 10S Heat-up, Portable Steamer for Cleaning, oi...

water frequently, which effectively extends the cleaning time

- High Temperature & Pressure Steam: This handheld steamer has three steam levels and 1500W of power can generate 3BAR pressure and 221°F/105°C high-temperature steam in 10 seconds, which can easily clean various stubborn oils, dirt and stains

- Premium Material: The steam hose of this steam cleaner is made from high-quality ABS flame-retardant material, providing excellent heat resistance. This ensures you don't have to worry about the hose being damaged by high temperatures

- Widely Applicable: The multifunctional steam cleaner for car comes equipped with a 78-inch power cord and a 78-inch steam hose, allowing you to easily clean high or hard-to-reach areas for a flexible and convenient cleaning experience. Whether it's for your home, office, vehicle, hard floors, carpets, bathrooms, kitchens, stoves, microwaves, living rooms, tiles, furniture, restrooms, windows, sofas, or grout, this cleaner handles it all with ease, meeting your diverse cleaning needs

- 2 Year Warranty: Within two years from the date of purchase, if your product experiences any non-human damage, please contact ASIEIT online customer service. We will provide you with a solution within 24 hours.

Report an issue with this product or seller

Sponsored

## Based on your recent shopping trends

     

| 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea… | Handheld Steam Cleaner, 2500W Pressurized Steam Cleaner with 3 Brush Heads, Portable Steam Cleaner for Hom… | Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam… | Purcoco Pressurized Steam Cleaner Handheld 6 Multi-Surface Attachments small Mini Steam Cleaner for Car… | Steam Cleaner for Home, Handheld 2500W High Pressure Steamer for Cleaning, 9-Level Multipurpose Steam… | Kouto Home Handl Cleani Handl |
|---|---|---|---|---|---|
| 529 | 537 | 93 | 44 | 157 | |
| Amazon's Choice | | | | | |
| $49.99 | $22.99 | $46.99 | $29.99 | $43.46 | $54.9 |
| Get it as soon as **Thursday, Jan 15** | Get it as soon as **Thursday, Jan 15** | Get it as soon as **Thursday, Jan 15** | Get it as soon as **Thursday, Jan 15** | Get it as soon as **Thursday, Jan 15** | Get it a Jan 15 |
| FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 12 left in stock - order… | FREE Shipping by Amazon | FREE S |
| Ø 1 sustainability feature | | | | Ø 1 sustainability feature | |

## Videos for similar products

2026/1/11 09:52    Amazon.com - Handheld Steam Cleaner for Home, 6-Level Adjustable Handle, 10S Heat Up, Portable Steamer for Cleaning, wit…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 30 of 267

| 1:43 | 0:52 | |
|---|---|---|
| Handheld Steam Cleaner, 2500W Pressurized Steam Cleaner with 3 | Steam Cleaner Handheld, 2500W High Pressure Steamer for Cleaning, | Steam Clea Tank,3-Lev |
| 537 | 422 | |
| $22⁹⁹ | $29⁹⁹ | $79⁹⁹ |

## Product description



**QA:**

- **What is the water tank capacity?**
- Our water tank holds 1.69 quarts (1600 ml), one of the highest capacities on the market!
- **How long does it take to heat up?**
- Heats up in just 10 seconds!

## Product information

| Brand | ASIEIT |
|---|---|
| Special Feature | Cleaning Stains |
| Surface Recommendation | Floor, Sink, Counter Top, Upholstery, Tile, Carpet, Window, Grout |
| Model Name | ASIEIT |
| Included Components | Gloves x 1 + Funnel x 1 + Extension Tube x 1, Large Glass Scraper x 1 + Power Cord x 1, Nylon & Steel Brush x 3 + Cleaning Cloth x 1, Steamer & Brush Head x 1 + Manual x 1, Storage Bag x 1 + Waterproof Washers x 1 |
| Wattage | 1500 watts |
| Item Weight | 4.4 Pounds |
| Tank Volume | 1.69 Quarts |
| Item Display Dimensions | 11.42 x 6.3 x 8.46 x 6.3 inches |
| Form Factor | Handheld |
| Heat Time | 10 Seconds |

### Feedback

Would you like to **tell us about a lower price?**

2026/1/11 09:52    Amazon.com - Handheld Steam Cleaner for Home, 3-Level Adjustable Handle, 10s Heat-up, Portable Steamer for Cleaning, oil…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 31 of 267

| | |
|---|---|
| Color | Black |
| Power Source | ac |
| Voltage | 120 Volts (AC) |
| Capacity | 1.69 Quarts |
| Style | Modern |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 6.3"D x 8.46"W x 6.3"H |
| Manufacture Year | 2025 |
| Product Care Instructions | Hand Wash |
| Item Weight | 4.4 pounds |
| Manufacturer | ASIEIT |
| ASIN | B0DPWWH3FM |
| Customer Reviews | 4.4            (24)<br>4.4 out of 5 stars |
| Best Sellers Rank | #2,017,836 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#507 in Handheld Steamers |
| Date First Available | December 9, 2024 |

## Product Videos

ASIEIT Store
ASIEIT Handheld Steam Cleaner Use Display,

Sponsored

## Similar brands on Amazon

Sponsored




Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69...
4.3    2,037
$79.99  List: $99.99

Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W...
4.1    1,135
$78.27  Typical price: $82.30

2500W
10s Fa
4.2
$53.9

## Customer reviews

### 4.4 out of 5

24 global ratings

5 star ▅▅▅▅ 64%
4 star ▅▅▅ 25%
3 star ▅ 4%
2 star  0%
1 star ▅ 7%

How customer reviews and ratings work

## Customers say

Customers find that the steam cleaner works well. The steam quality receives mixed feedback.

⊞ Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (4)    |    — Steam quality (3)

## Reviews with images

See all photos ›






## Top reviews from the United States

 JeremyT

**Great product**

Reviewed in the United States on December 9, 2025

**Verified Purchase**

This is a great product. You don't know you need it until you have it. It is an amazing cleaning machine

Helpful    Report

 Rena

**It's Ok**

Reviewed in the United States on June 5, 2025

**Verified Purchase**

I really liked it to begin with but the steam output is very inconsistent. It heats up very fast, it's not too heavy but the handle did already break so I can't carry it while I use it now, it came with lots of attachments and I don't have any complaints except the broken handle. It's just ok, it does its job, a bit underwhelming though.

Helpful    Report

 David

**Outstanding steam cleaner**

Reviewed in the United States on October 30, 2025

**Verified Purchase**

Work very well use it every day cleaning windows and bathroom for a school

Helpful    Report

 Adam R.

**Awesome for detailing cars**

Reviewed in the United States on July 29, 2025

Amazon Vine Customer Review of Free Product  ( What's this? )

Puts out surprisingly more steam then I was expected. Doesn't leak or spray any water.
Steam cleans really well. Great for old heavy dirt and general grime. Doesn't remove surface stains as

2026/1/11 09:52    Amazon.com - Handheld Steam Cleaner for Home, 3-Level Adjustable Handle, 10S Heat Up, Portable Steamer for Cleaning, wi...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 33 of 267

Steam cleans really well. Great for old heavy dirt and general grime. Doesn't remove surface stains as well.

Lightweight and easy to carry. Price seems fair.

Helpful    Report

 MTV

**Size does not matter, this thing knows how to work**
Reviewed in the United States on April 12, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

This is an excellent steamer. It far exceeded all of my expectations and I couldn't say enough about it.

Recently, one of my children got sick. But that comes all kinds of bodily fluids. In particular nosebleeds were a problem and with everything else going on, I was slow to get things in the laundry. I wasn't sure I could get the blood stains out, but this thing really came through.

It's more like an industrial steamer the way that it works. It heats up so very quick and it really puts out a lot of steam and it's very hot. So it works very well. I've used it on soft fabric surfaces. I've also used it on hard surfaces, and this thing is just a powerhouse in the steam cleaning area.

It's so small easy to use and quick to set up and get going. It's amazing for size how much it really packs a punch. It has so much more power than would be expected for something its size. I use full size steamers that don't do half half the job this does.

Excellent product. I highly recommend it.

One person found this helpful

Helpful    Report

 DopaModzYT

**i'll take "How to waste $60" for one hundred, Alex.**
Reviewed in the United States on April 6, 2025
**Verified Purchase**

unit worked really good (you must let it run for 90 seconds to get to max temp.) for the first 10 minutes then POOF just shut off :(. still lights up when you press the button but does nothing more than smell like BURNT ELECTRONICS. after 10 mins of use the unit itself was hot to touch, as well as the hose (no big deal) and ONLY went through about 1/4 tank before the unit FAILED. the money i spent, was a WASTE with THIS PRODUCT. i was excited for two days to get this unit, only to be LET DOWN without completing its first test use (a baseball hat..). ho hum.

PS. i now have a dumb, half dirty hat to wear to work..



2 people found this helpful

Helpful    Report

 Adelbert Tribou

**Small Hand Steam Cleaner to clean tough carpet stains**
Reviewed in the United States on April 7, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

While this feels like a knockoff steam cleaner, it does the job and works well to clean tough stains in your carpet. With may extensions and adapters you can find one to help you clean stubborn stains. The cinch sack to hold everything is a little cheap and I would have preferred a more substantial holding case, but it will do the job.

One person found this helpful

Helpful    Report

 Rebecca G.

**great item!**
Reviewed in the United States on May 3, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

Ok i am obsessed with this steam cleaner! i have done everything from doors to wall to cabinets to sinks and floors It works so well and is super easy to use. it has gotten some deep imbedded stains off of things with little to no effort. its not too noisy and the attachments work well for different projects!

Helpful    Report

See more reviews ›

Sponsored

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**

**Amazon**

**PillPack**

**Amazon Renewed**

Real-Time Crime
& Safety Alerts

Subscription Boxes

Top subscription
boxes – right to
your door

Pharmacy
Simplified

Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 37 of 267

generate up to 221℉ (105℃) high temperature steam in just 15 seconds, and release it for high pressure, effortlessly cleaning stubborn greasy dirt and stains, allowing you to easily complete cleaning tasks. 100% chemical-free, no harmful fumes or residues, the steam cleaner for home keeps your family and pets healthy. The pressurized handheld steam cleaner is made of high-quality ABS material, durable, heat resistant and easy to use.

- Upgraded Handle Sense Control Design: Multipurpose steamer for home use has an upgraded handle adjustment button with 5 indicator lights to simplify operation. The steamer for cleaning can remotely adjust the steam intensity to meet different cleaning needs. The hand steamer for cleaning has 5 levels of steam adjustment to accurately match cleaning needs. The screen will display the real-time usage of the equipment.

- 1500ML Large Water Tank: The deep steam cleaner is equipped with a 1500ml water tank, which can be used for 45 minutes after one water filling, saying goodbye to the trouble of frequent water fills, allowing you to use it ceaselessly. The steam cleaner for car adopts a funnel-shaped water filling port design, which allows you to easily add water by simply lifting the top cover. The pressurized handheld steam cleaner has a convenient drainage hole at the bottom to ensure cleaning efficiency.

- Practical Accessory Set: This portable handheld steam cleaner includes 16 accessories: 1xExtension Nozzle, 1xLarge Nylon brush, 1xSmall Nylon brush, 1xHigh-Pressure Nozzle, 1xBrass brush, 1xExtended Sprayer Rod, 2xSealing ring, 1xCleaning Cloth Sleeve, 1xCleaning needle, 1xFloor Cleaning Brush, 1xSmall Scraper, 1xLarge Scraper, 1xUser Manual. Long press the handle button to turn on/off the pressurized steam cleaner, the handheld steamer for cleaning effectively cleans various surfaces.

- Multipurpose Steam Cleaner: This steam cleaner handheld comes with a thick steam hose, which increases the steam output strength for a more thorough cleaning. Our clean steamer for cleaning is suitable for cleaning sizes, windows, sofas, walls, microwaves, washing machines, refrigerators, kitchens, living rooms, barbecues, toilets, floors, cars, sofas and clothing. The Pressurized steam cleaner is equipped with a long power cord and steam hose, enabling you to easily clean from a distance.

- Tips: If you've received our handheld steam cleaner and found the temperature unsatisfactory, don't worry! Our steam cleaner has a unique feature. The nearer the nozzle is to the item being cleaned, the hotter the steam gets. The high-temperature area is just around the nozzle. So, when using it, keep the steam gun close to the surface. It's not suitable for distant high-heat cleaning. Follow this tip, and you'll enjoy great cleaning performance and the right temperature.

## Additional Details



Verified by Transparency

Each item has a unique code that we verify before shipping. Learn more

Report an issue with this product or seller

## There is a newer model of this item:



Steam Cleaner 15s Heat-Up 1.5L Tank,3-Level Adjustable Handle,2500W Steamer for Cleaning Portable Steamer for Cleaning with 16PCS Accessories,Steam Cleaner for Home,Grout,Tile,Couch,Car,Dirt,Grease

$79.99

(159)

In Stock

## Frequently bought together

 +

This item: Steam Cleaner,15s Heat-Up,1.5L Tank 3-Level Adjustable Handle 2500W…

$79.99

Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface Steam Cleaners …

$12.99 ($0.41/Fluid ounce)

Total price: $92.98

[ Add both to Cart ]

These items are shipped from and sold by different sellers.
Show details

## Based on your recent shopping trends



Kuulop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 5-Level Handle, 15s Heat-Up,…
624

$59.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Steam Cleaner, Multifunctional Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for…
1,910

$168.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea…
617

Amazon's Choice

$49.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon
Only 5 left in stock



STEAMBOT Steam Cleaner with 20-in-1 powerful, deep cleaning for home, floor, car, tiles, grout, oven grease,rang…
253

$110.19

Get it Jan 14 - 16

FREE Shipping



Hand held Steam Cleaner, 15s Fast Handheld Heating Steamer for Cleaning 15-n-1 High Pressure Steam Cleaner,..
255

$49.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Steam Heatin Levels

$42.9

Type o
Power
Get it o
Jan 15

FREE S

## Videos for similar products

2026/1/10 18:20   Amazon.com - Steam Cleaner, 15s Heat-Up, 1.5L Tank, 5-Level Adjustable Handle, 2600W Steamer for Cleaning, Portable Steam…

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 39 of 267

STEAMBOT Steam Cleaner with 29-in-1 powerful deep cleaning for
281
$110⁰⁰

Wagner Spraytech C900054 905e AutoRight Multi-Purpose Steam
19,743
$111⁹⁶

Gastye Ste
Adjustable
$79⁹⁹

**Product description**

# NATURALLY: Clean. Degrease. Detail, Refresh and Deodorize. Multip. Surfaces.

The Figcoexs steam cleaner is an ultra-efficient, multipurpose cleaning solution. Designed for performance, ease of use, and durability, it effortlessly removes dirt, grease, stains, and other unwanted substances from multiple surfaces.



❌ **Not**
**Power Button**
It is a pairing button

1 Upgrade Handle

2 15 pcs Accessories

3 Use Step One

4 Use Step Two

✅ *Long Press: Power On/Off*
*Short Press: Pressure Level Adjustment*



# Multipurpose handheld steam cleaner



# Deep steam cleaner

From the brand

2026/1/10 18:20    Amazon.com - Steam Cleaner,15s Heat Up,1.5L Tank,3-Level Adjustable Handle,2500W Steamer for Cleaning,Portable Steam...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 41 of 267

Figpcess began with a mission to elevate home cleaning. Our steam cleaner combines premium quality and modern design for clean, effective results. Built for modern homes, it delivers powerful, adjustable steam and easy maneuverability, making it essential.

With user-focused design and advanced technology, Figpcess transforms cleaning into a seamless experience. Choose Figpcess for reliable, all-in-one cleaning every time.

## Product information

| | |
|---|---|
| Brand | Figpcess |
| Special Feature | High-Pressure, 2500W Steamer for Cleaning,15s Heat Up 1.5L Tank 3-Level Adjustable Handle |
| Surface Recommendation | Kitchen,Car, Dirt, Grease, Grout, Tile, Couch, Floor, Window, Carpet, Mattress, Range Hood, Upholstery, Fabric, BBQ Grill, Mirror Pot, Mattress, Toilet |
| Model Name | Handheld Steam Cleaner |
| Included Components | 1xsteam cleaner handheld, 1xExtension Nozzle, 1xLarge Nylon Brush, 1xSmall Nylon Brush 1xHigh-Pressure Nozzle, 1xBrass Brush, 1xExtended Sprayer Rod, 2xSealing ring, 1xCleaning Cloth Sleeve, 1xClean needle, 1xFloor Cleaning brush, 1xSmall Scraper, xLarge Scraper, 1 User manual, 1x Heat-Resistant Gloves 1x Cleaning Towel |
| Wattage | 2500 watts |
| Item Weight | 6.5 Pounds |
| Tank Volume | 1500 Milliliter |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Yellow |
| Power Source | Corded Electric |
| Voltage | 110 Volts |
| Capacity | 1500 Milliliters |
| Style | Top Steam Cleaner |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 0.36 x 10.6 x 7.85 inches |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price?

| | |
|---|---|
| Item Weight | 0.53 pounds |
| Manufacturer | Flgnaxox |
| ASIN | B0DP8BKF5N |
| Item model number | Steam Cleanaox |
| Customer Reviews | 4.0 (174) 4.0 out of 5 stars |
| Best Sellers Rank | #5,615 in Home & Kitchen (See Top 100 in Home & Kitchen) #6 in Steam Cleaners |
| Date First Available | February 8, 2025 |

## Product Videos

Kitkat_al
Customer Review: Great for sanitizing or cleaning! | See Full Review



## Similar brands on Amazon

Sponsored



| | | |
|---|---|---|
| 1L Handheld Steam Cleaner for Home and Kitchen Cleaning, 2500W The Fast... 4.3  52 $55.99 | Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit, A powerful ... 4.4  430 $249.99 | Gaxter Adjust... 4.3 $79.9 |

## Customer reviews

4 out of 5

841 global ratings

## Customers say

Customers find the steam cleaner effective for household cleaning and appreciate its powerful steam production and multiple attachments. They consider it easy to use and a good value for money. The heat level receives mixed feedback - while some say it heats up quickly, others report it takes a long time to

Amazon.com - Steam Cleaner, Fast Heat-Up, 1.5L Tank, 8-Level Adjustable Handle, 2500W Steamer for Cleaning, Portable Steam...

| | |
|---|---|
| 5 star | 62% |
| 4 star | 12% |
| 3 star | 9% |
| 2 star | 5% |
| 1 star | 12% |

How customer reviews and ratings work

heat up. Durability is also mixed, with some customers reporting it holds up well, while others find it not very durable.

AI Generated from the text of customer reviews.

**Select to learn more**

✓ Effectiveness (157)    ✓ Quality (89)    ✓ Steam production (60)    ✓ Ease of use (45)

✓ Value for money (41)    ✓ Attachments (33)    — Heat level (33)    — Durability (34)

## Reviews with images

See all photos ›

## Top reviews from the United States

**Jewelogy**

### Steam Cleaning Makes My Life Easier

Reviewed in the United States on September 25, 2023

Color: Yellow    Verified Purchase

I read sooooo many reviews before purchasing this steamer, my eyes were crossing. The reviews were so split that it made it difficult to make a decision. After almost purchasing a better known brand, I decided to try this one due to its size, water capacity and the handle.

This little thing is a beast. I've seen negative reviews about this one as well, but thus far I'm impressed.

It holds a lot of water - a little over 1.5

∨ Read more

42 people found this helpful

Helpful    Report

**Gary**

### Powerful and lasts a long time

Reviewed in the United States on November 11, 2023

Color: Yellow    Verified Purchase

Works great... very powerful steam. Last really long time with the big tank. The instructions leave a little bit to be desired, but I figured it out easy enough. Two things: the extra sealing rings are not shown in the exploded view, but you get two extra and after you open the high pressure nozzle you will see where it goes. Second, you pair the spray gun part with the machine only so they talk to each other, one you can control the pressure level from the handheld spray gun part. It's not Bluetooth or anything like that there's no app. Take advantage of the QR codes for pairing. The term "video pairing" in the instructions is not really the right way to say it. They are videos of how to pair the spray gun handle with the machine.

The small yellow brush came bent and got crushed the very first time I used it, it works less every other similar nozzle from other small handheld steamers. It still works fine even though it doesn't look great.

The tank is large enough that I used the first time for about a half an hour, and it still wasn't empty.

147 people found this helpful

Helpful    Report

**flmachen**

### Ok. For the price. Would still buy. Want bigger

Reviewed in the United States on December 22, 2025

Color: Yellow    Verified Purchase

I will go ahead and give 5 stars because it completed the task for as small as it is. I really like this product but like some others have said I wish this was bigger so it could hold more water. The only

2026/1/10 18:20      Amazon.com - Steam Cleaner, r5s Heat Up,1.5L Tank,3-Level Adjustable Handle,2500W Steamer for Cleaning, Portable Steam...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 44 of 267

thing. I did not like was that I had to wipe right then and there. So either have someone wiping for you or know that one hand wipes while the other holds the tool. I wondered what one person meant when she said she used it on everything. I did. I do as well; it will take some paint off if you have a hard area that you need elbow grease with. The only place I have not gone was to the car. But, the house cleaned walls, doors, stove, vents, washer and dryer, sofa, baseboards, cabinets, ware, floors, tile floors, lol. I went everywhere and that is when I knew I need a bigger machine. This is ok for the money; just need to be bigger and just a little bit more pressure.



One person found this helpful.

Helpful    Report

**Jesus**

### Cheap, and it shows.

Reviewed in the United States on November 28, 2025

Color: Yellow   Verified Purchase

The unit needs 3A batteries, not included and then it also requires it be plugged in.

The single cloth scrub is very thin, fine for perfectly flat surfaces terrible for ridges, corners. It was like scraping the surface with a shirt wrapped around a spatula, which gets off some of the paint around the corners.

The attachments fall off way to easily, there's no grip no latch, no twist and stay on. Just doing the normal scrubbing motion the attachment fell off numerous times leaving standing there spraying steam everywhere.

There's no "steam off" switch, pressing and holding the power off button takes a few seconds and then you still get steam shooting out for about 10 seconds. The way to instantly turn off the steam is to unplug the unit which can't be safe. I've had other cheap steamers that didn't have a "steam off".

⌄ Read more

One person found this helpful.

Helpful    Report

**I. Adams**

### Easy and convenient to use.

Reviewed in the United States on December 11, 2025

Color: Yellow   Verified Purchase

I would give this five star stars because it's amazing and easy to use. However, the electrical plug comes loose easily from the back of the unit.

One person found this helpful.

Helpful    Report

**Zeke Cato**

### Technically works but kinda weak

Reviewed in the United States on December 2, 2025

Color: Yellow   Verified Purchase

Steam generation doesn't keep up at all power levels. Starts dripping a lot of water at level 3. Attachments feel cheap. Wire brush was falling apart on arrival. Tried to use it to clean a wire rack from my air fryer. Didn't really work. I'm not sure what I am going to use this for. Might return.

4 people found this helpful

Helpful    Report

See more reviews ›

2026/1/10 18:20    Amazon.com - Steam Cleaner, Fast Heat Up, 1.5L Tank, 3-Level Adjustable Handle, 2500W Steamer for Cleaning, Portable Steam…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 45 of 267

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about Intel & Prime |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Settlement |
| | Become an Amazon Hub Partner | | Registry & Gift List |
| | > See More Ways to Make Money | | Help |

English    United States

| Amazon Music | Amazon Ads | 6pm | Abebooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Bringing Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | Market America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video In Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Refurbished products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



2026/1/11 09:49 Amazon.com - Steam Cleaner, 15s Heat Up, 1.6L Tank, 3-Level Adjustable Handle, 2500W/Steamer for Cleaning, Portable Steam...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 47 of 267

with 3 indicator lights to simplify operation. The steamer for cleaning can remotely adjust the steam intensity to meet different cleaning needs. The hand steamer for cleaning has 3 levels of steam adjustment to accurately match cleaning needs. The screen will display the real-time usage of the equipment.

+ Practical Accessory Set: This portable handheld steam cleaner comes 16 accessories: 1x Extension Nozzle, 1x Large Nylon Brush, 1x Small Nylon Brush, 1x High-Pressure Nozzle, 1x Brass Brush, 1x Extended Sprayer Rod, 2x Sealing Ring, 1x Cleaning Cloth Sleeve, 1x Cleaning needle, 1x Door Cleaning Brush, 1x Small Scraper, 1x Large Scraper, 1x User Manual. Long pressed the handle button to turn on/off the pressurized steam cleaner, the handheld steamer for cleaning effectively cleans various surfaces.

+ 1600ML Large Water Tank: The deep steam cleaner is equipped with a 1600ML water tank, which can be used for 45 minutes after one water filling, saying goodbye to the trouble of frequent water filling, allowing you to focus on cleaning. The steam cleaner for car adopts a funnel-shaped water filling port design, which allows you to easily add water by simply lifting the tank cover. The pressurized handheld steam cleaner has a convenient drainage hole at the bottom to ensure cleaning efficiency.

+ Multipurpose Steam Cleaner: This steam cleaner handheld comes with a thick steam hose, which increases the steam output strength for a more thorough cleaning. Our steam steamer for cleaning is suitable for cleaning stoves, windows, sofas, walls, microwaves, washing machines, refrigerators, kitchens, living rooms, bathrooms, toilets, floor seams, sofas and clothing. The Pressurized steam cleaner is equipped with a long power cord and steam hose, enabling you to easily clean from a distance.

+ High-Pressure Nozzle Maintenance Tip: In regions with high mineral content in tap water, mineral deposits may form in the High-Pressure Nozzle, blocking steam discharge. To prevent this: 1. After use, clean the High-Pressure Nozzle with the provided cleaning pin. 2. Alternatively, dissolve an appropriate amount of citric acid in water, add it to the machine, run the device to spray for a short while, then refill with clean water to rinse away any citric acid residue thoroughly.

Report an issue with this product or seller

## Frequently bought together

 +

Total price: $92.98

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

This item: Steam Cleaner, 15s Heat-Up, 1.6L Tank 3-Level Adjustable Handle 2500W...
$79⁹⁹

Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface Steam Cleaners...
$12⁹⁹ ($0.41/Fluid ounce)

2026/1/11 09:49    Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 48 of 267

Amazon.com - Steam Cleaner,15s Heat Up,1.5L Tank,3-Level Adjustable Handle,2500W Steamer for Cleaning, Portable Steam...

## Based on your recent shopping trends



| Koniop Steam Cleaner for Home & Car Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat Up... | Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for... | 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning Car Steamer Handheld Stea... | STEAMIDICI Steam Cleaner with 28 in 1 powerful, deep cleaning for home, floor, car tiles, grout, oven, overgang... | Handheld Steam Cleaner 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner... | Steam Heat Leads |
|---|---|---|---|---|---|
| 529 | 1,549 | 489 | 201 | 359 | $42.9 |
| $54.99 | $139.99 | $49.99 | $110.19 | $39.99 | |
| Get it as soon as Thursday, Jan 15 | Get it as soon as Friday, Jan 16 | Get it as soon as Thursday, Jan 15 | Get it Jan 14 – 16 | Get it as soon as Thursday, Jan 15 | |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping | FREE Shipping by Amazon | |

## Videos for similar products



| Steam Cleaner,15s Heat-Up,1.5L Tank,3-Level Adjustable | Gontye Steam Cleaner, Swivel Adjustable Handle, 15s Heat Up, | Mecmic Set 1600ML W |
|---|---|---|
| $79.99 | $79.99 | $64.99 |

## Product description

# NATURALLY: Clean. Degrease. Detail, Refresh and Deodorize. Multip. Surfaces.

The Flgpoexs steam cleaner is an ultra-efficient, multipurpose cleaning solution. Designed for performance, ease of use, and durability, it effortlessly removes dirt, grease, stains, and other unwanted substances from multiple surfaces.





## Multipurpose handheld steam cleaner

**Steam Cleaner**

## Clean, deodorize & refresh furniture.

Easily steam clean sofas, chairs, furniture, and upholstery. High-Pressure Steam for Deep Clean, removing stains and odors

2026/1/11 09:49 Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 50 of 267

Amazon.com - Steam Cleaner, 15s Heat-Up, 1.5L Tank, 3-Level Adjustable Handle, 2500W Steamer for Cleaning, Portable Steam...



Kitchen Cleaning    Car Detailing    Fabric Cleaning    Cleaning Bathroom

*Has excellent ability to remove grease and stains making it easy to clean the kitchen.*

# Deep steam cleaner

## From the brand

Figease began with the mission to elevate home cleaning. Our steam cleaner combines premium quality and innovative design for deep, effective results. Built for modern homes, it delivers powerful, adjustable steam and easy maneuverability, making it essential.

With user-focused design and advanced technology, Figease transforms cleaning into a seamless experience. Choose Figease for reliable, effortless cleaning every time.

## Product information

| Brand | Figease |
| --- | --- |
| Special Feature | High Pressure, 2500W Steamer for Cleaning,15s Heat-Up, 1.5L Tank 3-Level Adjustable Handle |
| Surface Recommendation | Kitchen,Car, Dirt, Grease, Grout, Tile, Couch, Floor, Window, Carpet, Mattress, Range Hoods, Upholstery, Fabric, BBQ Grill, Mirror Pot Mattress, Toilet |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

| | |
|---|---|
| Model Name | Handheld Steam Cleaners |
| Included Components | 1xSteam cleaner handheld, 1xExtension Nozzle, 1xLarge Nylon Brush, 1xSmall Nylon Brush, 1xHigh-Pressure Nozzle, 1xInox Brush, 1xExtended Sprayer Rod, 2xSealing ring, 1xCleaning Cloth Sleeve, 1xCleaning needle, 1xFloor Cleaning Brush, 1xSmall Scraper, 1xLarge Scraper, 1 user manual, 1x Heat Resistant Gloves, 1x Cleaning Towel |
| Wattage | 2500 watts |
| Item Weight | 2.58 Kilograms |
| Color | Yellow |
| Style | Modern |
| Package Dimensions | 11.5 x 9.49 x 6.42 inches |
| Item Weight | 5.68 pounds |
| Manufacturer | Flgcseus |
| ASIN | B0FCR54SML |
| Item model number | Steam Cleaners |
| Customer Reviews | 3.8 ⭐⭐⭐⭐⭐ 3.8 out of 5 stars |
| Best Sellers Rank | #171,771 in Home & Kitchen (See Top 100 in Home & Kitchen) #95 in Steam Cleaners |
| Date First Available | June 11, 2025 |

## Product Videos



Hilary Decker  Earns commissions
Portable Handheld Steam Cleaner #Cleaning #Home #MultiUse

## Similar brands on Amazon



## Customer reviews

### 3.9 out of 5

150 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 3% |
| 1 star | | 16% |

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner effective, with one mentioning it cuts through dirt and grime easily, and another noting it works well on carpets. Customers describe it as a great entry level cleaner that's easy to set up and lightweight. The heat transfer and steam output receive mixed feedback - while customers say it gets hot quickly, some mention it doesn't produce enough steam. The size receives criticism for being very small, and customers have concerns about the battery power, with one noting it needs two power sources.

 Generated from the text of customer reviews

**Select to learn more**

✓ Cleaning power (29)   ✓ Quality (16)   ✓ Ease of use (10)   ✓ Lightweight (9)

— Heat transfer (10)   — Steam output (9)   ⊖ Size (11)   ⊖ Battery power (9)

## Reviews with images

See all photos ›

   

## Top reviews from the United States

   Amazon Customer

**Nice little one**

Reviewed in the United States on December 15, 2023

Verified Purchase

I was skeptical but this little thing works pretty well, cleans, pretty easy to use and isn't really heavy. Buy extra cleaning tips which are available here on Amazon.

( Helpful )   Report

   Jessie Schoenzeile

**Little hot thing**

Reviewed in the United States on October 9, 2025

Verified Purchase

I like that it's pure water / steam, no chemicals required. Gets super hot really fast and shoots out a series of blast of steam. Easily cleaned junky crud that's been plaguing my kitchen for years! Very easy to turn on, automatically gets hot very quick. Light weight and easy around the house.

3 people found this helpful

( Helpful )   Report

   Toe

**Not strong enough**

Reviewed in the United States on November 20, 2025

Verified Purchase

It works on small parts but not trying to clean an engine. Tried to clean my engine and it was a joke went to the local car wash and did a better job. Guess it might work in small areas less than 2'.

2 people found this helpful

( Helpful )   Report





S lankright

**Handy for light jobs but don't expect blaster type performance**

Reviewed in the United States on August 4, 2023

Verified Purchase

Smaller than expected but super handy for light duty steam cleaning. I did a small section of my grill and yeah it takes a while with the small wire attachment brush but it worked OK. Had it on 3 and while it does work, it's not enough heat or pressure to really make much of a difference but it did seem to soften up the black heavy deposits but there's no shortcut, more for a little elbow grease and a scrubber pad. Tried on the shower surround as well, same thing, but for the money it's pretty easy to set up and use and probably great for smaller projects. I wouldn't want to clean an entire engine bay or baked on brake dust from an auto wheel with it. Just not enough "get it done" for those jobs.

4 people found this helpful

( Helpful )   Report



B. Fleet

**Great little machine**

Reviewed in the United States on November 5, 2025

Verified Purchase

Great steam output. Held good amount of water and heats up fast. Super cleaning power.

One person found this helpful

( Helpful )   Report



Wasabi Production

**Amazing if...**

Reviewed in the United States on September 23, 2025

Verified Purchase

It was great and doing absolutely great for the first 2-3 days but eventually it stopped coming out from the tip but from the yellow box itself and it does for about 10 minutes and does the same thing. Also the nozzles are usually not on tightly. It would be amazing and the greatest thing ever if it didn't do that.

One person found this helpful

( Helpful )   Report



C Presley

**Not for big jobs**

Reviewed in the United States on October 27, 2025

Verified Purchase

It is small but good. It is great for around the house. So far I used it for cleaning my windows and french doors. I love how light it is and easy to move around with.

One person found this helpful

( Helpful )   Report



tienqlteacher

**Easy to use really nice quality as well**

Reviewed in the United States on August 28, 2023

Verified Purchase

I just tried out my new portable steam cleaner and I'm really happy with it. It heats up fast, the steam pressure is strong, and it cuts through much dirt and grime way easier than I expected. It's lightweight and easy to maneuver, which makes cleaning less of a chore. The water tank lasts long enough for quick jobs, and for the price, the quality feels solid and reliable.



4 people found this helpful

( Helpful )   Report

See more reviews >

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about Let Us Prime settlement |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Become an Amazon Hub Partner | | Registry & Gift List |
| | › See More Ways to Make Money | | Help |



Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 55 of 267

Deliver to
New York 10010 | Home & Kitchen ▾ | Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾   Returns
& Orders

All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Registry

14 : 23 : 06

Amazon Home   Shop by Room   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Shop H2O

Sponsored

## Consider these available items



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,
3.9       246
$59.99



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,
3.9       246
$59.99



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,
3.9       246
$69.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

2+

Handheld Steam Cleaner, 2500W High Pressure Steam Machine, 1.6L Water Tank, 3 Levels Adjustable Handle, Portable Cleaning Steamer for Home, Car, Bed Bugs, Furniture, Couch, Grout

Brand: Ganggend

7       (11)

Currently unavailable.
We don't know when or if this item will be back in stock.

| | |
|---|---|
| Brand | Ganggend |
| Special Feature | 1-Click Operation on the Spray Handle, 1.6L Water Tank, 15 Accessories, |
| Surface Recommendation | Floor, Couch, Window, Carpet, Grout, Car Detailing, Matress, Range Hoods, Wall |
| Model Name | CF-S313047-Red |
| Included Components | 2 Nozzles, 2 Nylon Brushes, 1 Metal Brush, Window Scraper, Leather |

See more

**Currently unavailable.**
We don't know when or if this
item will be back in stock.

Deliver to New York 10010

Add to List

## About this item

- High Pressure & High Temperature Steam Cleaner: Powered by 2500W motor, this steam cleaner for home delivers up to 3 bar of pressurized steam; Reaching 221°F in just 15 seconds, it effectively tackles stubborn grime, grease, and bed bug on floor, couch, mattress, window, furniture, gas stove, range hood and car seats; Chemical-free cleaning ensures no harmful fumes or residues, making it a safe and efficient tool for home and vehicle maintenance

- Adjustable 3 Levels Steam Output: The spray handle of this hand held steamer is designed with 1-click operation with 3 indicated lights, thus you could adjust the steam output levels or turn on/off the

Deliver to
New York 10010    Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

The screen also displays real-time steam output level for easy monitoring

- Large Water Tank: The 1.6L water tank supports up to 1 hour of continuous cleaning, reducing the need for frequent refills and enhancing efficiency; Warm Note: You could add water anytime and take this high pressure steam cleaner anywhere during it is operating

- Steamer Cleaner for All Surfaces: This steam cleaner for furniture & car detailing includes 15 accessories: 1 bent nozzle, 1 straight nozzle, 2 nylon brushes, 1 metal brush, 1 extension rod, 1 fabric/leather scraper, 1 window scraper, 2 small scrapers, 1 nozzle cleaning pin, 1 towel cover, 1 pair of spacers, 1 pair of gloves and 1 storage bag

- Compact & Portable Steam Cleaner: Measuring only 8.27" x 5.71" x 5.63", this handheld steam cleaner is designed for easy portability; Equipped with a 4.92ft spray gun hose and a 6.56" power cord, it offers flexibility for both indoor and outdoor use

Report an issue with this product or seller



Sponsored

## Based on your recent shopping trends



**Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3…**
246
**$59.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for…**
4,548
**$139.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**STEAMBOT Steam Cleaner with 28-in-1 powerful, deep cleaning for home, floor, car, tile…**
281
Amazon's Choice
**$110.19**
Get it **Jan 14 – 16**
FREE Shipping



**Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,…**
624
**$59.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam…**
93
**$46.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

2500W
Home
Heat S
Cleani
Contr

**$53.9**
Get it a
Jan 15
FREE S

## Videos for similar products

4:24                        1:46

Steam Cleaner,15s Heat-Up,1.6L          Handheld Steam Cleaner, 2500W          Gautye Ste
Tank,3-Level Adjustable                High Pressure Steamer for Cleaning,    Adjustable
871                        246

$79⁹⁹                                $69⁹⁹                                $79⁹⁹

---

**Product description**

# 1-Click Operation on Spray Handle and Real-Time Display Screen on Main Unit



Nylon brushes, extension rod, flat scraper and towel cover could be used for cleaning car details.

# Handheld Steam Cleaner Include 14 Accessories for Home / Car Cleaning

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 58 of 267



# Product information

| Brand | Ganggend |
|---|---|
| Special Feature | 1-Click Operation on the Spray Handle, 1.6L Water Tank, 15 Accessories, Carry Handle, Real-Time Display Screen |
| Surface Recommendation | Floor, Couch, Window, Carpet, Grout, Car Detailing, Matress, Range Hoods, Wall |
| Model Name | CF-S313047-Red |
| Included Components | 2 Nozzles, 2 Nylon Brushes, 1 Metal Brush, Window Scraper, Leather / Fabric Scraper, 2 Sizes of Scrapers, Extension Nozzle, Towel Cover, Nozzle Cleaning Pin, Gloves, Spacers, Storage Bag, Power Cable, Handheld Steam Cleaner, User Manual |
| Wattage | 2500 watts |
| Tank Volume | 1.6 Liters |
| Item Display Dimensions | 7.4 x 5.9 x 5.1 inches |
| Form Factor | Handheld |
| Heat Time | 10 Seconds |
| Color | Red |
| Power Source | Electric |
| Voltage | 110 |
| Capacity | 1.6 Liters |
| Style | Fine |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 8.27"D x 5.63"W x 5.71"H |
| Item Weight | 5.29 pounds |
| Manufacturer | Ganggend |
| ASIN | B0F5Q3WXX5 |
| Item model number | CF-S313047-Red |
| Customer Reviews | 3.7     (11)  <br> 3.7 out of 5 stars |
| Best Sellers Rank | #2,374,249 in Home & Kitchen (See Top 100 in Home & Kitchen) |

## Feedback

Would you like to **tell us about a lower price?**

2026/1/10 18:06    Amazon.com - Ganggend Handheld Steam Cleaner, 2500W High-Pressure Steam Machine 1.8L Water Tank, 6 Levels Adjusta…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 59 of 267

Deliver to
New York 10010        Home & Kitchen ▾

EN        Hello, sign in
Account & Lists        Returns
& Orders        0

| Date First Available | November 3, 2022 |
|---|---|

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Similar brands on Amazon

Sponsored



**1L Handheld Steam Cleaner for Home and Kitchen Cleaning, 2500W 15s Fast…**
4.3        59
$55.99



**Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam…**
4.0        41
$138.99



TVD H…
Home,
4.8
$119.

## Customer reviews

### 3.7 out of 5

11 global ratings

| | | |
|---|---|---|
| 5 star | | 44% |
| 4 star | | 15% |
| 3 star | | 20% |
| 2 star | | 11% |
| 1 star | | 10% |

How customer reviews and ratings work



Sponsored

## Reviews with images

See all photos ›



## Top reviews from the United States

Whitey Whitney

**Good but not great**

Reviewed in the United States on July 5, 2025

Verified Purchase

Received the steam cleaner from Amazon and put to work the same night. Was pleased with the fast heat up time and the pistol grip which was easy to work with. Also having a bigger water capacity is a huge plus. It worked for 30 minutes continuously without having to refill. Cleaned 2 showers in an evening and it never gave an issue. We had some distilled water on hand and used that and later regular tap water with no noticeable difference. Our local water is pretty soft compared to some areas so not too concerned about its effect on the cleaner.

While it works well it is not the miracle maker as some describe. I used on a moldy shower and it worked very well along the tile but the grout required more effort. The nylon brush included worked okay but for extended use it will need to be replaced. We have white tile and white grout so any mold will stand out and require more work. Will plan on using the cleaner again with a stronger cleaning solution to see if that solves the problem. I would recommend this to others with the advice that it's another tool in the cleaning tool box but not a solution to all problems.

⌄ Read more

( Helpful )        Report



Amanda

**Makes cleaning a breeze**

Reviewed in the United States on July 13, 2025

UPDATE: not very happy I've had the unit since June 2025 this will be my 6th time using it I empty tank every time after using machine and now it just won't work doesn't steam just spits water out. when it worked it was fantastic but now it's spitting water out not heating and I tried all the trouble shooting steps. Descale etc even replaced batteries in spray gun......OLD POST: Love it!! Makes cleaning so much easier and the fact I don't have to use chemicals is a plus ! Got marks off the walls with ease and grease marks off my kitchen cabinets. It's light weight and plenty cord length. price is perfect compared to others. Comes with more than enough attachments. Love the extension pole definitely came in handy for higher up places. Heat up time was quick ! Definitely will recommend to family and friends.

Helpful          Report

     secret

**cloth cover does not work /fit**
Reviewed in the United States on June 30, 2025
**Verified Purchase**

I don't recommend this item, I could not get the cloth cover to go over the upholstery tool and it ripped. I ended up using a thin cloth which kept falling off, missed with that more than trying out the machine

Helpful          Report

          Beeftimer

          **It would be a GREAT product with just a few minor tweaks, but still good as is.**
Reviewed in the United States on June 22, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

So I used this (tested it out) on my couch (since I got the mostly for the purpose of upholstery, although it can do hard surfaces as well and has many attachments for things like windows and stuff). Actually, I think I'll use it on the windows next and I'll update my review to include how it did there, because we have some windows in BAD shape.

Anyway, it didn't take out all the stains, but the couch is really old and was in pretty bad shape. I forgot to get a before picture, so I don't see any point in showing you my gross couch without a before picture for reference, so, instead, I'll show you what the steamer took off of my couch. See picture. It definitely removed some dirt. And it looks a LITTLE better, but not too much better. However, I think it works best on the odor of the fabric. (We have like ten pets!) So I think I'll continue to clean the couch with this even if it doesn't LOOK all that much better.

One critique I have is that the attachments don't lock into place; you just slide them on and it's

⌄ Read more

One person found this helpful

Helpful          Report

**See more reviews** ›

Deliver to
New York 10010    Home & Kitchen ▾                                    EN    Hello, sign in    Returns
                                                                              Account & Lists    & Orders

Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:07    Amazon.com - Ganggend Handheld Steam Cleaner, 2500W High Pressure Steam Machine, 1.6L Water Tank, 3 Levels Adjusta...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 62 of 267



Deliver to
New York 10010

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
Account & Lists ▾

Returns
& Orders

**0**

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

14 : 22 : 09

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop H2O

Sponsored

## Consider these available items

Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,

3.9      246

$59.99

Goyappin Handheld Steam Cleaner for Home, 2500W High Pressure Steam Cleaner

4.2      190

$69.99

Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,

3.9      246

$59.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

2+

### Handheld Steam Cleaner, 2500W High Pressure Steam Machine, 1.6L Water Tank, 3 Levels Adjustable Handle, Portable Cleaning Steamer for Home, Car, Bed Bugs, Furniture, Couch, Grout (White)

Brand: Ganggend

.2      (17)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| Brand | Ganggend |
| Surface Recommendation | General Surfaces |
| Model Name | SF20251010B0F5PPYXXJ |
| Tank Volume | 1.6 Liters |
| Item Display Dimensions | 7.4 x 5.9 x 5.1 inches |

Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10010

Add to List

## Based on your recent shopping trends

Page 1 of 7

2026/1/10 18:07    Amazon.com - Ganggend Handheld Steam Cleaner, 2500W High Pressure Steam Machine /1.6L Water Tange 3 Levels Adjusta...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 63 of 267



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...

246

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for...

4,548

$139.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



STEAMBOT Steam Cleaner with 28-in-1 powerful, deep cleaning for home, floor, car, tile...

281

Amazon's Choice

$110.19

Get it **Jan 14 - 16**

FREE Shipping



Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,...

624

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam...

93

$46.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

---

**Product description**

# 1-Click Operation on Spray Handle and Real-Time Display Screen on Main Unit



Car Detailing      Kitchen      Leather / Fabric Cleaning      Bathroom

Nylon brushes, extension rod, flat scraper and towel cover could be used for cleaning car details.

# Handheld Steam Cleaner Include 14 Accessories for Home / Car

# Cleaning



## Product information

| | |
|---|---|
| Brand | Ganggend |
| Surface Recommendation | General Surfaces |
| Model Name | SF20251010B0F5PPYXXJ |
| Tank Volume | 1.6 Liters |
| Item Display Dimensions | 7.4 x 5.9 x 5.1 inches |
| Form Factor | Handheld |
| Power Source | Corded Electric |
| Capacity | 1600 Milliliters |
| Product Dimensions | 8.27 x 5.63 x 5.71 inches |
| Item Weight | 5.5 pounds |
| ASIN | B0F5PPYXXJ |
| Item model number | CF-S313047-White |
| Customer Reviews | 3.2      (17)<br>3.2 out of 5 stars |
| Best Sellers Rank | #1,743,519 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#447 in Handheld Steamers |
| Date First Available | June 5, 2025 |

### Feedback

Would you like to **tell us about a lower price?**

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

Sponsored

## Similar brands on Amazon

Sponsored

Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful…
4.4          430
$249.98

BISSELL Steam Shot Omni Pressurized Handheld Multi-Surface Natural…
4.0          7,278
$39.99

1L Han and Ki
4.3
$55.9

## Customer reviews

### 3.2 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 30% |
| 4 star | | 22% |
| 3 star | | 17% |
| 2 star | | 0% |
| 1 star | | 31% |

How customer reviews and ratings work

Sponsored

## Reviews with images

See all photos ›

## Top reviews from the United States

Laura G.

**Skip this so called steamer. Not any good**

Reviewed in the United States on July 6, 2025

**Verified Purchase**

Initially I was impressed with the steamer. That was day one. It was steamed up in 15 seconds and I was able to steam two swivel chairs and one decent sized couch before the water was gone. Although I was surprised by how hot the extension wand became. It was so hot that I am positive that you will need to get to the hospital if you touch it. The heat protection gloves are not really protective in my opinion. Actually I think it's an extremely dangerous tool.

That could absolutely cause damage to skin. I'm surprised that it is even allowed to be sold. Initially with the quick steam release and big water holder I was thinking about keeping it anyway. There are no small children in my home. Def not a safe device by any means.

Day two of using it was another story. It was not steaming up at all. I was troubleshooting it with what I could think of but nothing worked.

It continued to spit out water every time I tried. Zero steam. It has only one job. Steam. So it is going to be returned.

⌄ Read more

2 people found this helpful

[ Helpful ]     Report

Chez B.

**Steam cleaner**

2026/1/10 18:07    Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 66 of 267

Amazon.com - Ganggend Handheld Steam Cleaner, 2500W High-Pressure Steam Machine...6L Water Tank, 8 Levels Adjusta...

Reviewed in the United States on July 31, 2025

**Verified Purchase**

˅ Read more

Helpful          Report

REUBEN RILLERA

**Powerful portable steam cleaner**

Reviewed in the United States on July 10, 2025

**Verified Purchase**

˅ Read more

Helpful          Report

RinSea

**Not effective**

Reviewed in the United States on July 8, 2025

**Verified Purchase**

˅ Read more



Helpful          Report

JEH

**Disappointed**

Reviewed in the United States on August 16, 2025

**Verified Purchase**

˅ Read more

Helpful          Report

Michael Daniels

**Worked for three uses**

Reviewed in the United States on July 21, 2025

**Verified Purchase**

˅ Read more

Helpful          Report

**See more reviews** ›

Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**

2026/1/10 18:07 Amazon.com - Ganggend Handheld Steam Cleaner, 2500W High-Pressure Steam Machine, 1.8L Water range 8 Levels Adjusta...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 67 of 267

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:08    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 68 of 267



Deliver to
New York 10010

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

**14** : **21** : **20**

**Amazon Home**    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers







Click to see full view

VIDEO

2+



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3 Levels Adjustable Handle, Steam Cleaner for Home, Car, Furniture, Bed Bugs (Green)

Brand: Ganggend

(246)

**50+ bought** in past month

-25% **$59**⁹⁹

List Price: $79.99 ⓘ

FREE Returns

Exclusive Prime price

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

**Color: Green**

| | | |
|---|---|---|
| $59.99 $79.99 With Prime | $69.99 | $59.99 $79.99 With Prime |

**Size: 1600ML**

| | |
|---|---|
| **Brand** | Ganggend |
| **Special Feature** | Handheld, Portable |
| **Model Name** | TC-SC-009 |
| **Included Components** | Green Steam Cleaner |
| **Item Weight** | 2.6 Kilograms |

## About this item

- Fast Heating & Adjustable Steam Power: Our steam cleaner heats up in just 10–15 seconds and delivers powerful 3-bar steam at up to 105°C (221°F). The easy-to-reach control key on the spray gun allows you to use and adjust the handheld steam cleaner from a remote location
- 1.6L Large Capacity & 1 Hour Runtime: The upgraded 1.6L water tank of the steamer cleaner allows for up to 1 hour of continuous cleaning. This let you tackle stubborn grime on floors, furniture, beds, windows, gas stoves, range hoods and car seats without stopping to refill

**Prime Member Price**

**$59**⁹⁹

This price is exclusively for Amazon Prime members.

Join Prime

Cancel anytime

Already a member? Sign in

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Ganggend |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

˅ See more

**Regular Price**

**$69**⁹⁹

**FREE delivery Thursday, January 15**

Ships from: Amazon
Sold by: Ganggend

Add to List



Heavy D…

4.5    78

**$62**⁴⁹

Sponsored

2026/1/10 18:08 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water...

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 69 of 267

- Extended Reach with Long Hose & Power Cord: The steamer for cleaning comes with a 2.2-meter controllable steam spray gun and a 2.5-meter power cord. This offering long-distance cleaning flexibility in any part of your home or car detailing.
- Versatile 15-Piece Accessory Kit: Includes 2 nylon and 1 brass brushes, 2 nylon nozzles, 2 flat scrapers, 1 window scraper with towel cover, 1 extended nozzle, 2 gloves, 1 needle for cleaning scale, 1 wrench and 1 storage bag. This cleaning steamer kit is perfect for cleaning kitchen grease, car interiors, glass, grout, and more
- Stylish & Safe Design with Color Options: Available in 3 color choices, this portable steam cleaner features durable materials and includes gloves for safety. Note: The steam hose gets hot during use—please handle with care to avoid burns
- Professional Team Support: This high pressure steam cleaner kit was designed by professionals and laboratory-tested for safety. This steam cleaner comes with a hassle-free return and replacement policy

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)

$49.99

🌿 1 sustainability feature

Sponsored

## Deals on related products *Sponsored* ⓘ

     

| 60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,... | Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li... | Handheld Steam Cleaner, Pressurized Multi-Surface Steam Shot with 13... | Steam Cleaner for Home & Car, 15s Fast Heat Handheld Steamer for Cleaning, 1.6L Lar... | Multi-Surface Handheld Pressurized Steam Cleaner with 11-Pieces Accessories, 15.2OZ... | Steam Mo... Accessorie... Cleaner H... Scrubber s... |
|---|---|---|---|---|---|
| 72 | 267 | 1,987 | 250 | 398 | |
| Limited time deal | Limited time deal | Limited time deal | Limited time deal | Amazon's Choice | Limited tin... |
| -26% $55⁹⁹ | -33% $59⁹⁸ | -19% $28⁴⁷ | -40% $59⁹⁸ | Limited time deal | -10% $9... |
| List: $75.99 | List: $89.99 | Typical: $34.99 | List: $99.99 | -31% $37⁹⁹ | Typical: $1... |
| | | | | List: $54.99 | |

## Products related to this item *Sponsored* ⓘ

2026/1/10 18:08 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Foldable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 70 of 267








Heavy Duty Steam Cleaner for Home, Fast Heating & 1.2L Tank, 6-Level Adjustable Pre...
78
-38% $62⁴⁹
List: $99.99
Save 20% with coupon

60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,...
72
Limited time deal
-26% $55⁹⁹
List: $75.99

Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L W...
142
-13% $69⁹⁹
List: $79.99

Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Por...
2,032
-20% $79⁹⁹
List: $99.99

Handheld Pressurized Steam Cleaner for Home - 15s Heat-Up 3-Level Adjustable Steam ...
94
-27% $66⁴⁹
List: $90.99

ScrubWiz with Deta Handheld Cleaner, 1
#1 Best Sel
Limited tir
-40% $6
List: $109.

## Product description



Metal Brush
Nylon Brushes
1 Brush for Grease
2 Scrapers for Widows
3 Nozzle for Detailing

How to use

Step 1 — Insert 2pcs of AAA batteries
Step 2 — Fill in cold water
Step 3 — Install the nozzle or bursh you need
Step 4 — Plug in the power supply and the screen displays "0"
Step 5 — Long press the button to turn on the machine
Step 6 — The screen displays "1"; Wait 15 seconds to preheat
Step 7 — Steam comes out; Adjust gear 1-3 by pressing button
Step 8 — Long press to turn off ; Unplug and drain water

2026/1/10 18:08    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 71 of 267



## Product information

| | |
|---|---|
| **Brand** | Ganggend |
| **Special Feature** | Handheld, Portable |
| **Model Name** | TC-SC-009 |
| **Included Components** | Green Steam Cleaner |
| **Item Weight** | 2.6 Kilograms |
| **Color** | Green |
| **Capacity** | 1.6 Liters |
| **Style** | Modern |
| **Product Care Instructions** | Hand Wash |
| **Package Dimensions** | 11.73 x 8.7 x 6.46 inches |
| **Item Weight** | 5.72 pounds |
| **ASIN** | B0F83CV1H8 |
| **Item model number** | TC-SC-008 |
| **Customer Reviews** | 3.9        (246)<br>3.9 out of 5 stars |
| **Best Sellers Rank** | #137,245 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#76 in Handheld Steamers |
| **Date First Available** | July 7, 2025 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please *click here*

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 72 of 267



Gangqand
High Pressure Steamer for Cleaning

---

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

| Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam Cleaner, 3-Steam … | Handheld Steam Cleaner, Portable Steamer for Cleaning with 9pcs Accessories,… | Steam Cleaner,15s Heat-Up,1.5L Tank,6-Level Adjustable Handle,1500W… | Heavy Duty Handheld Steam Cleaner, 15s Heat-Up, 9-Level Adjustable 2500W… | Heavy Duty Steam Cleaner for Home, Fast Heating & 1.2L Tank, 6-Level Adjustable Pre… | Handheld Steam Cle… - 15s Heat… Adjustable |
|---|---|---|---|---|---|
| 41 | 32 | 18 | 12 | 78 | |
| $138⁹⁹ | $23⁷⁹ | $69⁹⁹ | -37% $37⁹⁹ | -38% $62⁴⁹ | -27% $6 |
| | | | List: $59.99 | List: $99.99 | List: $90.99 |
| | | | | Save 20% with coupon | |

Sponsored

## Similar brands on Amazon

Sponsored

2026/1/10 18:08 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 73 of 267





## Customer reviews

### 3.9 out of 5

246 global ratings

5 star ▭ 55%
4 star ▭ 15%
3 star ▭ 10%
2 star ▭ 9%
1 star ▭ 11%

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner easy to use and appreciate its cleaning ability, with one mentioning it's perfect for tight spaces and small jobs. The functionality and steam quality receive mixed feedback - while some say it does the job very well, others report it stops working and creates steam that isn't hot enough. The power, pressure, and size also get mixed reviews, with some finding it very powerful and having excellent pressure, while others note limited pressure and find it too small. Customers disagree on the value for money.

 Generated from the text of customer reviews

**Select to learn more**

Cleaning ability (6)  —  Functionality (23)  —  Steam quality (17)  —  Power (9)
—  Ease of use (8)  —  Size (6)  —  Pressure (4)  ⬡ Value for money (4)

## Reviews with images

See all photos ›

## Top reviews from the United States

 W. James O'Brien

**Tiny but serves its purpose efficiently**
Reviewed in the United States on January 4, 2026
Size: 1600ML    Color: White    **Verified Purchase**

I did not feel like spending 150 or 200 bucks renting an industrial steamer for serious house-cleaning. When my order of this arrived this 70 buck tool looked like a companion piece to a Kenner E-Z Bake Oven or a Suzy Homemaker Popcorn Maker but talk about lots of steam and heat. It works as advertised and then some, and if you have bug issues in your apartment block this is just what the doctor ordered.

Word to the wise: if you need this you also need a 750 watt 1.5 litre home water distillation unit which Amazon also sells. That way your steamer won't lime up whatsoever. YOU HAVE TO USE DISTILLED WATER IN ANY STEAMER OR IT WILL GO KAPUT IN A COUPLE OF WEEKS.

[ Helpful ]    Report

Luke B. Lumpkin

**One word first impression: WOW!**
Reviewed in the United States on September 5, 2025
Size: 1600ML    Color: White    **Verified Purchase**

One word first impression: WOW!

I'm a VERY detailed and picky person—plus, I design products myself. This steamer checked every single box for me.

My initial concern was its liquid capacity. When I cleaned my refrigerator, I actually had to dump half the water out because I couldn't use it all—so capacity is definitely not an issue.

The WOW factor is twofold:
1. This steamer gets EXTREMELY hot.
2. It delivers a SIGNIFICANT amount of pressure.

It has three settings, and even on the lowest (1), it was strong enough to power through a thick, caked-

⌄ Read more

2 people found this helpful

Helpful        Report

 Don Alexander

**A great alternative to chemeicals.**
Reviewed in the United States on November 11, 2025
Size: 1600ML        Color: Green        **Verified Purchase**

It won't perform miracles like some reviewers practically claim. The brushes is come with are not going to last long. I will be looking for replacements. I also plan to experiment with different cleaners and detergents for tough jobs. I think this will work better in the garage for cleaning up dirty and oily parts than it did in the kitchen and bathroom. It's not that it didn't work, it's that based on stellar reviews, i thought it would be better than cleaning with brushes and cleaning products. It's really not, BUT it is maybe a great chemical-free alternative. One of the most annoying aspects was that there is so much steam produced it's difficult to see how good of a job you did with it until you turn it off or move the wand away.
I want a more powerful way of cleaning so i may be defeating the purpose but i plan on using this with cleaning chemicals. Ultimately, hoping that i can find a combination to remove well water rust stains also.

3 people found this helpful

Helpful        Report

Can you hear me now?

**Perfect for tight spaces or small jobs. Easy to carry while using it.**
Reviewed in the United States on January 25, 2023
**Verified Purchase**

First off - I've got a very large and expensive floor model - but it is too big to use on my 3D bakeware, the yellowing floor in my shower, in sinks... I like it so much that I'm going to get another to use only on kitchenware (after cleaning everything else in the bathroom I was so impressed that I used it to remove the rust stains from the toilets - so no more kitchen duty for this one). I use cheap bottles of "purified" water. Pour a bottle in, turn the unit on - and in a couple of seconds it starts spraying. There is no trigger control on it -when it is on it is going. It does shut off reasonably quick though. This thing is just about as powerfull as my $250 floor unit - and I think it is because it doesn't have a trigger control messing with the flow. I've had several steam cleaners and something that will ruin any of them is using tap water - or leaving water in them. I use one bottle of water at a time, and spray until it is empty. You can see how much water you have in the clear reservoir, it is small, light, and ergonomically balanced so you can carry it by the handle to walk and clean (I raise quail, and used it to clean my incubators, hatchers, and brooders - no more needing to use bleach!). I'll still use my larger unit for doing the floors - but for everything else I'll use this.

14 people found this helpful

Helpful        Report

Alan Woods

**Look at packaging if it looks retaped somebody else probably sent it back.**
Reviewed in the United States on September 2, 2025
Size: 1600ML        Color: Red        **Verified Purchase**

Didn't work steam came out everywhere except the hose it looked like it had been repackaged whenever I received it still had a little water in tank and accessories were loose , someone had already returned it before i think.

Helpful        Report

Shan8127

**Works beautifully**
Reviewed in the United States on October 21, 2025
Size: 1600ML        Color: Red        **Verified Purchase**

It worked for exactly what we got it for. It has also been a god send for cleaning our floors both carpet and tile.

Helpful        Report

crusin81

**Not as advertised**
Reviewed in the United States on December 26, 2025
Size: 1600ML        Color: White        **Verified Purchase**

Tested on engine bay of car expecting same if not close results as advertisement. My mistake. Absolutely no pressure and steam wasn't even that great with the temp on full. Very disappointed. Had a gut feeling when I bought it that it was to good to be true.

Helpful        Report

Helpful   Report

Clinton

**Waste of money**
Reviewed in the United States on December 28, 2025
Size: 1600ML     Color: White     Verified Purchase

It doesn't work like the video . Attachments don't fit and it leaks too much DO NOT BUY THIS !!!

Helpful   Report

See more reviews ›

## Top reviews from other countries

Now Trending

**Great little steamer!**
Reviewed in Canada on August 3, 2025
Size: 1600ML     Color: White     Verified Purchase

Great little steam cleaner! I wasn't expecting much but this is my first time buying a steam cleaner and so far it works pretty well. Tried to clean my stove vent (which was very greasy) and it did the job very well by itself. It would take some time depending on what you're trying to clean and degreasers would work really well along side it.

Now I'm looking for stuff to clean. 🤪 Also the steam gets very hot (duh). Don't ask me how I know 🤪

Report

Nathaniel

**Amazing**
Reviewed in Canada on December 23, 2025
Size: 1600ML     Color: Green     Verified Purchase

This thing is freaking awesome I would recommend it to everyone I just can't stop using it one word amazing

Report

Trisha

**Powerful and compact**
Reviewed in Canada on August 1, 2025
Size: 1600ML     Color: Green     Verified Purchase

Makes steam and lots of it but the steam doesn't seem to clean anything?? Maybe I am doing it wrong or expecting miracles but so far everything I have tried to clean I end up needing to scrub. I will try the bathroom next as nothing in the kitchen worked. Unit is light and portable and comes with a lot of attachments. If I can get it to clean I will be very happy.

Report

Celestin

**Don't purchase**
Reviewed in Canada on October 30, 2025
Size: 1600ML     Color: Green     Verified Purchase

It steams up. The gloves are crap. Tried to put em on and they ripped. The larger piece doesn't stay attached or have a way to connect properly. Piss poor instructions. Not worth the price I paid for it.

Report

Gerrilynn

**It's great and does good**
Reviewed in Canada on November 3, 2025
Size: 1600ML     Color: White     Verified Purchase

Very good

Report

See more reviews ›

Sponsored

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App

Amazon

PillPack

Amazon Renewed

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 77 of 267

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes

Top subscription
boxes – right to
your door

Pillpack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:09 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 78 of 267



Deliver to
New York 10010

Home & Kitchen ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

14 : 20 : 13

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

## Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3 Levels Adjustable Handle, Steam Cleaner for Home, Car, Furniture, Bed Bugs (Red)

Brand: Ganggend

(246)

$69⁹⁹

FREE Returns

Get $60 off instantly: Pay $9.99 upon approval for the Amazon Store Card.

Color: **Red**

| $59.99 $79.99 With Prime | $69.99 | $59.99 $79.99 With Prime |

Size: **1600ML**

| **Brand** | Ganggend |
|---|---|
| **Special Feature** | Electric Stovetop Compatible, Gas Stovetop Compatible |
| **Model Name** | TC-SC-009 |
| **Included Components** | Red steam cleaner |
| **Item Weight** | 2.6 Kilograms |

## About this item

- Fast Heating & Adjustable Steam Power: Our steam cleaner heats up in just 10–15 seconds and delivers powerful 3-bar steam at up to 105°C (221°F). The easy-to-reach control key on the spray gun allows you to use and adjust the handheld steam cleaner from a remote location
- 1.6L Large Capacity & 1 Hour Runtime: The upgraded 1.6L water tank of the steamer cleaner allows for up to 1 hour of continuous cleaning. This let you tackle stubborn grime on floors, furniture, beds, windows, gas stoves, range hoods and car seats without stopping to refill
- Extended Reach with Long Hose & Power Cord: The steamer for cleaning comes with a 2.2-meter controllable steam spray gun and a 2.5-meter power cord. This

$69⁹⁹

FREE delivery **Thursday, January 15**

Or Prime members get FREE delivery **Tomorrow, January 11**. Join Prime

Deliver to New York 10010

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | Ganggend |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

⌄ See more

**Add a Protection Plan:**

- ☐ 2-Year Protection Plan for $6.99
- ☐ 3-Year Protection Plan for $8.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List

gun and a 2.5-meter power cord. This offering long-distance cleaning flexibility in any part of your home or car detailing

- Versatile 15-Piece Accessory Kit: Includes 2 nylon and 1 brass brushes, 2 nylon nozzles, 2 flat scrapers, 1 window scraper with towel cover, 1 extended nozzle, 2 gloves, 1 needle for cleaning scale, 1 wrench and 1 storage bag. This cleaning steamer kit is perfect for cleaning kitchen grease, car interiors, glass, grout, and more

- Stylish & Safe Design with Color Options: Available in 3 color choices, this portable steam cleaner features durable materials and includes gloves for safety. Note: The steam hose gets hot during use—please handle with care to avoid burns

   **Report an issue with this product or seller**

---

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)
$49.99

 1 sustainability feature

Sponsored

---

## Products related to this item   Sponsored ⓘ



Handheld Steam Cleaner, 2500W High Pressure Multi-Surface Steam Cleaner for…
527
-22% $53¹⁹
List Price: $68.48
 Climate Pledge Friendly



Steam Cleaner for Home, Handheld 2500W High Pressure Steamer for Cleaning, 9-Level …
157
$43⁴⁶
 Climate Pledge Friendly



Steam Cleaner for Home - 1600ML Water Tank 15s Heat-Up Portable Steamer for Cleanin…
64
-20% $79⁹⁹
List: $99.99



POLTI Vaporetto Smart 100 Steam Cleaner with Unlimited Steam Technology, Sanitize F…
123
$399⁹⁵



Handheld Steam Cleaner for Home, 2500W High Pressure Steam Cleaner for Car Detailin…
190
-13% $69⁹⁹
List: $79.99



Handheld for Home, Temperat Machine,
$69⁹⁹

---

## Based on your recent shopping trends



**Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3…**
246
$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for…**
4,548
$139.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**STEAMBOT Steam Cleaner with 28-in-1 powerful, deep cleaning for home, floor, car, tile…**
281
Amazon's Choice
$110.19
Get it **Jan 14 - 16**
FREE Shipping



**Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,…**
624
$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



**Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam…**
93
$46.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



2500W
Home
Heat S
Cleani
Contro
$53.9
Get it a
Jan 15
FREE S

## Product description

![Metal Brush, Nylon Brushes — 1 Brush for Grease, 2 Scrapers for Widows, 3 Nozzle for Detailing]

**How to use**

Step 1 — Insert 2pcs of AAA batteries
Step 2 — Fill in cold water
Step 3 — Install the nozzle or bursh you need
Step 4 — Plug in the power supply and the screen displays "0"
Step 5 — Long press the button to turn on the machine
Step 6 — The screen displays "1"; Wait 15 seconds to preheat
Step 7 — Steam comes out; Adjust gear 1-3 by pressing button
Step 8 — Long press to turn off ; Unplug and drain water



# Product information

| | |
|---|---|
| **Brand** | Ganggend |
| **Special Feature** | Electric Stovetop Compatible, Gas Stovetop Compatible |
| **Model Name** | TC-SC-009 |
| **Included Components** | Red steam cleaner |
| **Item Weight** | 2.6 Kilograms |
| **Color** | Red |
| **Capacity** | 1.6 Liters |
| **Style** | Modern |
| **Product Care Instructions** | Hand Wash |
| **Package Dimensions** | 11.89 x 8.86 x 6.57 inches |
| **Item Weight** | 5.72 pounds |
| **ASIN** | B0F83FKRZ5 |
| **Item model number** | TC-SC-008 |
| **Customer Reviews** | 3.9        (246)<br>3.9 out of 5 stars |
| **Best Sellers Rank** | #137,245 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#76 in Handheld Steamers |
| **Date First Available** | July 7, 2025 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

# Product Videos



## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

| 15-IN-1 Handheld Steam Cleaner 【6 Level Adjustable Handle Portable Steam… | Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.2L W… | Hoover FloorMate Deluxe Hard Floor Cleaner Machine, Lightweight Cleaning… | 6 IN 1 Steam Mop for Floor Cleaning, Effortless Ergonomic Design Handheld Steam Cle… | 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld… | Handheld for Home, Pressure S for Car De… |
|---|---|---|---|---|---|
| 13 | 19 | 17,995 | 27 | 527 | |
| $64⁹⁹ | $69⁹⁹ | -10% $147⁸⁷ List: $164.99 | $64⁹⁹ | Amazon's Choice $49⁹⁹ ♻ Climate Pledge Friendly | -13% $6 List: $79.99 |



Sponsored

## Similar brands on Amazon

Sponsored

  

## Customer reviews

### 3.9 out of 5

246 global ratings

5 star    55%
4 star    15%
3 star    10%
2 star    9%
1 star    11%

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner easy to use and appreciate its cleaning ability, with one mentioning it's perfect for tight spaces and small jobs. The functionality and steam quality receive mixed feedback - while some say it does the job very well, others report it stops working and creates steam that isn't hot enough. The power, pressure, and size also get mixed reviews, with some finding it very powerful and having excellent pressure, while others note limited pressure and find it too small. Customers disagree on the value for money.

✨ Generated from the text of customer reviews

**Select to learn more**

Cleaning ability (6) — Functionality (23) — Steam quality (17) — Power (9)
— Ease of use (8) — Size (6) — Pressure (4) — Value for money (4)

## Reviews with images

See all photos ›

   

## Top reviews from the United States

 W. James O'Brien

### Tiny but serves its purpose efficiently

Reviewed in the United States on January 4, 2026
Size: 1600ML    Color: White    **Verified Purchase**

I did not feel like spending 150 or 200 bucks renting an industrial steamer for serious house-cleaning. When my order of this arrived this 70 buck tool looked like a companion piece to a Kenner E-Z Bake Oven or a Suzy Homemaker Popcorn Maker but talk about lots of steam and heat. It works as advertised and then some, and if you have bug issues in your apartment block this is just what the doctor ordered.

Word to the wise: if you need this you also need a 750 watt 1.5 litre home water distillation unit which Amazon also sells. That way your steamer won't lime up whatsoever. YOU HAVE TO USE DISTILLED WATER IN ANY STEAMER OR IT WILL GO KAPUT IN A COUPLE OF WEEKS.

Helpful     Report

 Luke B. Lumpkin

### One word first impression: WOW!

Reviewed in the United States on September 5, 2025
Size: 1600ML    Color: White    **Verified Purchase**

One word first impression: WOW!

I'm a VERY detailed and picky person—plus, I design products myself. This steamer checked every single box for me.

My initial concern was its liquid capacity. When I cleaned my refrigerator, I actually had to dump half the water out because I couldn't use it all—so capacity is definitely not an issue.

The WOW factor is twofold:
1. This steamer gets EXTREMELY hot.
2. It delivers a SIGNIFICANT amount of pressure.

It has three settings, and even on the lowest (1), it was strong enough to power through a thick, caked-

⌄ Read more

2 people found this helpful

Helpful     Report

Don Alexander

**A great alternative to chemeicals.**
Reviewed in the United States on November 11, 2025
Size: 1600ML     Color: Green     Verified Purchase

It won't perform miracles like some reviewers practically claim. The brushes is come with are not going to last long. I will be looking for replacements. I also plan to experiment with different cleaners and detergents for tough jobs. I think this will work better in the garage for cleaning up dirty and oily parts than it did in the kitchen and bathroom. It's not that it didn't work, it's that based on stellar reviews, i thought it would be better than cleaning with brushes and cleaning products. It's really not, BUT it is maybe a great chemical-free alternative. One of the most annoying aspects was that there is so much steam produced it's difficult to see how good of a job you did with it until you turn it off or move the wand away.
I want a more powerful way of cleaning so i may be defeating the purpose but i plan on using this with cleaning chemicals. Ultimately, hoping that i can find a combination to remove well water rust stains also.

3 people found this helpful

Helpful     Report

Can you hear me now?

**Perfect for tight spaces or small jobs. Easy to carry while using it.**
Reviewed in the United States on January 25, 2023
Verified Purchase

First off - I've got a very large and expensive floor model - but it is too big to use on my 3D bakeware, the yellowing floor in my shower, in sinks... I like it so much that I'm going to get another to use only on kitchenware (after cleaning everything else in the bathroom I was so impressed that I used it to remove the rust stains from the toilets - so no more kitchen duty for this one). I use cheap bottles of "purified" water. Pour a bottle in, turn the unit on - and in a couple of seconds it starts spraying. There is no trigger control on it -when it is on it is going. It does shut off reasonably quick though. This thing is just about as powerfull as my $250 floor unit - and I think it is because it doesn't have a trigger control messing with the flow. I've had several steam cleaners and something that will ruin any of them is using tap water - or leaving water in them. I use one bottle of water at a time, and spray until it is empty. You can see how much water you have in the clear reservoir, it is small, light, and ergonomically balanced so you can carry it by the handle to walk and clean (I raise quail, and used it to clean my incubators, hatchers, and brooders - no more needing to use bleach!). I'll still use my larger unit for doing the floors - but for everything else I'll use this.

14 people found this helpful

Helpful     Report

Alan Woods

**Look at packaging if it looks retaped somebody else probably sent it back.**
Reviewed in the United States on September 2, 2025
Size: 1600ML     Color: Red     Verified Purchase

Didn't work steam came out everywhere except the hose it looked like it had been repackaged whenever I received it still had a little water in tank and accessories were loose , someone had already returned it before i think.

Helpful     Report

Shan8127

**Works beautifully**
Reviewed in the United States on October 21, 2025
Size: 1600ML     Color: Red     Verified Purchase

It worked for exactly what we got it for. It has also been a god send for cleaning our floors both carpet and tile.

Helpful     Report

crusin81

**Not as advertised**
Reviewed in the United States on December 26, 2025
Size: 1600ML     Color: White     Verified Purchase

Tested on engine bay of car expecting same if not close results as advertisement. My mistake. Absolutely no pressure and steam wasn't even that great with the temp on full. Very disappointed. Had a gut feeling when I bought it that it was to good to be true.

Helpful     Report

Clinton

**Waste of money**

Reviewed in the United States on December 28, 2025

Size: 1600ML      Color: White      **Verified Purchase**

It doesn't work like the video . Attachments don't fit and it leaks too much DO NOT BUY THIS !!!

Helpful          Report

See more reviews ›

2026/1/10 18:09    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 86 of 267

## Top reviews from other countries

 Now Trending

**Great little steamer!**
Reviewed in Canada on August 3, 2025
Size: 1600ML    Color: White    **Verified Purchase**

Great little steam cleaner! I wasn't expecting much but this is my first time buying a steam cleaner and so far it works pretty well. Tried to clean my stove vent (which was very greasy) and it did the job very well by itself. It would take some time depending on what you're trying to clean and degreasers would work really well along side it.

Now I'm looking for stuff to clean. 🧹 Also the steam gets very hot (duh). Don't ask me how I know 🔥

Report

 Nathaniel

**Amazing**
Reviewed in Canada on December 23, 2025
Size: 1600ML    Color: Green    **Verified Purchase**

This thing is freaking awesome I would recommend it to everyone I just can't stop using it one word amazing

Report

 Trisha

**Powerful and compact**
Reviewed in Canada on August 1, 2025
Size: 1600ML    Color: Green    **Verified Purchase**

Makes steam and lots of it but the steam doesn't seem to clean anything?? Maybe I am doing it wrong or expecting miracles but so far everything I have tried to clean I end up needing to scrub. I will try the bathroom next as nothing in the kitchen worked. Unit is light and portable and comes with a lot of attachments. If I can get it to clean I will be very happy.

Report

 Celestin

**Don't purchase**
Reviewed in Canada on October 30, 2025
Size: 1600ML    Color: Green    **Verified Purchase**

It steams up. The gloves are crap. Tried to put em on and they ripped. The larger piece doesn't stay attached or have a way to connect properly. Piss poor instructions. Not worth the price I paid for it.

Report

 Gerrilynn

**It's great and does good**
Reviewed in Canada on November 3, 2025
Size: 1600ML    Color: White    **Verified Purchase**

Very good

Report

**See more reviews** ›

2026/1/10 18:09 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water...

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 87 of 267

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

---

English                 United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:10    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 88 of 267



Deliver to
New York 10010

Home & Kitchen ▾    Search Amazon

EN    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop BISSELL

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

  

2+

3 VIDEOS

andheld Steam Cleaner,
500W High Pressure
teamer for Cleaning,
ortable Steam Cleaner
ith 1.6L Water Tank, 3
evels Adjustable Handle,
team Cleaner for Home,
ar, Furniture, Bed Bugs
White)

nd: Ganggend

(246)

**100+ bought** in past month

-25%  $**59**⁹⁹

List Price: $79.99 ⓘ

FREE Returns

:lusive Prime price

Get $60 off instantly: Pay $0.00 upon
approval for the Amazon Store Card.

Available at a lower price from other sellers
that may not offer free Prime shipping.

Color: **White**

| $59.99 $79.99 With Prime | $69.99 | $59.99 $79.99 With Prime |

Size: **1600ML**

| Brand | Ganggend |
|---|---|
| Special Feature | Handheld, Portable |
| Model Name | TC-SC-009 |
| Included Components | White Steam Cleaner |
| Item Weight | 2.61 Kilograms |

## About this item

- Fast Heating & Adjustable Steam Power: Our steam cleaner heats up in just 10–15 seconds and delivers powerful 3-bar steam at up to 105°C (221°F). The easy-to-reach control key on the spray gun allows you to use and adjust the handheld steam cleaner from a remote location
- 1.6L Large Capacity & 1 Hour Runtime: The upgraded 1.6L water tank of the steamer cleaner allows for up to 1 hour of continuous cleaning. This let you tackle stubborn grime on floors, furniture, beds,



**Prime Member Price**

$**59**⁹⁹

This price is exclusively for
Amazon Prime members.

Join Prime

Cancel anytime

Already a member? Sign in

| Ships from | Amazon |
|---|---|
| Sold by | Ganggend |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

˅ See more

**Regular Price**

$**69**⁹⁹

**FREE delivery Thursday, January 15**

Ships from: Amazon
Sold by: Ganggend

Add to List

**Other sellers on Amazon**

New & Used (2) from $**65**⁸³  &
**FREE Shipping.**



Gautye Steam Cleaner, 3-Level…

4.3    2,033

$**79**⁹⁹

Sponsored

2026/1/10 18:10  Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 89 of 267

windows, gas stoves, range hoods and car seats without stopping to refill

- Extended Reach with Long Hose & Power Cord: The steamer for cleaning comes with a 2.2-meter controllable steam spray gun and a 2.5-meter power cord. This offering long-distance cleaning flexibility in any part of your home or car detailing.

- Versatile 15-Piece Accessory Kit: Includes 2 nylon and 1 brass brushes, 2 nylon nozzles, 2 flat scrapers, 1 window scraper with towel cover, 1 extended nozzle, 2 gloves, 1 needle for cleaning scale, 1 wrench and 1 storage bag. This cleaning steamer kit is perfect for cleaning kitchen grease, car interiors, glass, grout, and more

- Stylish & Safe Design with Color Options: Available in 3 color choices, this portable steam cleaner features durable materials and includes gloves for safety. Note: The steam hose gets hot during use—please handle with care to avoid burns

- Professional Team Support: This high pressure steam cleaner kit was designed by professionals and laboratory-tested for safety. This steam cleaner comes with a hassle-free return and replacement policy

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)

$49.99

🌿 1 sustainability feature

Sponsored

## Deals on related products  Sponsored ⓘ



Steam Cleaner for Home & Car, 15s Fast Heat Handheld Steamer for Cleaning, 1.6L Lar...
250

Limited time deal

-40% $59⁹⁸
List: $99.99



60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,...
72

Limited time deal

-26% $55⁹⁹
List: $75.99



2500W Handheld Steam Cleaner with 16pcs Accessories & 1.6L Tank, Fast Heating & Hig...
73

Amazon's Choice

Limited time deal

-34% $53¹⁹
List: $79.99



Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li...
267

Limited time deal

-33% $59⁹⁸
List: $89.99



Handheld Steam Cleaner, Pressurized Multi-Surface Steam Shot with 13...
1,987

Limited time deal

-19% $28⁴⁷
Typical: $34.99



Heavy Dut Steam Cle Cleaning v Steam Bu...

Limited tir

-32% $5
List: $88.5

## Products related to this item  Sponsored ⓘ



**Handheld Pressurized Steam Cleaner for Home - 15s Heat-Up 3-Level Adjustable Steam ...**
94
-27% $66⁴⁹
List: $90.99



**GOATCLEAN Steam Cleaner, Power Steamer for Chemical-Free Home Cleaning, 22-Piece Ac...**
147
-24% $129⁹⁹
List Price: $169.99



**Sakerplus Handheld Steam Cleaner,Steam Cleaner 2500W,10s Rapid Heating...**
20
-21% $59⁹⁹
List: $75.99



**Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam Cleaner, 3-Steam ...**
41
$138⁹⁹



**Hapyvergo High Pressure Steam Cleaner - 1700W Handheld Steamer for Cleaning Grout T...**
392
$139⁹⁹
Save $15.00 with coupon



**Zerpyor H Cleaner, 2 Powerful Multipurp**
$48⁹⁷

## Product description

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 91 of 267



# Product information

| | |
|---|---|
| Brand | Ganggend |
| Special Feature | Handheld, Portable |
| Model Name | TC-SC-009 |
| Included Components | White Steam Cleaner |
| Item Weight | 2.61 Kilograms |
| Color | White |
| Capacity | 1.6 Liters |
| Style | Modern |
| Product Care Instructions | Hand Wash |
| Package Dimensions | 11.69 x 9.49 x 6.54 inches |
| Item Weight | 5.74 pounds |
| ASIN | B0F82QQ5VM |
| Item model number | TC-SC-008 |
| Customer Reviews | 3.9    (246)<br>3.9 out of 5 stars |
| Best Sellers Rank | #137,245 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#76 in Handheld Steamers |
| Date First Available | July 7, 2025 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

## Product Videos

2026/1/10 18:10    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water...

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 92 of 267



Reb the Viner
Customer Review: The little steamer that could | See Full Review

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

    

| Handheld Steam Cleaner, 2500W Powerful 15sec Heat-up Multipurpose Steamer,... 12 | Heavy Duty Steam Cleaner for Home, Fast Heating & 1.2L Tank, 6-Level Adjustable Pre... 78 | Heavy Duty Handheld Steam Cleaner, 15s Heat-Up, 9-Level Adjustable 2500W... 12 | Steam Cleaner for Home & Car, 15s Fast Heat Handheld Steamer for Cleaning, 1.6L Lar... 250 | Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam Cleaner, 3-Steam ... 41 | High Pres: Cleaner - Handheld Cleaning ( |
|---|---|---|---|---|---|
| $48⁹⁷ | -38% $62⁴⁹ List: $99.99 Save 20% with coupon | -37% $37⁹⁹ List: $59.99 | Limited time deal -40% $59⁹⁸ List: $99.99 | $138⁹⁹ | $139⁹⁹ Save $15.0( |



Sponsored

## Similar brands on Amazon

Sponsored

2026/1/10 18:10    Amazon.com - Handheld Steam Cleaner, 2500W-Light Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 93 of 267





## Customer reviews

### 3.9 out of 5

246 global ratings

| | | |
|---|---|---|
| 5 star | | 55% |
| 4 star | | 15% |
| 3 star | | 10% |
| 2 star | | 9% |
| 1 star | | 11% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner easy to use and appreciate its cleaning ability, with one mentioning it's perfect for tight spaces and small jobs. The functionality and steam quality receive mixed feedback - while some say it does the job very well, others report it stops working and creates steam that isn't hot enough. The power, pressure, and size also get mixed reviews, with some finding it very powerful and having excellent pressure, while others note limited pressure and find it too small. Customers disagree on the value for money.

Generated from the text of customer reviews

**Select to learn more**

Cleaning ability (6)  —  Functionality (23)  —  Steam quality (17)  —  Power (9)

—  Ease of use (8)  —  Size (6)  —  Pressure (4)  |  Value for money (4)

## Reviews with images

See all photos ›




## Top reviews from the United States

W. James O'Brien

**Tiny but serves its purpose efficiently**

Reviewed in the United States on January 4, 2026

Size: 1600ML    Color: White    **Verified Purchase**

I did not feel like spending 150 or 200 bucks renting an industrial steamer for serious house-cleaning. When my order of this arrived this 70 buck tool looked like a companion piece to a Kenner E-Z Bake Oven or a Suzy Homemaker Popcorn Maker but talk about lots of steam and heat. It works as advertised and then some, and if you have bug issues in your apartment block this is just what the doctor ordered.

Word to the wise: if you need this you also need a 750 watt 1.5 litre home water distillation unit which Amazon also sells. That way your steamer won't lime up whatsoever. YOU HAVE TO USE DISTILLED WATER IN ANY STEAMER OR IT WILL GO KAPUT IN A COUPLE OF WEEKS.

Helpful    Report

Luke B. Lumpkin

**One word first impression: WOW!**

Reviewed in the United States on September 5, 2025

Size: 1600ML    Color: White    **Verified Purchase**

One word first impression: WOW!

I'm a VERY detailed and picky person—plus, I design products myself. This steamer checked every single box for me.

My initial concern was its liquid capacity. When I cleaned my refrigerator, I actually had to dump half the water out because I couldn't use it all—so capacity is definitely not an issue.

The WOW factor is twofold:
1. This steamer gets EXTREMELY hot.
2. It delivers a SIGNIFICANT amount of pressure.

It has three settings, and even on the lowest (1), it was strong enough to power through a thick, caked-

∨ Read more

2 people found this helpful

2026/1/10 18:10    Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 94 of 267

Helpful    Report

    Don Alexander

**A great alternative to chemeicals.**
Reviewed in the United States on November 11, 2025
Size: 1600ML    Color: Green    **Verified Purchase**

It won't perform miracles like some reviewers practically claim. The brushes is come with are not going to last long. I will be looking for replacements. I also plan to experiment with different cleaners and detergents for tough jobs. I think this will work better in the garage for cleaning up dirty and oily parts than it did in the kitchen and bathroom. It's not that it didn't work, it's that based on stellar reviews, i thought it would be better than cleaning with brushes and cleaning products. It's really not, BUT it is maybe a great chemical-free alternative. One of the most annoying aspects was that there is so much steam produced it's difficult to see how good of a job you did with it until you turn it off or move the wand away.
I want a more powerful way of cleaning so i may be defeating the purpose but i plan on using this with cleaning chemicals. Ultimately, hoping that i can find a combination to remove well water rust stains also.

3 people found this helpful

Helpful    Report

    Can you hear me now?

**Perfect for tight spaces or small jobs. Easy to carry while using it.**
Reviewed in the United States on January 25, 2023
**Verified Purchase**

First off - I've got a very large and expensive floor model - but it is too big to use on my 3D bakeware, the yellowing floor in my shower, in sinks... I like it so much that I'm going to get another to use only on kitchenware (after cleaning everything else in the bathroom I was so impressed that I used it to remove the rust stains from the toilets - so no more kitchen duty for this one). I use cheap bottles of "purified" water. Pour a bottle in, turn the unit on - and in a couple of seconds it starts spraying. There is no trigger control on it -when it is on it is going. It does shut off reasonably quick though. This thing is just about as powerfull as my $250 floor unit - and I think it is because it doesn't have a trigger control messing with the flow. I've had several steam cleaners and something that will ruin any of them is using tap water - or leaving water in them. I use one bottle of water at a time, and spray until it is empty. You can see how much water you have in the clear reservoir, it is small, light, and ergonomically balanced so you can carry it by the handle to walk and clean (I raise quail, and used it to clean my incubators, hatchers, and brooders - no more needing to use bleach!). I'll still use my larger unit for doing the floors - but for everything else I'll use this.

14 people found this helpful

Helpful    Report

    Alan Woods

**Look at packaging if it looks retaped somebody else probably sent it back.**
Reviewed in the United States on September 2, 2025
Size: 1600ML    Color: Red    **Verified Purchase**

Didn't work steam came out everywhere except the hose it looked like it had been repackaged whenever I received it still had a little water in tank and accessories were loose , someone had already returned it before i think.

Helpful    Report

    Shan8127

**Works beautifully**
Reviewed in the United States on October 21, 2025
Size: 1600ML    Color: Red    **Verified Purchase**

It worked for exactly what we got it for. It has also been a god send for cleaning our floors both carpet and tile.

Helpful    Report

crusin81

**Not as advertised**
Reviewed in the United States on December 26, 2025
Size: 1600ML    Color: White    **Verified Purchase**

Tested on engine bay of car expecting same if not close results as advertisement. My mistake. Absolutely no pressure and steam wasn't even that great with the temp on full. Very disappointed. Had a gut feeling when I bought it that it was to good to be true.

Helpful    Report

Clinton

**Waste of money**

Reviewed in the United States on December 28, 2025

Size: 1600ML     Color: White     **Verified Purchase**

It doesn't work like the video . Attachments don't fit and it leaks too much DO NOT BUY THIS !!!

Helpful          Report

See more reviews ›

2026/1/10 18:10 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with Oil Water...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 96 of 267

## Top reviews from other countries



Now Trending

**Great little steamer!**

Reviewed in Canada on August 3, 2025

Size: 1600ML    Color: White    **Verified Purchase**

Great little steam cleaner! I wasn't expecting much but this is my first time buying a steam cleaner and so far it works pretty well. Tried to clean my stove vent (which was very greasy) and it did the job very well by itself. It would take some time depending on what you're trying to clean and degreasers would work really well along side it.

Now I'm looking for stuff to clean. 🧽 Also the steam gets very hot (duh). Don't ask me how I know 🔥

Report



Nathaniel

**Amazing**

Reviewed in Canada on December 23, 2025

Size: 1600ML    Color: Green    **Verified Purchase**

This thing is freaking awesome I would recommend it to everyone I just can't stop using it one word amazing

Report



Trisha

**Powerful and compact**

Reviewed in Canada on August 1, 2025

Size: 1600ML    Color: Green    **Verified Purchase**

Makes steam and lots of it but the steam doesn't seem to clean anything?? Maybe I am doing it wrong or expecting miracles but so far everything I have tried to clean I end up needing to scrub. I will try the bathroom next as nothing in the kitchen worked. Unit is light and portable and comes with a lot of attachments. If I can get it to clean I will be very happy.

Report



Celestin

**Don't purchase**

Reviewed in Canada on October 30, 2025

Size: 1600ML    Color: Green    **Verified Purchase**

It steams up. The gloves are crap. Tried to put em on and they ripped. The larger piece doesn't stay attached or have a way to connect properly. Piss poor instructions. Not worth the price I paid for it.

Report



Gerrilynn

**It's great and does good**

Reviewed in Canada on November 3, 2025

Size: 1600ML    Color: White    **Verified Purchase**

Very good

Report

See more reviews ›

2026/1/10 18:10 Amazon.com - Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 97 of 267

Sponsored

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about the FTC Prime settlement
Registry & Gift List
Help

English          United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:52　Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.6L Portable Car Steam Cleaner, for Cleaning Car, Bar...

Case 1:25-cv-09099-RA-BCM　Document 15-3　Filed 01/30/26　Page 98 of 267

Deliver to
New York 10010 | Home & Kitchen ▾ | Search Amazon

EN ▾　Hello, sign in
Account & Lists ▾　Returns & Orders　0

All　Amazon Haul　Medical Care ▾　Amazon Basics　Best Sellers　Books　Registry

Amazon Home　Shop by Room　Shop by Style　Home Décor　Furniture　Kitchen & Dining　Bed & Bath　Garden & Outdoor　Home Improvement

Shop H2O

Sponsored

## Consider these available items



Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W

4.0　874

$79.99



Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W

3.9　160

$79.99



Steam Cleaner - 3-Level Adjustable Handle 15s Heat-Up - Steamer for Cleaning

3.7　53

$49.98

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

**...eam Cleaner, 3-Level ...djustable Handle, 15s ...eat-Up,1.6L Portable Car ...eam Cleaner,for ...eaning Car, Bathroom, ...ower, Upholstery, ...out, Window, Grime, ...ease**

...the CHIMAKELEC Store
(23)

**...rrently unavailable.**
...don't know when or if this item will be ...k in stock.

| | |
|---|---|
| ...nd | CHIMAKELEC |
| ...cial Feature | Manual, steam cleaner for car |
| ...face ...ommendation | Uphlostery |
| **Model Name** | Steam Cleaner |
| **Included Components** | 2.2 meter long steam tube, Extended sprayer rod, Handheld Steam |

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10010

[ Add to List ]

### About this item

- 【**POWERFUL HOT STEAM**】 2500w steam cleaner for car powerful cleaning, to generate steams up to 105℃/221℉ in 10 seconds, can easily dissolve the greasy dirt .

- 【**1600ML LARGE TANK**】 Our portable steam cleaner is specially equipped with 1600ml large capacity water tank, allowing you to cleaning away from water sources. 3.5BAR high pressure steam strong decontamination, improve your cleaning efficiency.

- 【Portability】 Handheld pressurized steam cleaner comes extra-long power cord and steam pipe, reach for those hard to get to places, for convenient indoor and outdoor use, will serve you at your relaxation and comfort in every cleaning work.

- 【Used With Cleaning Agents】The allows you to add detergents to the car detailing

2026/1/11 09:52   Amazon.com - Steam Cleaner,3-Level Adjustable Handle,15s Heat-Up,1.6L Portable Car Steam Cleaner,ug Cleaning Car, Bar...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 99 of 267

steamer water source to make cleaning more efficient. In addition, any remaining solution after each use needs to be cleaned up so that it does not interfere with the next use.

- 【Quality After Sales】If you have questions about the handheld steamer for cleaning, any non-human caused quality problems can be timely contact us to help you solve the problem.

  Report an issue with this product or seller

## Consider a similar item



Foandbevi Handheld Steam Cleaner, 2500W High Pressure Multi-Surface Steam Cleaner for Home Use, Car Steamer For Cleaning Auto Detailing Kitchen Floors Tools

(529)

$53.19

⊘ 1 sustainability feature

Sponsored

## Based on your recent shopping trends

    

**7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...**
529
Amazon's Choice
$49.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon
⊘ 1 sustainability feature

**Handheld Steam Cleaner, 2500W Pressurized Steam Cleaner with 3 Brush Heads, Portable Steam Cleaner for Hom...**
537
$22.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping on orders over $35 shipped by Amazon

**Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam...**
93
$46.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

**Purcoco Pressurized Steam Cleaner Handheld 6 Multi-Surface Attachments small Mini Steam Cleaner for Car...**
44
$29.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 12 left in stock - order...

**Steam Cleaner for Home, Handheld 2500W High Pressure Steamer for Cleaning, 9-Level Multipurpose Steam...**
157
$43.46
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon
⊘ 1 sustainability feature

Kouto
Home
Handl
Cleani
Handl
$54.9
Get it a
Jan 15
FREE S

## Videos for similar products

4:18

Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up,
2,037
$79⁹⁹

3:54

Steam Cleaner - 3-Level Adjustable Handle 15s Heat-Up - Steamer for
53
$34⁹⁸

BISSELL® S
handheld p

$54⁹⁹

2026/1/11 09:52 Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 10s Heats Up,1.6L Portable Lab Steam Cleaner for Cleaning Car, Bai...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 100 of 267

## Product description

## Product information

| Brand | CHIMAKELEC |
|---|---|
| Special Feature | Manual, steam cleaner for car |
| Surface Recommendation | Uphlostery |
| Model Name | Steam Cleaner |
| Included Components | 2.2 meter long steam tube, Extended sprayer rod, Handheld Steam Cleaner, Large capacity water tank, Steel brush |
| Wattage | 2500 watts |
| Tank Volume | 1600 Milliliters |
| Form Factor | Handheld |
| Heat Time | 20 Seconds |
| Color | Black |
| Power Source | Electric |
| Capacity | 1600 Milliliters |
| Style | Casual |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Package Dimensions | 11.61 x 8.94 x 6.85 inches |
| Item Weight | 5.41 pounds |
| Manufacturer | CHIMAKELEC |
| ASIN | B0DMW4W93R |
| Item model number | CHIMAKELEC |
| Customer Reviews | 4.1       (23) 4.1 out of 5 stars |
| Best Sellers Rank | #2,177,974 in Home & Kitchen (See Top 100 in Home & Kitchen) #542 in Handheld Steamers |
| Date First Available | March 15, 2023 |

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos

2026/1/11 09:52　Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 15s Heats Up,1.6L Portable Car Steam Cleaner for Cleaning Car, Bat...

Case 1:25-cv-39099-RA-BCM　Document 15-3　Filed 01/30/26　Page 101 of 267

Jody
Customer Review: Awesome machine!!!!!.　| See Full Review.

-0:00

Sponsored

## Similar brands on Amazon

Sponsored



Steam Mop - 10-in-1 Floor Steamer Detachable MultiPurpose Handheld…

4.2　　　　1,248

$79.99　List Price: $119.99



Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam…

4.0　　　　41

$138.99



Dupray
Piece H

4.4

$179.

## Customer reviews

4.1 out of 5

23 global ratings

| 5 star | | 64% |
| 4 star | | 12% |
| 3 star | | 7% |
| 2 star | | 11% |
| 1 star | | 6% |

## Customers say

Customers find the steam cleaner effective, particularly for bathroom grout cleaning. The machine receives positive feedback for its steam quality, with one customer noting its strong pressure. They appreciate the attachments, with one mentioning the multiple nozzles.

⚙ Generated from the text of customer reviews

Select to learn more

✓ Effectiveness (10)　│　✓ Steam cleaner (4)　│　✓ Steam quality (4)　│　✓ Attachments (3)

## Reviews with images

See all photos ›

2026/1/11 09:52 Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 15s Heat Up, 1.6L Portable Car Steam Cleaner for Cleaning Car, Bat...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 102 of 267






How customer reviews and ratings work

## Top reviews from the United States

Translate all reviews to English

Dr. Haq

**A Powerful and Versatile Steam Cleaner for Home and Car**
Reviewed in the United States on March 4, 2025
**Verified Purchase**

I am thoroughly impressed with this steam cleaner! Its 3-level adjustable handle, fast 15-second heat-up, and large 1.6L water tank make it perfect for tackling various cleaning tasks around the house and car.
Powerful Steam effectively removes dirt, grime, and grease from surfaces.
Adjustable Handle convenient for cleaning hard-to-reach areas.Easy to carry and store.
Perfect for cleaning cars, bathrooms, showers, upholstery, grout, windows, and more.
This steam cleaner has become an essential tool in my cleaning arsenal. Its versatility, ease of use, and effective cleaning power make it a must-have for anyone seeking a reliable and efficient cleaning solution.

One person found this helpful

Helpful        Report

Amy

**Worth every penny**
Reviewed in the United States on March 24, 2025
**Verified Purchase**

Love this steam cleaner. Found it first it would be inconvenient to have the whole system not being handled however the court is so long that you really have no issues at all. The attachments are super useful and helped especially with the grout. Would definitely buy this again cuz it's worth the money spent

Helpful        Report

Robert

**Clean wells !**
Reviewed in the United States on May 11, 2025
**Verified Purchase**

Looks at my before and after photos and the video!! You know how dirty of my window frame. I hadn't clean for years and this steam machine cleans well and ease to used. I just speechless how dirty it was. I really recommend it.



Helpful        Report

Victor Aurelio Maldonado

**Muy tedioso de usar**
Reviewed in the United States on August 4, 2025
**Verified Purchase**

Tiene un ciclo que dura aproximadamente 10min, después de esos primeros 10minutos funcionando, se detiene y toca esperar a que la máquina se enfríe.

Helpful    Report

Translate review to English

Donald King

**Small but strong.**
Reviewed in the United States on April 24, 2025
Verified Purchase

So far so good. This little machine packs a punch. Been using it for everything.

Helpful    Report

Amy Wang

**Effective solutions**
Reviewed in the United States on May 5, 2025
Verified Purchase

Before I bought it, I was still a bit worried that it was a gimmick product, but after actually using it, it was really great.

Helpful    Report

Jody

**Awesome machine!!!!!!.**
Reviewed in the United States on April 22, 2025
Verified Purchase

I don't know what's up with all the bad reviews. This thing is awesome! Cleaned the grout in my whole downstairs in like an hr and a half!!

One person found this helpful

Helpful    Report

Xochil Fernandez

**Not compatible with newer cars**
Reviewed in the United States on March 6, 2025
Verified Purchase

Sadly didnt work out for me it is not compatible with my car type-C port this has a cigarette port attachments would of loved to keep but was not compatible with my 2025 honds HRV sport comes with everything you need also heres a picture of what it looks like and the size

Helpful    Report

**See more reviews** ›

2026/1/11 09:52 Amazon.com - Steam Cleaner, 3-Level Adjustable Handle, 15s Heats Up,1.6L Portable Car Steam Cleaner for Cleaning Car, Bat…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 104 of 267

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



Deliver to
New York 10010

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All　Amazon Haul　Medical Care ▾　Amazon Basics　Best Sellers　Books　Registry

Amazon Home　Shop by Room　Shop by Style　Home Décor　Furniture　Kitchen & Dining　Bed & Bath　Garden & Outdoor　Home Improvement

PUREHEALTH　QUALITY you can trust

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

4+

7 VIDEOS

...ssurized Steam
...aner, 3-Level
...ustable Handheld
...amer Cleaning for
...ne, 15s Fast Heat-Up
...7.3oz Tank, 2500W
...ti-Surface Portable
...amer for
...or/Grout/Car/Kitchen
...athroom

...he Granarbol Store
(231)
700+ bought in past month

-29% $56⁹⁹
List Price: $79.99 ⓘ

FREE Returns
...ive Prime price

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: **White**

$64.99
$79.99
With Prime

$56.99
$79.99
With Prime

**Bundles with this item**

Pressurized Steam Cleaner, 3-Level Adjus…
-22% $69.99

Pressurized Steam Cleaner, 3-Level Ac
-22% $75.99

See all bundles

| Brand | Granarbol |
|---|---|
| Special Feature | High Pressure, Large Capacity Tank, Portable, Rapid Heat Up, Steam Control |
| Surface Recommendation | Car/Floor/Furniture/Couch/Upholstery |
| Model Name | Steam Cleaner |
| Included Components | Brass Brush, Cleaning Pad, Nozzle, Nylon Brush, Scrapper |

**About this item**

### Prime Member Price
$56⁹⁹

This price is exclusively for Amazon Prime members.

Join Prime

Cancel anytime

Already a member? Sign in

| Ships from | Amazon |
|---|---|
| Sold by | Granarbol |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

⌄ See more

### Regular Price
$79⁹⁹

**FREE delivery Thursday, January 15**

Ships from: Amazon
Sold by: Granarbol

Add to List

### Other sellers on Amazon

New (2) from $79⁹⁹  & **FREE Shipping**.

Case 1:25-cv-00099-RA-BCM    Document 15-3    Filed 01/30/26    Page 106 of 267

- 【Upgraded Powerful Steam Cleaner】 The Granarbol handheld steamer for cleaning powered by a 2500W motor, delivering 3 BAR pressure and 221°F(105°C) steam in just 15 seconds,effectively tackling kitchen grease, bathroom dust and tough stains on any surface! Say goodbye to tough messes since this steam cleaner for home delivers professional-grade deep cleaning!

- 【Large Capacity Water Tank】 The handheld steam cleaner features 47.3oz(1400ML) refillable ABS plastic tank supports up to 60minutes of continuous use, perfect for deep cleaning entire homes without interruption.Unlike other handheld steam cleaners,it allows you add water mid-cleaning,no waiting or cooling down.

- 【Easy to Operate Steamer for Cleaning】 Effortless cleaning starts with this steamer cleaner for home,simply fill the tank with water, and with a single press of the handle-mounted button starts your steam cleaner,putting every function within arm's reach. You can adjust the steam intensity on the go with 3 levels,skip the hassle of fumbling with the machine panel or interrupting your clean to change settings. Enjoy one-switch operation that instantly activates and shuts off the steam, delivering a seamless and personalized cleaning experience.

- 【User-Friendly & Safe Steam Cleaning】 This household steam cleaner uses only water steam to blast away dirt and grease, offering a 100% chemical-free cleaning experience with no harmful fumes or residue. It's the perfect choice for families with children, pregnant women, pets, or those sensitive to chemicals, creating a healthy and safe living environment. This heavy-duty steam cleaner is your reliable cleaning companion!

- 【Portable Handheld Steam Cleaner】 Elevate your cleaning routine with our versatile home steam cleaner. It comes with an extra-long 78" power cord and 78" steam hose,allowing you to clean your entire home without stopping to unplug or reposition.Lightweight design makes you can moves effortlessly from room to room with ease and enjoy no messy cleanup afterward. Plus, its compact size makes storage a breeze—it fits easily in closets or under sinks.

- 【All-Surface Steam Cleaner】 Harness the power of high-temperature steam cleaner to tackle stubborn dirt, grime, and stains across every corner of your home and beyond. Our versatile home steam cleaner effortlessly refreshes Kitchen countertops,ovens,grills,refrigerators,gas stovetops;Bathroom tiles,fixtures,floors;Living spaces sofas, carpets,wallpaper,mattresses,car interiors even kids' and pets' toy.Delivering exceptional results without harsh chemicals, it's the best solution for deep-cleaning every surface you own!

- 【Comprehensive Cleaning Accessories】 Effortlessly tackle any cleaning job with our powerful all-surface steam cleaner, complete with 21 premium attachments: 4*nylon & 2* brass brushes for tough grime, 1*extension rod for high spots,1*window scraper,2*surface scrapers

2026/1/11 09:57    Amazon.com - Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamer Cleaning for Home, 15s Fast Heat-Up & 267...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 107 of 267

for remove sticky residues,1*elbow nozzle,1*insulated gloves,1*cleaning towel & 2* microfiber pad for deep-cleaning ,also with 1*storage case,1* folding funnel,1* anti-clogging needle ,2*gasket, 1*battery cover and 1* waterproof plug for lasting performance and durability.

Report an issue with this product or seller

## There is a newer model of this item:



14 IN 1 Steam Mop Cleaner, 1.6L Detachable Handheld Steam Cleaner with 37 Accessories, 2500W Multipurpose Steamer Cleaning for Home,Floors,Tile,Grout,Upholstery,Carpet,Car,15S Fast Heat-Up

$89.99

(13)

In Stock

---

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...
142
$69.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...
529
Amazon's Choice
$49.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon
⊘ 1 sustainability feature



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...
246
$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...
504
$53.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...
258
$39.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Kouto Home Handh Cleani Handl
$54.9
Get it a Jan 15
FREE S

---

## Similar items in new arrivals



Steam Cleaner, 6-Level Adjustable Handheld Steamer Cleaning,1500...
1
Save 29%
$49.99
Typical: $69.99
Lowest price in 30 days
Get it as soon as **Sunday, Jan 18**



NEWBULIG 14-in-1 Steam Mop, Powerful Detachable Handheld Steam Cleaner for Floo...
3
10% off **Limited time deal**
$44.97
List: $49.99
Get it as soon as **Tuesday, Jan 20**
FREE Shipping by Amazon
0% Claimed



Sakertool Steam Cleaner for Home, 2500W High-Power Multi-Surface Steamer with 6-Level Adjustment, 10s Fast...
1
$69.99
Get it **Feb 2 - 17**
FREE Shipping



SakerPlus Steam Disinfection Cleaner, Handheld Pressurized Steamer with 9-Piece Accessories for Multi-Surface Cleaning, Natur...
1
$76.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Garment Steamer for Clothes, Portable Handheld Design travel steam iron, 190ml Big Capacity, 1200W, Stron...
1
$39.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Handh 4 Bar cleane Access Heat-U
$69.9
Get it a Jan 15
FREE S

---

## From the brand

Case 1:25-cv-09099-RA-BCM　Document 15-3　Filed 01/30/26　Page 108 of 267

**About us**

Granarbol brings together "Gran" (greatness) and "Árbol" (tree), inspired by nature's simplicity and strength. We create thoughtful tools that elevate your daily life—naturally and seamlessly.

We believe the best products simplify rather than complicate. They are quiet companions that solve everyday frustrations, you can focus on what matters most. From a fresher home to confidence on the go, Granarbol helps you live smoothly and intentionally.

## Product description

|  | High-Temperature | Large Capacity Tank | 100% Chemical-Free | Compact Design |
|---|---|---|---|---|

Advantage Features



| 3 Level Adjustment | Remote Handle Control | Long Reach Distance |
|---|---|---|



2026/1/11 09:57 Amazon.com – Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamer Cleaning for Home, Fastest Heat Up & 2.6F...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 109 of 267







# Product information

| Brand | Granarbol |
|---|---|
| Special Feature | High Pressure, Large Capacity Tank, Portable, Rapid Heat Up, Steam Control |
| Surface Recommendation | Car/Floor/Furniture/Couch/Upholstery |
| Model Name | Steam Cleaner |
| Included Components | Brass Brush, Cleaning Pad, Nozzle, Nylon Brush, Scrapper |
| Wattage | 2500 watts |
| Tank Volume | 1400 Milliliters |
| Form Factor | Handheld |
| Color | White |
| Power Source | Corded Electric |
| Voltage | 110 Volts (AC) |
| Capacity | 1.48 Quarts |
| Style | Adult Sex Toys for Women 1 |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Package Dimensions | 11.54 x 9.33 x 6.89 inches |
| Item Weight | 5.46 pounds |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 110 of 267

| | |
|---|---|
| ASIN | B0F8HGFL5S |
| Item model number | TC-SC-005 |
| Customer Reviews | 4.2      (231)<br>4.2 out of 5 stars |
| Best Sellers Rank | #53,279 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#36 in Handheld Steamers |
| Date First Available | June 29, 2025 |

## Product Videos

Jose Jimenez
Customer Review: Great Little Steamer | See Full Review

## Similar brands on Amazon

Sponsored







Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W...
4.1      1,135
$78.27 Typical price: $82.39

Pressurized Handheld Steam Cleaner with 10pcs Accessories&Safety Lock,...
4.3      1,627
10% off   **Limited time deal**
$44.99 Typical: $49.99

Gautye Adjust...
4.3
$79.9

## Customer reviews

4.2 out of 5

231 global ratings

5 star   69%

4 star   12%

## Customers say

Customers find the steam cleaner effective at cleaning grout lines and removing years of grime with ease. They appreciate its quick heat-up time, large capacity water tank, and multiple attachments that make it versatile for various cleaning tasks. The device is easy to use, with one customer noting it's simple to switch between light and deep cleaning modes, and customers consider it worth the price.

Generated from the text of customer reviews

**Select to learn more**

2026/1/11 09:57 Amazon.com - Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamer Cleaning for Home, Fastest Heat Up & 2.6...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 111 of 267

3 star ▭ 4%
2 star ▭ 4%
1 star ▭ 11%

How customer reviews and ratings work

✓ Cleaning power (78)  ✓ Steam quality (50)  ✓ Ease of use (42)  ✓ Size (35)
✓ Attachments (33)  ✓ Heat generation (31)  ✓ Value for money (27)  ✓ Stains removal (23)

## Reviews with images

See all photos ›

---

## Top reviews from the United States

**KNunn**

**Shocked by how well it cleans!!**
Reviewed in the United States on November 8, 2025
Color: White   **Verified Purchase**

This small and compact steam cleaning machine packs quite a punch! It was a little intimidating when I first opened it because of how many items it comes with. But most of those are just attachments for different jobs. And it comes with a cute case to hold all of the attachments. The safety gloves that come with it are so nice and high-quality. It is very easy to set up and use. It does take two AAA batteries. And you have to sync the machine to the handle the first time you use it. But this was super easy once I figured it out. You just plug it in hold

⌄ Read more

3 people found this helpful

Helpful    Report

**Cholorep**

**Just buy it and you won't be disappointed....**
Reviewed in the United States on August 26, 2025
Color: White   **Verified Purchase**

There are many steam cleaners on Amazon to choose from so I decided to choose this one based on the customer reviews and the price. I used the steamer on my disgusting stove top that had dried tomato sauce, dried grease, and black residue from overflowed boiling water. I used the metal brush attachment and wow...the job took me less than 10-15 minutes for a spotless stovetop. There are more chores to be done with this steamer and I look forward to tackling those at some point soon. For the money, this steamer does a wonderful job. Great value for sure. I was surprised with how small the unit was but it is mighty powerful. Initially, I thought the tank was too small but I only filled it up half way and for the stovetop job, I only used less than a 1/4 of the water. Cord length is good and the noise level was ideal for its purpose. The carry handle make it nice to move easily and the weight of the steamer with water is still light. I used to use oven cleaner and other chemicals to clean the stovetop and now this is the perfect solution for a chemical free cleaning solution. I'd definitely recommend this steamer for anyone looking for a compact, lightweight, powerful, and includes many added accessories to get the job done. Don't forget to email your order number to the company to activate the warranty on the steamer and in return they will send you replacement accessories at no cost to you and also extends the warranty for another year. Bonus!! Don't hesitate, just buy and you won't be disappointed.

7 people found this helpful

Helpful    Report

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 112 of 267

   EHSBulldogs

**Great Small Household Steamer**

Reviewed in the United States on October 21, 2025

Color: White     **Verified Purchase**

This small steam cleaner can be used for multi household choirs. The water chamber looks small but the water will last a long time to allow you to finish multiple chores. It is easy to use but I still need to figure out some of the accessories but there are attachments for many household chores. I cleaned the windows on my patio that had not been cleaned for a long time. I hope you can see the difference in my pictures. If not I can tell you it is nice to look outside thru a clean window. I also cleaned our dog bed, kitchen sink & one of the hubcaps on my car. I did all this & there was still some water left. Steamer is lightweight so easy to carry around. I can see a lot of work my steamer has in its future!

**2 people found this helpful**

Helpful          Report

MityEltu

**Nice Little Steam Cleaner, Worth the Price**

Reviewed in the United States on August 21, 2025

Color: White     **Verified Purchase**

I don't like leaving reviews, but I thought this might be of use to someone looking at this unit.

The steam cleaner seems to work really well. At first I was a little disappointed with the performance. I filled the reservoir and turned the unit on. The handle connected to the base quickly (it uses some sort of wifi pairing communications from the base to the handle - it's not a wired connection) and the unit started pressurizing. Then water - not steam - started sputtering from the handle tip. My first thought was - Lemon. a few seconds later I had a steady stream of steam. It was very cool though and condensed on my hand when placed in the stream. I was expecting HOT. This was a surprise. This is the first steam cleaner I have ever owned, so I wasn't really sure what to expect. As I brought my hand closer to the nozzle, the temperature of the steam increased dramatically. This makes sense as stem easily transfers its heat to the ambient air. At the tip of the nozzle I would expect to receive 3rd degree burns very quickly.

⌄ Read more

12 people found this helpful

Helpful          Report

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

**Let Us Help You**

Your Account

Your Orders

2026/1/11 09:57 Amazon.com - Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamed Cleaning for Home, Fast Hest Up & 2.37...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 113 of 267

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:54 Amazon.com - Handheld Steam Cleaner with Handle Control, 1.6L Large Water Tank, 3-Level Adjustable, Thickened Hose, Port...

Case 1:25-cv-09009-RA-BCM Document 15-3 Filed 01/30/26 Page 114 of 267



Home & Kitchen › Vacuums & Floor Care › Steam Cleaning Steam Mops & Accessories › Handheld Steamers



Click to see full view

ndheld Steam Cleaner
th Handle Control, 1.6L
rge Water Tank, 3-Level
justable, Thickened
se, Portable Steam
aner, High
mperature Pressurized
eamer for Home,
chen, Car (Dark Green)

he hotoby Store
(100)

$77⁹⁷

FREE Returns

Get $x off instantly: Pay $17.97 upon approval for the Amazon Store Card.

Color: Dark Green

| | |
|---|---|
| Brand | hrvnby |
| Special Feature | Large Capacity Tank,High Pressure,Portable,Water Level Indicator,Rapid |
| Surface Recommendation | Wall |
| Model Name | HT-SC003 |
| Included Components | Brass Brush, Nozzle, Nylon Brush, Scrapper, User Manual |

## About this item

- [User-friendly Handle Control Design] In response to user demand, this steam cleaner is designed with upgraded remote control handle. Say goodbye to bending down or moving from one spot to another uncontrol. You can turn it on/off or adjust the steam output level easily by the handle without interrupting your work. 3-level is adjustable so you can choose the steam output volume to suit your different cleaning needs. The smart handle control makes it convenient to use in every corner of your home. *Note: It does not have a trigger on the handle.

- [High temperature pressurized steam cleaning & Portability] The steam cleaner heats up quickly in 15 seconds, reaching 221°F/105°C and 3BAR high temperature pressurized flow of steam with 2500W high power. You no longer have to wait forever to start cleaning. It can remove stubborn dirt and grime on a variety of surfaces effectively that make daily cleaning more

prime

Enjoy fast, free delivery, exclusive deals, and award winning movies & TV shows

Join Prime

$77⁹⁷

FREE delivery Thursday, January 15

Or Prime members get FREE delivery Tomorrow, January 11. Order within 3 hrs 5 mins. Join Prime

Deliver to New York 10010

## In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | jsyqo-xx |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

∨ See more

Add a Protection Plan:
- ☐ 2-Year Protection Plan for $7.99
- ☐ 3-Year Protection Plan for $8.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 115 of 267

...estly and create a clean and comfortable home. Despite its powerful performance, this steam cleaner is lightweight and easy to carry around. You can move it from room to room effortlessly.

- 【1.6L Large Capacity Tank】 Small tanks that need to be filled frequently are troublesome. But this steam cleaner is equipped with a 1600ml large capacity tank which allows for longer cleaning sessions without constantly refilling. Your cleaning efficiency is greatly improved by the generous tank capacity. You can focus on cleaning even if you're far from water and it is also useful for cleaning a wide area and covering all at once.

- 【Versatility with Accessories】 This set comes with a wealth of accessories that you can choose different brushes according to the cleaning task. You can use it from the carpet to furniture and windows, it even works wonders on car interiors! Compared with other products, it is equipped with a 92in thickened hose, which is safe and durable. A 92ft power cord and extension rod allow you reach farther and deeply clean the crevices and corners and tight spaces. And the thickened gloves have been prepared which protect your hands from burns.

- 【Widely used in various scene】 Handy high temperature pressured steam cleaner is a good choice for house cleaning work. No chemicals required, no harmful fumes or residue. It can be used not only for cleaning kitchens, walls, stoves, oil fires, microwave ovens, washing machines, refrigerators and carpets, but also for bathrooms, furniture, windows, cars and so on. When the warranty period, if there are any issues with the product or if you have any feedback, please contact us directly (Our contact information is in the instruction).

- 【Kindly Reminder】 1. To avoid burned, please wear gloves and ensure that the waterproof washer is properly installed to avoid air and water leaks. 2. Every steam cleaner is tested before leaving the factory, so there will be water marks on the water inlet hose. 3. You need to prepare triple-A battery*2 into the battery case on the handle for control. (batteries are not sold with the product. 4. Please do not touch the metal nozzle, do not touch the steam, do not spray at humans, pets or the device itself.

    Report an issue with this product or seller

## Consider a similar item

Amazon's Choice

7 In 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout (N/A)

$49.99

🌢 1 sustainability feature



Gautye Steam Cleaner, 5-Level...
2.5    2 055
$79.99

Sponsored

## Frequently bought together

 +

Total price: $86.36

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

This Item: Handheld Steam Cleaner with Handle Control, 1.6L Large Water Tank, 5-Level...
$77⁹⁹

Ylootro 8 Pack Steam Cleaner Accessories for Most Handheld Steam Cleaner - Microfiber Clot...
$8⁹⁴

## Deals on related products  Sponsored ⓘ

            

Handheld Steam Cleaner for Home 2s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li...
2068
Limited time deal
-33% $59⁹⁹
List: $89.99

7 In 1 Steam Mop, 1200W Rotated Steam Cleaner for Home, 2 Modes, 400ML...
44
Limited time deal
-70% $94⁹⁹
Typical: $319.99

60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,...
79
Limited time deal
-25% $55⁹⁹
List: $75.99

Steam Mop with 13 Accessories, Steam Cleaner Home Use, Floor Scrubber spin mop for...
111
Amazon's Choice
Limited time deal
10% $98⁹⁹
Typical: $109.99

1.50QL Steam Cleaner, 5-Level Adjustable Pressurized Steamer for cleaning, 10s Heat...
52
Limited time deal
-22% $68⁹⁹
List: $89.99

Steam Mo Cleaner w Water Tor Pads 2.6
Limited ti
-71% $5
Typical: $6

## Products related to this item  Sponsored ⓘ

                

2500W Handheld Steam Cleaner,Portable Car Steamer For Auto Detailing,High...
600
-34% $49⁹⁹
List: $74.99

Gautyo Steam Cleaner, 5-Level Adjustable Handle, 10s Heat-Up, 1.60 Quarts Tank, Por...
2,002
-20% $79⁹⁹
List: $99.99

Handheld Steam Cleaner, 15S Rapid Heating, 3 Adjustable Modes, 14 Cleaning...
34
-25% $59⁹⁹
List: $79.99
Save $10.00 with coupon

7 In 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld...
629
Amazon's Choice
$49⁹⁹
#1 Climate Pledge Friendly

HK Steam Cleaner, 6 Level Adjustable Handle, 1.2L Tank, 15s Heat-Up, 2500W Steamer ...
62
$59⁹⁹

Handheld for Home Temperat Machine
$59⁹⁹

## Product description

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 117 of 267

## Product information

| | |
|---|---|
| Brand | hoxcby |
| Special Feature | Large Capacity Tank ,High Pressure Portable,Water Level Indicator,Rapic Heat Up, Removable Nozzle,Steam Control ,Steam Ready Indicator |
| Surface Recommendation | Wall |
| Model Name | HT-SC0K0 |
| Included Components | Brass Brush, Nozzle, Nylon Brush, Scraper, User Manual |
| Wattage | 2500 watts |
| Tank Volume | 1.8 Liters |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Dark Green |
| Power Source | Electric |
| Capacity | 1800 Milliliter |
| Style | Modern |
| Maximum Temperature | 221 Degree Fahrenheit |
| Package Dimensions | 11.46 x 9.37 x 5.85 Inches |
| Item Weight | 5.44 pounds |
| Manufacturer | hoxcby |
| ASIN | B0DPZWGS9G |
| Item model number | HT-SC009 |
| Customer Reviews | 3.7  (105)   3.7 out of 5 stars |
| Best Sellers Rank | #1,400,394 in Home & Kitchen (See Top 100 in Home & Kitchen) #4956 in Handheld Steamers |
| Date First Available | December 13, 2024 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Product Videos

teresa dee
Customer Review: No steam and broke during its first use.  |  See Full Review



0:00

2026/1/11 09:54    Amazon.com - Handheld Steam Cleaner with Handle Control, 1.6L Large Water Tank, 3-Level Adjustable, Quicker Close, 2 in...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 118 of 267

## Related products with free delivery on eligible orders

Sponsored ⓘ · Try Prime for unlimited fast, free shipping

     

| Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.2L W... | HK Steam Cleaner, 6 Level Adjustable Handle, 1.2L Tank, 15s Heat-Up, 2500W Steamer... | Hoover Spotless Portable Carpet + Upholstery Spot Cleaner Machine, Lightweight... | 7-in-1 Steam Mop, 1200W Rotated Steam Cleaner for Home, 2 Modes, 400ML... | Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, For... | 2500W Handheld Steam Cleaner, Portable Steamer for Detailing... |
|---|---|---|---|---|---|
| 19 | 57 | 23,187 | 44 | 2,037 | |
| $69⁰⁰ | $59⁹⁹ | $107⁰⁰ | Limited time deal -70% $94⁹⁹ Typical: $199.99 | 20% $79⁴⁹ $99.99 | 35% $74⁴⁹ |

Sponsored

## Similar brands on Amazon

Sponsored



Newbealer Steam Mop & Detachable Hand-eld Cleaner, 250-11200W...
4.7    196
$78.27 Typical price $82.32

 

Gautye Steam Cleaner | 3 Level Adjustable Handle, 15s Heat-Up, 1.69...
4.5    2,037
$79.99   $99.99

 

STEAM Lower...
4.4
$110.

## Customer reviews

3.7 out of 5

102 global ratings

| | |
|---|---|
| 5 star | 54% |
| 4 star | 11% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 22% |

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner's quality positive, with one describing it as a great cordless blower, and they appreciate its steam power. However, the size receives mixed feedback, with several customers noting it's too small. Moreover, the functionality and value for money get mixed reviews, with some customers saying it works well while others find it worthless. Additionally, the power and cord length receive negative feedback, with one customer noting it's not as powerful as a full-size blower and another mentioning the cord is very short.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Quality (+)   ✓ Steam power (+)   — Functionality (±)   — Value for money (±)   ⊖ Size (±)

⊖ Cord length (-)   ⊖ Power (-)

## Reviews with images

See all photos ›



   

Sponsored

## Top reviews from the United States

 Amazon Customer

**It's getting steamy in here baby!**
Reviewed in the United States on August 1, 2025
Color: Dark Green · Verified Purchase

It's freaking awesome! Runs well, good flow and good nozzle options. Be careful. It will burn you of you're not careful.

One person found this helpful

( Helpful )   Report

 Angus

**Good steam cleaner**
Reviewed in the United States on July 2, 2025
Color: Dark Green   Amazon Vine Customer Review of Free Product ( What's this? )

This is a pretty small unit for small jobs like bathroom tiles or a section of the floor but this isn't heavy duty and will be a bit inconvenient for a big job. It does work well and gets the job done which we're very happy about. Can recommend.

( Helpful )   Report

 Lenova dee

**No steam and broke during its first use.**
Reviewed in the United States on August 18, 2025
Color: Dark Green   Verified Purchase

I do not recommend purchasing this item, broke after during its first use of course outside the return window. Video attached showing it just shoots water instead of steam out of the nozzle.
The item advertised the pressure was 3 bar. Which was not true, rather weak.
The actual item's water reserve tank is smaller than what was described. But also made it more portable, so this was acceptable to me.
The manual for this item was limited and required some investigation.

❯ Read more

One person found this helpful

( Helpful )   Report

 PPPD

**WONDERFUL**
Reviewed in the United States on May 27, 2025
Color: Dark Green   Verified Purchase

GREAT LITTLE CORDLESS BLOWER. EASY TO USE, STORE, & FIND
NOT AS POWERFUL AS A FULLSIZE BLOWER BUT WORTHE THE COST.

( Helpful )   Report



Daniel Bashe

**Before and after**

Reviewed in the United States on May 12, 2025

Color: Dark Green    Verified Purchase

Works great on wood, tubs and rug spots
Strongly would recommend. The power of steam is amazing

( Helpful )    Report

Kade

**Fresh!**

Reviewed in the United States on June 14, 2023

Color: Dark Green    Verified Purchase

Good pressure, maintains the pressure no matter how long you are using it.

One person found this helpful

( Helpful )    Report

CKJ

**Nice steam cleaner!**

Reviewed in the United States on June 8, 2025
Amazon Vine Customer Review of Free Product (What's this?)

So, let me start off by saying that this is a nice unit. I have my BBQ grill that's been sitting out on my deck for a few years. I use that grill year-round, so it gets snowed on, rained on, and cooked under our high desert sun. It was looking pretty grubby. I used this little steam cleaner and it cleaned that grill beautifully! I've also used it to clean my fire pit and my tent crate. It's a great unit.
It feels a little lightweight honestly, and I was expecting it to not last, but it has and it's done a great job. The price on it is very reasonable for how well it works. I would recommend this little steamer.

( Helpful )    Report

Amazon Customer

**Poor quality. Smaller than shown in photos.**

Reviewed in the United States on July 28, 2025

Color: Dark Green    Verified Purchase

Returned after one use. Attachments broke during first use. Power cord and hose are both shorter than shown in pictures and shorter than the dimensions listed. The photos are all photoshopped so the product is not to scale with the rest of the photo.

Large tank was nice and it did heat up quickly but it also shot out a lot of hot water with the steam so I was easy to get burned.

One person found this helpful

( Helpful )    Report

See more reviews ›

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
> See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Information about In-Car Prime set Issues
Registry & Gift List
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video In Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:17    Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 122 of 267



Click to see full view

### About this item

- Trigger Control Design: The steamer is designed with on-off control on the handle. This means you can start and stop the steam via button, making operation more convenient and safer. It improves usability, allowing you to control steam release more precisely, thus better addressing different cleaning tasks.

- Variety of Accessories: It comes with a lot of accessories designed to assist in various cleaning scenarios. It's an excellent choice for tackling stubborn dirt and grime and can be used in conjunction with other cleaning tools, making it a valuable addition to a comprehensive cleaning routine.

- Powerful Steam: With a high power of 1600W, your steam cleaner is ready in just 15 seconds, then unleashes powerful steam to dissolve stubborn dirt, oil stains, and grime, leaving your grill, car rims, and windows sparkling clean.

- Larger Water Tank: The 1600ML large water tank ensures continuous steam supply for uninterrupted cleaning tasks, with a working time of up to 30-60 minutes. When combined with nylon and brass brushes, along with a cleaning shovel, it is suitable for all your home cleaning needs.

- Multifunctional Cleaning Tool: It is ideal for homes, offices, and vehicles. Whether refreshing furniture or surfaces, this steam cleaner ensures deep cleaning. As a versatile unit, it is suitable for hard floors, carpets, and interior or exterior, making handheld steam cleaners a versatile solution for all spaces.

- Eco-friendly Cleaning: This steamer requires only tap water or distilled water to ensure a non-toxic and chemical-free cleaning solution, safeguarding the safety of your family and pets. It converts ordinary water into high-pressure steam through heating, eliminating the need for any chemical cleaning agents. Additionally, it can deeply clean hard to reach corners and crevices, making your home environment more hygienic and healthy.

- Kindly Reminder: To avoid burns, please don't touch the steam hose while working. It's best to wear gloves and ensure that the waterproof washer is properly installed to avoid air and water leaks.
  Report an issue with this product or seller

Sponsored

## Frequently bought together

 +

Total price: $89.98

Add both to Cart

One of these items ships sooner than the other.
Show details

This Item: Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous...
$79.99

Cleanjar Crevice Cleaning Brushes, Cleane Scrub Brush Tool for Hard to Reach Tight Space
$9.99

## Based on your recent shopping trends

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 124 of 267







7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use ... 522

$49.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

✓ 1 sustainability feature

Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle... 142

$69.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Kmaing Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 5-Level Handle, 13s Heat-Up,... 234

$59.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

2500W Steam Cleaner for Home & Car, 19s Heat-Up Handheld Steamer for Cleaning, 1.2L Portable High Steam Cleaners, 5... 111

$58.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Heavy Duty Steam Cleaner for Home, Fast Heating & 1.2L Tank, 6-Level Adjustable Pressurized Portable... 78

$62.49

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

BISSE Omni portal for cle...

At ma

$54.9

Get it s Jan 15

FREE S

## Videos for similar products

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car 327

8:06

$49⁹⁹

Gentye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 2,052

4:18

$79⁹⁹

Handheld Press red

$22⁹

## From the brand

## Product description

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 125 of 267



## Product information

| | |
|---|---|
| Brand | VONATEK |
| Special Feature | Carry Handle, High Pressure, Large Capacity Tank, Rapid Heat Up |
| Surface Recommendation | Hard Floor, Tile, Grout, Sofa, Window, Car, Furniture, Upholstery, Fabric, BBQ Grill, Mirror, Kitchen Sink, Pet Mattress, Toilet, Couch, Car Seat |
| Model Name | AMX013-C2 |
| Included Components | 1 X Brass Brush, 1 X Extension Tube, 2 X Hose, 1 X brush, 1 X Nozzle, 1 X Glass Brush, 1 X Ubration Cloth, 1 X Funnel, 1 X Power Cord, 1 X Gloves, User Manual |
| Wattage | 1600 watts |
| Item Weight | 2.55 Kilograms |
| Tank Volume | 1600 Milliliters |
| Form Factor | Handheld |
| Heat Time | 1r Seconds |
| Color | Purple |
| Power Source | Corded Electric |
| Voltage | 110 Volts |
| Capacity | 1600 Milliliters |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Package Dimensions | 11.57 x 0.37 x 6.38 inches |
| Item Weight | 5.60 pounds |
| ASIN | B0DRY54H5G |
| Item model number | AMX013-C2 |
| Customer Reviews | 3.7   ★★★★☆  3.7 out of 5 stars |
| Best Sellers Rank | #1,011,732 in Home & Kitchen (See Top 100 in Home & Kitchen) #278 in Handheld Steamers |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price?

2026/1/10 18:17    Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 126 of 267

| Date First Available | December 31, 2024 |
|---|---|

## Product Videos



Pure Wyoming Productions LLC   Earns commissions
Movacek Steam Cleaner Review

0:00

Sponsored

## Similar brands on Amazon





BISSELL Steam Shot Deluxe Pressurized Handheld Multi-Surface Remo...
4.0   7,275
$39.99





Dupray Neat Plus Steam Cleaner with 14-Piece Accessory Kit. A powerful ...
4.4   489
$249.98



1L Ha
and Ki
4.3
$55.9

## Customer reviews

3.7 out of 5

123 global ratings

| 5 star | | 56% |
|---|---|---|
| 4 star | | 9% |

## Customers say

Customers find the steam cleaner easy to use and appreciate that it heats up quickly. The functionality and steam generation receive mixed reviews - while some say it works better than expected, others report it doesn't work at all, and the steam output is inconsistent. The quality and value for money also get mixed feedback.

AI Generated from the text of customer reviews

2026/1/10 18:17 Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 127 of 267

3 star 0%
2 star 0%
1 star 23%

How customer reviews and ratings work

✓ Quality (11) | ✓ Ease of use (6) | ✓ Heat retention (4) | — Functionality (20)
— Steam generation (5) | — Value for money (5) | — Weight (5)

## Reviews with images

See all photos

## Top reviews from the United States

**Irs Whit**

### Game Changer for Cleaning!
Reviewed in the United States on June 17, 2025
Color: Purple   Verified Purchase

I grabbed this steam cleaner after my other one finally died and wow—this thing delivers. I used it on my kitchen wall where there were some my crayon stains and the steam literally melted it off in seconds.

It heats up fast, and the pressure stayed consistent the whole time I used it. You can actually see the gunk lift off as you go. It's oddly satisfying. I've used it on the grout, windows, and around faucets too, and it handles it all like a champ.

If you love visible cleaning results and hate scrubbing, this is 100% worth it. Add it to cart, you won't regret it.

2 people found this helpful

( Helpful )   Report

**Amazon Customer**

### Junk
Reviewed in the United States on September 29, 2025
Color: Yellow   Verified Purchase

Worked for about 10 minutes. Then stopped working. And have not been able to get it to turn on since. Junk.

( Helpful )   Report

**Kindle Customer Enca.**

### A great steamer
Reviewed in the United States on May 25, 2023
Color: Purple   Verified Purchase

This little steamer is Great. I had a large canister steamer before and when I opened up the box I was so disappointed thinking this little steamer is to small it won't have strong steam and would not whole very much water to clean anything. Well I was wrong, I have large birdcages and clean them with steam this little steamer cleaned two large cages with no refills. It's all I wanted.

2 people found this helpful

( Helpful )   Report

**Ted Gabani**

### Does the job.
Reviewed in the United States on October 2, 2025
Color: Yellow   Verified Purchase

Nice, complete setup. Works fast and easy.

( Helpful )   Report

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 128 of 267



Johnson

**Amazing customer service**

Reviewed in the United States on June 22, 2025

Verified Purchase

UPDATE: seller promptly reached out to the address in your concern and sent me a replacement. I no need to initiate a messy return of the old broken one. This one is working perfectly three cleanings in and it's doing an amazing job. I did originally get a dud, but I don't think anyone else should be concerned about this because it seems rare and even if it does happen, customer service is AMAZING and on top of this. I have adjusted my star rating to reflect both this and the great quality of the new, working product. The seller did not request that I change the review, they simply wanted to make things right and I am very impressed.

Was excited about all the positive reviews. Worked once i ... and now it will not pair or work at all despite trying every sequence imaginable. I guess I was unlucky and got a bad one, it shouldn't be this common to get a bum product.

3 people found this helpful

( Helpful )    Report



Katie

**Love this Steamer!**

Reviewed in the United States on June 10, 2025

Verified Purchase

This steamer works wonderful. Followed instructions still my steam which was already larger set. Steamer you plug in and add cold water to steamer. A... hot water in hand too, and click button. Light turn color when ready to go which is almost like instant. By far love this over the bissell one we had that corroded and would never work after we cleaned it and al ... It is also worked great on the grout and my windows. Love this product would recommend to everyone! Shipping was excellent and fast too.

people found it is helpful

( Helpful )    Report



Ashley rogers

**Don't buy this if you want it for longevity...**

Reviewed in the United States on August 19, 2025

Verified Purchase



Don't buy for long term use....
I've used it maybe about a total of 4 times since I bought it two feel amazing at first but I tried again a few days ago and it stopped working. The instruction man, al doesn't help much I've followed through with man, ... checking it, reconnected the sprayer tried new batteries and different outlets and nothing has worked. In my opinion either the pump or the heating component went out on it and I've tried to find the company to see what my options are nowhere to be found there's nowhere

willing to help with the error I'm encountering. It's just overall frustrating. It's not heating not working clogged I took the whole thing apart to try to figure it out and nothing has helped. So overall if you

people found it is helpful

( Helpful )    Report



cathavan

**nice cleaning tool**

Reviewed in the United States on June 8, 2025

Color: Purple    Verified Purchase

I really love this steamer. It is easy to use and really heats water fast. I can't wait to get everything in my house clean. Definitely recommend this little machine. The light weight is perfect for me. And the purple is cute. It was actually cleaning the crud from my disposal flange so that makes it worth my time. Works for me.

( Helpful )    Report



See more reviews .

2026/1/10 18:17                Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 129 of 267

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about Incident Prime set items

Registry & Gift List

Help

2026/1/10 18:18    Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 130 of 267



- Powerful Steam: With a high power of 1600W, your steam cleaner is ready in just 15 seconds, then unleashes powerful steam to dissolve stubborn dirt, oil stains, and grime, leaving your grill, car rims, and windows sparkling clean.

- Larger Water Tank: The 1600ML large water tank ensures continuous steam supply for uninterrupted cleaning tasks, with a working time of up to 30-60 minutes. When combined with nylon and brass brushes, along with a cleaning shovel, it is suitable for all your home cleaning needs.

- Multifunctional Cleaning Tool: It is ideal for homes, offices, and vehicles. Whether refreshing furniture or surfaces, this steam cleaner ensures deep cleaning. As a versatile tool, it is suitable for car floors, carpets, and interior decoration, making handheld steam cleaners a versatile solution for all spaces.

- Eco-Friendly Cleaning: This steamer requires only tap water or distilled water to ensure a non-toxic and chemical-free cleaning solution, safeguarding the safety of your family and pets. It converts water into high-pressure steam through heating, eliminating the need for any chemical cleaning agents. Additionally, it can deeply clean hard-to-reach corners and crevices, making your home environment more hygienic and healthy.

- Kindly Reminder: To avoid burns, please don't touch the steam hose while working. It's best to wear gloves and ensure that the waterproof washer is properly installed to avoid dripping water leaks.

Report an issue with this product or seller

Sponsored

## Frequently bought together

 +

Total price: $89.98

Add both to Cart

One of these items ships sooner than the other.
Show details

This item: Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous...
$79.99

Cleaning Crevice Cleaning Brushes, Cleaner Scrub Brush Tool for Hard to Reach Tight Space; ...
$9.99

## Based on your recent shopping trends







7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use ... 522

$49.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon
✓ 1 sustainability feature

Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle... 142

$69.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Kmatap Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 5-Level Handle, 15s Heat-Up,... 234

$59.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

2500W Steam Cleaner for Home & Car, 15s Heat-Up Handheld Steamer for Cleaning, 1.2L Portable High Steam Cleaners, 5... 111

$58.99

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

Heavy Duty Steam Cleaner for Home, Fast Heating & 1.2L Tank, 6-Level Adjustable Pressurized Portable... 78

$62.49

Get it as soon as Thursday, Jan 15

FREE Shipping by Amazon

BISSE Omni portal for cl...

At Am 1

$54.9

Get it s Jan 15

FREE S

## Videos for similar products

8:06

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car 527

$49⁹⁹

4:18

Cantye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 2,052

$79⁹⁹

Handheld Pressurized

$22⁹

## From the brand

## Product description

2026/1/10 18:18
Amazon.com – Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09009-RA-BCM Document 15-3 Filed 01/30/26 Page 133 of 267



## Product information

| | |
|---|---|
| Brand | NOVATEK |
| Special Feature | Carry Handle, High Pressure, Large Capacity Tank, Rapid Heat Up |
| Surface Recommendation | Hard Floor, Tile, Grout, Sofa, Window, Car, Furniture, Upholstery, Fabric, BBQ Grill, Mirror, Kitchen Sink, Pet Mattress, Toilet, Couch, Car Seat |
| Model Name | AM0013-C2 |
| Included Components | 1 X Brass Brush, 1 X Extension Tube, 2 X Heating brush, 1 X Nozzle, 1 X Glass Brush, 1 X Detergent Cloth, 1 X Funnel, 1 X Power Cord, 1 X Gloves, User Manual |
| Wattage | 1600 watts |
| Item Weight | 2.55 Kilograms |
| Tank Volume | 1600 Milliliters |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Purple |
| Power Source | Corded Electric |
| Voltage | 110 Volts |
| Capacity | 1600 Milliliters |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Package Dimensions | 11.57 x 9.37 x 6.38 inches |
| Item Weight | 5.69 pounds |
| ASIN | B0DRY54H5G |
| Item model number | AM0013-C2 |
| Customer Reviews | 3.7 ★★★ 3.7 out of 5 stars |
| Best Sellers Rank | #1,011,732 in Home & Kitchen (See Top 100 in Home & Kitchen) #278 in Handheld Steamers |

## Warranty & Support

Product Warranty: For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price?

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 134 of 267

| Date First Available | December 31, 2024 |
|---|---|

## Product Videos



Dena
Customer Review: Very handy and compact unit. Large tank. | See Full Review

0.00

Sponsored

## Similar brands on Amazon







| BISSELL Steam Shot Dlx1 Pressurized Handheld Multi-Surface Remov... | Dupray Neat Plus Steam Cleaner with 14-Piece Accessory Kit. A powerful ... | 1L Ha... and Ki... |
|---|---|---|
| 4.0 | 4.4 | 4.3 |
| $39.99 | $249.98 | $55.9 |

## Customer reviews

### 3.7 out of 5

123 global ratings

| 5 star | | 56% |
|---|---|---|
| 4 star | | 9% |

## Customers say

Customers find the steam cleaner easy to use and appreciate that it heats up quickly. The functionality and steam generation receive mixed reviews - while some say it works better than expected, others report it doesn't work at all, and the steam output is inconsistent. The quality and value for money also get mixed feedback.

AI Generated from the text of customer reviews

2026/1/10 18:18 Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 135 of 267

3 star    0%
2 star    0%
1 star    23%

How customer reviews and ratings work

✓ Quality (11)  ✓ Ease of use (6)  ✓ Heat retention (4)  — Functionality (20)
— Steam generation (5)  — Value for money (5)  — Weight (5)

## Reviews with images

See all photos

## Top reviews from the United States

**Irs Whb**

**Game Changer for Cleaning!**
Reviewed in the United States on June 17, 2025
Color: Purple   Verified Purchase

I grabbed this steam cleaner after my other one finally died and wow—this thing delivers. I used it on my kitchen wall where there were some greasy stains and the steam literally melted it off in seconds.

It heats up fast, and the pressure stayed consistent the whole time I used it. You can actually see the gunk lift off as you go. It's oddly satisfying. I've used it on my grout, windows, and around faucets too, and it handles it all like a champ.

If you love visible cleaning results and hate scrubbing, this is 100% worth it. Add it to cart—you won't regret it.

2 people found this helpful

Helpful | Report

**Amazon Customer**

**Junk**
Reviewed in the United States on September 29, 2025
Color: Yellow   Verified Purchase

Worked for about 10 minutes. Then stopped working. And have not been able to get it to turn on since. Junk.

Helpful | Report

**Kindle Customer Lincu.**

**A great steamer**
Reviewed in the United States on May 25, 2023
Color: Purple   Verified Purchase

This little steamer is Great. I had a large canister steamer before and when I opened up the box I was so disappointed thinking this little steamer is to small it won't have strong steam and would not whole very much water to clean anything. Well I was wrong, I have large bird cages and clean them with steam this little steamer cleaned two large cages with no refills. It's all I wanted

2 people found this helpful

Helpful | Report

**Ted Gabani**

**Does the job.**
Reviewed in the United States on October 2, 2025
Color: Yellow   Verified Purchase

Nice, complete setup. Works fast and easy.

Helpful | Report



Johnn

**Amazing customer service**

Reviewed in the United States on June 22, 2025

Verified Purchase

UPDATE: seller promptly reached out to the address in my concerns and sent me a replacement, no need to initiate a messy return of the old, broken one. This one is working perfectly, three cleanings in and it's doing an amazing job. I did originally get a dud, but I don't think anyone else should be concerned about this because it seems rare and even if it does happen, customer service is AMAZING and on top of this, I have adjusted my star rating to reflect both this and the great quality of the new, working product. The seller did not request that I change the review, they simply wanted to make things right and I am very impressed.

Was excited about all the positive reviews. Worked once and now it will not pair or work at all, despite trying every sequence imaginable. I guess I was unlucky and got a bad one, it shouldn't be this common to get a bum product.

3 people found this helpful

Helpful | Report



Katie

**Love this Steamer!**

Reviewed in the United States on June 10, 2025

Verified Purchase

This steamer works wonderful. Followed instructions still my steamer which was already tight on. Steamer you plug in and add cold water to steamer. A heat reset in hand too and click button. Light turn color when ready to go which is almost like instant. By far love this over the bissell one we had that corroded and would never work after we cleaned it and all ... it is also worked well tons of the grout and my windows. Love this product would recommend to everyone! Shipping was excellent and fast too

5 people found it is helpful

Helpful | Report



Ashley rogers

**Don't buy this if you want it for longevity...**

Reviewed in the United States on August 19, 2025

Verified Purchase

Don't buy for long term use....
I've used it maybe about a total of 4 times since I bought it, worked amazing at first but I tried again a few days ago and it stopped working. The instruction manual doesn't help much, I've followed through with the manual - checking it, reconnected the sprayer, tried new batteries and different outlets and nothing has worked. In my opinion either the pump or the heating component went out on it and I've tried to find the company to see what my options are no where to be found, there's no one willing to help with the error I'm encountering. It's just overall frustrating. It's not heating, not working, clogged. I took the whole thing apart to try to figure it out and nothing has helped. So overall if you

3 people found it is helpful

Helpful | Report



cathuvan

**nice cleaning tool**

Reviewed in the United States on June 8, 2025

Color: Purple    Verified Purchase

I really love this steamer. It is easy to use and really heats water fast. I can't wait to get everything in my house cleaner. Definitely recommend this little machine. The light weight is perfect for me. And the purple is cute. It was actually cleaning the inside from my disposal flange so that makes it worth my time. Works for me.

Helpful | Report



See more reviews

2026/1/10 18:18    Amazon.com - Handheld Steam Cleaner with Trigger Control, 1600ml Water Tank, Continuous High Pressure Steamer for Clea...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 137 of 267

back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

> See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about Internet Prime settings

Registry & Gift List

Help



| | |
|---|---|
| English | United States |

| Amazon Music | Amazon Ads | 6pm | Abebooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:19 Amazon.com - Handheld Steam Cleaner, 10s Fast Heating Steamer for Cleaning, 1.6L Water Tank, 3 Levels Adjustable Handle,...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 138 of 267

Shop BISSELL

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

2+

...ndheld Steam Cleaner, ... Fast Heating Steamer ...Cleaning, 1.6L Water ...k, 3 Levels Adjustable ...ndle, 11-in-1 Steam ...aner for Home, ...hen, Dirt, Grease, ...ut, Tile, Floor, Couch ... Car

...he MOVATEK Store
(123)

$**59**⁹⁹

FREE Returns

...60 Amazon Gift Card instantly upon
...al for the Amazon Store Card. No annual

Available at a lower price from other sellers
that may not offer free Prime shipping.

Color: **Yellow**


$79.99


$59.99

| Brand | MOVATEK |
|---|---|
| Special Feature | Carry Handle, Detachable, High Pressure, Large Capacity Tank, Rapid Heat Up |
| Surface Recommendation | Hard Floor, Tile, Grout, Sofa, Window, Car, Furniture, Upholstery, |
| Model Name | AM0013-03 |
| Included Components | 1 X Brass Brush, 1 X Extension Tube, 2 X Plastic Brush, 1 X Nozzle, |

## About this item

- Fast & Powerful Heat-Up: Experience the difference with our 1500W steam cleaner handheld – designed for fast-paced homes. Heats up in just 10 seconds, reaching a powerful 221℉ (105℃) and release 3Bar high pressure for deep, effective cleaning. The ergonomic handle features an easy on/off switch and 3 adjustable steam levels to tackle everything from greasy kitchen messes to stubborn bathroom dirt efficiently. (Note: AAA batteries for the handle are not included)

### Right sidebar

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

**Buy new:**
$**59**⁹⁹

FREE delivery **Thursday, January 15**

Or Prime members get FREE delivery **Tomorrow, January 11**. Order within 6 hrs 10 mins. Join Prime

Deliver to New York 10010

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | KONLU |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

⌄ See more

**Add a Protection Plan:**
- ☐ 2-Year Protection Plan for $5.99
- ☐ 3-Year Protection Plan for $7.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

**Save with Used - Like New**
$**29**⁹⁹

FREE delivery Thursday, January 15 on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: KONLU

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 139 of 267

- Large 1.6L Water Tank: Enjoy more cleaning with less refilling thanks to the generous 1.6L water tank. This capacity delivers up to 30 minutes of continuous high-pressure steam, letting you tackle whole rooms in one go. Just fill the tank, wait a few seconds for heating, and let the powerful steam machine for cleaning work its magic on dirt, grime and stains – ideal for floors, bathrooms, upholstery, and more.
- Extra Long Cord & Hose: Designed for large spaces and busy households – our steam cleaner for home comes with a 79-inch extra-long power cord and a 59-inch flexible steam hose. Reach under beds, behind appliances, and across kitchen counters without constant unplugging or moving the unit. Enjoy easy, convenient cleaning from room to room.
- 11 Accessories for Cleaning Task: Our steam cleaner for car comes with 11 thoughtfully selected accessories including brass and plastic brushes, extension tube, glass brush, upholstery cloth, funnel, power cord and gloves. Transform your steam cleaner for use on floors, tile grout, cars, sofas, kitchen appliances, bathroom fixtures, and more. Whether tackling pet stains, detailing your car, or spring cleaning at home – versatility is guaranteed.
- Safe & Chemical-Free Cleaning: Harness the pure power of steam for a safer, healthier home. Our high pressure steamer cleaner penetrates deep into corners and hard-to-reach spaces, removing grime and dirt— all without harsh chemicals. Completely safe for use around children and pets. Safety reminder: never direct steam at people or animals during use.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)
$49.99
1 sustainability feature

Add to List

**Other sellers on Amazon**

New & Used (5) from $29⁹⁹
FREE Shipping on orders over $35.00 shipped by Amazon.

**Based on your recent shopping trends**

2026/1/10 18:19 Amazon.com - Handheld Steam Cleaner, 10s Fast Heating Steamer for Cleaning, 110L Water Tank, 3 Levels Adjustable Handle,...

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 140 of 267











Steam Cleaner, 15s Heat-Up, 6-Level Adjustable Handle, High Pressure Steamer for Cleaning with 11 pcs Accessories,...
234

$59.99

Get it as soon as **Thursday, Feb 5**

Handheld Steam Cleaner, 2500W Pressurized Steam Cleaner with 3 Brush Heads, Portable Steam Cleaner for Hom...
537

$22.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping on orders over $35 shipped by Amazon

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...
527

Amazon's Choice

$49.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

🌿 1 sustainability feature

Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam...
93

$46.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...
256

$39.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Kouto Home Handh Cleani Handl

$59.9

Get it a **Jan 15**

FREE S

## Videos for similar products

1:43

Handheld Steam Cleaner, 2500W Pressurized Steam Cleaner with 3
537

$22⁹⁹

4:13

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for
256

$39⁹⁹

Steam Clea High Press

$29⁹⁹

## From the brand

## Product description

2026/1/10 18:19 Amazon.com - Handheld Steam Cleaner, 10s Fast Heating Steamer for Cleaning, 1.6L Water Tank, 3 Levels Adjustable Handle,...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 141 of 267



## Product information

| | |
|---|---|
| Brand | MOVATEK |
| Special Feature | Carry Handle, Detachable, High Pressure, Large Capacity Tank, Rapid Heat Up |
| Surface Recommendation | Hard Floor, Tile, Grout, Sofa, Window, Car, Furniture, Upholstery, Fabric, BBQ Grill, Mirror, Kitchen Sink, Pet Mattress, Toilet, Couch, Car Seat |
| Model Name | AM0013-03 |
| Included Components | 1 X Brass Brush, 1 X Extension Tube, 2 X Plastic Brush, 1 X Nozzle, 1 X Glass Brush, 1 X Upholstery Cloth, 1 X Funnel, 1 X Power Cord, 1 X Gloves, User Manual |
| Wattage | 1500 watts |
| Item Weight | 2.52 Kilograms |
| Tank Volume | 1600 Milliliters |
| Item Display Dimensions | 8.26 x 8.26 x 5.5 x 5.9 inches |
| Form Factor | elliptic |
| Heat Time | 15 Seconds |
| Color | Yellow |
| Power Source | Corded Electric |
| Voltage | 110 Volts |
| Capacity | 1600 Milliliters |
| Style | Modern |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 8.26"D x 5.5"W x 5.9"H |
| Manufacture Year | 2024 |
| Item Weight | 5.55 pounds |
| ASIN | B0DRY5MHZH |
| Item model number | AM0013-03 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

| | | |
|---|---|---|
| **Customer Reviews** | 3.7          (123) | |
| | 3.7 out of 5 stars | |
| **Best Sellers Rank** | #1,011,732 in Home & Kitchen (See Top 100 in Home & Kitchen) | |
| | #276 in Handheld Steamers | |
| **Date First Available** | December 31, 2024 | |

## Product Videos



Customer Review

Customer Review: Easy to use....so versatile and portable  |  See Full Review

-0:00

Sponsored

## Similar brands on Amazon

Sponsored



1L Handheld Steam Cleaner for Home and Kitchen Cleaning, 2500W 15s Fast...
4.3          59
$55.99



Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful...
4.4          430
$249.98



BISSEL
Handh
4.0
$39.9

# Customer reviews

### 3.7 out of 5

123 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 9% |
| 3 star | | 6% |
| 2 star | | 6% |
| 1 star | | 23% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner easy to use and appreciate that it heats up quickly. The functionality and steam generation receive mixed reviews - while some say it works better than expected, others report it doesn't work at all, and the steam output is inconsistent. The quality and value for money also get mixed feedback.

Generated from the text of customer reviews

**Select to learn more**

Quality (11)　　Ease of use (6)　　Heat retention (4)　　── Functionality (21)

── Steam generation (5)　　── Value for money (5)　　── Weight (3)

## Reviews with images

See all photos ›



## Top reviews from the United States

Its_Whit

**Game Changer for Cleaning!**

Reviewed in the United States on June 17, 2025

Color: Purple　　**Verified Purchase**

I grabbed this steam cleaner after my other one finally died and wow—this thing delivers. I used it on my kitchen wall where there were some my crayon stains and the steam literally melted it off in seconds!

It heats up fast, and the pressure stayed consistent the whole time I used it. You can actually see the gunk lift off as you go—it's oddly addicting. I've used it on tile, grout, windows, and around faucets too, and it handled it all like a champ.

If you love visible cleaning results and hate scrubbing, this is 100% worth it. Add it to cart—you won't regret it.

2 people found this helpful

Helpful　　Report

Amazon Customer

**Junk**

Reviewed in the United States on September 21, 2025

Color: Yellow　　**Verified Purchase**

Worked for about 10 minutes. Then stopped working. And have not been able to get it to turn on since. Junk.

Helpful　　Report

Kindle Customer Linda.

**A great steamer**

Reviewed in the United States on May 25, 2025

Color: Purple　　**Verified Purchase**

This little steamer is Great. I had a large canister steamer before and when I opened up the box I was so disappointed thinking this little steamer is to small it won't have strong steam and would not whole very mush water to clean anything. Well I was wrong; I have large birds cages and clean them with steam this little steamer cleaned two large cages with no refills. It is all I wanted.

2 people found this helpful

Helpful　　Report

Ted Galvani

2026/1/10 18:19    Amazon.com - Handheld Steam Cleaner, 10s Fast Heating Steamer for Cleaning, 110L Water Tank, 3 Levels Adjustable Handle,…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 144 of 267

**Does the job.**
Reviewed in the United States on October 2, 2025
Color: Yellow    **Verified Purchase**

Nice, complete setup. Works fast and easy

Helpful    Report

 c Johnson

**Amazing customer service**
Reviewed in the United States on June 27, 2025
**Verified Purchase**

UPDATE: seller promptly reached out to me to address my concerns and sent me a replacement, no need to initiate a messy return of the old broken one. This one is working perfectly three cleanings in and it's doing an amazing job. I did originally get a dud, but I don't think anyone else should be concerned about this because it seems rare and even if it does happen, customer service is AMAZING and on top of this. I have adjusted my star rating to reflect both this and the great quality of the new, working product. The seller did not request that I change the review, they simply wanted to make things right and I am very impressed.

Was excited about all the positive reviews. Worked one time and now it will not pair or work at all despite trying every sequence imaginable. I guess I was unlucky and got a bad one, it shouldn't be this common to get a bum product.

3 people found this helpful

Helpful    Report

 Katie

**Love this Steamer!**
Reviewed in the United States on June 10, 2025
**Verified Purchase**

This steamer works wonderful. Followed instructions although everything was already together. Steamer you plug in and add cold water to steamer. Put batteries in hand tool and click button. Lights turn color when ready to go which is almost like instant. By far love this over the bissell one we had that corroded and would never work after we cleaned it and all….. this also worked wonders on my grout and my windows! Love this product would recommend to everyone! Shipping was excellent and fast too

3 people found this helpful

Helpful    Report

Ashley rogers

**Don't buy this if you want it for longevity…**
Reviewed in the United States on August 19, 2025
**Verified Purchase**

Don't buy for long term use….
I've used it maybe about a total of 4 times since I bought it worked amazing at first but I tried again a few days ago and it stopped working. The instruction manual doesn't help much I've followed through with troubleshooting it, re connected the sprayer tried new batteries and different outlets and nothing has worked. In my opinion either the pump or the heating component went out of it and I've tried to find the company to see what my options are no where to be found there's no videos online to help with the error I'm encountering it's just overall frustrating it's not heating nothing clogged I took the whole thing apart to try to figure it out and nothing has helped. So overall if you

3 people found this helpful

Helpful    Report

cathaven

**nice cleaning tool**
Reviewed in the United States on June 8, 2025
Color: Purple    **Verified Purchase**

I really love this steamer. It is easy to use and really heats water fast. I can't wait to get everything in my house cleaner. Definitely recommend this little machine. I the light weight is perfect for me. And the purple is cute. It was actually cleaning the crude from my disposal flange so that makes it worth my time. Works for me.

2026/1/10 18:19    Amazon.com - Handheld Steam Cleaner, 10s Fast Heating Steamer for Cleaning, 110L Water Tank, 3 Levels Adjustable Handle,...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 145 of 267

Helpful    Report

See more reviews ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 146 of 267

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



2026/1/11 09:58    Amazon.com–Koutop Steam Cleaner for Home & Car Portable Handheld Steamer for Cleaning with 3-Level Handle High Heat...

Case 1:25-cv-09093-RA-BCM    Document 15-3    Filed 01/30/26    Page 148 of 267

allows users to easily monitor water levels at a glance, delivers 45+ minutes of steam. 4-stage steam adjustment dial on the handle enables targeted output for delicate surfaces or tough grime. Combined 9.9" steam hose and 16" power cord provide 145 inches of total reach, effortlessly accessing ceilings, under furniture, and distant corners.

- [ Exceptional Portability & Comprehensive Versatility ]  Weighing only 4.4 lbs, this portable steam cleaner 15 Professional Tools for Every Task: Tackle any surface with precision using specialized attachments – clean interior vents with the narrow nozzle, refresh furniture with the fabric good, or scrub grout with the brass brush. Stores compactly in closets or car trunks—ideal for auto detailing or quick home touch-ups!

- [Advanced 1400ML Steam Cleaner Pro] Engineered for deep cleaning, our system generates 221°F/105°C+ high-temperature steam to effectively dissolve tough grease, grime, and pet stains. Features tool-free instant assembly (no priming required) and an extra-large 1400ML water tank for extended use without refills. Includes a 3-meter steam hose and 1.5-meter power cord for maximum mobility. Precision tools provide detailed control for versatile surfaces. Professional results guaranteed.

- [ Chemical-Free, Safe & Eco-Friendly Operation ]  Operates using only ordinary water, producing no harmful chemical fumes, residues, or unpleasant odors. This makes it an exceptionally safe cleaning solution for households with children, pets, or individuals with sensitivities to traditional cleaning chemicals. This safety and eco-friendliness extend across all its applications, whether used in the kitchen, bathroom, on children's toys, furniture, or inside vehicles.

- [Prep up for Hotter Steam ]  For maximum heat and cleaning power, keep the nozzle 1-2 inches from surfaces. Steam is hottest right at the tip—distance reduces temperature. Get close for effective cleaning and great results! If you have any questions about our products, please feel free to contact us and we will be happy to assist you.

Report an issue with this product or seller

## Consider a similar item



TEEVOGO Steam Cleaner for Home, 13s Instant Heat Handheld Steam Cleaner Upgrade 550ML Tank, Lightweight Portable Steamer for Cleaning Grout, Floor, Couch, Furniture, Kitchen, Cookware, Refill Any Time
(276)
$49.99
⊘ 1 sustainability feature

## Frequently bought together



This item: Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning...
$54⁹⁹

USANOOKS Microfiber Cleaning Cloth Grey - 12 Pcs (12.2"x12.9") - High Performance - 1200...
$8⁹⁵ ($0.03/count)

Detail Duster Soft Boar Hair Car Detailing Brush Set - 3-Pack, Brown - Car Detailing Kit to ...
$15⁹⁹

Total price: $77.96

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handheld-candle...
142
$69.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...
529
$49.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon
Only 1 left in stock by feature

Handheld Steam Cleaner 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...
246
$59.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...
204
$53.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15 in 1 High Pressure Steam Cleaner...
268
$39.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

Steam 6-Level Natur...
Save
$45.9
List: $
Lowes
Get it
Jan 15
FREE S

## Videos for similar products

Gentys Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up,
2097
$79⁹⁹

Steam Cleaner, 15s Heat-Up, 1.5... Tank 3-Level Adjustable
574
$79⁹⁹

3 Level Adj Handheld S
$69⁹⁹

## From the brand

**Brand Story**

Born from a passion for effortless cleaning.

## Product description



## Product information

| Brand | Koutop |
|---|---|
| Special Feature | Manual |
| Surface Recommendation | Floor, Tile, Couch, Car, Grout, Upholstery, Window |
| Model Name | Steam Cleaner |
| Included Components | 1*High Pressure Nozzle, 1*Extension Nozzle, 1*Heat-Resistant Gloves, 1*Cleaning Towel, 1*Steam Cleaner, 1*Glass |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

| | Cleaner, 1*Round Brush, 1*Nylon Small Brush, 1*Brass Brush, 1*Flexi Hose |
|---|---|
| Item Weight | 2.27 Kilograms |
| Tank Volume | 1.68 Quarts |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Orange |
| Power Source | Electric |
| Voltage | 12 Volts (DC) |
| Capacity | 1.68 Quarts |
| Style | Compact |
| Maximum Temperature | 221 Degrees Fahrenheit |
| UPC | 707400826780 |
| Product Care Instructions | Hand Wash |
| Product Dimensions | 7.57 x 5.7 x 8.28 inches |
| Item Weight | 4.96 pounds |
| Manufacturer | Koutop |
| ASIN | B0F9LHNSL7 |
| Item model number | TC-SC40S |
| Customer Reviews | 4.4  (62%) <br> 4.4 out of 5 stars |
| Best Sellers Rank | #11,046 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #9 in Handheld Steamers |
| Date First Available | May 22, 2025 |

## Product Videos



Summer Nelson
Customer Review: Love it!!! | See Full Review

## Similar brands on Amazon

Sponsored

2026/1/11 09:58  Amazon.com - Koutop Steam Cleaner for Home & Car Portable Handheld Steamer for Cleaning with 3 Long Cable, 1.5 L Heat...

Case 1:25-cv-09093-RA-BCM   Document 15-3   Filed 01/30/26   Page 152 of 267



   

## Customer reviews

### 4.4 out of 5

629 global ratings

| | |
|---|---|
| 5 star | 77% |
| 4 star | 7% |
| 3 star | 4% |
| 2 star | 2% |
| 1 star | 10% |

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner effective at cleaning various surfaces, including bathtubs, sofas, chairs, and kitchen grease, while generating strong steam that tackles tough stains and grime. They appreciate its compact size and ease of use, noting it's much easier than using a toothpick and a spray cleaner. The device heats up very quickly, and one customer mentions it can be used for disinfecting restrooms.

AI Generated from the text of customer reviews.

### Select to learn more

✓ Effectiveness (157)  ✓ Steam quality (132)  ✓ Ease of cleaning (109)  ✓ Ease of use (87)

✓ Steam power (87)  ✓ Compactness (76)  ✓ Stain removal (76)  ✓ Heat up time (75)

## Reviews with images

See all photos >



## Top reviews from the United States

Claude Rameau

**Small but powerful**

Reviewed in the United States on December 21, 2025

Color: Orange  Verified Purchase

This steam cleaner works exactly as advertised and then some. It heats up fast, produces strong, continuous steam, and removes dirt, grease, and grime with very little effort. I've used it on floors, grout, kitchen surfaces, and the bathroom, and the results are impressive every time.

I really appreciate that it cleans effectively using just water — no harsh chemicals needed. The attachments are useful and easy to swap out, and the machine itself is lightweight and simple to use. It feels well-built and performs like a much more expensive unit.

If you're on the fence, don't be. This is a solid purchase that actually makes cleaning faster and easier. Highly recommend.

2 people found this helpful

    Report

Sophia Singh

**Powerful little Steam Cleaner, Truly Worth It!**

Reviewed in the United States on December 5, 2025

Color: Orange  Verified Purchase

This steam cleaner surprised me with how effective it is. The cleaning power is great, and it does an amazing job on everything from light surface cleaning to tougher areas like tile grout. The steam pressure is strong, and the heat level is just right... hot enough to lift dirt and grime, but not so hot that it isn't safe to use around delicate surfaces.

I really like that it has three settings, which makes it super easy to adjust the power. I can turn it down for more delicate or softer materials, and then turn it up when I need more force for stubborn spots. It's genuinely versatile.

Amazon.com - Koutop Steam Cleaner for Home & Car Portable Handheld Steamer for Cleaning with 3 Large handle, 1 si Heat...

The design is a big plus for me... it's small, portable, and comfortable to hold. The extension attachments give me good reach, and the included safety information is very clear. The reminder to use gloves is helpful because some parts do get hot, which is normal for steam cleaners.

What I love most is that it actually made cleaning feel easier and even enjoyable. I find myself wanting to clean, even when I'm not in the mood. That's how satisfying it is to use. And the fact that I don't

▼ Read more



2 people found this helpful

( Helpful )    Report

**B Sparkle**

### Finally! Chemical-free Clean and Disinfected!!

Reviewed in the United States on December 9, 2025

Color: Orange    Verified Purchase

Finally! I have been searching for a way to clean and disinfect, without harmful chemicals that burn my hands and make it impossible to breath. Feel so good about using for so many different applications. Get my car air is super clean and shine, without Stu zurol. Hazel Also feel good about using on dishwar, mattress, dresser es and her dog Iter, she deserves chemical free clean as well. Can't wait to try other applications, this unit is so versatile and easy to put to use.

Seems super speedy, no need to give a mop and use a lot. It uses water. So happy with this purchase, highly recommend.

5 people found this helpful

( Helpful )    Report

**Wilson NC**

### Awesome steam cleaner, flexible uses!

Reviewed in the United States on October 18, 2025

Color: Orange    Verified Purchase

This steam cleaner has completely exceeded my expectations! It warms up quickly and delivers strong, consistent steam that cuts through dirt and grime with ease. I've tackled everything from greasy stovetops and bathroom tiles to my car seats and floor mats, and the results were fantastic—all without using any chemical cleaners.

The water tank holds plenty, so I can clean for a good stretch before refilling, and the adjustable steam settings let me customize the power to fit the job. The variety of attachments is a huge bonus—there's literally a nozzle or brush for every type of cleaning. They even give you a set of gloves to protect your hands from the hot steam! It's surprisingly light, easy to maneuver, and makes deep cleaning feel effortless. An excellent, high-performing tool that's well worth the investment!



14 people found this helpful

( Helpful )    Report

**Marsha A.**

### Small yet mighty.

Reviewed in the United States on November 20, 2025

Color: Orange    Verified Purchase

I got this and decided to take my time to write this review, so here goes. First works off batteries. Not a real fan of that, would have preferred it be rechargeable. Next assemble is easy. Like the different attachments that are included. Instructions easy to understand. Now for how it works. It is worth the price. I like the size. It heats up quickly. Cleans nicely. Just remember to



be careful of the steam. Small but
powerful. Multiple uses. I highly
recommend

( Helpful )   Report

P H N

### Portable and Perfect for Deep Cleaning!

Reviewed in the United States on October 30, 2023

Color: Orange   Verified Purchase

I recently used this Steam Cleaner for my car after a Coke spill on the seat fabric, and it worked
amazingly well! The steam lifted the stain quickly without harsh scrubbing. I love how portable it is—
you can literally keep it in the car trunk without taking up much space. It's lightweight, easy to handle,
and the 3-level combo makes it versatile for different surfaces. It also comes with plenty of accessories
for various cleaning tasks. Next, I'm planning to try it on my bathroom tile grout. Overall, this
handheld steamer is a fantastic tool for both home and car cleaning – powerful, efficient, and super
convenient!

5 people found this helpful

( Helpful )   Report

B L

### Recommend with some caution

Reviewed in the United States on October 20, 2023

Color: Orange   Verified Purchase

put this cleaner through the ringer
cleaning both of my bathrooms in one
day but it held up fairly well. this little
thing can clean

Pros:
• No cool down time every 30 minutes like
some other option is available
• Produces a lot of steam
• Works very well on getting around
porcelain bathroom tile

Cons:

⌄ Read more

5 people found this helpful

( Helpful )   Report

See more reviews

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about the FTC Prime settlement |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

English    United States

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:55 Amazon.com - Steam Cleaner for Home, 15s Heat-Up, 1.6L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-39099-RA-BCM    Document 15-3    Filed 01/30/26    Page 156 of 267

Deliver to
**New York 10010**

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
**Account & Lists** ▾

Returns
**& Orders**

**0**

All | Amazon Haul | Medical Care ▾ | Amazon Basics | Best Sellers | Books | Registry

**Amazon Home** | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



...eam Cleaner for Home,
...s Heat-Up, 1.6L Water
...nk, 3-Level Adjustable
...andle, Handheld Steam
...leaner for Car Detailing,
...rt, Furniture, Couch,
...oor Tile, Bathroom, Bed
...gs, 12Pcs Accessories

...nd: Kweetle

(31)

$79�99

**FREE Returns**

Get $60 off instantly: Pay $19.99 upon approval for the Amazon Store Card.

Color: **White**

| | |
|---|---|
| ...nd | Kweetle |
| **Special Feature** | High Pressure, Large Capacity Tank, Lightweight, Steam Control, Steam on Demand Trigger |
| **Surface Recommendation** | Counter Top |
| **Model Name** | SS-TC-SC-003 |
| **Included Components** | Brass Brush, Crevice Tool, Extension Tube, Grout Brush, Nozzle |

Click to see full view

3+

VIDEO

## About this item

- **15-Second Instant Heat & Long Runtime:** Ready to blast steam in just 15 seconds! Use this handheld steam cleaner instantly, eliminating long wait times. Perfect for quick cleanups or regular maintenance, boosting efficiency. The 1600ml extra-large tank supports extended continuous cleaning without frequent refills, making it a reliable steam cleaner for home.

- **Portable & Compact Design & Extended Reach (26 Ft):** 13 Ft heat-resistant hose + 13 Ft power cord provides 26 Ft total reach! This portable steam cleaner is lightweight and hand held for easy maneuverability around the house or transport to the garage/car. Easily access ceilings, room corners, under vehicles, engine bays (perfect as a car steam cleaner), and other hard-to-reach areas for complete coverage with your handheld steam cleaner.

- **12-Piece Versatile Accessory Kit:** Comes

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

**Join Prime**

$79�99

FREE delivery **February 5 - March 17**

Or fastest delivery **February 3 - March 12**

Deliver to New York 10010

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | KW Home&Garden |
| Returns | FREE 30-day refund/replacement |
| Support | Product support included |

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for $7.99

☐ 3-Year Protection Plan for $9.99

☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

☐ Add a gift receipt for easy returns

Add to List

2026/1/11 09:55　Amazon.com - Steam Cleaner for Home, 15s Heat Up, 1.6L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-00000-RA-BCM　Document 15-3　Filed 01/30/26　Page 157 of 267

complete with specialized tools for whole-house cleaning: Nylon Brush (general cleaning), Brass Brush (stubborn grease), Grout Brush, Angled Nozzle, Scrapers (sticker/glue removal), Window Squeegee, Fabric Brush (upholstery/curtains), Protective Gloves, Storage Bag. This steam cleaners with attachments kit tackles grout cleaning, car interior/engine detailing, furniture refresh with ease, making it a versatile handheld steam cleaner for home.

- Safe, Chemical-Free & Eco-Healthy: Powered by water only! Eliminates need for harmful chemicals, protecting your family's health and the environment. Built with durable ABS body and heat-resistant PVC hose for safe, reliable operation of your steam cleaner. Ideal for homes with children/pets and sensitive areas like car interiors and mattresses.

- Versatile Cleaning Applications: High-Temp Bed Bug Eliminator / Grout & Tile Cleaning Expert / Car Interior & Engine Bay Detailer / Upholstery & Curtain Refresher / Kitchen Grease Buster / Whole-Home Sanitizer. Discover the power of steam cleaners and handheld steam cleaners for every task – your ultimate hand held steam cleaner for home and beyond, featuring pressurized handheld steam cleaner technology.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout (529)

$49.99

🌱 1 sustainability feature

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle…
142

$69.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea…
529

Amazon's Choice

$49.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

🌱 1 sustainability feature



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3…
246

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Moongiangtgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning…
504

$53.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner…
258

$39.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Kouto Home Handh Cleani Handl

$54.9

Get it a Jan 15

FREE S

## Videos for similar products

|  |  |  |
|---|---|---|
| 8:09 | 3:05 |  |
| 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car | Steam Cleaner, Multipurpose Powerful Steamer with 21 | Gautye Ste Adjustable |
| 529 | 4,549 |  |
| $49⁹⁹ | $139⁹⁹ | $79⁹⁹ |

## Product description

## Product information

| Brand | Kweetle |
|---|---|
| Special Feature | High Pressure, Large Capacity Tank, Lightweight, Steam Control, Steam on Demand Trigger |
| Surface Recommendation | Counter Top |
| Model Name | SS-TC-SC-003 |
| Included Components | Brass Brush, Crevice Tool, Extension Tube, Grout Brush, Nozzle |
| Wattage | 2500 watts |
| Tank Volume | 1600 Milliliters |
| Heat Time | 15 Seconds |
| Color | White |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Style | Compact |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Manufacture Year | 2025 |
| Package Dimensions | 11.54 x 8.78 x 6.46 inches |
| Item Weight | 8.53 pounds |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

| | |
|---|---|
| Manufacturer | Kweetle |
| ASIN | B0F5Q2V68Z |
| Item model number | SS-TC-SC-003 |
| Customer Reviews | 3.7        (31) <br> 3.7 out of 5 stars |
| Best Sellers Rank | #1,617,279 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #413 in Handheld Steamers |
| Date First Available | April 21, 2025 |

## Product Videos

Lou & Mad
Customer Review: Best way to get steamy in your kitchen.  |  See Full Review.



Sponsored

## Similar brands on Amazon

Sponsored



Powerful Steam Cleaner for Home,



TVD Heavy Duty Steam Cleaner For



Steam

2026/1/11 09:55 Amazon.com - Steam Cleaner for Home, 15s Heat Up, 1.6L Water Tank, 3-Level adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 160 of 267

Chemical-Free Multipurpose Steam...
4.0     41
$138.99

Home, Steamer For Cleaning with 26...
4.8     40
$119.99  List Price: $189.99

Fast H
4.8
$99.9

## Customer reviews

### 3.7 out of 5

31 global ratings

5 star — 52%
4 star — 16%
3 star — 8%
2 star — 5%
1 star — 19%

How customer reviews and ratings work

## Customers say

Customers find the steam cleaner easy to use and appreciate its functionality, with one mentioning it works well in hot muggy climates. They like its quality, with one customer describing it as a great multi-cleaning tool. The heating time receives positive feedback, with one customer noting its fast steam generation. The heat resistance receives mixed reviews, with several customers confirming it doesn't overheat.

Generated from the text of customer reviews

**Select to learn more**

Functionality (10)  |  Ease of use (3)  |  Quality (3)  |  Steam heating time (3)
Heat resistance (3)

### Reviews with images

See all photos ›

 

## Top reviews from the United States

 TLC

**Great multi-cleaning tool**

Reviewed in the United States on August 6, 2025

Color: White    **Verified Purchase**

I do love cleaning with steam, especially in the bathrooms and entry. This machine has a good cord and hose length that makes it so easy to use.

Helpful     Report

Cathy

**Easy to use**

Reviewed in the United States on January 4, 2026

**Verified Purchase**

Works well in tight places

Helpful     Report

 BG

**Works great in hot muggy climates**

Reviewed in the United States on October 6, 2025

**Verified Purchase**

Works like a champ! Really impressed with the steam startup time. Decent amount of water holding capacity and length of hose. Did not overheat while using in direct sunlight in +90 degree Florida sun; 6 hours of constant use with no issues.

I would suggest to the manufacturer, please move the button for the levels. While using it, I had quite a few setting changes or shut off since the grip is close to the button (meaty part of hand between thumb and index finger sits right below or on the switch). That was worth taking one star off.

Attachments were great and even has a bag to carry everything.

Helpful     Report

Tanya G. Alford

**Didn't heat up and only spit out water.**

Reviewed in the United States on June 26, 2025

Color: White    **Verified Purchase**

Just opened mine today and there's no steam at all it just spits a steady stream of water at different speeds. Nothing ever got hot either. The manual said please reach out to us with questions, but no

2026/1/11 09:55 Amazon.com – Steam Cleaner for Home, 15s Heat Up, 168L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner ...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 161 of 267

where on the box or in the manual is there a phone number or email 🔧. I will be returning and I guess trying another machine.

3 people found this helpful

Helpful    Report

Martinez

**Steamer review**
Reviewed in the United States on July 14, 2025
**Verified Purchase**

Worked well cleaning a home I bought. (Walls, bathroom,)It helps cut the cleaning time. I have trouble holding items, I put the streamer on the floor and surfaces, and had no trouble using it.

Helpful    Report

Sherie

**It hasn't provided the level of clean as I hoped.**
Reviewed in the United States on December 26, 2025
Color: White    **Verified Purchase**

I haven't found this steam cleaner to offer a high level of cleaning on its own. I was hoping that it would reduce the amount of elbow grease required on appliances like a stove top but I've not found this to be true.

Helpful    Report

Gary Haden

**Price & usability**
Reviewed in the United States on August 13, 2025
**Verified Purchase**

Works great / easy to use / would recommend A+++++

Helpful    Report

Patricia

**Good job**
Reviewed in the United States on June 28, 2025
Color: White    **Verified Purchase**

I liked it I used it to clean my grout. Worked well

Helpful    Report

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

Amazon

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

**Let Us Help You**

Your Account

Your Orders

2026/1/11 09:55 Amazon.com - Steam Cleaner for Home, 15s Heat Up, 160L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 162 of 267

Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

| English | | United States |

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
**New York 10010**

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
**Account & Lists** ▾

Returns
& Orders

**0**

All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Registry

**Amazon Home**   Shop by Room   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

**VIDEO**

3+

...eam Cleaner for Home,
...s Heat-Up, 1.6L Water
...nk, 3-Level Adjustable
...andle, Handheld Steam
...leaner for Car Detailing,
...rt, Furniture, Couch,
...oor Tile, Bathroom, Bed
...gs, 12Pcs Accessories

...nd: Kweetle

(31)

$79⁹⁹

FREE Returns

Get $60 off instantly: Pay $19.99 upon
approval for the Amazon Store Card.

Color: **White**

| | |
|---|---|
| ...nd | Kweetle |
| **Special Feature** | High Pressure, Large Capacity Tank, Lightweight, Steam Control, Steam on Demand Trigger |
| **Surface Recommendation** | Counter Top |
| **Model Name** | SS-TC-SC-003 |
| **Included Components** | Brass Brush, Crevice Tool, Extension Tube, Grout Brush, Nozzle |

## About this item

- 15-Second Instant Heat & Long Runtime: Ready to blast steam in just 15 seconds! Use this handheld steam cleaner instantly, eliminating long wait times. Perfect for quick cleanups or regular maintenance, boosting efficiency. The 1600ml extra-large tank supports extended continuous cleaning without frequent refills, making it a reliable steam cleaner for home.

- Portable & Compact Design & Extended Reach (26 Ft): 13 Ft heat-resistant hose + 13 Ft power cord provides 26 Ft total reach! This portable steam cleaner is lightweight and hand held for easy maneuverability around the house or transport to the garage/car. Easily access ceilings, room corners, under vehicles, engine bays (perfect as a car steam cleaner), and other hard-to-reach areas for complete coverage with your handheld steam cleaner.

- 12-Piece Versatile Accessory Kit: Comes

**prime**

Enjoy fast, free delivery,
exclusive deals, and award-
winning movies & TV shows.

**Join Prime**

$79⁹⁹

FREE delivery **February 5 -
March 17**

Or fastest delivery **February 3 -
March 12**

Deliver to New York 10010

Add to cart

Buy Now

Ships from   Amazon
Sold by      KW Home&Garden
Returns      FREE 30-day
             refund/replacement
Support      Product support
             included

⌄ See more

**Add a Protection Plan:**

☐ 2-Year Protection Plan for
  $7.99

☐ 3-Year Protection Plan for
  $9.99

☐ Complete Protect: One plan
  covers all eligible past and
  future purchases for
  $16.99/month

☐ Add a gift receipt for easy
  returns

Add to List

Sponsored

complete with specialized tools for whole-house cleaning: Nylon Brush (general cleaning), Brass Brush (stubborn grease), Grout Brush, Angled Nozzle, Scrapers (sticker/glue removal), Window Squeegee, Fabric Brush (upholstery/curtains), Protective Gloves, Storage Bag. This steam cleaners with attachments kit tackles grout cleaning, car interior/engine detailing, furniture refresh with ease, making it a versatile handheld steam cleaner for home.

- Safe, Chemical-Free & Eco-Healthy: Powered by water only! Eliminates need for harmful chemicals, protecting your family's health and the environment. Built with durable ABS body and heat-resistant PVC hose for safe, reliable operation of your steam cleaner. Ideal for homes with children/pets and sensitive areas like car interiors and mattresses.

- Versatile Cleaning Applications: High-Temp Bed Bug Eliminator / Grout & Tile Cleaning Expert / Car Interior & Engine Bay Detailer / Upholstery & Curtain Refresher / Kitchen Grease Buster / Whole-Home Sanitizer. Discover the power of steam cleaners and handheld steam cleaners for every task – your ultimate hand held steam cleaner for home and beyond, featuring pressurized handheld steam cleaner technology.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout

(529)

$49.99

🌱 1 sustainability feature

Sponsored

**Products related to this item** Sponsored ⓘ













| | | | | | |
|---|---|---|---|---|---|
| Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.2L W... | 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld... | Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L W... | Handheld Steam Cleaner for Home, 10s Heat-Up/2.11 Qt Tank/4.5BAR High Pressure Stea... | TVD Heavy Duty Steam Cleaner For Home, Steamer For Cleaning with 26 Accessories, St... | Gautye St 3-Level A Handle, 1! 1.69 Quar |
| 19 | 529 | 142 | 22 | 40 | |
| $69⁹⁹ | $49⁹⁹ | -13% $69⁹⁹ | -17% $49⁷⁹ | -37% $119⁹⁹ | -20% $7 |
| | 🌿 Climate Pledge Friendly | List: $79.99 | Typical: $59.99 | List Price: $189.99 | List: $99.9 |
| | | | Save 5% with coupon | | |

2026/1/11 09:56    Amazon.com - Steam Cleaner for Home, 15s Heat-Up, 1.6L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-09999-RA-BCM    Document 15-3    Filed 01/30/26    Page 165 of 267

**4 stars and above** Sponsored ⓘ

    

| 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld... | Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L W... | Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Por... | Handheld Steam Cleaner for Home, 2500W High Pressure Steam Cleaner for Car Detailin... | Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li... | Handheld for Home, 42.27oz T Portable S |
|---|---|---|---|---|---|
| 529 | 142 | 2,037 | 190 | 268 | |
| Amazon's Choice | -13% $69⁹⁹ | -20% $79⁹⁹ | -13% $69⁹⁹ | Limited time deal | -27% $5 |
| $49⁹⁹ | List: $79.99 | List: $99.99 | List: $79.99 | -33% $59⁹⁸ | List: $69.99 |
| 🌱 Climate Pledge Friendly | | | | List: $89.99 | |

## Product description

## Product information

| Brand | Kweetle |
|---|---|
| Special Feature | High Pressure, Large Capacity Tank, Lightweight, Steam Control, Steam on Demand Trigger |
| Surface Recommendation | Counter Top |
| Model Name | SS-TC-SC-003 |
| Included Components | Brass Brush, Crevice Tool, Extension Tube, Grout Brush, Nozzle |
| Wattage | 2500 watts |
| Tank Volume | 1600 Milliliters |
| Heat Time | 15 Seconds |
| Color | White |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Style | Compact |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Manufacture Year | 2025 |
| Package Dimensions | 11.54 x 8.78 x 6.46 inches |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

2026/1/11 09:56    Amazon.com – Steam Cleaner for Home, 15s Heat Up, 1.6L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-39099-RA-BCM    Document 15-3    Filed 01/30/26    Page 166 of 267

| Item Weight | 8.53 pounds |
|---|---|
| Manufacturer | Kweetle |
| ASIN | B0F5Q2V68Z |
| Item model number | SS-TC-SC-003 |
| Customer Reviews | 3.7        (31)<br>3.7 out of 5 stars |
| Best Sellers Rank | #1,617,279 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#413 in Handheld Steamers |
| Date First Available | April 21, 2025 |

## Product Videos

Leu & Mad
Customer Review: Best way to get steamy in your kitchen.  |  See Full Review.

## Products related to this item  Sponsored ⓘ

     

| TVD Heavy Duty Steam Cleaner For Home, Steamer For Cleaning with 26 Accessories, St...<br>40 | Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li...<br>268 | Handheld Steam Cleaner, Pressurized Multi-Surface Steam Cleaner for Home Use...<br>27 | 15-IN-1 Handheld Steam Cleaner【6 Level Adjustable Handle Portable Steam...<br>13 | 7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld...<br>529 | Gautye St... 3-Level Ad... Handle, 1... 1.69 Quar... |
|---|---|---|---|---|---|
| -37% $119⁹⁹<br>List Price: $189.99 | Limited time deal<br>-33% $59⁹⁸<br>List: $89.99 | $49⁹⁹<br>Save $10.00 with coupon | $64⁹⁹<br>Save $5.00 with coupon | Amazon's Choice<br>$49⁹⁹<br>🌱 Climate Pledge Friendly | -20% $7...<br>List: $99.99 |

2026/1/11 09:56 Amazon.com - Steam Cleaner for Home, 15s Heat Up, 1.6L Water Tank, 3-Level Adjustable Handle, Handheld Steam Cleaner ...

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 167 of 267



Sponsored

## Similar brands on Amazon

Sponsored






Powerful Steam Cleaner for Home, Chemical-Free Multipurpose Steam…

4.0      41

$138.99

Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W…

4.1      1,135

$78.27   Typical price: ~~$82.39~~

Gautye Adjust…

4.3

$79.9

## Customer reviews

### 3.7 out of 5

31 global ratings

| 5 star | 52% |
| 4 star | 16% |
| 3 star | 8% |
| 2 star | 5% |
| 1 star | 19% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner easy to use and appreciate its functionality, with one mentioning it works well in hot muggy climates. They like its quality, with one customer describing it as a great multi-cleaning tool. The heating time receives positive feedback, with one customer noting its fast steam generation. The heat resistance receives mixed reviews, with several customers confirming it doesn't overheat.

⚙ Generated from the text of customer reviews

**Select to learn more**

Functionality (10) | Ease of use (3) | Quality (3) | Steam heating time (3) | Heat resistance (3)

## Reviews with images

See all photos ›



## Top reviews from the United States

TLC

**Great multi-cleaning tool**

Reviewed in the United States on August 6, 2025

Color: White   **Verified Purchase**

I do love cleaning with steam, especially in the bathrooms and entry. This machine has a good cord and hose length that makes it so easy to use.

 Helpful    Report

Cathy

**Easy to use**

2026/1/11 09:56 Amazon.com - Steam Cleaner for Home, 15s Heat Up, 160L Water Tank, 3-Level adjustable Handle, Handheld Steam Cleaner f...

Case 1:25-cv-00099-RA-BCM    Document 15-3    Filed 01/30/26    Page 168 of 267

**Easy to use**
Reviewed in the United States on January 4, 2026

**Verified Purchase**

Works well in tight places

Helpful       Report

BG

**Works great in hot muggy climates**
Reviewed in the United States on October 6, 2025
**Verified Purchase**

Works like a champ! Really impressed with the steam startup time. Decent amount of water holding capacity and length of hose. Did not overheat while using in direct sunlight in +90 degree Florida sun; 6 hours of constant use with no issues.

I would suggest to the manufacturer, please move the button for the levels. While using it, I had quite a few setting changes or shut off since the grip is close to the button (meaty part of hand between thumb and index finger sits right below or on the switch). That was worth taking one star off.

Attachments were great and even has a bag to carry everything.

Helpful       Report

Tanya G. Alford

**Didn't heat up and only spit out water.**
Reviewed in the United States on June 26, 2025
Color: White       **Verified Purchase**

Just opened mine today and there's no steam at all it just spits a steady stream of water at different speeds. Nothing ever got hot either. The manual said please reach out to us with questions, but no where on the box or in the manual is there a phone number or email 🤷. I will be returning and I guess trying another machine.

3 people found this helpful

Helpful       Report

Martinez

**Steamer review**
Reviewed in the United States on July 14, 2025
**Verified Purchase**

Worked well cleaning a home I bought. (Walls, bathroom,)It helps cut the cleaning time. I have trouble holding items, I put the streamer on the floor and surfaces, and had no trouble using it.

Helpful       Report

Sherie

**It hasn't provided the level of clean as I hoped.**
Reviewed in the United States on December 26, 2025
Color: White       **Verified Purchase**

I haven't found this steam cleaner to offer a high level of cleaning on its own. I was hoping that it would reduce the amount of elbow grease required on appliances like a stove top but I've not found this to be true.

Helpful       Report

Gary Haden

**Price & usability**
Reviewed in the United States on August 13, 2025
**Verified Purchase**

Works great / easy to use / would recommend A+++++

Helpful       Report

Patricia

**Good job**
Reviewed in the United States on June 28, 2025
Color: White       **Verified Purchase**

I liked it I used it to clean my grout. Worked well

Helpful       Report

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

---

English          United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 170 of 267

2026/1/11 09:58 Amazon.com - ODSD Steam Cleaner for Home & Car, 3-Level Adjustable Steamer for Cleaning, 15s Heat-Up & 1.6 L Large Tan...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 171 of 267

Deliver to
New York 10010

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Registry

Amazon Home   Shop by Room   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

 LIVE NOW

Shop YOUR CLEANING EXPERT

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

4+

8 VIDEOS

## DSD Steam Cleaner for ome & Car, 3-Level djustable Steamer for leaning, 15s Heat-Up & 6L Large Tank, andheld Steam Cleaner r Car Detailing, Home, le, Grout, Furniture with 5pcs Accessories

it the ODSD Store

(392)

1 sustainability feature

3K+ **bought** in past month

-20%  $79⁹⁹

List Price: $99.99 ⓘ

REE Returns

xclusive Prime price

**Get $60 off instantly:** Pay $19.99 upon approval for the Amazon Store Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **Black**

 $79.99 ~~$99.99~~ With Prime    $79.99 ~~$99.99~~ With Prime

| Brand | ODSD |
| --- | --- |
| Special Feature | Carry Handle, Large Capacity Tank, Lightweight, Manual, Portable |
| Surface Recommendation | Car Detailing, Home, Tile, Grout, Furniture, pet areas |
| Model Name | TC-SC-006 |
| Included Components | Brush Attachment, Detail Nozzles, Main Unit, Water Tank, Steam Hose, Brush |

See more

## About this item

- 【Powerful Instant Steam】Get professional-grade cleaning in just 15 seconds! Our ODSD handheld steam cleaner delivers 221°F high-temperature steam and 3 BAR pressure to dissolve stubborn grease, grime—no chemicals

### Prime Member Price

$**79**⁹⁹

This price is exclusively for Amazon Prime members.

Join Prime

Cancel anytime

Already a member? Sign in

| Ships from | Amazon |
| --- | --- |
| Sold by | ODSD-US |
| Returns | 30-day refund / replacement |
| Payment | Secure transaction |

⌄ See more

### Regular Price

$**99**⁹⁹

**FREE delivery Thursday, January 15**

**Ships from:** Amazon
**Sold by:** ODSD-US

Add to List

### Other sellers on Amazon

New & Used (4) from $82³¹   & **FREE Shipping**.

2026/1/11 09:58
Amazon.com - ODSD Steam Cleaner for Home & Car, 3-Level Adjustable Steamer for Cleaning, 15s Heat Up & 1.6L Large Tan...

Case 1:25-cv-09999-RA-BCM    Document 15-3    Filed 01/20/26    Page 172 of 267

needed. Perfect for home, kitchens, bathrooms, cars, and more.

- 【3-Level Steam Control with Handle Button】Customize your clean with ease! Adjust steam intensity directly from the handle—low for delicate surfaces like upholstery, high for tough tile grime or auto engines. Effortless and user-friendly.

- 【Large 1.6L Tank for Longer Cleaning】No more interruptions! The extra-large transparent tank offers up to 48 minutes of continuous steam—ideal for whole-house deep cleaning or car interior detailing. No frequent refills, just focus on your tasks.

- 【16 Attachments for Total Home & Car Use】Includes specialized tools for home and car detailing: Tackle all areas with brushes, scrapers, and nozzles. This ODSD steam cleaner handheld deeply cleans tile, grout, windows, car seats, and pet areas with professional results. This steam cleaner handheld deep-cleans home, car interiors, kitchens, bathrooms, sofa, furniture and more.

- 【Safe for Family & Pets & Car Detailing】Eco-friendly steam cleaning uses only high-temperature steam and 3 BAR pressure steam to clean—Chemical-free. This ODSD steam cleaner for home and car is A healthy choice for households with pets. Deep-clean cribs, pet beds, and food areas, seats, pet beds, car detailing, and household items with confidence.

- 【Extended Reach & Portable Design】Move freely with 78" steam hose and 78" power cord. Clean high ceilings, under furniture, or car interiors without unplugging. Lightweight and compact for easy storage in tight spaces.

- 【Pro-Tip for Maximum Performance】For the hottest steam and best results, hold the nozzle 1–2 inches from the surface. Steam is most effective up close—perfect for cleaning and dissolving stuck-on messes quickly!

## Additional Details



Verified by Transparency

Each item has a unique code that we verify before shipping. Learn more

Report an issue with this product or seller

Sponsored

**Based on your recent shopping trends**

  

Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...

142

**$69.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...

529

Amazon's Choice

**$49.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

⌀ 1 sustainability feature

Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...

246

**$59.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...

504

**$53.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...

258

**$39.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Steam 6-Leve Natura

Save

**$45.9**

List: ~~$6~~

Lowes

Get it a

Jan 15

FREE S

## Similar items in new arrivals

     

Steam Cleaner, 6-Level Adjustable Handheld Steamer Cleaning,1500...

1

Save 29%

**$49.99**

Typical: ~~$69.99~~

Lowest price in 30 days

Get it as soon as **Sunday, Jan 18**

REDHUT Steam Cleaner, Pressurized Handheld Steam Cleaner with 12 PCS Accessories, Multi-Surface Steamer for...

1

**$109.99**

Get it **Jan 26 - Feb 4**

FREE Shipping

Steam Cleaner with 6 Adjustable Settings, 1500W Portable Handheld Cleaner with 15-Second Fast...

2

**$55.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

AlfaBot Cordless Electric Mop for Floor Cleaning, Dual Spin Mop with LE...

4

Save 5%

**$94.99**

Typical: ~~$99.99~~

Lowest price in 30 days

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Steam Mop, Detachable Steam Cleaner 16-in-1 Lightweight Handheld Steamer for Hardwood Floors, Home, Tile,...

5

**$98.99**

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Saker for Ho Power Steam Adjust

**$69.9**

Get it F

FREE S

## 🟦 Sustainability features

This product has sustainability features recognized by trusted certifications.

### Carbon impact

Carbon emissions from the lifecycle of this product
were measured, reduced and offset.

As certified by

🟦 ClimeCo Certified

Discover more products with sustainability features. Learn more

## From the brand

## Product description





| Kitchen | Bathroom | Home | Outdoors |
|---|---|---|---|

Multiple uses



| 14-IN-1 | 2 Installation Ways | Easy to Use |
|---|---|---|



| Total Long 13.1ft | FAQ |
|---|---|



## Product information

| Brand | ODSD |
|---|---|
| Special Feature | Carry Handle, Large Capacity Tank, Lightweight, Manual, Portable |
| Surface Recommendation | Car Detailing, Home, Tile, Grout, Furniture, pet areas |
| Model Name | TC-SC-006 |
| Included Components | Brush Attachment, Detail Nozzles, Main Unit, Water Tank, Steam |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 176 of 267

|  | Hose, Brush Attachment, Window Squeegee, Detail Nozzles, gloves, Extend the straight rod, User Manual, Water Tank, gloves |
|---|---|
| Wattage | 1300 watts |
| Item Weight | 2.52 Kilograms |
| Form Factor | Handheld |
| Heat Time | 48 Minutes |
| Color | Black |
| Capacity | 1.6 Liters |
| Style | steam cleaner |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Care Instructions | Hand Wash |
| Package Dimensions | 11.3 x 9.45 x 6.54 inches |
| Item Weight | 5.55 pounds |
| Manufacturer | ODSD |
| ASIN | B0FG3524YZ |
| Item model number | TC-SC-006 |
| Customer Reviews | 4.3        (392)<br>4.3 out of 5 stars |
| Best Sellers Rank | #9,904 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#8 in Handheld Steamers |
| Date First Available | September 15, 2025 |

## Product Videos

2026/1/11 09:58    Amazon.com - ODSD Steam Cleaner for Home & Car, 3-Level Adjustable Steamer for Cleaning, 15s Heat Up & 1.6L Large Ca...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 177 of 267

Sponsored

## Similar brands on Amazon

Sponsored





**TVD Heavy Duty Steam Cleaner For Home, Steamer For Cleaning with 26…**
4.8     40
$119.99   List Price: $189.99

**Steam cleaner, 1500w Steamer Cleaning Fast Heating Multi-Surface Steam…**
4.8     115
$99.99

**Steam Cleaner**
4.7
10% o
$98.9

## Customer reviews

### 4.3 out of 5

392 global ratings

| | | |
|---|---|---|
| 5 star | �······· | 72% |
| 4 star | ▪······ | 10% |
| 3 star | ▪······ | 5% |
| 2 star | ▪······ | 3% |
| 1 star | ▪······ | 10% |

How customer reviews and ratings work

## Customers say

Customers find this steam cleaner powerful for thorough cleaning, particularly effective for sanitizing bathrooms and small area cleanups. The device heats up quickly and delivers strong steam power, with included accessories making it versatile for various cleaning tasks. Customers appreciate its ease of use, with one noting it's easy to fill with water, and another highlighting its quick steam generation.

Generated from the text of customer reviews

**Select to learn more**

Cleaning power (101) | Steam quality (64) | Heat up (52) | Attachments (39)
Ease of use (38) | Steam power (33) | Ease of cleaning (27) | Versatility (26)

## Reviews with images

See all photos ›






## Top reviews from the United States

 Carla Bales

**Powerful Steam Cleaner for Home & Car**

Reviewed in the United States on January 6, 2026

Color: White    **Verified Purchase**

I'm very impressed with this steam cleaner. It heats up quickly and produces strong steam that cuts through dirt, grease, and grime with ease. I've used it around the house on kitchen surfaces, bathroom tile, and grout, and it works great. It's also perfect for car detailing especially vents, seats, and hard-to-reach areas. The different attachments are very useful, and I like that it has adjustable steam levels depending on the job. It feels well made, easy to use, and saves time without needing harsh chemicals. Overall, this is a versatile and effective cleaner that does exactly what it promises. Highly recommend it for anyone looking for a deep clean at home or in their car.

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/20/26    Page 178 of 267

One person found this helpful

Helpful          Report

---

 Eglis Ortiz

**Powerful & So Easy to Use!**

Reviewed in the United States on December 6, 2025

Color: White          **Verified Purchase**

This steam cleaner is amazing! It heats up fast, has strong steam, and comes with all the attachments I need for the house and the car. It cleans grout, furniture, and even tough stains so easily. The large tank lasts a long time. Great quality and totally worth it!

7 people found this helpful

Helpful          Report

---

Burton R. Clarke

**An Awesome Compact Steam Cleaner**

Reviewed in the United States on October 12, 2025

Color: Black          **Verified Purchase**

First, the disclaimer: No, I have no affiliation with this company; I liked what I saw in the description and reviews, bought and I'm glad I did.

I bought this, not only for cleaning, but also to fix a bed bug issue. It is great for both. After using the product, I can see that I will probably only use the naked spray nozzle or augment it with the extension, but there are included accessories for anything and everything.
I want to mention a few tips or notes that may prevent frustration due to a lack of detailed documentation.

First, I noticed some reviewers complaining that the attachments fit sloppily, flip around or fall off. The documentation fails to mention that one of the o-rings need to be slipped over the end of the spray nozzle, allowing for a snug pressure-fit connection between the spray nozzle and the attachment. Just push the two components together until they seat together.

⌄ Read more

43 people found this helpful

Helpful          Report

---

Yeimy castillo Lumpuy

**Exelente producto muy bueno**

Reviewed in the United States on December 17, 2025

Color: White          **Verified Purchase**

I'm extremely happy with the ODSD Steam Cleaner. It heats up fast and delivers strong steam power that makes cleaning easy and effective without using chemicals. It works great on multiple surfaces and removes dirt and stubborn stains effortlessly.

The design is user-friendly, lightweight, and well made. It's a reliable and efficient cleaning tool for everyday household use. I would absolutely recommend this product and would purchase it again.

2 people found this helpful

Helpful          Report

---

fromBwithlove

**100% worth it**

Reviewed in the United States on December 16, 2025

Color: Black          **Verified Purchase**

This thing is the best steamer I've ever had! Used it in two bathrooms and now on a stainless steel stove top and it cleans so well. Knocked off one star because the plastic brushes bend and are not stiff enough to really scrub with. However, the hose means I don't have to hold the unit, the extension works perfectly, it came with extra stoppers and unclogging pieces, it holds plenty of water and the cord is long enough to plug in and carry it across the bathroom. Great value. Worth every penny.

4 people found this helpful

Helpful          Report

2026/1/11 09:58    Amazon.com - ODSD Steam Cleaner for Home & Car, 3-Level Adjustable Steamer for Cleaning, 15s Heatup, & 16 Large Zu...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 179 of 267



Yaremis Colome

**Useful and powerful little one**

Reviewed in the United States on January 7, 2026

Color: White    **Verified Purchase**

The best thing I thought because it is small it would not be good enough but I was wrong it is perfect it heats up super fast and it leaves my bathroom super clean without the need to use chemicals that comes equipped with several accessories to clean that makes your work easier and comes with gloves a towel together and a spare plug for the machine, and about doing the drain underneath since it prevents you from turning the machine to take out its water and allows you to throw the water easily

Helpful    Report

José y Magaly

**Strong, functional, excellent quality, powerful!**

Reviewed in the United States on December 2, 2025

Color: Black    **Verified Purchase**

This steam cleaner is excellent! I was impressed by how quickly it heats the water —just 15 seconds. The steam power is perfect and consistent, cleaning even the toughest stains and grime without chemicals. It comes with many great accessories for different surfaces, and it's lightweight and easy to use. I've used it in the kitchen and bathroom, and I'm also going to use it in the car. It's a very complete product that has exceeded my expectations. It's truly great; I would give it 10 stars if I could. I recommend it 100%.

5 people found this helpful

Helpful    Report

Yaumara

**Steam cleaner**

Reviewed in the United States on December 15, 2025

Color: White    **Verified Purchase**

The steam cleaner is practical and easy to use. It heats up quickly and allows you to adjust the steam level depending on the surface. The tank has a good capacity, so you don't need to refill it constantly. The accessories help clean different parts of the home and car. It works well for daily cleaning without using chemicals. I love using it to clean my furniture and car seats.



One person found this helpful

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Aye C.

**Small & powerful**

Reviewed in Canada on August 25, 2025

**Verified Purchase**

I recently purchased the Steam Cleaner , and it's been a game-changer for deep cleaning around the house. It heats up quickly and produces powerful steam that easily cuts through grease, dirt, and grime on tiles, floors, grout, The variety of attachments makes it versatile. It's lightweight, easy to handle. Definitely worth it for anyone looking for an effective chemical-free cleaning solution.

The steam control is nice . There are three levels, and they're easy to adjust from the handle, so I can control how much steam I need depending on the job.

Highly recommended for home use. Good value for money. 👍

Report

Edward

**Handy cleaning steamer**

Reviewed in Canada on October 8, 2025

**Verified Purchase**

I'm really impressed with the ODSD Handheld Steam Cleaner! It heats up quickly and produces powerful steam that cuts through grime and grease with ease. The multiple attachments make it super versatile, and the large water tank means I can clean for a long time without refilling. It's lightweight, easy to handle, and completely chemical-free, which is a huge plus. Definitely worth it for anyone who wants an effective, portable, and reliable steamer!

One person found this helpful

Report

Alexandra-Maria Popa

**Super**

Reviewed in Germany on August 10, 2025

**Verified Purchase**

klein und praktisch, perfekt für die tägliche und wöchentliche Reinigung. Ich bin sehr zufrieden mit diesem Gerät, da es wenig Platz einnimmt und sehr einfach und schnell zu bedienen ist.

Report

Translate review to English

Maurice L

**Sleek design, excellent steamer**

Reviewed in the United Kingdom on September 7, 2025

**Verified Purchase**

I'm genuinely impressed with this steamer. It has a sleek, modern design and is surprisingly lightweight, so it's easy to carry from room to room. It heats up very quickly – within a minute or two – which makes it ideal for quick jobs when you don't have time to wait for an iron.

What really stands out is how well it works on upholstery and soft furnishings. It freshens up sofas, cushions and curtains effortlessly and removes creases or light marks without soaking the fabric. The water tank is easy to fill, the steam output is steady, and it feels solid but not bulky in your hands.

Overall it's a very practical, time-saving tool that makes tackling clothes and home fabrics much easier. Highly recommended if you want a fast-heating, lightweight steamer that's effective on upholstery as well as garments.

Report

Rainer Zufall

**Super um Fliesenfugen zu reinigen**

Reviewed in Germany on September 15, 2025

**Verified Purchase**

Ich bin absolut begeistert von diesem Produkt! Es übertrifft in jeder Hinsicht meine Erwartungen:

Qualität & Verarbeitung: Hochwertige Materialien, sauber verarbeitet – nichts wirkt billig oder schlecht zusammengeschustert.

Funktion & Leistung: Alles funktioniert tadellos, wie beschrieben. Es liefert stabil, schnell und zuverlässig. Ich hatte keine Probleme während der Nutzung.

Design & Handhabung: Das Design ist ansprechend und benutzerfreundlich. Die Handhabung ist intuitiv, unkompliziert und praktisch – selbst nach längerer Benutzung fühlt sich nichts unangenehm an.

Lieferung & Verpackung: Blitzschnell angekommen, sicher und sachgerecht verpackt, sodass das

⌄ Read more

Report

Translate review to English

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 182 of 267

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Refurbished tech you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
New York 10010

Home & Kitchen ▾        Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾

Returns
& Orders        **0**

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

PUREHEALTH    QUALITY you can trust

## Consider these available items



Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W

4.0        874

$79.99



Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank,

4.3        2,037

$79.99



Steam Cleaner for Home 2500W Portable Steam Cleaner for Car,1.69 Quarts

4.7        17

$69.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

[ ]    [ ]    3+        VIDEO

# Steamer for Cleaning,3-Speed Adjustable Handle,1.69 Quarts Large Capacity Tank Steam Cleaner Handheld, Detachable 13PCS Accessories steamer for Car,Home kitchens,Camping,

Brand: LeArex

4.2        (74)

## Currently unavailable.

We don't know when or if this item will be back in stock.

| Brand | LeArex |
|---|---|
| Item Weight | 2.44 Kilograms |
| Tank Volume | 1600 Milliliters |
| Color | Black |

## About this item

- HIGHLY EFFICIENT STEAM CLEANING: 1600ML Water tank ,2500W, heats up quickly in 15 seconds and emits a powerful jet of pressurized hot steam at 230°F. Can quickly soften and decompose all kinds of stubborn stains, such as kitchen grease, bathroom limescale, sticky stains on the floor, etc., without the need to use a lot of chemical detergents, easy to achieve deep cleaning, saving cleaning time and energy.

- 3-SPEED HANDLE ADJUSTMENT : Newly upgraded handle adjustment button facilitates users to operate flexibly in different scenarios, reduces fatigue and improves the comfort of use.

- MULTIFUNCTIONAL APPLICATION: the high temperature steamer is equipped with different accessories and brushes for cleaning stoves, hoods and dishes in the kitchen, bathrooms, floors and furniture in the living room, as well as mattresses and curtains in the bedroom, pet stores, outdoor equipment

- SAFETY AND HEALTH:Simply add normal

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10010

Add to List

2026/1/11 09:51    Amazon.com - Steamer for Cleaning,6-Speed Adjustable Handle, 1.6s Quarts Large Capacity Tank Steam Cleaner Handheld, 6 1...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 184 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

environment, can be safely used around children and pets

- SIMPLE TO OPERATE AND EASY TO STORE:Simply add the appropriate amount of water, turn on the power, 15 seconds to generate steam, and then through the handheld spray gun or other accessories to spray the steam to the need to clean the parts can be, we also with a storage bag to store all the accessories.

- Tips:2pcs of AAA batteries need to be loaded at the handle before filling the steam, due to shipping restrictions we don't provide batteries.

- IMPORTANTANANN OTICE: for the first time, wait 15 seconds for the machine to warm up.light turns blue Preheating finished

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(529)

$49.99

🌿 1 sustainability feature

## Deals on related products   Sponsored ⓘ


Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li...
268
Limited time deal
-33% $59⁹⁸
List: $89.99


60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,...
72
Limited time deal
-26% $55⁹⁹
List: $75.99


Steam Mop with 13 Accessories,Steam Cleaner Home Use,Floor Scrubber spin mop for...
111
Limited time deal
-10% $98⁹⁹
Typical: $109.99


Steam Mop, Steam Cleaner with 400ML Water Tank, 2 Washable Pads, 23FT Power...
138
Limited time deal
-71% $99⁹⁹
Typical: $339.99


Steam Cleaner, 293°F 58 PSI Powerful Multipurpose Handheld Steam Mop for Home...
669
Limited time deal
-30% $139⁹⁹
List: $199.99


Schenley Cleaner w Handheld Cleaning F
Limited tin
-33% $7
List: $119.
🌿Climate

## Products related to this item   Sponsored ⓘ


Handheld Steam Cleaner for Home 3s Instant Heat-Up No Need to Wait, Upgrade 2 LB Li...
268
Limited time deal
-33% $59⁹⁸


HK Steam Cleaner, 6-Level Adjustable Handle, 1.2L Tank, 15s Heat-Up, 2500W Steamer ...
67
$59⁹⁹


60.87oz Heavy Duty Steam Cleaner 10s Rapid Heating Handheld Steam Cleaner for Home,...
72
Limited time deal
-26% $55⁹⁹


Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.2L W...
19
$69⁹⁹


Steam & Go Deminerilized Water - Multi-Surface Cleaner for Steam Cleaners,...
341
$58⁰⁰ ($0.30 / fluid ounce)


7 in 1 Stea 2500W Hi Steamer f Car Steam
Amazon's C
$49⁹⁹

2026/1/11 09:51  Amazon.com - Steamer for Cleaning,3-Speed Adjustable Handle, 5.6 Quarts Large Capacity 726k Steam Cleaner Handheld, 6.1...

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 185 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

## Product description



HOUSE STEAMER CLEANING        SAFE CLEANING OF KIDS        BATHROOM CLEANING        KITCHEN CLEANING

OUR PRODUCTS ADVANTAGES

## Product information

| Package Dimensions | 11.5 x 9.17 x 6.46 inches |
|---|---|
| Item Weight | 5.37 pounds |
| ASIN | B0DS52J1HN |
| Item model number | TC-SC-003-BL001 |
| Customer Reviews | 4.2          (74)<br>4.2 out of 5 stars |
| Best Sellers Rank | #1,294,805 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#347 in Handheld Steamers |
| Date First Available | February 15, 2025 |

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos

DSC

Customer Review: Steam spray effective only at close range | See Full Review

2026/1/11 09:51　　Amazon.com - Steamer for Cleaning,5-Speed Adjustable Handle,1.69 Quarts Large Capacity Tank Steam Cleaner Handheld,0…

Case 1:25-cv-09099-RA-BCM　　Document 15-3　　Filed 01/30/26　　Page 186 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

**0**

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

| Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface… | Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface… | Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-Surface… | Steam Cleaner for Home, Portable Handheld Steamer for Cleaning, 15s-Fast Heat-Up,st… | Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Por… | HK Steam Level Adju 1.2L Tank, 2500W St |
|---|---|---|---|---|---|
| 44 | 2,731 | 341 | 1 | 2,037 | |
| $24⁹⁹ ($0.20 / fluid ounce) | $58⁰⁰ ($0.30 / fluid ounce) | Amazon's Choice $12⁹⁹ ($0.41 / fluid ounce) | -14% $59⁹⁹ Typical: $69.99 | -20% $79⁹⁹ List: $99.99 | $59⁹⁹ |

Sponsored

## Similar brands on Amazon

Sponsored

  

| Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69… | Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W… | 2500W 10s Fa |
|---|---|---|
| 4.3　　　2,037 | 4.1　　　1,135 | 4.2 |
| $79.99  List: $99.99 | $78.27  Typical price: $82.39 | $53.9 |

## Customer reviews

### 4.2 out of 5

74 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 7% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 12% |

## Customers say

Customers find the steam cleaner effective, with one mentioning it works perfectly with a carpet extractor and another noting it clears stains easily. They appreciate its detailing capabilities, with one customer highlighting its success in automotive detailing and another mentioning its effectiveness on hardwood floors.

🗎 Generated from the text of customer reviews

**Select to learn more**

✎ Cleaning power (9)　|　✎ Ease of detailing (3)

## Reviews with images

See all photos ›

2026/1/11 09:51     Amazon.com - Steamer for Cleaning, 4-Speed Adjustable Handle, 1.69 Quarts Large Capacity Tank Steam Cleaner Handheld, 6...

Case 1:25-cv-09099-RA-BCM     Document 15-3     Filed 01/30/26     Page 187 of 267

Home & Kitchen ▼

EN     Hello, sign in
Account & Lists

Returns
& Orders

0

   

## Top reviews from the United States

 Trevor

**Worth every cent!**
Reviewed in the United States on August 12, 2025
**Verified Purchase**

Just purchased a home built in the 70's. We moved in and it was nightmarish nasty. I've used steam cleaners in the past and wasn't ever really that impressed, but I didn't have another option for this home, especially because we are a low-toxin household.

Holy smokes. This thing works so well. Showers, bathroom tile, nasty God-knows-what on the linoleum flooring, paint off of hardwood floors, etc.. It is SO powerful. I always take reviews with a grain of salt because so many of them are bought but I can attest I paid full price for this thing, nobody has asked me to review it or incentivized me in any way, and I fully would advocate people getting one of these to keep things clean and tidy around your home. I love it and I'm so happy I bought it as I was on the fence for a while about it. Fully endorse it, I don't think you'd regret it.

3 people found this helpful

Helpful     Report

 MomaLina

**Gets the job done**
Reviewed in the United States on March 25, 2025
**Verified Purchase**

It cleaned my oven to like new. My microwave, my shower, my bird cages, all look new again. I love the size and attachments. The clear base is a bonus so you can always tell how much water you have left in the tank. It's small but does the job. I even steam cleaned a spot I been trying to get out my carpet within seconds the stain was gone. Definitely worth the money. (May take a few tries in the oven to get it completely clean but it does work)… doesn't take up too much space, does everything it says it does.. would be better if it had a bigger attachment for bare floors but I still like it.

Helpful     Report

 Clueless Productions

**FANTASTIC for auto detailing!!!**
Reviewed in the United States on April 8, 2025
**Verified Purchase**

This steam cleaning is INCREDIBLE for automotive detailing! I wish I bought one years ago. It is very small and compact, and does great with small jobs. I detailed the interior of an entire Acura MDX with this and it was a god-send. It cleared out numerous stains with ease, and worked perfectly in tandem with a carpet extractor where necessary.

This would not work well for large jobs outside, FYI.

2 people found this helpful

Helpful     Report

michelle san martin

**Not what I expected**
Reviewed in the United States on July 26, 2025
**Verified Purchase**

Terrible instructions. Did not work. Sending it back

Helpful     Report

 Amazon Customer

**Steamer**
Reviewed in the United States on July 31, 2025
**Verified Purchase**

2026/1/11 09:51    Amazon.com - Steamer for Cleaning, 4 Speed Adjustable Handle, 3.69 Quarts Large Capacity Tank Steam Cleaner Handheld, 6 1...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 188 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN    Hello, sign in
Account & Lists    Returns
& Orders    0

Reysong

**Sanitizes and cleans hard to reach areas perfectly.**
Reviewed in the United States on June 10, 2025
Verified Purchase

Great for small detailed areas like cracks and crevices that are very hard to reach. The three power settings are great if you need to work on one area for an extended time. Heats up fast and get very hot. I would post a picture but what it removed from the toilet seat attachment points is embarrassingly disgusting. All clean now.

One person found this helpful

Helpful    Report

jeffrey jenkins

**handy steamer with good power but a few quirks**
Reviewed in the United States on July 4, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

i got this mainly for cleaning the kitchen and car seats. it heats up pretty quick and the steam is strong enough to loosen up greasy stuff and grime. the adjustable handle is nice for getting into corners without bending over. the tank holds enough water to go for a while before refilling. only thing i don't love is the attachments feel a little cheap, so you have to be careful not to snap them. overall though it does a solid job and way better than scrubbing everything by hand. works well for camping gear too.

Helpful    Report

suzan

**It's work for regular water and clean perfect**
Reviewed in the United States on August 8, 2025
Verified Purchase

It's working great very easy to remove everything just for regular water thank you

One person found this helpful

Helpful    Report

See more reviews ›

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

2026/1/11 09:51    Amazon.com - Steamer for Cleaning, 4-Speed Adjustable Handle, 1.6s Quarts Large Capacity/ 1400k Steam Cleaner Handheld, 6...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 189 of 267.

Deliver to
**New York 10010**

Home & Kitchen ▼

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

**0**

Amazon Science

Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English        United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:51 Amazon.com - Handheld Steam Cleaner,1600ML Portable Steam Cleaner,3-Speed Adjustable Handle 2500W High-Temperatu...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 190 of 267

Deliver to
New York 10010

All ▾    Search Amazon

EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

Shop H2O

Sponsored

## Consider these available items



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,
3.9    246
$59.99



Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W
3.9    160
$79.99



Steam Cleaner, 15s Heat-Up, 6-Level Adjustable Handle, High Pressure Steamer for
4.2    234
$59.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers





Click to see full view

2+

VIDEO

# Handheld Steam Cleaner,1600ML Portable Steam Cleaner,3-Speed Adjustable Handle 2500W High-Temperature steamer for Car,Home kitchens,Camping

Brand: LeArex

3.7    (29)

### Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | LeArex |
|---|---|
| Item Weight | 2.39 Kilograms |
| Tank Volume | 1600 Milliliters |
| Voltage | 230 Volts (AC) |
| Capacity | 1600 Milliliters |

## About this item

- HIGHLY EFFICIENT STEAM CLEANING: 1600ML Water tank ,2500W, heats up quickly in 15 seconds and emits a powerful jet of pressurized hot steam at 221°F. Can quickly soften and decompose all kinds of stubborn stains, such as kitchen grease, bathroom limescale, sticky stains on the floor, etc., without the need to use a lot of chemical detergents, easy to achieve deep cleaning, saving cleaning time and energy.

- 3-SPEED HANDLE ADJUSTMENT : Newly upgraded handle adjustment button facilitates users to operate flexibly in different scenarios, reduces fatigue and improves the comfort of use.

- MULTIFUNCTIONAL APPLICATION: the high temperature steamer is equipped with different accessories and brushes for cleaning stoves, hoods and dishes in the kitchen, bathrooms, floors and furniture in the living room, as well as mattresses and curtains in the bedroom, pet stores, outdoor equipment

- SAFETY AND HEALTH:Simply add normal water, no need to add any chemical cleaners, avoiding the potential harm of chemicals to humans and the

### Currently unavailable.
We don't know when or if this item will be back in stock.
Deliver to New York 10010

Add to List



Steam Cleaner,15s Heat-Up 42.2...
4.4    237
$51²⁹

Sponsored

2026/1/11 09:51     Amazon.com - Handheld Steam Cleaner,1600ML Portable Steam Cleaner, 3-Speed Adjustable Handle 2500W High Temperatur...

Case 1:25-cv-09099-RA-BCM    Document 153    Filed 01/30/26    Page 191 of 267

Deliver to
New York 10010

All ▾

EN    Hello, sign in
Account & Lists

Returns
& Orders

0

STORE:Simply add the appropriate amount of water, turn on the power, 15 seconds to generate steam, and then through the handheld spray gun or other accessories to spray the steam to the need to clean the parts can be, we also with a storage bag to store all the accessories.

- Tips: 2pcs of AAA batteries need to be loaded at the handle before filling the steam, due to shipping restrictions we don't provide batteries.
- IMPORTANTANANN OTICE: for the first time, wait 15 seconds for the machine to warm up

**Report an issue with this product or seller**

Sponsored

## Deals on related products Sponsored ⓘ


Steam Mop with 13 Accessories,Steam Cleaner Home Use,Floor Scrubber spin mop for...
111
Amazon's Choice
Limited time deal
-10% $98⁹⁹
Typical: $109.99


Newbealer Heavy-Duty Steam Cleaner for Home, Stainless Steel Boiler, Steam Mop with...
31
Limited time deal
-20% $150⁴⁰
List: $188.00


Portable Carpet Cleaner Machine with Steam and Heating Techology,18Kpa...
101
Limited time deal
-35% $129⁹⁸
List: $199.99


Schenley Steam Mop Cleaner with Detachable Handheld Steamer for Cleaning Hardwood, ...
1,870
Limited time deal
-33% $79⁹⁸
List: $119.99
🌿 Climate Pledge Friendly


Steam Mop for Hardwood Floor Cleaning, Floor Steamer Cleaner Lightweight...
1,459
Limited time deal
-36% $69⁹⁹
List: $109.99


Pressurize Steam Cle 10pcs Accessorie
Limited tir
-10% $4
Typical: $4

## Products related to this item Sponsored ⓘ


2500W Handheld Steam Cleaner,Portable Car Steamer For Auto Detailing,High...
369
-33% $49⁹⁹
List: $74.99


Steam Cleaner,3-Level Adjustable Handle,60.87oz Tank 15s Heat-Up,2500w...
4
$89⁹⁹
Save 27% with coupon


Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.2L W...
19
$69⁹⁹


Newbealer Heavy-Duty Steam Cleaner for Home, Stainless Steel Boiler, 12-Piece Acces...
31
-10% $125¹⁰
List Price: $139.00


Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Por...
2,037
-20% $79⁹⁹
List: $99.99


KIATO Ha Cleaner, H Steamer f Home, Po
$43⁹⁹
Save $3.00

## Product description

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 192 of 267

Deliver to
New York 10010

All

EN    Hello, sign in
Account & Lists

Returns
& Orders

0

HOUSE STEAMER CLEANING      KITCHEN CLEANING      DEEP CLEANSING FOR KIDS      BATHROOM CLEANING

ADVANTAGES OUR PRODUCTS



## Product information

| Brand | LeArex |
|---|---|
| Item Weight | 2.39 Kilograms |
| Tank Volume | 1600 Milliliters |
| Voltage | 230 Volts (AC) |
| Capacity | 1600 Milliliters |
| Style | Modern |
| UPC | 795490755188 |
| Package Dimensions | 11.81 x 9.33 x 6.5 inches |
| Item Weight | 5.26 pounds |
| ASIN | B0DSSV3TJ4 |
| Item model number | TC-SC-003-BL001 |
| Customer Reviews | 3.7          (29)<br>3.7 out of 5 stars |
| Best Sellers Rank | #1,761,682 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#455 in Handheld Steamers |
| Date First Available | January 18, 2025 |

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 193 of 267

Deliver to
New York 10010

All

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

QCUQ-US
Handheld Steam Cleaner



## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

     

| KIATO Handheld Steam Cleaner, Hand Held Steamer for Cleaning Home, Portable Pressur... | KIATO Handheld Steam Cleaner, Hand Held Steamer for Cleaning Home, Portable Pressur... | Hoover Spotless Portable Carpet + Upholstery Spot Cleaner Machine, Lightweight... | Newbealer Heavy-Duty Steam Cleaner for Home, Stainless Steel Boiler, Steam Mop with... | 2500W Handheld Steam Cleaner,Portable Car Steamer For Auto Detailing,High... | Steam Cle Adjustable Handle,60 Heat-Up,2 |
| --- | --- | --- | --- | --- | --- |
| $43⁹⁹ | $43⁹⁹ | 23,187 | 31 | 369 | $89⁹⁹ |
| Save $3.00 with coupon | Save $3.00 with coupon | Amazon's Choice | -5% $151⁰⁴ | -33% $49⁹⁹ | Save 27% v |
| | | $107⁰⁰ | List Price: $159.00 | List: $74.99 | |

Sponsored

## Similar brands on Amazon

Sponsored

  

2026/1/11 09:51
Amazon.com - Handheld Steam Cleaner, 1600ML Portable Steam Cleaner, 3-Speed Adjustable Handle 2500W High Temperatu...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 194 of 267



Deliver to
New York 10010

All ▾

EN     Hello, sign in
Account & Lists     Returns & Orders     0

...Nons...r Steam Mop & Detachable
Handheld Cleaner, 250ml 1200W...
4.1          1,135
$78.27  Typical price: $82.39

...daily Steam Cleaner, 6-Level
Adjustable Handle, 15s Heat-Up, 1.69...
4.3          2,037
$79.99  List: $99.99

...Pow...
Chemi
4.0
$138.

## Customer reviews

### 3.7 out of 5

29 global ratings

5 star  ▭  51%
4 star  ▭  12%
3 star  ▭  11%
2 star  ▭  11%
1 star  ▭  15%

How customer reviews and ratings work



2500W Handheld Steam Cleaner,Portable ...
368
$49.99        Shop now

Sponsored

## Customers say

Customers find the steam cleaner powerful, with one mentioning it provides continuous steam for tackling dirt. However, the heat capacity receives mixed feedback, with one customer noting it heats up very quickly while another reports it doesn't heat the water properly. The overall quality of the steam cleaner also gets mixed reviews, with some finding it truly excellent while others report faulty devices.

 Generated from the text of customer reviews

**Select to learn more**

⌁ Power (7)  |  ━ Heat capacity (4)  |  ━ Steam cleaner quality (3)

## Reviews with images

See all photos ›

  

## Top reviews from the United States

Kevin

**Perfect Steam Cleaner!**
Reviewed in the United States on July 25, 2025
**Verified Purchase**

This steam cleaner is truly excellent! It heats up very quickly, and the steam pressure is strong, making it easy to clean grease, dirt, and stubborn stains. I've already used it to clean the kitchen and bathroom tiles, and the results are very noticeable. The accessories are also very complete, suitable for various cleaning scenarios, and the water tank has a large capacity, so you don't need to refill frequently. If you're looking for an efficient and practical steam cleaner, I highly recommend this one!

Helpful        Report

a

**1600ML Handheld Steam Cleaner – 2500W Portable High-Temperature Steamer**
Reviewed in the United States on February 24, 2025
**Verified Purchase**

This portable steam cleaner is an excellent choice for deep cleaning with the power of high-temperature steam. With a large 1600ML capacity and 2500W heating power, it provides continuous steam for tackling dirt, grease, and grime in homes, kitchens, cars, and more.

A great investment for chemical-free, powerful cleaning in various settings.

One person found this helpful

Helpful        Report

Anastasia Anderson

**1600MLHandheld Steam Cleaner**
Reviewed in the United States on April 18, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

This steam cleaner is seriously powerful! It heats up in just 15 seconds and blasts out super hot steam that melts away grease, grime, and stains without needing harsh chemicals. I've used it on the kitchen, bathroom, and even curtains—works like a charm everywhere. The adjustable handle makes it easy to use without tiring out my arm, and all the included attachments are actually useful. Love that it's safe around kids and pets too. Quick, efficient, and way easier than scrubbing by hand.

Helpful        Report

Alex

**DONT BUY IF YOUR LOOKING FOR *HOT* STEAM**
Reviewed in the United States on July 5, 2025

2026/1/11 09:51
Amazon.com - Handheld Steam Cleaner, 1600ML Portable Steam Cleaner, 3-Speed Adjustable Handle 2500W High Temperatur...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 195 of 267

Deliver to
New York 10010

All ▾

EN    Hello, sign in
      Account & Lists

Returns
& Orders    0

heats up. I ran my hand directly in front of the "hot steam" after letting it warm up for 5 minutes. The $30 dollar one I had from harbor freight was way better than this junk. I went through all 3 setting and it stayed the same temp (like warm) and it won't let me post the video of my hand in front of it so I had to snap shot photos from the video.



One person found this helpful

Helpful    Report

drlos

**Didn't work right**
Reviewed in the United States on November 11, 2025
Verified Purchase

It had power and a longer hose, but I could only use about a third of the water in it before it would act like it was out of water. I e ded up returning it.

Helpful    Report

Amazon Customer

**Eh product**
Reviewed in the United States on August 7, 2025
Verified Purchase

I mean... You get what you pay for  0 instructions on what tip can clean what surface. The upholstery cleaner attachment is incredibly small making it 100% easier to just use my upholstery cleaner on fabric surfaces.

Helpful    Report

Dorian

**Compact and powerful**
Reviewed in the United States on June 3, 2025
Verified Purchase

Light weight, compact and powerful steamer. I love the accessories. Used it one tile floors and it did well.

Helpful    Report

Katherine McKay

**Worth what I paid great price**
Reviewed in the United States on June 5, 2025
Verified Purchase

Small but does the job would recommend

Helpful    Report

**See more reviews** ›

2026/1/11 09:51 Amazon.com - Handheld Steam Cleaner, 1600ML Portable Steam Cleaner, 5-Speed Adjustable Handle 2500W High Temperatur...

Case 1:25-cv-09099-RA-BCM    Document 153    Filed 01/30/26    Page 196 of 267

Deliver to
New York 10010

All ▾

Back to top

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about the FTC Prime settlement |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers





  

Click to see full view

im Cleaner - 3-Level
istable Handle 15s
t-Up - Steamer for
ning with 10pcs
essories - Portable
im Cleaner for Home
Car, Dirt, Grease,
ut, Tile, Floor, Couch,
niture-White

svlvhool

$34^{99}$

t, Free Shipping with Amazon Prime

Returns

Get $60 off instantly: Pay $0.00 upon
approval for the Amazon Store Card.

Color: White

| | | |
|---|---|---|
| $49.98 | $34.98 | $29.98 |

| | |
|---|---|
| Brand | svlvhool |
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | K-SC-002-White1 |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray |

See more

## About this item

- Portable Steam Cleaner for Home Material: Handheld steam cleaner is made from high-quality ABS material, ensuring excellent durability and heat resistance. The large 160ml water tank is made of transparent high-strength material, allowing users to easily monitor the water level while reducing frequent refills.

- Upgraded Design: Steamer for Cleaning is equipped with a handle-mounted, 3-level adjustable steam control function, ensuring precise output.Pressurized Steam Cleaner operates with 1500W power, generating SBAR pressure and steam at 212°F (100°C).Steam machine for cleaning heats up in just 15 seconds & delivering



prime

Enjoy fast, free delivery,
exclusive deals, and award
winning movies & TV shows

Join Prime

$34^{99}$

Get Fast, Free Shipping with
Amazon Prime

FREE delivery Thursday,
January 15 on orders shipped
by Amazon over $35

Or Prime members get FREE
delivery Tomorrow, January 11.
Order within 3 hrs 3 mins. Join
Prime.

Deliver to New York 10010

**Only 11 left in stock - order
soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SVLVHOOL |
| Returns | Free 30-day return/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**
- ☐ 2-Year Protection Plan for $4.99
- ☐ 3-Year Protection Plan for $6.99
- ☐ Complete Protection One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List

- Multipurpose Steam Cleaner - Easy to Use Handheld steam cleaner for all surfaces comes with a high pressure nozzle, nylon spray nozzle, large nylon brush, nylon brush, brass brush, window scraper, detail brush, 2 towel covers, 2 scrapers assorted sprayer and. Suitable for cleaning items in various situations

- Steam Cleaner for Home - Easy to Store: Compact yet efficient, Small Steam Cleaner ensures powerful cleaning steam cleaner handheld. Includes a 59in power cord and a 29in steam hose, easily stretches 120 in, can easily reach high or distant areas. Compact (extra-long), pressurized steam cleaner for home is easy to store

- Pressurized Handheld Steam Cleaner - Use Occasions: Mini steam cleaner is ideal for home, offices, and car. It works as a grout steam cleaner for the floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls, floor and furniture or surfaces, this steam cleaner ensures deep cleaning

Report an Issue with this product or seller

## Frequently bought together

 +  +

Total price: $93.68

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Steam Cleaner - 3 Level Adjustable Handle 15s Heat-Up - Steamer for Cleaning ...
$34.99

P & S PROFESSIONAL DETAIL PRODUCTS Carpet Bomber - Professional Upholstery Cleaner...
$28.99 ($0.23/Fluid ounce)

P & S Professional Detail Products Xpress Interior Cleaner - Safe for Leather, Vinyl, Plastic ...
$29.99 ($0.23/Fluid ounce)

## Based on your recent shopping trends

    

Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High Temperature Steam for...
4,548
$139.99
Get it as soon as Thursday, Jan 16
FREE shipping by Amazon

STEAMBOT Steam Cleaner with 28-in-1 powerful deep cleaning for home, floor, car, tile...
281
$110.19
Get it Jan 14 - 16
FREE Shipping

Keurtop Steam Cleaner for Home & Car - Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up...
504
$59.99
Get it as soon as Thursday, Jan 16
FREE Shipping by Amazon

Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning Large Capacity Tank Pressurized Steam...
96
$46.99
Get it as soon as Thursday, Jan 16
FREE Shipping by Amazon

2500W Steam Cleaner for Home & Car, 15s Fast Heat Steamer for Cleaning, 6 Level Steam Control ml. Handheld Steam...
324
$53.99
Get it as soon as Thursday, Jan 16
FREE Shipping by Amazon

FEPPO Clean Vacuu 233.7 1407
$99.9
Get it
Jan 16
FREE S
& 1 se

## Videos for similar products

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/20/26 Page 199 of 267

Goutye Steam Cleaner 3 Level
Adjustable Handle, 15s Heat-Up,
2,082

$70%

Steam Cleaner 15s Heat Up, 1.6L
Tank, 5-Level Adjustable
671

$70%

Handheld S
Handheld H

45%

## From the brand

## Product description

## Product information

| | | Warranty & Support |
|---|---|---|
| Brand | syshool | Product Warranty: For warranty information about this product, please click here |
| Special Feature | High Pressure, Portable, Rapid Heat Up | |
| Surface Recommendation | Floor | **Feedback** |
| Model Name | TC-SC-003-White1 | Would you like to tell us about a lower price? |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray nozzle, extended sprayer rod, large nylon brush, nylon brush, brass brush, steam cleaner, window | |

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 200 of 267

sereren, glaso hirus

| | |
|---|---|
| Wattage | 1000 watts |
| Tank Volume | 1600 Milliters |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | White |
| Power Source | Electric |
| Voltage | 110 |
| Capacity | 1600 Milliters |
| Maximum Temperature | 212 Degrees Fahrenheit |
| Product Dimensions | 8.6"D x 8"W x 8"H |
| Product Care Instructions | Hand Wash |
| Item Weight | 5.17 pounds |
| Manufacturer | xxbrict |
| ASIN | B0DQDGXX4L |
| Item model number | TC-SC-800-White1 |
| Customer Reviews | 3.7 ★★★★☆ 111 <br> 3.7 out of 5 stars |
| Best Sellers Rank | #1,457,209 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #376 in Handheld Steamers |
| Date First Available | December 13, 2024 |

## Product Videos



SVLVHOOL
Steam Cleaner 3-Level Adjustable Handle

2026/1/10 18:12   Amazon.com - Steam Cleaner - 3-Level Adjustable Handle Post-Heat Up - Steamer for Cleaning with 10pcs Accessories - Porta...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/20/26   Page 201 of 267

## Similar brands on Amazon

Sponsored





BISSELL Steam Shot Omni Pressurized Handheld Multi-Surface Natural...
4.0   7,278
$39.99



Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful...
4.4   430
$249.98



1L Han and X...
4.3
$55.9

## Customer reviews

### 3.7 out of 5

93 global ratings

| | |
|---|---|
| 3 star | 52% |
| 4 star | 13% |
| 5 star | 12% |
| 2 star | 4% |
| 1 star | 19% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner's concept fantastic. However, the effectiveness receives mixed feedback, with some saying it works well for car upholstery while others report it didn't work at all. Additionally, several customers find the size of the appliance too small.

AI Generated from the text of customer reviews

**Select to learn more**

✓ Steamer idea (+)   — Effectiveness (±)   ⊖ Size (±)

### Reviews with images

See all photos >



## Top reviews from the United States

Amazon Customer

**Fantastic steamer.**
Reviewed in the United States on April 17, 2025
Color: White   Verified Purchase

This is great steamer. Don't let the size fool you, it gets the job done. Highly recommend. I am returning it due to needing a larger size for the things I need to use it for but a terrific work er.

( Helpful )   Report

Apr il

**Great idea But Didn't Work for Me**
Reviewed in the United States on May 13, 2025
Color: Yellow   Verified Purchase

The idea behind this steam cleaner was great, but unfortunately, it just didn't work. I knew it would be



small, and I was fine with that, but even the attachments were thin. It might be okay for cleaning car upholstery or small areas, but for any larger steam cleaning jobs, it would take a lot of time.

The water canister doesn't hold much and would likely need frequent refilling. After filling it and plugging it in, I smelled a burning odor. I waited several minutes, but no steam ever came out. I also discovered the handle required batteries, and no instructions were included... It seems felt like they may have received a returned item, as it looked like it had been opened before.

Unfortunately, I never got the chance to actually use it. That said, the company handled the return quickly and professionally, which I really appreciated.

Helpful   Report



### Perfect one
Reviewed in the United States on March 3, 2025
Verified Purchase

It works great, just a perfect tool for small jobs. It heats up quickly and effectively, removes the dirt, grim and stains without need of harsh chemicals and making it a great eco-friendly option. It is sturdy, lightweight and easy to use. It is a must have for keeping your home spotless and sanitized.

Helpful   Report



T. Gonzales

### Nice Little Steamer for the Price
Reviewed in the United States on April 20, 2023
Amazon Vine Customer Review of Free Product | What's this?

A little delayed in my review, as I ordered it a couple months back, but just finally used it today. So, the product was received exactly as shown in the pictures (all parts/components included). The directions were a little vague, but I had used a steamer before, so I knew the drill. I used the funnel and cup to measure out 250ml of distilled water, to pour in the cup, then another 50ml to fill up 300 or the 350ml capacity (directions say to leave some room). I attached the long hose, and a tried out a couple different attachments for my attempt to clean the shower tile & glass. Cord seems rather short, so I had to use an extension cord. No leaking. Heated up within minutes (red light on the side turns off once it's ready). You then push the black button forward, and press down to release the steam. After several minutes of this, my hand and thumb were getting sore, and I had to take a break. The glass squeegee didn't clean the soap scum from the glass, but the nylon brush attachment on the small garment steamer worked better. I was able to use all the few parts of the steamer without running out of water, and feel like this holds a typical amount of water. The unit is not heavy and has a handle for easy carry. Overall, this is a handy little eco friendly unit, and I will continue to use it throughout my house.

One person found this helpful.

Helpful   Report

Keith D. Foust

### Performance
Reviewed in the United States on April 15, 2023
Color: Yellow   Verified Purchase

Not, not as good as advertisements shows.

Helpful   Report

Isat

### Cleaning
Reviewed in the United States on May 11, 2023
Color: Yellow   Verified Purchase

Nice cleans ok just very small. for large spaces but worth the money

Helpful   Report

Leonor

### Versatile Steam Cleaner
Reviewed in the United States on April 3, 2023
Verified Purchase

This little guy is so versatile. It comes with a long spray nozzle, towel sleeve, measuring cup, filling funnel, Bent nozzle, round brush nozzle, jet clatery nozzle, window spray nozzle, and flexible spray nozzle! You can use this in anything that needs a little extra to...

Helpful   Report



Julie M

**Frustrating machine**

Reviewed in the United States on March 25, 2021

Color: White    Verified Purchase

The covers for the window scraper don't even come close to fitting. As another customer mentioned, only one of the accessory pieces fit on the nozzle, which is threaded. None of the accessories are. I tried pushing them on, but they just fall off. Got some nice cleaning, but I drible a lot of water while steaming things. It's going back.

One person found this helpful

( Helpful )    Report

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about the FTC Prime settlement |
| Amazon Science | Self Publish with Us | Amazon Currency Converter | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

[ English ]    [ United States ]

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | Amazon Global Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment | Kindle Direct Publishing Indie Digital & | Amazon Photos Unlimited Photo Storage | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/20/26    Page 204 of 267

Case 1:25-cv-09999-RA-BCM　Document 15-3　Filed 01/30/26　Page 205 of 267



Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

eam Cleaner - 3-Level djustable Handle 15s eat-Up - Steaming leaner with 10pcs ccessories - Portable eam Cleaner for Home r Car, Dirt, Grease, out, Tile, Floor, Couch, rniture-Yellow

nt svlshool

(68)

$45⁵⁰

FREE Returns

Get $30 off instantly: Pay $15.00 upon approval for the Amazon Store Card.

Color: Yellow



| Brand | svlshool |
|---|---|
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | K-SC-004-Yellow1 |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray |

See more

## About this item

- Portable Steam Cleaner for Home - Material: Handheld steam cleaner is made from high quality ABS material, ensuring excellent durability and heat resistance. The large 1000ml water tank is made of transparent high strength material, allowing users to easily monitor the water level while reducing frequent refills.

- Upgraded Design: Steamer for Cleaning is equipped with a handle-mounted, 3-level adjustable steam control function, ensuring precise output.Pressurized Steam Cleaner operates with 1500W power, generating 5BAR pressure and steam at 212°F (100°C).Steam machine for cleaning heats up in just 15 seconds, delivering

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows

Join Prime

$45⁵⁰

FREE delivery **Thursday, January 15.**

Or Prime members get FREE delivery **Tomorrow, January 11.** Order within 6 hrs 17 mins. Join Prime

Deliver to New York 10010

## In Stock

Quantity: 1

Add to cart

Buy Now

| Ships from | Amazon |
| Sold by | SVLSHOOL |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

### Add a Protection Plan:

- ☐ 2 Year Protection Plan for $4.99
- ☐ 3-Year Protection Plan for $6.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List

2026/1/10 18:14    Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 206 of 267

Amazon.com - Steam Cleaner - 3-Level Adjustable Handle 10s Heat Up - Steaming Cleaner with 10pcs Accessories 6 Portable…

high-temperature steam to remove grime effectively.

- Multipurpose Steam Cleaner - Ease of Use: Handheld steam cleaner for all surfaces comes with high pressure nozzle, nylon spray nozzle, large nylon brush, nylon brush, hose brush, window scraper, glass brush, 2 towel covers, 2 scrapers, extendable sprayer rod. Suitable for cleaning stains in various situations.

- Steam Cleaner for Home - Easy to Store: Compact and efficient, Small Steam Cleaner ensures powerful cleaning. Steam cleaner handheld includes a 59in power cord and a 59in steam hose, easily stretches 120in conveniently reach higher or distant areas. Compact (8.5×6×6 in), pressurized steam cleaner for home is easy to store.

- Pressurized Handheld Steam Cleaner Use Occasions: Mini steam cleaner is ideal for homes, offices, and vehicles. It serves as a grout steam cleaner for tile floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls floor and furniture or surfaces, this steam cleaner ensures deep cleaning.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)

$69.99

♻ 1 sustainability feature

---

## Frequently bought together

 +

Total price: $57.67

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

This item: Steam Cleaner - 5-Level Adjustable Handle 10s Heat-Up - Steaming cleaner wit...
$45.99

7PCS Car Detailing Brush Set, Ultra Soft Boars Hair Car Interior Detailing Brushes, Car Interior...
$11.68

---

## Based on your recent shopping trends

    

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...
547
Amazon's Choice
$49.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon
& 1 additional item

Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...
142
$69.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Sublimal Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels Portable Steam Cleaning Machin...
17
$49.94
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Kontop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 14-level Handle, 15s Heat Up,...
624
$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

2500W Steam Cleaner for Home & Car 15s Heat-Up Handheld Steamer for Cleaning, 1.2L Portable High Steam Cleaners, 6...
111
$38.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Heavy Clean Heati Leve Press...
$62.4
Get it Jan 15
FREE S

## From the brand

## Product description

## Product information

| Brand | bv shool |
|---|---|
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-401-Yellow |
| Included Components | 2 towel covers, 2 scrapers, high |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

pressure nozzle, nylon spray
nozzle extended scraper rod, and
nylon brush nylon brush brass
brush, steam cleaner, window
scraper, glass brush

| | |
|---|---|
| Wattage | 1000 watts |
| Tank Volume | 1600 Milliliters |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Yellow |
| Power Source | Electric |
| Voltage | 110 |
| Capacity | 1000 Milliliters |
| Maximum Temperature | 212 Degrees Fahrenheit |
| Product Dimensions | 9.0"D x 9"W x 9"H |
| Product Care Instructions | Hand Wash |
| Item Weight | 5.19 pounds |
| Manufacturer | xdshad |
| ASIN | B0DQDLKK31 |
| Item model number | TC-SC-008-Yellow1 |
| Customer Reviews | 1.7        (??)  3.7 out of 5 stars |
| Best Sellers Rank | #1,467,248 in Home & Kitchen (See Top 100 in Home & Kitchen)  #376 in Handheld Steamers |
| Date First Available | December 15, 2024 |

## Product Videos

SVLVHOOL
Steam Cleaner 3-Level Adjustable Handle

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 209 of 267

## Similar brands on Amazon

Sponsored



Duproy Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful...
4.4    430
$249.95



BISSELL Steam Shot Omni Pressurized Handheld Multi-Surface Natural.
4.0    2,270
$39.99



1L Han and XI
4.3
$55.9

## Customer reviews

### 3.7 out of 5

5% global ratings

| | | |
|---|---|---|
| 5 star | | 52% |
| 4 star | | 13% |
| 3 star | | 13% |
| 2 star | | 4% |
| 1 star | | 19% |

How customer reviews and ratings work



Sponsored

## Customers say

Customers find the steam cleaner's concept fantastic. However, the effectiveness receives mixed feedback, with some saying it works well for car upholstery while others report it didn't work at all. Additionally, several customers find the size of the appliance too small.

AI Generated from the text of customer reviews

### Select to learn more

✓ Steam Ken [4]    — Effectiveness [5]    ⊖ Size [3]

## Reviews with images

See all photos

  

## Top reviews from the United States

Amazon Customer

**Fantastic steamer.**

Reviewed in the United States on April 17, 2025

Color: White    Verified Purchase

This is a great steamer. Don't let the size fool you, it gets the job done. Highly recommend. I am returning it due to needing a larger size for the things I need to use it for but a terrific work er.

( Helpful )    Report

April

**Great idea, But Didn't Work for Me**

Reviewed in the United States on May 13, 2025

Color: Yellow    Verified Purchase

The idea behind this steam cleaner was great, but unfortunately, it just didn't work. I knew it would be

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 210 of 267

small, and I was fine with that, but even the attachments were thin. It might be okay for cleaning car upholstery or small areas, but for any larger steam cleaning jobs, it would take a lot of time.

The water canister doesn't hold much and would likely need frequent refilling. After filling it and plugging it in, I smelled a burning odor. I waited several minutes, but no steam ever came out. I also discovered the handle required batteries, and no instructions were included... Honestly, it felt like it may have been a returned item, as it looked like it had been opened before.

Unfortunately, I never got the chance to actually use it. That said, the company handled the return quickly and professionally, which I really appreciated.

( Helpful )  Report



### Perfect one
Reviewed in the United States on March 3, 2025
**Verified Purchase**

It works great, just a perfect tool for small jobs. It heats up quickly and effectively, removes the dirt, grim and stains without need of harsh chemicals and making it a great eco friendly option. It is sturdy, lightweight and easy to use. It is a must have for keeping your home spotless and sanitized.

( Helpful )  Report



T. Gonzales

### Nice Little Steamer for the Price
Reviewed in the United States on April 20, 2023
**Amazon Vine Customer Review of Free Product** (What's this?)

A little delayed in my review, as I ordered it a couple months back, but just finally used it today. So, the product was received exactly as shown in the pictures (all parts/components included). The directions were a little vague, but I'd had used a steamer before, so I knew the drill. I used the funnel and cup to measure out 230ml of distilled water, to pour in the cup, then another 30ml to fill up 300 of the 350ml capacity (directions say to leave some room). I attached the long hose, and tried out a couple different attachments for my attempt to clean the shower tile & glass. Cord seems rather short, so I had to use an extension cord. No sticking. Heated up within minutes (red light on the side turns off once it's ready). You then push the black button forward, and press down to release the steam. After several minutes of this, my hand and thumb were getting sore, and I had to take a break. The glass squeegee didn't clean the soap scum from the glass, but the non-brush attachment on the small garment steamer worked better. I was able to see all the few parts of the steamer without running out of water, and feel like this holds a typical amount of water. The unit is not heavy and has a handle for easy carry. Overall, this is a handy little eco friendly unit, and I will continue to use it throughout my house.

One person found this helpful

( Helpful )  Report



Keith D. Foust

### Performance
Reviewed in the United States on April 15, 2023
Color: Yellow   **Verified Purchase**

No th, not as good as advertisements shows

( Helpful )  Report

Issa

### Cleaning
Reviewed in the United States on May 11, 2023
Color: Yellow   **Verified Purchase**

Nice cleans ok just very small for large spaces but worth the money

( Helpful )  Report

Leonor

### Versatile Steam Cleaner
Reviewed in the United States on April 3, 2023
**Verified Purchase**

This little guy is so versatile. It comes with a long spray nozzle, hose, sleeve, measuring cup, filling funnel, bent nozzle, round brush nozzle, upholstery nozzle, window spray nozzle, and flexible spray nozzle! You can use this in anything that needs a little extra TLC.

( Helpful )  Report



Adam

**Frustrating machine**

Reviewed in the United States on March 25, 2025

Color: White   Verified Purchase

The covers for the window scraper don't even come close to fitting. As another customer mentioned, only one of the accessory pieces fit on the nozzle, which is threaded. None of the accessories are. I tried pushing them on, but they just fall off. Get some bit of steam, but it drives a lot of water while steaming things. It's going back.

One person found this helpful

( Helpful )    Report

See more reviews

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Information about the FTC Prime settlement |
| Amazon Science | Sell Publish with Us | Amazon Currency Converter | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

[ English ]    [ United States ]

Amazon.com - Steam Cleaner - 3-Level Adjustable Handle Tos Heats Up - Steaming Cleaner with 10pcs Accessories, Portable ...



Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 214 of 267

large nylon brush, nylon brush brass

brush, window scraper glass brush, 2 towel covers, 2 scrapers, extended sprayer rod. Suitable for cleaning stains in various situations.

- Steam Cleaner for Home – Easy to Store. Compact and efficient. Steam Cleaner ensures powerful cleaning while freeing up less storage area. Steam cleaner handheld includes a 50in power cord and a 50in steam hose, easily stretches 170 in, can easily reach high or distant areas. Compact 16.5×6.5 int. pressurized steam cleaner for home is easy to store.

- Pressurized Handheld Steam Cleaner – Multifunctionality: Mini steam cleaner is ideal for homes, offices, and ad it both excels as a grout steam cleaner for tile floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls floor and furniture or surfaces, this steam cleaner ensures deep cleaning.

  Report an issue with this product or seller

## Consider a similar item

Amazon's Choice

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery Kitchen, Bathroom, Grout…
(527)

$69.99

🌿 1 sustainability feature

## Frequently bought together



This item: Sevhod Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Stea…

$49⁹⁹

Bed Bug Killer 16 oz EcoVenger by Ecoraider, 100% Kill Efficacy, Bedbugs & Mites, Kills Eggs & T…

$19⁹⁴ ($1.25/Fluid ounce)

Total price: $69.93

Add both to Cart

One of these items ships sooner than the other.
Show details

## Based on your recent shopping trends

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 215 of 267

    

**7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...**
547
Amazon's Choice
$49.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon
& 1 additional free feature

**Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...**
142
$69.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

**Salstreal Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning Machin...**
17
$49.94
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

**Kontop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 14 Level Handle, 15s Heat Up,...**
674
$59.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

**2500W Steam Cleaner for Home & Car 15s Heat-Up Handheld Steamer for Cleaning, 1.2L Portable High Steam Cleaners, 6...**
111
$38.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

**Heavy Clean Heati Leve Press...**
$62.4
Get it Jan 15
FREE S

## Videos for similar products

**Steam & Go Demineralized Water Cleaning Solution for Floor & Multi-...**
1,204
$12

**7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car...**
547
$49

**Gautoye Ste Adjustable**
1/9
1/9

## Product description

## Product information

| Brand | 5VWOOL |
| --- | --- |
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-C05-White-Lp |
| Included Components | 2 towel covers, 2 stainless high pressure nozzle, nylon spray nozzle, extended sprayer rod, large nylon brush, nylon brush, brass brush, steam cleaner, gloves, window scraper, glass brush |
| Wattage | 2500 watts |
| Color | White |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Style | Modern Compact |
| Product Dimensions | 8.2"D x 6"W x 6"H |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

| Product Care Instructions | Hand Wash |
|---|---|
| Item Weight | 5.33 pounds |
| Manufacturer | svlvmool |
| ASIN | B0F3TZFHWS |
| Item model number | TO-SC-009-Whiteus |
| Customer Reviews | 3.0 ★☆☆☆☆ <br> 3.0 out of 5 stars |
| Best Sellers Rank | #1,498,487 in Home & Kitchen (See Top 100 in Home & Kitchen) <br> #830 in Handheld Steamers |
| Date First Available | April 5, 2025 |

## Product Videos



SVLVMOOL
Steam Cleaner for Home, 2500W Handheld Steam Cleaner

Sponsored

## Similar brands on Amazon

Sponsored







  

## Customer reviews

3 out of 5

17 global ratings

| | |
|---|---|
| 5 star | 29% |
| 4 star | 17% |
| 3 star | 8% |
| 2 star | 17% |
| 1 star | 29% |

How customer reviews and ratings work



Sponsored

## Reviews with images

See all photos

   

## Top reviews from the United States

Translate all reviews to English

**Bill Plant, author of Advanced Book Marketing for Starving Authors**

### As Advertised

Reviewed in the United States on August 15, 2025

Color: White   Verified Purchase

Good product. I have been using it for cleaning furniture and killing fleas.

Helpful    Report

**Ben1988**

### Be very cautious buying this product

Reviewed in the United States on October 21, 2023

Color: Yellow   Verified Purchase

I have to write a review on this product to advise future buyers. I bought this steamer because it looked like something that I could really use for my business and for regular stuff at home like cleaning my furniture, clothes, and down whit, also that you can use a good steamer for.

I was beyond excited to get it and try it out.

The first one I received worked great for two different occasions. The third time I went to use it it started acting up after about 10 minutes of use and shutting off automatically so I requested a replacement hoping it was just a glitch or something.

I received the new one and I didn't use it for about two weeks before I even used it for the first time and then the way I was like man I need to make sure this thing works so I went and used it to steam clean my furniture and it worked great for about 20 minutes and then boom, the same thing happened. I waited and waited before trying to turn it on again and it just kept shutting off after being on for about 30 seconds. The top of the container where the water goes in felt really hot after being on for a few minutes so I thought kept overheating or something causing it to automatically shut down. Would be a great product if it didn't do that, but unfortunately it did twice and finally I had to request a return.

Helpful    Report

**Sindy**

### Doesn't work as they said it wood

Reviewed in the United States on October 20, 2025

Verified Purchase

Doesn't work like the said it would. I would never buy one again.

Helpful    Report

**Juan Alvarez**

### Bueno pero no dicen de las pilas

Reviewed in the United States on September 30, 2025

Color: White   Verified Purchase

Se necesitan pilas para la pistola.

Helpful    Report

Translate review to English

**M davootkoent**

**Effective and efficient!**

Reviewed in the United States on July 9, 2025

Amazon Vine Customer Review of Free Product (What's this?)

This steam cleaner works great - I mainly wanted the mop function, but I've tried the window cleaning attachment too out of curiosity when it got here and I was surprised at how much easier it was to clean my windows and shower court. It's easy to use the different attachments, as well as clean them after use and dry them to store for next time. The steam was very hot and it heated up quickly. The capacity of the tank is good for a decently large sized floor, and then was to refilled, but it really didn't feel like it was an issue. I am very happy with this!

Helpful | Report



James J.

**Back to old Bissell**

Reviewed in the United States on June 23, 2025

Color: Yellow  Verified Purchase

I bought the steam cleaner because I thought it would be a very noticeable improvement/upgrade compared to my Bissell steam shot. After using it, I can see why bissell makes the best selling steam cleaners. It's important to know that there was a small on the steam shot of two years ago, but I never stopped using it because it was so helpful. Now that the steam shot is over five years old, I figured should replace with something newer and hopefully better. That's why I got this cleaner. You will soon understand why this is not something I would recommend. First off the mechanism to refill is weak & cumbersome more often than enough water on the floor causing more work for me. Second, I'm unsure of the heating mechanism is too slow I'm not sure if it's the heating system or just a design flaw but I never had to wait for this long. This added to the low steam output leaving a diminished cleaning ability. I eventually went back to the old bissell shot.

Helpful | Report



FashionLover

**The Word Budget Describes This Machine In Every Sense Of The Word-Disappointment**

Reviewed in the United States on September 24, 2025

Color: Yellow  Amazon Vine Customer Review of Free Product (What's this?)

I have been wanting a steamer cleaning machine for a while now and was grateful to have received this one. however. Upon unboxing the machine it was extremely clean then it had been previously used. The attachments and cloth cleaning covers arrived dirty.

The size of the machine (8x8) is small therefore it does not have an adequate water tank.
capacity which makes larger or more detailed jobs impossible. Also the tank



⌄ Read more

Helpful | Report

giorgio casaboni

**Returned item.**

Reviewed in the United States on September 29, 2025

Color: Purple  Verified Purchase

Leaking water. Returned item.

Helpful | Report

2026/1/10 18:15    Amazon.com : SGN600 Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 219 of 267

See more reviews ›

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about Amazon Prime settlement

Registry & Gift List

Help

English     United States

2026/1/10 18:15

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 220 of 267

Amazon.com - GSVUnco Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

© 1996-2021, Amazon.com, Inc. or its affiliate

2026/1/10 18:16    Amazon.com - Svlvhool Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 221 of 267

Deliver to
New York 10010

All ▾    Search Amazon

EN    Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All    Amazon Haul    Medical Care ▾    Amazon Basics    Best Sellers    Books    Registry

14 : 13 : 38

Shop H2O

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



am Cleaner 2500W
dheld Steamer with
. Tank, 3 Steam Levels,
table Steam Cleaning
hine for Home, Car
ailing, Furniture, Bed
s & Grout – Purple

svlvhool

(17)

98

FREE Returns

Get $60 off instantly: Pay $0.00 upon
approval for the Amazon Store Card.

Color: **White**

| | | | |
|---|---|---|---|
| $39.99 | $39.98 | $49.98 | $49.94 |

| Brand | svlvhool |
|---|---|
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-003-Purple-up |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray |

See more

## About this item

- Portable Steam Cleaner for Home - Reliable Material: Handheld steam cleaner is made from high-quality ABS material, ensuring excellent durability and heat resistance. The large 1600ml water tank is made of transparent high-strength material, allowing users to easily monitor the water level while reducing frequent refills.

- Upgraded Design - Modern and advanced: Steamer for Cleaning is equipped with a handle-mounted, 3-level adjustable steam control function, ensuring precise output. Pressurized Steam Cleaner operates with 2500W power, generating 3BAR pressure and steam at 212°F (100°C). Steam machine for cleaning heats up in just 15 seconds, delivering high-temperature steam to remove grime effectively.

- Multipurpose Steam Cleaner - Ease to Use: Hand held steam cleaner for all surfaces comes with gloves and is equipped with high pressure nozzle, nylon spray nozzle, large nylon brush, nylon brush, brass

prime

Enjoy fast, free delivery,
exclusive deals, and award-
winning movies & TV shows.

Join Prime

$**39**⁹⁸

FREE delivery **Thursday,
January 15**

Or Prime members get FREE
delivery **Tomorrow, January 11**.
Join Prime

Deliver to New York 10010

In Stock

Quantity: 1

Add to cart

Buy Now

Ships from    Amazon
Sold by    SVLVHOOL
Returns    FREE 30-day
refund/replacement
Payment    Secure transaction

Add a Protection Plan:

☐ 2-Year Protection Plan for
$3.99

☐ 3-Year Protection Plan for
$5.99

☐ Complete Protect: One plan
covers all eligible past and
future purchases for
$16.99/month

☐ Add a gift receipt for easy
returns

Add to List

Sponsored

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 222 of 267

brush, window scraper, glass brush, 2 towel covers, 2 scrapers, extended sprayer rod. Suitable for cleaning stains in various situations.

- Steam Cleaner for Home - Easy to Store: Compact yet efficient. Steam Cleaner ensures powerful cleaning while taking up less storage area. Steam cleaner handheld includes a 59in power cord and a 59in steam hose, easily stretches 120 in, can easily reach high or distant areas. Compact (8.5×6×6 in), pressurized steam cleaner for home is easy to store.

- Pressurized Handheld Steam Cleaner - Multifunctionality: Mini steam cleaner is ideal for homes, offices, and vehicles.It excels as a grout steam cleaner for tile floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls floor and furniture or surfaces, this steam cleaner ensures deep cleaning.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)
$49.99
🌱 1 sustainability feature


Sponsored

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...
142
$69.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Portable Steamer for Cleaning with 10...
63
$39.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



SMAYDA Handheld Steam Cleaner Portable High-pressure Steam Cleaner with 3 Brushes and 1 Glass Scraper Quickly...
201
$35.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Bed Bug Killer 16 oz EcoVenger by EcoRaider, 100% Kill Efficacy, Bedbugs & Mites, Kills...
20,066
Amazon's Choice
$19.95 ($1.25/fluid ounce)
Get it as soon as **Thursday, Jan 15**
FREE Shipping on orders over $35 shipped by Amazon



Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,...
624
$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Steam
Multip
Steam
Acces
Temp
$139
Get it a
Jan 15
FREE S

2026/1/10 18:16
Amazon.com - svlvhool Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning W...
Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 223 of 267

## Product description

## Product information

| | |
|---|---|
| Brand | svlvhool |
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-003-Purple-up |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray nozzle,extended sprayer rod, large nylon brush,nylon brush,brass brush, steam cleaner,gloves, window scraper, glass brush |
| Wattage | 2500 watts |
| Color | Purple |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Product Dimensions | 8.5"D x 6"W x 6"H |
| Product Care Instructions | Hand Wash |
| Item Weight | 5.37 pounds |
| Manufacturer | svlvhool |
| ASIN | B0F3TYQXZM |
| Item model number | TC-SC-003-Purple-up |
| Customer Reviews | 3.0    (17)<br>3.0 out of 5 stars |
| Best Sellers Rank | #1,088,390 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#300 in Handheld Steamers |
| Date First Available | April 5, 2025 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos

2026/1/10 18:16

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 224 of 267

Amazon.com - SVLWKOOL Steam Cleaner 2500W Handheld Steamer with 1.6L Hand, 3 Steam Levels, Portable Steam Cleaning M...

**SVLWKOOL**
Steam Cleaner for Home, 2500W Handheld Steam Cleaner

-0:00

Sponsored

## Similar brands on Amazon

Sponsored



BISSELL Steam Shot Omni Pressurized Handheld Multi-Surface Natural…
4.0          7,278
$39.99



Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful…
4.4          430
$249.98



1L Han… and Ki…
4.3
$55.9

## Customer reviews

### 3 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 29% |
| 4 star | | 17% |
| 3 star | | 9% |
| 2 star | | 17% |
| 1 star | | 28% |

## Reviews with images

See all photos ›

   

2026/1/10 18:16 Amazon.com: Cord! Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 225 of 267

How customer reviews and ratings work



Sponsored

## Top reviews from the United States

Translate all reviews to English



Bill Platt, author of 'Advanced Book Marketing for Starving Authors'

**As Advertised**

Reviewed in the United States on August 19, 2025

Color: White    **Verified Purchase**

⌄ Read more

Helpful    Report

Ben1983

**Be very cautious buying this product**

Reviewed in the United States on October 21, 2025

Color: Yellow    **Verified Purchase**

I have to write a review on this product to advise future buyers, I bought this steamer because it looked like something that I could really use for my business and for regular stuff at home like cleaning my furniture, clothes, and everything else that you can use a good steamer for.
I was beyond excited to get it and try it out.
The first one I received worked great for two different occasions. The third time I went to use it it started acting up after about 15 minutes of use and shutting off automatically so I requested a replacement hoping it was just a glitch or something.
I received the new one and I didn't use it for about two weeks before I even used it for the first time and then I finally was like man I need to make sure this thing works so I went to use it to steam clean my furniture and it worked great for about 20 minutes and then boom the same thing happened. I waited and waited before trying to turn it on again and it just kept shutting off after being on for about 30 seconds. The top of the container where the water goes in felt really hot after being on for a few minutes so I think it kept overheating or something causing it to automatically shut down.

⌄ Read more

Helpful    Report

Sindy

**Doesn't work as they said it wood**

Reviewed in the United States on October 30, 2025

**Verified Purchase**

⌄ Read more

Helpful    Report

Juan alvaro

**Bueno pero no dicen de las pilas**

Reviewed in the United States on September 30, 2025

Color: White    **Verified Purchase**

⌄ Read more

Helpful    Report

Translate review to English

☆MidwestViner☆

**Effective and efficient!**

Reviewed in the United States on July 9, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This steam cleaner works great - I mainly wanted the mop function, but I've tried the window cleaning attachment too out of curiosity when it got here and I was surprised at how much easier it was to clean my windows and shower doors! It is easy to use the different attachments, as well as clean them after use and dry them to store for next time. The steam was very hot and it heated up quickly. The capacity

⌄ Read more

Helpful    Report



James D

**Back to old Bissell**

Reviewed in the United States on June 25, 2025

Color: Yellow    **Verified Purchase**

I bought the steam cleaner because I thought it would be very noticeable improvement upgrade compared to my Bissell steam shot. After using it, I can see why bissell makes the best selling steam

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 226 of 267

cleaners. It's important to know that there was a recall to the steam shot of few years ago, but I never stopped using it because it was so helpful. Now that the steam shot is over five years old, I figured I should replace with something newer and hopefully better. That's why I got this cleaner. You will soon understand why this is not something I would recommend first off the mechanism for refill and water is cumbersome more often than enough water on the floor causing more work for me. Second, I'm unsure of the heating mechanism is too slow I'm not sure if it's the heating system or just a design flaw

⌄ Read more

[ Helpful ]     Report

FashionLover

🏴 **The Word Budget Describes This Machine In Every Sense Of The Word- Disappointment**

Reviewed in the United States on September 24, 2025

Color: Yellow     **Amazon Vine Customer Review of Free Product** ( What's this? )



I have been wanting a steamer cleaning machine for a while now and was grateful to have received this one, however Upon unboxing the machine It was extremely clear that it had been previously used. The attachments and cloth cleaning covers arrived dirty .

The size of the machine (8x6) is small therefore it does not have an adequate water tank capacity which makes larger or more detailed jobs impossible. Also the tank

⌄ Read more

[ Helpful ]     Report

giorgio casaburi

**Returned item.**

Reviewed in the United States on September 29, 2025

Color: Purple     **Verified Purchase**

⌄ Read more

[ Helpful ]     Report

**See more reviews** ›

2026/1/10 18:16
Amazon.com - USturbo Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09009-RA-BCM   Document 15-3   Filed 01/30/26   Page 227 of 267

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:16    Amazon.com - svlvhool Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 228 of 267

Deliver to
New York 10010    All ▾    Search Amazon      EN ▾    Hello, sign in
Account & Lists ▾    Returns
& Orders    0

All   Amazon Haul   Medical Care ▾   Amazon Basics   Best Sellers   Books   Registry     14 : 13 : 02

Shop Dupray

Sponsored

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

VIDEO

# Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning Machine for Home, Car Detailing, Furniture, Bed Bugs & Grout – Yellow

Brand: svlvhool

3.0      (17)

$49⁹⁴

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: **Yellow**

 $39.99    $39.98    $49.98    $49.94

| | |
|---|---|
| **Brand** | svlvhool |
| **Special Feature** | High Pressure, Portable, Rapid Heat Up |
| **Surface Recommendation** | Floor |
| **Model Name** | TC-SC-003-Yellow-up |
| **Included Components** | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray |

See more

## About this item

- Portable Steam Cleaner for Home - Material: Handheld steam cleaner is made from high-quality ABS material, ensuring excellent durability and heat resistance. The large 1600ml water tank is made of transparent high-strength material, allowing users to easily monitor the water level while reducing frequent refills.

- Upgraded Design: Steamer for Cleaning is equipped with a handle-mounted, 3-level adjustable steam control function, ensuring precise output. Pressurized Steam Cleaner operates with 2500W power, generating 3BAR pressure and steam at 212°F (100°C). Steam machine for cleaning heats up in just 15 seconds, delivering high-temperature steam to remove grime effectively.

- Multipurpose Steam Cleaner - Ease to Use: Hand held steam cleaner for all surfaces comes with gloves and is equipped with high pressure nozzle, nylon spray nozzle, large nylon brush, nylon brush, brass

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$49⁹⁴

FREE delivery **Thursday, January 15**

Or Prime members get FREE delivery **Tomorrow, January 11**. Order within 3 hrs 48 mins. Join Prime

Deliver to New York 10010

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from   Amazon
Sold by    SVLVHOOL
Returns    FREE 30-day refund/replacement
Payment   Secure transaction

**Add a Protection Plan:**

- ☐ 2-Year Protection Plan for $4.99
- ☐ 3-Year Protection Plan for $6.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- ☐ Add a gift receipt for easy returns

Add to List

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 229 of 267

brush, window scraper, glass brush, 2 towel covers, 2 scrapers, extended sprayer rod. Suitable for cleaning stains in various situations.

- Steam Cleaner for Home - Easy to Store: Compact yet efficient. Steam Cleaner ensures powerful cleaning while taking up less storage area. Steam cleaner handheld includes a 59in power cord and a 59in steam hose, easily stretches 120 in, can easily reach high or distant areas. Compact (8.5×6×6 in), pressurized steam cleaner for home is easy to store.

- Pressurized Handheld Steam Cleaner - Multifunctionality: Mini steam cleaner is ideal for homes, offices, and vehicles.It excels as a grout steam cleaner for tile floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls floor and furniture or surfaces, this steam cleaner ensures deep cleaning.

   Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(527)

$49.99

🌱 1 sustainability feature

Sponsored

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle…
142

$69.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69 Quarts Tank, Portable Steamer for Cleaning with 10…
63

$39.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



SMAYDA Handheld Steam Cleaner Portable High-pressure Steam Cleaner with 3 Brushes and 1 Glass Scraper Quickly…
201

$35.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Bed Bug Killer 16 oz EcoVenger by EcoRaider, 100% Kill Efficacy, Bedbugs & Mites, Kills…
20,066

Amazon's Choice

$19.95 ($1.25/fluid ounce)

Get it as soon as **Thursday, Jan 15**

FREE Shipping on orders over $35 shipped by Amazon



Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,…
624

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Stea
Multip
Steam
Acces
Temp…

$139

Get it a
Jan 15

FREE S

## Videos for similar products

2026/1/10 18:16    Amazon.com: svlvhool Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 230 of 267

3:29

**Goyappin Handheld Steam Cleaner for Home, 2500W High Pressure**

190

$69⁹⁹

4:18

**Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up,**

2,032

$79⁹⁹

Steam Clea
Powerful S

$139⁹⁹

---

## Product description

---

## Product information

| Brand | svlvhool |
|---|---|
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-003-Yellow-up |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray nozzle,extended sprayer rod, large nylon brush,nylon brush,brass brush, steam cleaner,gloves, window scraper, glass brush |
| Wattage | 2500 watts |
| Tank Volume | 1600 Milliliters |
| Color | Yellow |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Style | Compact |
| Product Dimensions | 8.5"D x 6"W x 6"H |
| Product Care Instructions | Hand Wash |
| Item Weight | 5.28 pounds |
| Manufacturer | svlvhool |
| ASIN | B0F3TZDMWN |
| Item model number | TC-SC-003-Yellow-up |
| Customer Reviews | 3.0    (17)  3.0 out of 5 stars |
| Best Sellers Rank | #1,088,487 in Home & Kitchen (See Top 100 in Home & Kitchen) #300 in Handheld Steamers |
| Date First Available | April 5, 2025 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Videos



FashionLoves

Customer Reviews: The Word Budget Describes This Machine In Every Sense Of The Word-Disappointment | See Full Review

Sponsored

## Similar brands on Amazon

Sponsored



Dupray Neat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful…

4.4    430

$249.98




BISSELL Steam Shot Omni Pressurized Handheld Multi-Surface Natural…

4.0    7,278

$39.99



1L Han
and Ki

4.3

$55.9

---

## Customer reviews

3 out of 5

17 global ratings

| | | |
|---|---|---|
| 5 star | | 29% |
| 4 star | | 17% |
| 3 star | | 9% |
| 2 star | | 17% |

## Reviews with images

See all photos ›






2026/1/10 18:16
Amazon.com - 5000W Steam Cleaner 2500W Handheld Steamer with 1.6L Hand, 3 Steam Levels, Portable Steam Cleaning M…

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 232 of 267

1 star | 28%

How customer reviews and ratings work



Sponsored

## Top reviews from the United States

Translate all reviews to English

Bill Platt, author of 'Advanced Book Marketing for Starving Authors'

**As Advertised**

Reviewed in the United States on August 19, 2025

Color: White    **Verified Purchase**

Good product. I have been using it for cleaning furniture and killing fleas.

Helpful    Report

Ben1983

**Be very cautious buying this product**

Reviewed in the United States on October 21, 2025

Color: Yellow    **Verified Purchase**

I have to write a review on this product to advise future buyers, I bought this steamer because it looked like something that I could really use for my business and for regular stuff at home like cleaning my furniture, clothes, and everything else that you can use a good steamer for.
I was beyond excited to get it and try it out.
The first one I received worked great for two different occasions. The third time I went to use it it started acting up after about 15 minutes of use and shutting off automatically so I requested a replacement hoping it was just a glitch or something.
I received the new one and I didn't use it for about two weeks before I even used it for the first time and then I finally was like man I need to make sure this thing works so I went to use it to steam clean my furniture and it worked great for about 20 minutes and then boom the same thing happened. I waited and waited before trying to turn it on again and it just kept shutting off after being on for about 30 seconds. The top of the container where the water goes in felt really hot after being on for a few minutes so I think it kept overheating or something causing it to automatically shut down.
Would be a great product if it didn't do that but unfortunately it did twice and finally I had to request a refund.

Helpful    Report

Sindy

**Doesn't work as they said it wood**

Reviewed in the United States on October 30, 2025

**Verified Purchase**

Doesn't work like they said it would. I would never buy one again.

Helpful    Report

Juan alvaro

**Bueno pero no dicen de las pilas**

Reviewed in the United States on September 30, 2025

Color: White    **Verified Purchase**

Se necesitan pilas para la pistola

Helpful    Report

Translate review to English

☆MidwestViner☆

**Effective and efficient!**

Reviewed in the United States on July 9, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

This steam cleaner works great - I mainly wanted the mop function, but I've tried the window cleaning attachment too out of curiosity when it got here and I was surprised at how much easier it was to clean my windows and shower doors! It is easy to use the different attachments, as well as clean them after use and dry them to store for next time. The steam was very hot and it heated up quickly. The capacity of the tank is good for a decently large sized floor, and then needs refilled, but I really didn't feel like it was an issue. I am very happy with this!

Helpful    Report

James D

**Back to old Bissell**

Reviewed in the United States on June 25, 2025

Color: Yellow    **Verified Purchase**

I bought the steam cleaner because I thought it would be very noticeable improvement upgrade

2026/1/10 18:16
Amazon.com - 3SilverH Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...
Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 233 of 267

I bought the steam cleaner because I thought it would be very noticeable improvement upgrade compared to my Bissell steam shot. After using it, I can see why bissell makes the best selling steam

cleaners. It's important to know that there was a recall to the steam shot of few years ago, but I never stopped using it because it was so helpful. Now that the steam shot is over five years old, I figured I should replace with something newer and hopefully better. That's why I got this cleaner. You will soon understand why this is not something I would recommend first off the mechanism for refill and water is cumbersome more often than enough water on the floor causing more work for me. Second, I'm unsure of the heating mechanism is too slow I'm not sure if it's the heating system or just a design flaw but I never had to wait for this long. This added to the low steam output leading to diminished cleaning ability. I eventually went back to the old bissell I had.

Helpful · Report

FashionLover

**The Word Budget Describes This Machine In Every Sense Of The Word- Disappointment**
Reviewed in the United States on September 24, 2025
Color: Yellow · **Amazon Vine Customer Review of Free Product** ( What's this? )

I have been wanting a steamer cleaning machine for a while now and was grateful to have received this one, however
Upon unboxing the machine It was extremely clear that it had been previously used. The attachments and cloth cleaning covers arrived dirty .

The size of the machine (8x6) is small therefore it does not have an adequate water tank
capacity which makes larger or more detailed jobs impossible. Also the tank

⌄ Read more

Helpful · Report

giorgio casaburi

**Returned item.**
Reviewed in the United States on September 29, 2025
Color: Purple · **Verified Purchase**
Leaking water. Returned item.

Helpful · Report

**See more reviews** ›

2026/1/10 18:16 Amazon.com - 3V HOUSE Steam Cleaner 2500W Handheld Steamer with 1.6L Tank, 3 Steam Levels, Portable Steam Cleaning M...

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 234 of 267

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

---

| English | United States |

---

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Veeqo**
Shipping Software Inventory Management

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished tech you can trust

---

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/10 18:11 Amazon.com - Steam Cleaner - 3-Level Adjustable Handle 15s Heat Up - Steamer for Cleaning with 10pcs Accessories - Porta...

Case 1:25-cv-09090-RA-BCM    Document 15-3    Filed 01/30/26    Page 235 of 267



Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

3 VIDEOS

...m Cleaner - 3-Level ...ustable Handle 15s ...t-Up - Steamer for ...ning with 10pcs ...essories - Portable ...m Cleaner for Home ...ar, Dirt, Grease, ...it, Tile, Floor, Couch, ...niture-Purple

svlvhool

(53)

$49.98

FREE Returns

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Store Card.

Color: **Purple**

| $49.98 | $34.98 | $45.98 |

| Brand | svlvhool |
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-003-Purple1 |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray |

See more

## About this item

- Portable Steam Cleaner for Home - Material: Handheld steam cleaner is made from high-quality ABS material, ensuring excellent durability and heat resistance. The large 1600ml water tank is made of transparent high-strength material, allowing users to easily monitor the water level while reducing frequent refills.
- Upgraded Design: Steamer for Cleaning is equipped with a handle-mounted, 3-level adjustable steam control function, ensuring precise output.Pressurized Steam Cleaner operates with 1500W power, generating 3BAR pressure and steam at 212°F (100°C).Steam machine for cleaning heats up in just 15 seconds, delivering high-temperature steam to remove grime effectively.
- Multipurpose Steam Cleaner - Ease to Use: Hand held steam cleaner for all surfaces

### Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$49.98

FREE delivery **Thursday, January 15**

Or **Prime members** get FREE delivery **Tomorrow, January 11**. Order within 6 hrs 18 mins. Join Prime

Deliver to New York 10010

**In Stock**

Quantity: 1

Add to cart

Buy Now

Ships from    Amazon
Sold by    SVLVHOOL
Returns    FREE 30-day refund/replacement
Payment    Secure transaction

See more

**Add a Protection Plan:**

- 2-Year Protection Plan for $4.99
- 3-Year Protection Plan for $6.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month
- Add a gift receipt for easy returns

Add to List

Deliver to
New York 10010

Home & Kitchen ▼

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

brush, 2 towel covers, 2 scrapers, extended sprayer rod. Suitable for cleaning stains in various situations.

- Steam Cleaner for Home - Easy to Store: Compact yet efficient, Small Steam Cleaner ensures powerful cleaning.Steam cleaner handheld includes a 59in power cord and a 59in steam hose, easily stretches 120 in, can easily reach high or distant areas. Compact (8.5×6×6 in), pressurized steam cleaner for home is easy to store.

- Pressurized Handheld Steam Cleaner - Use Occasions: Mini steam cleaner is ideal for homes, offices, and vehicles.It excels as a grout steam cleaner for tile floors, a steam cleaner for bathroom, a steam cleaner for shower, a car steam cleaner, a steam buggy steam cleaner. Whether steam cleaner walls floor and furniture or surfaces, this steam cleaner ensures deep cleaning.

Report an issue with this product or seller

Sponsored

## Based on your recent shopping trends



Steam Cleaner, Multipurpose Powerful Steamer with 21 Accessories, 248°F High-Temperature Steam for...
4,548
**$139.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



STEAMBOT Steam Cleaner with 28-in-1 powerful, deep cleaning for home, floor, car, tile...
281
Amazon's Choice
**$110.19**
Get it **Jan 14 - 16**
FREE Shipping



Koutop Steam Cleaner for Home & Car-Portable Handheld Steamer for Cleaning with 3-Level Handle, 15s Heat-Up,...
624
**$59.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Steam Cleaner, 2500W Portable Handheld Steamer for Cleaning, Large Capacity Tank Pressurized Steam...
93
**$46.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



2500W Steam Cleaner for Home & Car, 10s Fast Heat Steamer for Cleaning, 6-Level Steam Control, Handheld Stea...
394
**$53.99**
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

FEPPO
Clean
Vacuu
253.7
140°F

**$69.9**
Get it a
Jan 15
FREE S
 1 su

## Videos for similar products

4:24

Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable
871

4:18

Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up,
2,032

Steam Clea
Handle, 15

2026/1/10 18:11 Amazon.com - Steam Cleaner - 3-Level Adjustable Handle 10s Heats Up - Steamer for Cleaning with 10pcs Accessories Portab...

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 237 of 267

Deliver to
New York 10010

Home & Kitchen ▼

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

## From the brand

## Product description

## Product information

| Brand | svlvhool |
|---|---|
| Special Feature | High Pressure, Portable, Rapid Heat Up |
| Surface Recommendation | Floor |
| Model Name | TC-SC-003-Purple1 |
| Included Components | 2 towel covers, 2 scrapers, high pressure nozzle, nylon spray nozzle,extended sprayer rod, large nylon brush,nylon brush,brass brush, steam cleaner, window scraper, glass brush |
| Wattage | 1500 watts |
| Tank Volume | 1600 Milliliters |
| Form Factor | Handheld |
| Color | Purple |
| Power Source | Electric |
| Voltage | 110 |
| Capacity | 1600 Milliliters |
| Maximum Temperature | 212 Degrees Fahrenheit |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 238 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

| | |
|---|---|
| Product Care Instructions | Hand Wash |
| Item Weight | 5.17 pounds |
| Manufacturer | svlvhool |
| ASIN | B0DQDDW1ZN |
| Item model number | TC-SC-003-Purple1 |
| Customer Reviews | 3.7     (53)<br>3.7 out of 5 stars |
| Best Sellers Rank | #1,457,389 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#376 in Handheld Steamers |
| Date First Available | December 13, 2024 |

## Product Videos



Sponsored

## Similar brands on Amazon

Sponsored





2026/1/10 18:11    Amazon.com – Steam Cleaner – 3-Level Adjustable Handle - Heats Up - Steamer for Cleaning with 10pcs Accessories Parts for...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 239 of 267



Deliver to
New York 10010

Home & Kitchen ▾

EN    Hello, sign in
Account & Lists    Returns
& Orders    **0**

| | | |
|---|---|---|
| BISSELL Steam Shot 3-in-1 Pressurized Handheld Multi-Surface Natural... | Cuprey Heat Plus Steam Cleaner with 17-Piece Accessory Kit. A powerful... | ...and Ki |
| 4.0   7,278 | 4.4   430 | 4.3 |
| $39.99 | $249.98 | $55.9 |

## Customer reviews

### 3.7 out of 5

53 global ratings

| | | |
|---|---|---|
| 5 star | | 52% |
| 4 star | | 13% |
| 3 star | | 12% |
| 2 star | | 4% |
| 1 star | | 19% |

How customer reviews and ratings work



EK

Sponsored

## Customers say

Customers find the steam cleaner's concept fantastic. However, the effectiveness receives mixed feedback, with some saying it works well for car upholstery while others report it didn't work at all. Additionally, several customers find the size of the appliance too small.

⊞ Generated from the text of customer reviews

**Select to learn more**

✓ Steamer idea (4)   |   — Effectiveness (8)   |   ▢ Size (3)

## Reviews with images

See all photos ›

## Top reviews from the United States

◯   Amazon Customer

**Fantastic steamer.**

Reviewed in the United States on April 17, 2025

Color: White    **Verified Purchase**

This a great steamer. Don't let the size fool you, it gets the job done. Highly recommend. I am returning it due to needing a larger size for the things I need to use it for but a terrific product

   Helpful      Report

◯   April

**Great Idea, But Didn't Work for Me**

Reviewed in the United States on May 13, 2025

Color: Yellow    **Verified Purchase**

The idea behind this steam cleaner was great, but unfortunately, it just didn't work. I knew it would be small, and I was fine with that, but even the attachments were tiny. It might be okay for cleaning car upholstery or small areas, but for any larger steam cleaning jobs, it would take a lot of time.

The water canister doesn't hold much and would likely need frequent refilling. After filling it and plugging it in, I smelled a burning odor. I waited several minutes, but no steam ever came out. I also discovered the handle required batteries, and no instructions were included. It honestly felt like I may have received a returned item, as it looked like it had been opened before.

Unfortunately, I never got the chance to actually use it. That said, the company handled the return quickly and professionally, which I really appreciated.

   Helpful      Report

◯   Srihari Koripalli

**Perfect one**

Reviewed in the United States on March 3, 2025

**Verified Purchase**

It works great, just a perfect tool for small jobs. It heats up quickly and effectively, removes the dirt, grim and stains without need of harsh chemicals and making it a great eco-friendly option. It is sturdy , lightweight and easy to use. It is a must have for keeping your home spotless and sanitized.

   Helpful      Report

◯   T. Gonzales

**Nice Little Steamer for the Price**

Reviewed in the United States on April 20, 2025

Amazon Vine Customer Review of Free Product ( What's this? )

Deliver to
New York 10010

Home & Kitchen ▾

EN    Hello, sign in
Account & Lists

Returns
& Orders

0

product was received exactly as shown in the pictures (all parts/components included). The directions were a little vague, but I had used a steamer before, so I knew the drill. I used the funnel and cup to measure out 250ml of distilled water, to pour in the top, then another 50ml to fill up 300 of the 350ml capacity (directions say to leave some room). I attached the long hose, and a tried out a couple different attachments for my attempt to clean the shower tile & glass. Cord seems rather short, so I had to use an extension cord. No leaking. Heated up within minutes (red light on the side turns off once it's ready). You then push the black button forward, and press down to release the steam. After several minutes of this, my hand and thumb were getting sore, and I had to take a break. The glass squeegee didn't clean the soap scum from the glass, but the microfiber attachment on the small garment steamer worked better. I was able to clean the few parts of the shower without running out of water, and feel like this holds a typical amount of water. The unit is not heavy and has a handle for easy carry. Overall, this is a handy little eco friendly unit, and I will continue to use it throughout my house.

One person found this helpful

Helpful          Report

 Keith D. Foust

**Performance**

Reviewed in the United States on April 16, 2025

Color: Yellow    Verified Purchase

Is ok, not as good as advertisements shows.

Helpful          Report

liset

**Cleaning**

Reviewed in the United States on May 11, 2025

Color: Yellow    Verified Purchase

Nice cleans ok just very small for large spaces but worth the money

Helpful          Report

Leona

**Versatile Steam Cleaner**

Reviewed in the United States on April 3, 2025

Verified Purchase

This little guy is so versatile. It comes with a long spray, nozzle, towel sleeve, measuring cup, filling funnel, Ben, nozzle, round brush, nozzle, upholstery nozzle, window, spray, nozzle, and flexible spray nozzle! You can use this in anything that needs a little extra tlc.

Helpful          Report

Julie M

**Frustrating machine**

Reviewed in the United States on March 25, 2025

Color: White    Verified Purchase

The covers for the window scraper don't even come close to fitting. As another customer mentioned, only one of the accessory pieces fit on the nozzle, which is threaded. None of the accessories are. Tried pushing them on, but they just fall off. Fair amount of steam, but it drips a lot of water while steaming things. It's going back.

One person found this helpful

Helpful          Report

**See more reviews** ›

2026/1/10 18:11 Amazon.com - Steam Cleaner - 3-Level Adjustable Handle Fast Heats Up - Steam for Cleaning with 10pcs Accessories Portable...

Case 1:25-cv-09909-RA-BCM   Document 15-3 - Filed 01/30/26   Page 241 of 267

Deliver to
New York 10010

Home & Kitchen ▼

EN    Hello, sign in
Account & Lists

Returns
& Orders    0

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



2026/1/11 09:59 Amazon.com - Handheld Steam Cleaner for Home, 2500W High Pressure Steamer, 15s Best Heat-Up, Inorganic, Portable Stea...

Case 1:25-cv-09009-RA-BCM Document 15-3 Filed 01/30/26 Page 243 of 267

on the handle for on demand power

Tackle delicate fabrics with low steam, then switch to high pressure to blast grout. Perfect for safely sanitizing mattresses, car interiors, and kitchens

- 1.5L Large Tank & Extended Reach for Whole-Home Cleaning: With this large tank steamer, enjoy up to 45 minutes of continuous steam output without refills. The generous 2.9ft hose and generously provide extended reach, allowing you to clean entire home—from expansive floors to large kitchen areas—without moving the unit.

- Portable Multi-Surface Cleaner with Attachments: Lightweight design and 10 accessories make this multi-surface steamer ideal for portable car cleaner use furniture, grout, and kitchen degreasing.

- Chemical-Free Sanitizing & Eco-Friendly: A chemical-free cleaner that uses pure steam to sanitize safely around kids and pets. Eco-friendly steamer with no toxic residues

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout
(529)
$49.99
🌱 1 sustainability feature

Sponsored

## Frequently bought together



Total price: $125.16

[ Add all 3 to Cart ]

These items are shipped from and sold by different sellers.
Show details

This item: Handheld Steam Cleaner for Home, 2500W High Pressure Steamer, 15s Fast Hea...
$52.99

M&K Crossfire Bed Bug Concentrate | Kills Pyrethroid Resistant Bed Bug Strains | 1.5 oz...
$41.99

M&K Crossfire Aerosol | Insecticide Spray | Indoor Bed bug Killer | for Long-Lasting Be...
$30.99 ($2.33/Fluid ounce)

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.5L Water Tank, handle-controls... 
142
$69.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer, Handheld Stea...
129
$49.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon
Sustainability feature

Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning Portable Steam Cleaner with 1.5L Water Tank 3...
246
$59.99
Get it as soon as Thursday, Jan 15
FREE Shipping by Amazon

Moonglanoo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...
504
$53.99
Get it as soon as Thursday, Jan 15
Free Shipping by Amazon

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...
258
$39.99
Get it as soon as Thursday, Jan 15
Free Shipping by Amazon

Steam 6-in-1 Natur...

$45.9
Lat...
Lower
Get it
Jan 15
FREE S

## Videos for similar products



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning,
146
$59⁹⁹

Handheld Steam Cleaner for Home, 15s Heat-Up 42.27oz
58
$57⁹⁹

3 Level Adj Handheld S

$69⁹⁹

## Product description



2026/1/11 09:59　Amazon.com – Handheld Steam Cleaner for Home, 2500W High Pressure Steamer, 15s Fast Heat-Up, Ergonomic, Portable Stea…

Case 1:25-cv-09009-RA-BCM　　Document 15-3　　Filed 01/30/26　　Page 245 of 267



## Product information

| Brand | QIDIXG |
|---|---|
| Special Feature | High Pressure, Large Capacity Tank, Rapid Heat Up, Removable Nozzle, Steam Control |
| Surface Recommendation | Carpet, Door, Floor, Sink, Tile, Upholstery, Wall, Window |
| Model Name | TO-SC-006 |
| Included Components | Brass Brush, Steam Connector, Steam Head Attachment, User Manual |
| Wattage | 2000 watts |
| Color | White |
| Capacity | 1.6 Liters |
| Style | Modern |
| Product Care Instructions | Hand Wash |
| Package Dimensions | 11.57 x 0.41 x 6.46 inches |
| Item Weight | 5.37 pounds |
| ASIN | B0FHK4D8HN |
| Item model number | TO-SC-006 |
| Customer Reviews | 4.1　⋆⋆⋆⋆⋆ 140<br>4.1 out of 5 stars |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

2026/1/11 09:59     Amazon.com – Handheld Steam Cleaner for Home, 1500W High Pressure Steamer, 15s Fast Heat-Up, Portable, Portable Stear…

Case 1:25-cv-09009-RA-BCM     Document 15-3     Filed 01/30/26     Page 246 of 267

| | |
|---|---|
| Best Sellers Rank | #155,836 in Home & Kitchen (See Top 100 in Home & Kitchen) #99 in Handheld Steamers |
| Date First Available | August 31, 2025 |

## Product Videos

Kyla Winn   Earns commissions
If I was buying a steam cleaner I would want to know

## Similar brands on Amazon

Sponsored


TVD Heavy Duty Steam Cleaner For Home, Steamer For Cleaning with 76...
4.8    4...
$119.99   List Price: $149.99


Steam cleaner, 1500w Steamer Cleaning Fast Heating Multi-Surface Steam...
4.8    115
$99.99


Steam Cleane... 4.7 105 $98.9

2026/1/11 09:59    Amazon.com – Handheld Steam Cleaner for Home, 2500W High Pressure Steamer, 15s Fast Heat-Up, 1.8L Tank, Portable Stea…

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 247 of 267

## Customer reviews

### 4.1 out of 5

38 global ratings

| | |
|---|---|
| 5 star | 58% |
| 4 star | 22% |
| 3 star | 6% |
| 2 star | 0% |
| 1 star | 14% |

How customer reviews and ratings work

Sponsored

## Customers say

Customers find the steam cleaner works well, with one mentioning it handles various tasks effectively. They consider it good value for money, with one customer noting its large water capacity relative to its price point.

⊛ Generated from the text of customer reviews

**Select to learn more**

✓ Functionality (2)    ✓ Value for money (2)

## Reviews with images

See all photos›

   

## Top reviews from the United States

 **Liana**

**Balck and white steamer.**
Reviewed in the United States on December 30, 2025
Color: White   Verified Purchase
It does was its supposed to do. Works well.

( Helpful )   Report

 **Dwyer Carr II**

**Nice**
Reviewed in the United States on December 20, 2025
Color: White   Verified Purchase
Nice for the price. Was a bit smaller than I expected but seems to be good quality.

( Helpful )   Report

 **Bhanuka Samavihara**

**Excellent value steam cleaner.**
Reviewed in the United States on January 6, 2026
Color: White   Verified Purchase
Large water capacity for the price and it cleans very effectively. The three adj. stable pressure levels are very useful for different surfaces. Comes with good attachments that handle a variety of tasks. Works especially well in the kitchen and bathroom. Very happy with the performance.

( Helpful )   Report

 **Brittany C.**

**The best little thing ever**
Reviewed in the United States on November 4, 2025
Color: White   Verified Purchase
This little steam cleaner is seriously the best thing ever. Makes cleaning a breeze. Amazing price, so easy to just fill up and turn on and start cleaning. Love all the attachments and the gloves it comes with. I am so happy with this purchase!

One person found this helpful

( Helpful )   Report

 **M. W.**

**This is a mist machine, not a steamer**
Reviewed in the United States on September 28, 2025
Color: White   Amazon Vine Customer Review of Free Product ⓘ [What's this?]   Verified Purchase
This is just a glorified mist machine with a small heating element that sort of warms up the mist so it's not ice cold.

Unlike a proper steamer which has a boiler and the tank is pressurized. This is literally just a mist machine. The tank is not pressurized, the water in the tank doesn't heat at all. It could cause a very heavy mist and the heating element is only at the exit point.



Even for free this isn't worth it if a steamer is what you're after

Have I mentioned this is not a steamer...

5 people found this helpful

( Helpful )    Report

Jennifer

**Large vessel, powerful unit!**

Reviewed in the United States on December 9, 2025
Color: White    Verified Purchase

So far it works great! More powerful than the Bissell I have. No complaints with steam run time and love how much water it holds.

One person found this helpful

( Helpful )    Report

Matthew Tsakonis

**Decent value**

Reviewed in the United States on October 12, 2025
Color: White    Verified Purchase

Works well, cleaned an engine bay in about 15 minutes. Looking for more projects to use it for.

One person found this helpful

( Helpful )    Report

Sean Behera

**Good buy!**

Reviewed in the United States on December 11, 2025
Color: White    Verified Purchase

Excellent steam cleaner for the price!
My wife loves it!

One person found this helpful

( Helpful )    Report

See more reviews ›

back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & |
|  |  | Credit Card Marketplace |  |

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Reload Your Balance

Gift Cards

Amazon Currency Converter

Replace Your

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC settlement

Registry & Gift List

Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Deliver to
New York 10010

Home & Kitchen ▾

Search Amazon

EN

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All　Amazon Haul　Medical Care ▾　Amazon Basics　Best Sellers　Books　Registry

Amazon Home　Shop by Room　Shop by Style　Home Décor　Furniture　Kitchen & Dining　Bed & Bath　Garden & Outdoor　Home Improvement

Shop H2O

Sponsored

## Consider these available items



| | |
|---|---|
| Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable Handle,2500W | |
| 3.9　　160 | |
| $79.99 | |

2500W Handheld Steam Cleaner,Portable Car Steamer For Auto
4.0　　369
$47.99

Pressurized Steam Cleaner, 3-Level Adjustable Handheld Steamer Cleaning for Home,
4.2　　231
$56.99

Home & Kitchen › Vacuums & Floor Care › Steam Cleaners, Steam Mops & Accessories › Handheld Steamers



Click to see full view

4 VIDEOS

...eam Cleaner, 2500w ...eamer for Cleaning, 3- ...rde Adjustable Handle, ...6L Water Tank, Steam ...eaner for Home, Fast ...at Handheld Steam ...eaner, Handheld ...eamer for Car, ...rniture, Kitchen, ...throom

...nd: TwoOases

(284)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| ...nd | TwoOases |
|---|---|
| ...cial Feature | 3 Level Steam Output Handle Adjustable, Cleaning Stubborn |

See more

| Surface Recommendation | Window & Upholstery & Tile & Grout & Carpet & Stove & Tile & Grout & |
|---|---|
| Model Name | Steam Cleaner |
| Included Components | 1 x 2M Power Cord & 1 x Extension Tube & 2 x Steel Brush, 1 x Steam |

See more

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to New York 10010

Add to List

Sponsored

## About this item

- 2500w Steam Cleaner: Working 2500w power, the pressurized steam cleaner can emit 221℉(105℃) high temperatur steam and high pressure steam up to 3 bar in 15s, which can help you remove the stubborn grease, dirt and stains of surfaces easier, making your cleaning task more convenient and efficient, saving your time.

- 2 in 1 Innovation & 3 Level Handle Controller : The handheld steamer adopts 2 in 1 innovation design, the power button and grade control button are

combined into one button, which is installed on handle. Long press the button of handle to turn on /off the steam shot cleaner, short press the button to adjustable steam output content. You can control the car steamer via the button of handle, is more convenient and safe.(the handle need to install AAA/Triple-A battery, but Package not included battery)

- 1600ml Water Tank: The steam cleaner for home comes up with a large water tank capacity of 1600ml, which can operate continuously for 35-45 minutes after refilled once, even away from the water source, you can focus on cleaning task and without worrying about running out steam, improving your cleaning efficient. The high temperature steam cleaner with large water tank is really a good help for cleaning.

- Multiple Cleaning Brushes: This hand hele steam cleaner has different bursh heas, plug and play, is more easy to install than other brush head, which can be used to diferent occossion according your cleaning need, and deal with multiple cleaing task. Also, with the bent nozzle, 1.5 power cord and extension pole, the high pressure steam cleaner can clean dust or stubborn grimes in those hard to get to places or crevices and corners easier, boosting your cleaning work efficient.

- Multipurpose Steam Cleaning Machine: The steam cleaner multipurpose can be used in many areas. The cleaning steamer is suitable for cleaning stoves, walls, micro waves, washing, refrigerators, bathroom, kitchen, living room, hard floors, tile, toy, upholstery, furniture, toilet, BBQ grill, windows, carpet, shower, sofa, car and so on.

- Chemical-free and Safe: the household steamer for cleaning is only use water steam to clean dirt and grease , 100% chemical-free with no harmful fumes or residue. This healthy and friendly portable steamer for car detailing is ideal for families with children, pregnant, pets or chemical sensitivities, providing a healthy and safe space for them. The heavy duty steam cleaner is a good helper in cleaning.

- Packing List & Service: The package including: 1 x steam cleaner machine(No contain AAA/Triple-A battery), 1 x 1.5m power cord, 1 x extension tube, 2 x steel brush, 2 x plastic brush, 1 x round plastic brush, 1 x bent nozzle, 1 x window squeegee, 1 x ironing brush, 3 x ironing brush cloth, 2 x small shovel, 2 x sealing ring,1 x glove, 1 x user manual. And more, we support One Years-Warranty. If you have any question, please tell us and we will deal with within 24 hours.

Report an issue with this product or seller

## Consider a similar item

Amazon's **Choice**

7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Steam Cleaner for Home Use, Hardwood Floor Steam Cleaner for Upholstery, Kitchen, Bathroom, Grout

(529)

$49.99
🌿 1 sustainability feature



Sponsored

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle…
142

$69.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea…
529

Amazon's Choice
$49.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon
🌿 1 sustainability feature



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3…
246

$59.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning…
504

$53.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon



Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner…
258

$39.99
Get it as soon as **Thursday, Jan 15**
FREE Shipping by Amazon

Kouto
Home
Handh
Cleani
Handl

$54.9
Get it a
Jan 15
FREE S

## Videos for similar products

2:50
Handheld Steam Cleaner for Home, 2500W High Temperature
142
$69⁹⁹

0:31
2500W Handheld Steam Cleaner,Portable Car Steamer For
369
$49⁹⁹

2500W Por
Cleaner,54
$52⁹⁹

## Product description

Case 1:25-cv-09009-RA-BCM    Document 15-3    Filed 01/30/26    Page 253 of 267



2 In 1 Innovation Design            1600ml Water Tank



Cleaning Stove            Cleaning Range Hood

Cleaning Bathroom        Cleaning Fabric        Cleaning Car Wheel        Car Detailing Cleaning



## Product information

| Brand | TwoOases |
|---|---|
| Special Feature | 3 Level Steam Output Handle Adjustable, Cleaning Stubborn Grease, Grime, Dust and Stains & Window Cleaning, High Pressure & High Temperature, Manual & Portable & Powerful & Heating Fast & Multi Brushes & Removable |

**Feedback**

Would you like to **tell us about a lower price?**

2026/1/11 09:53　Amazon.com - Steam Cleaner, 2500W Steamer for Cleaning, 3-Gards Adjustable Handle, 3L 6/ Water Tank, Steam Cleaner for...

Case 1:25-cv-09099-RA-BCM　　Document 15-3　　Filed 01/30/26　　Page 254 of 267

| | Brush, Steam Control & Power button and steam adjust button 2 in 1 |
| --- | --- |
| Surface Recommendation | Window & Upholstery & Tile & Grout & Carpet & Stove & Tile & Grout & Toaster Oven |
| Model Name | Steam Cleaner |
| Included Components | 1 x 2M Power Cord & 1 x Extension Tube & 2 x Steel Brush, 1 x Steam Cleaner Machine, 1 x Window Squeegee & 1 x Ironing Brush & 3 x Ironing Brush Cloth & 2 x Small Shovel, 2 x Plastic Brush & 1 x Round Plastic Brush & 1 x Bent Nozzle, 2 x Sealing Ring & 1 x Glove & 1 x User Manual |
| Wattage | 2500 watts |
| Item Weight | 3.86 Pounds |
| Tank Volume | 1.69 Quarts |
| Form Factor | Handheld |
| Heat Time | 15 Seconds |
| Color | Red |
| Power Source | ac |
| Capacity | 1600 Milliliters |
| Style | Modern |
| Maximum Temperature | 221 Degrees Fahrenheit |
| Product Dimensions | 5.8"D x 8.3"W x 5.6"H |
| Manufacture Year | 2025 |
| Item Weight | 3.86 pounds |
| ASIN | B0DKXLD1JM |
| Item model number | TC-SC-003 |
| Customer Reviews | 4.1　　(284)　4.1 out of 5 stars |
| Best Sellers Rank | #698,346 in Home & Kitchen (See Top 100 in Home & Kitchen) #226 in Handheld Steamers |
| Date First Available | October 25, 2024 |

## Product Videos



Sponsored

## Similar brands on Amazon

Sponsored




Gautye Steam Cleaner, 3-Level Adjustable Handle, 15s Heat-Up, 1.69...

4.3          2,037

$79.99  List: ~~$99.99~~




Newbealer Steam Mop & Detachable Handheld Cleaner, 250ml 1200W...

4.1          1,135

$78.27  Typical price: ~~$82.39~~




2500W
10s Fa

4.2

$53.9

---

## Customer reviews

### 4.1 out of 5

284 global ratings

| | | |
|---|---|---|
| 5 star | | 62% |
| 4 star | | 18% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 10% |

How customer reviews and ratings work


Sponsored

## Customers say

Customers find the steam cleaner effective, with one mentioning it removes dirt easily and another noting it sanitizes surfaces thoroughly. They praise its quality, size, and ease of use, and appreciate that it comes with multiple attachments. The heat level receives mixed feedback - while some say it heats up quickly, others report that the water doesn't get hot enough.

⚙ Generated from the text of customer reviews

**Select to learn more**

Effectiveness (10)  |  Quality (9)  |  Cleaning power (8)  |  Power (5)  |  Size (5)

Ease of use (4)  |  Attachments (3)  |  Heat level (7)

### Reviews with images

See all photos ›




---

### Top reviews from the United States

Errol Hamilton (Spider 🕷)

**Everything felt clean and sanitized.**

Reviewed in the United States on September 13, 2025

**Verified Purchase**

This 2500W steam cleaner is incredibly powerful and makes deep cleaning easier! It heats up quickly and produces strong, continuous steam that easily removes dirt, grease, and grime from floors, tiles, and even upholstery. I used it to detail my car and I was amazed at how fresh and sanitized everything felt after using it – no harsh chemicals needed. The attachments are super useful for getting into tight spaces, and the large water tank means fewer refills during big cleaning sessions. It feels very sturdy, reliable, and is easy to use – it's a good buy.

Helpful          Report



Franklyn Torres

**Amazing machine**
Reviewed in the United States on January 8, 2026
**Verified Purchase**

This little machine is amazing and has an incredible purpose in cleaning in generals great for most cleaning purposes n mobile details on car

Helpful          Report

Nan H

**Very nice**
Reviewed in the United States on August 8, 2025
**Verified Purchase**

Haven't used it yet. Looks good

Helpful          Report

Zita Jackson

**Steam Those Bugs Away**
Reviewed in the United States on October 24, 2025
**Verified Purchase**

This high heat steam cleaner is absolutely amazing and saved me a ton of money. After realizing that I had somehow contracted a bed bug problem, I immediately spoke to the pest control company that comes out regularly to my home, for a solution to this problem. They quoted me an exorbitant amount of money to first have a dog come out to track where the problem was, and then more money for treatment of the problem. Fortunately for me, my pest control technician was scheduled to come out around that same time and after telling him about the bed bug problem, he informed me that high hot steam will kill them and could save me a ton of money. I immediately bought this steamer the same day, and when it arrived the next day, I went to work on my bed bug problem. This heater gets so hot that they send you gloves to put on when using it. I steamed my head board, mattresses, and box spring every day for a week, then once a week until I was satisfied that the bed bugs were gone. Let's just say, it did the trick!!!! There's no way a bed bug or any bug would be able to survive such intense heat. I also steamed my chairs, sofa and even the rugs around the bed just to be on the safe side. I am so happy that my technician gave me this tip because it saved me so much money.

⌄ Read more

Helpful          Report

Bethany

**Water doesn't get hot**
Reviewed in the United States on November 23, 2025
**Verified Purchase**

Very dissatisfied…I wish I had opened it as soon as it arrived because now I missed the return window. I purchased in July and opened the box in November for the first time. I followed the directions and the water temp is warm at best. Even with the pressure of the spray I was able to touch the spray nozzle while it was operating and it was not hot to the touch.

One person found this helpful

Helpful          Report

Shaniyah

**Powerful Steam Cleaner**
Reviewed in the United States on June 27, 2025
**Verified Purchase**

This steam cleaner removes dirt easily and warms up quickly. I've used it on kitchen tiles, couches, and my car's windows. It is easy to use for all kinds of cleaning activities due to the adjustable handle. I love how it included the different attachments which make it easy to switch during tasks. Great for deep cleaning or freshening up spaces around the house.

4 people found this helpful

Helpful    Report

**Jean**

### Handheld cleaner steamer
Reviewed in the United States on March 10, 2025
**Verified Purchase**

This handheld steam cleaner works well and after only 1 use , stored in the original box and found tank/ reservoir cracked unable to hold any water.

Helpful    Report

**Dennis P**

### Nice size, easy to move around.
Reviewed in the United States on October 6, 2025
**Verified Purchase**

great steamer, works great, heats up fast.

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Marijan**

### Great product!
Reviewed in Germany on March 20, 2025
**Verified Purchase**

I bought this handheld steam cleaner mainly to tackle stubborn grease in my kitchen and soap scum in the bathroom, and I have to say, it works like a charm!
One of my favorite features is the adjustable steam pressure, which allows me to switch between deep cleaning and more delicate tasks like steaming windows and mirrors without leaving streaks.

The water tank is a decent size for a handheld steamer, giving me enough steam to clean multiple areas without constantly refilling. It's also lightweight and comfortable to hold, making it easy to maneuver around tight spaces.

Overall, this is a must-have for anyone who wants a powerful, chemical-free cleaning solution. Highly recommend!

Report

**Franco**

### Orrendo
Reviewed in Italy on August 2, 2025
**Verified Purchase**

Una stella perché meno non ne posso dare, usato poche volte, all'inizio sembrava fantastico, dopo un uso nell'arco di un mese ha dato problemi, spruzzava solo acqua bollente niente vapore, cominciava pure a perdere acqua. Noto con piacere che pur di venderlo hanno abbassato il prezzo. Commercianti si nasce. Eseguito il reso

Report

Translate review to English

**Rasheda Reid**

### Absolutely Worth Every Penny!

2026/1/11 09:53 Amazon.com - Steam Cleaner, 1500W Steamer for Cleaning, 3-Gards Adjustable Handle, 310 ... Water Tank, Steam Cleaner for ...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 258 of 267

Reviewed in Canada on October 16, 2025

**Verified Purchase**

I wish i could add more stars because its worth more than 5!

I rarely write reviews, but I just had to share how impressed I am with this steam cleaner! From the very first use, I could see a huge difference. It heats up quickly, is super easy to use, and leaves every surface looking spotless and sanitized without any harsh chemicals.

I've used it on my floors, kitchen tiles, bathroom grout, and even my kids' toys everything looks and feels cleaner. The steam cuts through grease and grime effortlessly, and I love that it kills germs naturally. It's also surprisingly not heavy and easy to maneuver, which makes cleaning less of a chore and more satisfying.

What really sold me is how fresh and streak-free everything looks afterward. It's perfect for anyone who wants a deep, chemical-free clean that's safe for kids and pets.

If you're on the fence, DONT hesitate. This steam cleaner is a total game-changer for keeping your home fresh, spotless, and healthy. I wish I'd bought it sooner!

Report

Pablo Aranda

**TAL COMO ESPERABA**

Reviewed in Spain on September 18, 2025

**Verified Purchase**

Para lo que pretendía es perfecto,

Report

Translate review to English

Rena Bernier

**100% satisfaite**

Reviewed in Canada on October 24, 2025

**Verified Purchase**

Merveilleux ! Ne nécessite pas de remplissages constants très efficace et facile d'utilisation.

Report

Translate review to English

**See more reviews** ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

2026/1/11 09:53 Amazon.com - Steam Cleaner, 1500W Steamer for Cleaning, 3-Gard Adjustable Handle, 310L Water Tank, Steam Cleaner for...

Case 1:25-cv-09999-RA-BCM    Document 15-3    Filed 01/30/26    Page 259 of 267

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

| English | United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

2026/1/11 09:55 Amazon.com: Handheld Steam Cleaner,2500W Steamer for Cleaning 1.69 Quarts Large Capacity Tank,Temperature steamer for...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 260 of 267

Deliver to
New York 10010

| Home & Kitchen ▾ |  Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop H2O

Sponsored

## Consider these alternative items



Handheld Steam Cleaner,
10s Fast Heating Steamer
for Cleaning, 1.6L Water
3.7        123
$59.99



Steam Cleaner,2500W
Steamer for Cleaning 1.69
Quarts Large Capacity
$35.99



Steam Cleaner, 2500W
Portable Handheld Steamer
for Cleaning, Large Capacity
4.0        93
$46.99

Click to see full view

4 VIDEOS        3+

andheld Steam
eaner,2500W Steamer
r Cleaning 1.69 Quarts
rge Capacity
nk,Temperature
eamer for
ome,Car,kitchens,Campi
g
nd: YUBOLAX
(124)

$53$^{65}$

FREE Returns

y 1 left in stock - order soon.

| nd | YUBOLAX |
| n ght | 2.39 Kilograms |
| k Volume | 1.69 Quarts |
| Item Display Dimensions | 6.29 x 8.46 x 11.41 inches |
| Color | Deep Black |

### About this item

- MULTIFUNCTIONAL APPLICATION: the high temperature steamer is equipped with different accessories and brushes for cleaning stoves, hoods and dishes in the kitchen, bathrooms, floors and furniture in the living room, as well as mattresses and curtains in the bedroom, pet stores, outdoor equipment

- Three-position Handle Adjustment: The handle adjustment button facilitates the user to flexibly operate the adjustment gear in different scenarios, reduces fatigue and improves the comfort of use.

- Multi-Functional Use Scenarios: the high temperature steamer comes with different accessories and brushes that can be used to clean the stove, hood and dishes in the kitchen, floors and furniture in the bathroom and living room, as well as mattresses and curtains in the bedroom, pet stores and outdoor equipment, the oversized storage bag can store the entire accessory to prevent the accessory from being lost after use and easy to store.

**Buy used:** $53.65

FREE delivery **Friday, January 16**

Or **Prime members** get FREE delivery **Tuesday, January 13**. Order within 3 hrs 5 mins. Join Prime

Deliver to New York 10010

**Used: Like New** | Details
Sold by Amazon Resale
Fulfilled by Amazon

**Only 1 left in stock - order soon.**

Add to cart

Add to List

Deliver to
New York 10010

Home & Kitchen ▾

EN    Hello, sign in
Account & Lists

Returns
& Orders

0

to humans and the environment, safe to use around children and pets. Save water.

- Easy to Storage Without Taking up Space: The handheld steamer box simply adds the right amount of water, turns on the power, and generates steam in 15 seconds, which is then sprayed onto the area to be cleaned with a handheld lance or other accessory. Compact, portable and easy to store.

- Tips: AAA batteries need to be loaded at the handle before filling the steam, due to shipping restrictions we don't provide batteries.

- IMPORTANTANANN OTICE: for the first time, wait 15 seconds for the machine to warm up.

  Report an issue with this product or seller

## Based on your recent shopping trends



Handheld Steam Cleaner for Home, 2500W High Temperature Pressurized Machine, 1.6L Water Tank, Handle-controlle...
142

$69.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



7 in 1 Steam Cleaner 2500W High Pressure Steamer for Cleaning, Car Steamer Handheld Stea...
529

Amazon's Choice

$49.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

♻ 1 sustainability feature



Handheld Steam Cleaner, 2500W High Pressure Steamer for Cleaning, Portable Steam Cleaner with 1.6L Water Tank, 3...
246

$59.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon



Moongiantgo High Pressure Steam Cleaner, 2500W Portable High Temp Bathroom Power Steamer Cleaning...
504

$53.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Handheld Steam Cleaner, 10s Fast Handheld Heating Steamer for Cleaning 15-in-1 High Pressure Steam Cleaner...
258

$39.99

Get it as soon as **Thursday, Jan 15**

FREE Shipping by Amazon

Kouto
Home
Handh
Cleani
Handl

$54.9

Get it a
Jan 15

FREE S

## Videos for similar products

3:29

Goyappin Handheld Steam Cleaner for Home, 2500W High Pressure
190

$69⁹⁹

4:24

Steam Cleaner,15s Heat-Up,1.6L Tank,3-Level Adjustable
874

$79⁹⁹

ODSD Stea
Car, 3-Leve

$79⁹⁹

## Product description

2026/1/11 09:55 Amazon.com: Handheld Steam Cleaner,2500W Steam for Cleaning 1.69 Quarts Large Capacity Tank, Temperature steamer for…

Case 1:25-cv-09099-RA-BCM   Document 15-3   Filed 01/30/26   Page 262 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN   Hello, sign in
Account & Lists

Returns
& Orders

0

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?**

| Brand | YUBOLAX |
|---|---|
| Item Weight | 2.39 Kilograms |
| Tank Volume | 1.69 Quarts |
| Item Display Dimensions | 6.29 x 8.46 x 11.41 inches |
| Color | Deep Black |
| Voltage | 20.83 Volts (AC) |
| Capacity | 1.69 Quarts |
| Style | Modern |
| UPC | 787353560046 |
| Package Dimensions | 11.97 x 9.25 x 6.57 inches |
| Item Weight | 5.26 pounds |
| ASIN | B0F43FWK1V |
| Item model number | zq-0035 |
| Customer Reviews | 4.0   (124)  4.0 out of 5 stars |
| Date First Available | December 6, 2025 |

## Product Videos

Sponsored

## Similar brands on Amazon

2026/1/11 09:55    Amazon.com: Handheld Steam Cleaner,2500W Steamer for Cleaning 1.69 Quarts Large Capacity Tank, Temperature Steamer for...

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 263 of 267

Deliver to
**New York 10010**

[ Home & Kitchen ▼ ]

EN

Hello, sign in
**Account & Lists**

Returns
**& Orders**

**0**





 Gautye Steam Cleaner, 3-Level
Adjustable Handle, 15s Heat-Up, 1.69...
4.3       2,037
**$79.99**   List: ~~$99.99~~

2500W Steam Cleaner for Home & Car,
10s Fast Heat Steamer for Cleaning, 6-...
4.2       395
**$53.99**   List: ~~$68.99~~

 STEAM
power
4.4
**$110.**

## Customer reviews

### 4 out of 5

124 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓ | 63% |
| 4 star | ▓ | 11% |
| 3 star | ▓ | 7% |
| 2 star | ▓ | 2% |
| 1 star | ▓▓ | 17% |

How customer reviews and ratings work

## Customers say

Customers find this steam cleaner to be a deep-cleaning workhorse that lifts dirt and grime effectively. The device heats up quickly and features a powerful 2500W motor, with one customer noting its 45-minute continuous steam time. They appreciate its compact size, easy setup, and versatile attachments that make it suitable for various cleaning tasks around the home.

 Generated from the text of customer reviews

**Select to learn more**

✓ Cleaning power (34)   |   ✓ Steam quality (19)   |   ✓ Heat up time (17)   |   ✓ Ease of use (15)  |
✓ Power (14)   |   ✓ Size (13)   |   ✓ Stains removal (12)   |   ✓ Versatility (11)

## Reviews with images

See all photos ›

   

## Top reviews from the United States

Shamim Reza

**Powerful Steam Cleaner with Thoughtful Accessories – A Cleaning Game Changer!**
Reviewed in the United States on August 2, 2025
**Verified Purchase**

This steam cleaner has transformed the way I clean my home! From tile floors to bathroom grout and even upholstery, it tackles everything with ease — and the best part is all the extras it comes with.

Why I'm Impressed:

Powerful Steam Output:
It heats up quickly and delivers strong, consistent steam that lifts dirt and grime without the need for harsh chemicals. Perfect for deep-cleaning kitchens, bathrooms, and more.

Tons of Useful Attachments:
It comes with a wide variety of nozzles, brushes, scrapers, and even a fabric tool. Whether you're cleaning windows, tight corners, or your car interior, there's a tool for it.

˅ Read more



2 people found this helpful

( Helpful )     Report

Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 264 of 267

Deliver to
**New York 10010**

Home & Kitchen ▾

EN

Hello, sign in
**Account & Lists**

**Returns
& Orders**

0

Reviewed in the United States on October 17, 2025

**Verified Purchase**

This steam cleaner works amazingly well! With its powerful 2500W motor, it heats up quickly (around 2 seconds) and produces strong, continuous steam. It's great for cleaning shoes, kitchen surfaces, bathroom corners, car interiors, and window gaps. The large water tank lasts for a while without needing frequent refills. The included nozzles and brush heads are very practical and allow you to clean every corner. The steam is hot enough to remove grease and stubborn stains easily while sanitizing at the same time. Excellent value for the price

— highly recommended!

Helpful     Report

 Souhila Salhi

**Waist of money!**

Reviewed in the United States on November 8, 2025

**Verified Purchase**

The steamer looks good, works good but I don't like it at all!! Waist of money. It doesn't clean the kitchen grease!! It couldn't clean my stove whicjh I got for! I have to scrab so hard with other tools and products to have an acceptable result. I don't recommend it.

Helpful     Report

 Madeleine Moran

**Good quality and great cleaner.**

Reviewed in the United States on August 17, 2025

**Verified Purchase**

I mainly got this little steamer for my car and it's been a game changer. Works great on the seats, cup holders, vents, all the little spots that are hard to reach. The steam is strong enough to lift dirt and it leaves everything looking much cleaner without any chemical smell. It's small and light so I can handle it easily, and it heats up quick. Honestly makes detailing my car so much easier.

Helpful     Report

 Jon Drum

**Fantastic Power, Great Capacity—A Deep Cleaner's Dream! (But Check the Size!)**

Reviewed in the United States on October 19, 2025

**Verified Purchase**

I recently purchased this Handheld Steam Cleaner (2500W, 1.69 Quarts) and have been thoroughly impressed, especially with the raw cleaning power and the extended tank capacity. However, shoppers should know what the term "handheld" means for a unit this powerful.

Cleaning Power (5/5)

The 2500W heating element is no joke. It blasts super-hot, pressurized steam that cuts through grime and caked-on messes that my previous, smaller steamer couldn't touch. I've used it to tackle:

Kitchen Grease: It melted years of baked-on grease inside the oven and on the range hood filters with minimal scrubbing.

Grout & Tile: The tile grout in my bathroom is whiter than it has been in years.

⌄ Read more

2 people found this helpful

Helpful     Report

 David j

**Easy to use**

Reviewed in the United States on August 14, 2025

**Verified Purchase**

I recently purchased this steam cleaner for my home, and I couldn't be happier. It heats up quickly and produces strong, consistent steam that easily lifts dirt, grease, and grime from every surface I've tried it on — floors, kitchen counters, bathroom tiles, even fabric furniture. What I love most is that it cleans

2026/1/11 09:55
Amazon.com: Handheld Steam Cleaner,2500W Steamer for Cleaning 1.69 Quarts Large Capacity Tank, Temperature steamer for...
Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 265 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Helpful          Report

Karen K

**Cleans well.**

Reviewed in the United States on October 26, 2025
**Verified Purchase**

I used it to clean a metal door and the parts that open and close the door and the metal base. I expected to have water dripping down but that didn't happen. It was easy to just wipe up with a paper towel and got some really ground in dirt out. Holds plenty of water. Hose is a good length. Has lots of attachments. The quality is good. Sturdy and easy to move around with the handle on top.

Helpful          Report

Amazon Customer

**Needs a better instruction manual.**

Reviewed in the United States on September 10, 2025
**Verified Purchase**

Just received this. I really haven't had time to try it out yet. I do wish it came with a better instruction manual. Some of the illustrations are hard to read. Especially the usage of the different attachments and how to use them properly.
Hopefully once I have time to actually use the machine and different tools, I will figure it out.

Helpful          Report

See more reviews ›

## Top reviews from other countries

Dan L

**Powerful**

Reviewed in Canada on November 3, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

Great for tough stains, grime and other random cleaning tasks. The included tools cover any kind of cleaning you could need and its small and light enough to bring around the house with your other supplies. Its hot and powerful and I find myself reaching for it so save time more and more every week.

Report

J

**Light and easy to carry compact steamer with a very long cord and multiple attachments**

Reviewed in Canada on September 14, 2025
**Amazon Vine Customer Review of Free Product** ( What's this? )

This compact steamer is easy to use once I got the hang of it. There are a few different nozzles to use and it holds 1.6L (1600ml/6.8 cups) and I use distilled water to reduce the white dust that tap or regular water bottle usually leaves due to minerals, calcium etc. It heats up fast and I find it's very light to carry, even when full of water. The instructions are easy to follow and I kept the manual handy the first couple of times. I really like how long the cord is, how fast it heats up and that the control buttons for low-medium-high are right on the handle (needs AAA batteries - not included). My favorite attachments that I seem to use the most are the steamer head (looks like a vaccum head) for the couch, sofa and matching chair, pet bed, mattresses and pillows (to name a few). I also use the really long narrow nozzle to steam corners, cracks, crevices and baseboards in the house to eliminate spiders and other pests, as well as outside around the house foundation where there's a lot of ant colonies to reduce the chance of invasions into the house since we do not use chemical pesticides. I make sure it's clean and dry before it's put away, then store all the accessories and hose in a smaller bin so nothing gets lost or misplaced. I've had no issues with this and it's worked as expected. I appreciate having this compact steamer added to my cleaning routine.

Report

Travis W.

**Very, very useful tool!**

2026/1/11 09:55
Amazon.com: Handheld Steam Cleaner,2500W Steamer for Cleaning 1.69 Quarts Large Capacity Tank, Temperature Steamer for...
Case 1:25-cv-09099-RA-BCM    Document 15-3    Filed 01/30/26    Page 266 of 267...

Home & Kitchen ▾

with a lot of coffee, you know how difficult it can be to clean that burned on coffee oil and milk residue - to steaming the wrinkles out of my favorite linen sports coat, and I have decided that I will not ever be without a steam cleaner again.

This is a very useful cleaning tool, and comes with a variety of ends that will fit into various places. Combined with my existing wet-vac this makes short work of carpet messes too when you need extra cleaning power.

I did find setting this thing up a bit difficult - the instructions are terrible and don't match this version of the product, which has a digital display, not a LED light. I also found it confusing that the machine required a separate set of AAA batteries in the steam wand (?) in order to operate - I have no idea why they would choose to do this in this particular way, unless they were trying to save money and complexity by not running that 3 volts in wiring alongside the hose? Very odd engineering choice, IMO. But you can't argue with results, and this thing does a very good job at what it does.

I will say that this thing is *loud* at full volume - the cats reacted to it as they do to the vacuum cleaner. It's loud enough that you will have to shout to be heard over it.

Report

  The Hat Guy

**Compares positively with my previous steam devices**

Reviewed in Canada on August 25, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

After struggling with traditional mopping for years and trying various steam mops from Bissell and Shark, I picked up this handheld steamer mainly because I needed something for cleaning my car interior too, and honestly it's replaced almost all my other cleaning tools at this point. What sold me initially was the large tank capacity compared to other handhelds I looked at, most are under a quart but this holds almost 1.7 quarts which means less interruption for refills, though it does make the unit heavier when full which you definitely feel after cleaning for a while.

The real game-changer for me has been using this on my bathroom, where the combination of the angled nozzle attachment and high pressure steam literally melts away that pink mildew stuff that grows in shower corners without any scrubbing or bleach smell. Compared to my old Shark steam mop this is way more versatile since you can use it on vertical surfaces, furniture, even cleaned my grill grates with it last weekend, though the Shark was admittedly easier for doing large floor areas quickly. The adjustable handle positions are helpful when switching between floor cleaning and detail work,

˅ Read more

Report

  Gardner

**Get ready to clean cracks and crevices that you've never been able to before.**

Reviewed in Canada on August 3, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

Holy cow, this was an amazing upgrade from my cheap steamer from US Walmart! I initially grabbed this steamer for detailing cars but couldn't wait to test it out at home. I started cleaning what I would argue is the most greasy spot in the house, the microwave. Our microwave doesn't vent outside and does a subpar job extracting all the cooking grease from the air so it gets dirty incredibly fast and is super hard to clean.

This steamer with the brush attachment turned a couple hour scrubbing job into 15 minutes of light labour. I've used it to clean the stove, oven, fridge, and our white cabinets inside and out. I kind of got out of control just walking around the house cleaning things. Generally the way a homes electrical is laid out, you should be able to reach the majority of spots without an extension coard.

I was a little pressed when I realized I needed two batteries to operate the handle, but honestly, I understand the decision for that. No extra cables are running through the hose to the handle; this

˅ Read more

Report

**See more reviews** ›

2026/1/11 09:55 Amazon.com: Handheld Steam Steamer,2500W Steamer for Cleaning 1.69 Quarts Large Capacity Tank, Temperature steamer for...

Case 1:25-cv-09099-RA-BCM Document 15-3 Filed 01/30/26 Page 267 of 267

Deliver to
New York 10010

Home & Kitchen ▾

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Information about the FTC Prime settlement

Registry & Gift List

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates