AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jiafan Chen<br>*Plaintiff*<br>v.<br>Partnerships and Unincorporated Associations Identi<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 25-cv-09099 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Guangzhou Yuxiu Technology Co., Ltd. d/b/a ODSD-US .

Date: 04/22/2026

/s/ Wei Wang
*Attorney's signature*

Wei Wang #5932249
*Printed name and bar number*

41 Madison Avenue, Suite 2529
New York, NY 10010
*Address*

wei.wang@glacier.law
*E-mail address*

(212) 729-5073
*Telephone number*

*FAX number*