UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/28/26__

JIAFAN CHEN,

        Plaintiff,

    -against-

PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A, et al.,

        Defendants.

25-CV-9099 (RA) (BCM)

**ORDER RESCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the upcoming Show Cause hearing scheduled before the Hon. Ronnie Abrams, U.S. District Court Judge, for June 5, 2026 (Dkt. 30), the Initial Case Management Conference, previously scheduled for April 30, 2026, is ADJOURNED to **July 9, 2026 at 10:00 a.m.** The parties' *joint* pre-conference statement, *see* 3/20/26 Order (Dkt. 20) at 1, will now be due no later than **July 2, 2026**.

Dated:  New York, New York
       April 28, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**