# NITIN KAUSHIK

ATTORNEY & COUNSELOR AT LAW

June 10, 2026

**VIA CM/ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Chen v. Partnerships and Unincorporated Associations Identified on schedule A**
**Case No. 25-cv-09099-RA-BCM**

Dear Judge Moses:

We represent Plaintiff in the above-captioned matter. We respectfully submit this letter requesting a brief adjournment of the Initial Case Management Conference currently scheduled for July 9, 2026, at 10:00 a.m., and the corresponding deadline to file the parties' joint pre-conference statement, currently due July 2, 2026.

By Order dated April 28, 2026, the Court adjourned the Initial Case Management Conference to July 9, 2026, at 10:00 a.m., and directed that the parties' joint pre-conference statement be filed no later than July 2, 2026. Undersigned counsel, Nitin Kaushik, has pre-existing personal travel during the month of July and will not return until July 25, 2026. Accordingly, counsel respectfully requests that the Initial Case Management Conference be adjourned to a date after July 25, 2026, at the Court's convenience.

This request is made in good faith and not for purposes of delay. No prejudice will be caused to any party by the requested adjournment. The case schedule will not be materially affected, and the parties will be able to submit the joint pre-conference statement in advance of the rescheduled conference on any schedule set by the Court.

Subject to the Court's convenience, counsel is available on July 29, July 30, July 31, or any date thereafter that is convenient for the Court.

Plaintiff respectfully requests that the Court adjourn the Initial Case Management Conference to a date after July 25, 2026, and extend the deadline for the parties' joint pre-conference statement to one week before the rescheduled conference, or to such other date as the Court deems appropriate.

Plaintiff has not yet obtained Defendants' position on this request. Plaintiff is serving this letter motion through CM/ECF and will promptly advise the Court if Defendants oppose or consent to the requested adjournment.

Sincerely,

Nitin Kaushik

Nitin Kaushik
Kaushik & Associates, PLLC
*Attorney for Plaintiff*