UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAFAN CHEN,

                Plaintiff,

v.

PARTERNSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

                Defendants.

25-CV-9099 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated in the hearing held on June 5, 2026, the Court denies Plaintiff's application for a Preliminary Injunction. *See* Dkt. No. 18 ("Mot. for Preliminary Injunction"). Plaintiff is further ordered to file fully unredacted versions of the Amended Complaint, Schedule A, and Exhibit A on the docket and serve all relevant unredacted documents on Defendants.

SO ORDERED.

Dated:    June 11, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge

1