# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAFAN CHEN,<br><br>                    *Plaintiff,*<br><br>*v.*<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>                    *Defendants.* | **Case No. 25-cv-9099 (RA)**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Jiafan Chen in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on June 11, 2026 (ECF No. 37), denying Plaintiff's motion for a Preliminary Injunction.

This appeal is taken as of right pursuant to 28 U.S.C. § 1292(a)(1).

Dated: New York, New York

June 12, 2026

Respectfully submitted,
/s/ Nitin Kaushik
Nitin Kaushik
1600 Perrineville Rd
Ste 2-400
Monroe Township, NJ 08831
Tel: 908-560-7265
Email: nkaushik@kaushiklex.com
*Counsel for Plaintiff Jiafan Chen*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Clerk of Court using the CM/ECF system and served upon all counsel of record by the method(s) permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

/s/ Nitin Kaushik
Nitin Kaushik

2