# EXHIBIT A

US0D1083260S

(12) **United States Design Patent**      (10) Patent No.:      **US D1,083,260 S**

Chen      (45) Date of Patent:   ✱✱   **Jul. 8, 2025**

(54) **STEAM CLEANER**

(71) Applicant: **Jiafan Chen**, Quanzhou (CN)

(72) Inventor: **Jiafan Chen**, Quanzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/987,332**

(22) Filed: **Jan. 23, 2025**

(51) **LOC (15) Cl.** ............................................... **15-05**

(52) **U.S. Cl.**
     USPC ......................................................... **D32/17**

(58) **Field of Classification Search**
     USPC .................. D32/1, 15, 17, 21, 23; D23/356;
     D30/158

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D242,210 S  *  11/1976  Parise et al. ................... D32/21
D270,298 S  *   8/1983  Ayukawa ....................... D32/21

(Continued)

FOREIGN PATENT DOCUMENTS

CN          306072060       *   9/2020

OTHER PUBLICATIONS

Gautye Steam Cleaner, available in Amazon.com, date first available Jul. 4, 2024 [online], [site visited Mar. 4, 2025], Available from the internet URL: https://www.amazon.com/dp/B0D8T3GD5F (Year: 2024).*

(Continued)

*Primary Examiner* — Lakiya G Rogers
*Assistant Examiner* — Jennylou M Binas

(74) *Attorney, Agent, or Firm* — Jose Cherson Weissbrot

(57) **CLAIM**

The ornamental design for a steam cleaner, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, top perspective view of a steam cleaner, showing my new design;
FIG. **2** is a rear, left, bottom perspective view thereof;
FIG. **3** is a front elevational view of the enlarged scale thereof;
FIG. **4** is a rear elevational view of the enlarged scale thereof;
FIG. **5** is a left side view of the enlarged scale thereof;
FIG. **6** is a right side view of the enlarged scale thereof;
FIG. **7** is a top plan view of the reduced scale thereof;
FIG. **8** is a bottom plan view of the reduced scale thereof;
FIG. **9** is an enlarged view of detail **9** in FIG. **1**;
FIG. **10** is an enlarged view of detail **10** in FIG. **1**;
FIG. **11** is an enlarged view of detail **11** in FIG. **1**;
FIG. **12** is an enlarged view of detail **12** in FIG. **2**;
FIG. **13** is an enlarged view of detail **13** in FIG. **2**;
FIG. **14** is an enlarged view of detail **14** in FIG. **2**;
FIG. **15** is an enlarged view of detail **15** in FIG. **3**;
FIG. **16** is an enlarged view of detail **16** in FIG. **3**;
FIG. **17** is an enlarged view of detail **17** in FIG. **5**;
FIG. **18** is an enlarged view of detail **18** in FIG. **6**;
FIG. **19** is an enlarged view of detail **19** in FIG. **6**;
FIG. **20** is an enlarged view of detail **20** in FIG. **7**;
FIG. **21** is an enlarged view of detail **21** in FIG. **7**;
FIG. **22** is an enlarged view of detail **22** in FIG. **8**; and,
FIG. **23** is an enlarged view of detail **23** in FIG. **8**.
The dashed broken lines in the figures are for the purposes of illustrating portions of the steam cleaner and form no part of the claimed design.
The short-short-long dashed broken lines immediately adjacent to the claimed areas in the views represent the boundaries of the design and form no part of the claimed design. The dash-dot-dash broken lines are for notating enlarged views and form no part of the claimed design.

**1 Claim, 23 Drawing Sheets**



## US D1,083,260 S

Page 2

(58) **Field of Classification Search**
CPC ........ A47L 11/4086; A47L 5/32; A47L 5/362;
A47L 9/0411; A47L 9/32; A47L 2601/03;
A47L 25/00; A47L 2601/04; A47L
9/2821; A47L 15/4234; B08B 2230/01;
B08B 3/026; B08B 3/00; B08B 9/023;
B08B 9/0813; B08B 9/093
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D659,919 S | | 5/2012 | Lin |
| D707,900 S | | 6/2014 | Ediger |
| D825,121 S | | 8/2018 | Kahn |
| D869,107 S | | 12/2019 | Israel |
| D876,734 S | * | 2/2020 | Chen ............................... D32/21 |
| D894,506 S | | 8/2020 | Protet |
| D935,116 S | * | 11/2021 | Protet ............................ D32/17 |
| D940,412 S | | 1/2022 | Choe |
| D950,172 S | | 4/2022 | Ben-Simon |
| D979,163 S | | 2/2023 | Chan |
| D995,960 S | | 8/2023 | Liu |
| D998,918 S | | 9/2023 | Zhang |
| D1,002,962 S | * | 10/2023 | Chen ............................. D30/158 |
| D1,006,359 S | * | 11/2023 | Zhong ............................ D32/21 |
| D1,017,156 S | * | 3/2024 | Morand .......................... D32/21 |

OTHER PUBLICATIONS

Hotoby Steam Cleaner, available in Amazon.com, date first available Apr. 25, 2024 [online], [site visited Mar. 4, 2025], Available from the internet URL: https://www.amazon.com/Pressure-Handheld-adjustable-Portable-Detailing/dp/B0D2HZX6XN (Year: 2024).*
VortexPeak Steam Cleaner, available in Amazon.com, date first available Sep. 3, 2024 [online], [site visited Mar. 4, 2025], Available from the internet URL: https://www.amazon.com/dp/B0DSLJV7LR (Year: 2024).*

* cited by examiner



FIG.1



FIG.2

FIG.3



FIG.4

U.S. Patent   Jul. 8, 2025   Sheet 5 of 23   US D1,083,260 S



FIG.5



FIG.6



*FIG.7*



FIG.8



*FIG.9*



FIG.10



FIG.11



*FIG.12*



FIG. 13



FIG.14



FIG.15



FIG.16



FIG.17



*FIG.18*



*FIG.19*



FIG.20



FIG.21



*FIG.22*



FIG.23