# NITIN KAUSHIK

ATTORNEY & COUNSELOR AT LAW

June 22, 2026

**VIA CM/ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Chen v. Partnerships and Unincorporated Associations Identified on schedule A**
**Case No. 25-cv-09099-RA-BCM**

Dear Judge Moses:

We represent Plaintiff in the above-captioned matter. We respectfully submit this letter requesting a brief adjournment of the Initial Case Management Conference currently scheduled for July 9, 2026, at 10:00 a.m., and the corresponding deadline to file the parties' joint pre-conference statement, currently due July 2, 2026.

By Order dated April 28, 2026, the Court adjourned the Initial Case Management Conference to July 9, 2026, at 10:00 a.m., and directed that the parties' joint pre-conference statement be filed no later than July 2, 2026. Undersigned counsel, Nitin Kaushik, has pre-existing personal travel during the month of July and will not return until July 25, 2026. Accordingly, counsel respectfully requests that the Initial Case Management Conference be adjourned to a date after July 25, 2026, at the Court's convenience.

This request is made in good faith and not for purposes of delay. No prejudice will be caused to any party by the requested adjournment. The case schedule will not be materially affected, and the parties will be able to submit the joint pre-conference statement in advance of the rescheduled conference on any schedule set by the Court.

Subject to the Court's convenience, counsel is available on July 29, July 30, July 31, or any date thereafter that is convenient for the Court.

Plaintiff respectfully requests that the Court adjourn the Initial Case Management Conference to a date after July 25, 2026, and extend the deadline for the parties' joint pre-conference statement to one week before the rescheduled conference, or to such other date as the Court deems appropriate.

Plaintiff requested consent from the defendants. The email sent to the Defendants is enclosed with this letter. But only one Defendant has consented, and the reply is enclosed with this letter. The undersigned has not yet received a reply from the second defendant until the filing of this letter.

Sincerely,

Nitin Kaushik

Nitin Kaushik
Kaushik & Associates, PLLC
*Attorney for Plaintiff*

 **Gmail**

Nitin Kaushik <nitin.kaushik@gmail.com>

---

## 1:25-cv-09099-RA-BCM Chen v. Partnerships and Unincorporated Associations Identified on schedule A

1 message

---

**Nitin Kaushik** <nitin.kaushik@gmail.com>                                    Fri, Jun 12, 2026 at 9:34 AM
To: Lance Liu <lanceliu2000@gmail.com>, "Wang, Wei" <wei.wang@glacier.law>

Dear Counselors,

I represent Plaintiff in the above-referenced matter. As you may have seen, I filed a motion seeking an adjournment of the conference currently scheduled for July 2, 2026.

I apologize for filing the motion before first seeking your position. I have a pre-existing travel commitment in July and will not return until July 25, 2026. Accordingly, I respectfully ask whether you would consent to an adjournment of the conference to a date after my return.

I would greatly appreciate your courtesy and consent to this request.


Best regards,

Nitin Kaushik

 Gmail

Nitin Kaushik <nitin.kaushik@gmail.com>

## Re: 1:25-cv-09099-RA-BCM Chen v. Partnerships and Unincorporated Associations Identified on schedule A

1 message

**Wang, Wei** <wei.wang@glacier.law>                                      Mon, Jun 15, 2026 at 9:29 AM
To: Nitin Kaushik <nitin.kaushik@gmail.com>

No objection.

Outlook for iOS

发件人: Nitin Kaushik <nitin.kaushik@gmail.com>
发送时间: Friday, 12 June 2026 08:34:51
收件人: Lance Liu <lanceliu2000@gmail.com>; Wang, Wei <wei.wang@glacier.law>
主题: 1:25-cv-09099-RA-BCM Chen v. Partnerships and Unincorporated Associations Identified on schedule A

Dear Counselors,

I represent Plaintiff in the above-referenced matter. As you may have seen, I filed a motion seeking an adjournment of the conference currently scheduled for July 2, 2026.

I apologize for filing the motion before first seeking your position. I have a pre-existing travel commitment in July and will not return until July 25, 2026. Accordingly, I respectfully ask whether you would consent to an adjournment of the conference to a date after my return.

I would greatly appreciate your courtesy and consent to this request.


Best regards,

Nitin Kaushik