**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

Jiafan Chen,

                Plaintiffs,

v.

PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

                Defendants.

Case No. 1:25-CV-09099

Judge: Hon. Ronnie Abrams

Magistrate Judge: Hon. Barbara C. Moses

**DEFENDANTS GANGGEND, KW HOME&GARDEN, JOYGO-US, TWOOASES, DAAN-US, GRANARBOL, FLGOCEXS, YUBODA-US, QGUO-US, TOSXW-US, CKDUSCPRO-US, KONLU AND SVLVHOOL'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

Pursuant to Fed. R. Civ. P. Rule 12(b)(5), Defendants GANGGEND, KW HOME&GARDEN, JOYGO-US, TWOOASES, DAAN-US, GRANARBOL, FLGOCEXS, YUBODA-US, QGUO-US, TOSXW-US, CKDUSCPRO-US, KONLU AND SVLVHOOL ("Defendants") through their undersigned counsel, hereby move this Court to dismiss the present case for insufficient service of process.

**I.       Factual Statement**

The Plaintiff filed the present case on November 13, 2025 [Dkt. No. 1], Plaintiff has made no effort to serve the summons and complaint on the Defendants over the last eight months even as the Plaintiff applied for Preliminary Injunction against Defendants [Dkt. No. 18] and then filed a Notice of Appeal to the Second Circuit Court[1] [Dkt. No. 39].

---

[1] Because Plaintiff failed to serve the summons and complaint on any of the Defendants in this case, the Defendants are technically not parties to this action as the Court has not gained personal jurisdiction over any of the Defendants. Moreover, the Plaintiff has not shown any evidence to show that this Court has personal jurisdiction over any of the defendants.

On April 24, 2026, the Court ordered Plaintiff to file proof of service on the docket by May 1, 2026 [Dkt. No. 30] and Plaintiff openly disobeyed the April 24, 2026 Court Order and has not remedied its noncompliance as of today, June 23, 2026.

## II.    Legal Standard

Under Fed. R. Civ. P. Rule 4(m), "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

The law of the case commands that Plaintiff file proof of service by May 1, 2026 [Dkt. No. 30].

## III.    Arguments

Since the Plaintiff filed the present case on November 13, 2025 [Dkt. No. 1], it has made no effort to serve the summons and complaint on the Defendants. Plaintiff continuously ignore Rule 4(m) over the last eight months.

Plaintiff further violated the April 24, 2026 Court Order by failing to file proof of service on the docket by May 1, 2026 and has not remedied its noncompliance as of today, June 23, 2026.

Plaintiff's violations of Rule 4(m) and the April 24, 2026 Court Order mandate a dismissal of the case in its entirety.

## IV.    Conclusion

For the reasons stated above, the court must dismiss the present action in its entirety without prejudice.

June 24, 2026                          BY:    /s/lance liu
                                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                              Lance Liu, Esq.
                                              Attorney for Quinear Wellness
                                              15 Minuteman Circle
                                              Southbury, CT 06488
                                              Email: lanceliu2000@gmail.com
                                              Phone: (203)706-9536

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

/s/lance liu

BY: Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536
Attorney for Defendants

4