# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CHEN,

      *Plaintiff*,

v.

PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

      *Defendants*.

Case No. 1:25-cv-09099-RA-BCM

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name |
| --- |
| TwoOases |

Each party shall bear their own attorney's fees and costs. This Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

The case shall remain against the other named Defendants identified in Schedule A to the Complaint. Plaintiff respectfully requests that the Clerk of Court terminate the above-identified Defendant as a party to this action.

Dated:    July 22, 2026.

THE LAW OFFICE OF X. LYU, PLLC

By: */s/   Xintong Lyu*

Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing, New York 11354
Phone: (212) 812-8253
Email: catherine.lyu@lyulawpllc.com