# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JIAFAN CHEN,

      *Plaintiff*,

v.

PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      *Defendants*.

Case No. 1:25-cv-09099-RA-BCM

**Judge Ronnie Abrams**

**Magistrate Judge Barbara C. Moses**


## [PROPOSED] ORDER

Plaintiff's motion for leave to file an out-of-time opposition to Defendants' Motion to Dismiss for Insufficient Service of Process (Dkt. 43) is GRANTED.

Plaintiff shall file his opposition to Dkt. 43 no later than July 27, 2026. The Moving Defendants shall file any reply no later than August 3, 2026.


**SO ORDERED.**


Dated: _____, 2026


_____
**HON. RONNIE ABRAMS**
**UNITED STATES DISTRICT JUDGE**