MANDATE

1:25-cv-09099-RA-BCM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: Aug 18 2026

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six,

---

Jiafan Chen,

Plaintiff - Appellant,

v.

Partnerships and Unincorporated Associations identified on Schedule A, Guangzhou Yuxiu Technology Co., Ltd., agent of ODSD-US, Ganggend, KW Home&Garden, Joygo-us, TwoOases, Daan-us, Granarbol, Flgocex, YUBODA-US, QGUO-US, TOSXW-US, KONLU, CKductpro-US, SVLVHOOL,

Defendants - Appellees,

---

**ORDER**
Docket No. 26-1645

A notice of appeal was filed on June 12, 2026. The Appellant's Form C due June 26, 2026, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 30, 2026, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/18/2026