**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jiafan Chen

v.

Partnerships and Unincorporated Associations Identified on Schedule A, et al.

**Case No. 1:25-cv-09099-RA-BCM**

---

# RIDER TO SUMMONS

## DEFENDANTS REPRESENTED BY LANCE LIU

The summons is directed to the following Defendant(s):

1. Ganggend
2. KW Home&Garden
3. joygo-us
4. daan-us
5. Granarbol
6. Flgocex
7. YUBODA-US
8. QGUO-US
9. KONLU
10. CKductpro-US
11. SVLVHOOL

**Service through counsel:**

Lance Liu
15 Minuteman Circle
Southbury, CT 06488
203-706-9536
lanceliu2000@gmail.com

*This rider is attached to and incorporated into the foregoing AO 440 Summons in a Civil Action.*