**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JIAFAN CHEN,

*Plaintiff,*

v.

PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

*Defendants*.

Case No. 1:25-cv-09099-RA-BCM

**Judge Ronnie Abrams**

**Magistrate Judge Barbara C. Moses**

**PLAINTIFF JIAFAN CHEN'S STATUS REPORT REGARDING ISSUANCE AND SERVICE OF SUMMONSES**

Plaintiff Jiafan Chen ("Plaintiff"), through undersigned counsel, respectfully submits this Status Report to explain the delay in correcting the proposed summonses and completing service upon the remaining Defendants.

1. Plaintiff originally retained attorney Nitin Kaushik to prosecute this action. On June 24, 2026, prior counsel filed a Request for Issuance of Summonses. Dkt. 44. On June 26, 2026, the Clerk issued a Notice of Deficient Request for Issuance of Summons, explaining that the filing was deficient and directing counsel to refile either separate summons requests or a single summons with an appropriate rider/addendum. Prior counsel did not correct the deficiency.

2. The failure to correct the summons filing and resulting delay in service were not authorized by, consented to, or known to Plaintiff. Plaintiff did not instruct prior counsel to suspend service or otherwise delay this action.

3. After becoming dissatisfied with the lack of progress in the case, Plaintiff retained Jian Wang and Xintong Lyu of The Law Office of X. Lyu, PLLC, and expressly instructed Mr. Kaushik to withdraw from further representation. Attorneys Wang and Lyu thereafter appeared on Plaintiff's behalf.

4. Upon appearing, current counsel promptly addressed the matters requiring immediate attention. At that time, Defendants had already filed a Motion to Dismiss for Insufficient Service of Process. Dkt. 43, and no opposition had been filed by prior counsel. Current counsel promptly sought leave to respond and thereafter filed Plaintiff's opposition to that motion. Dkt. 52.

5. At the same time, current counsel actively engaged with appearing Defendants regarding potential resolution of this action. Those efforts resulted in settlements and voluntary dismissals as to TwoOases, Dkt. 48, and TOSXW-US, Dkt. 55. Current counsel thus devoted the initial period following their appearance to addressing the outstanding dispositive motion and resolving claims against Defendants willing to settle.

6. During this transition, however, the June 26 deficiency concerning issuance of the summonses remained uncured. That omission originated during prior counsel's representation and was not the result of any decision by Plaintiff to delay service. Plaintiff neither authorized nor consented to prior counsel's failure to correct the summons filing after receiving the Clerk's deficiency notice.

7. Current counsel has now identified the outstanding summons issue and has prepared corrected AO 440 summonses with riders identifying the remaining Defendants. Plaintiff intends to promptly file the corrected summons requests and, upon issuance, proceed with service in accordance with Federal Rule of Civil Procedure 4 and any applicable agreements concerning acceptance of service by appearing defense counsel.

8. Plaintiff respectfully submits that the record demonstrates no intent to abandon or delay this action. To the contrary, after retaining current counsel, Plaintiff promptly addressed the outstanding Motion to Dismiss, actively pursued settlement with appearing Defendants, obtained dismissals of two Defendants through settlement, and is now correcting the summons deficiency left unresolved by prior counsel.

9. Accordingly, Plaintiff respectfully requests that the Court accept this Status Report as an explanation for the delay and permit Plaintiff to promptly complete issuance and service of the corrected summonses upon the remaining Defendants.

Dated: August 25, 2026.

**THE LAW OFFICE OF X. LYU, PLLC**

By: */s/ Xintong Lyu*
Xintong Lyu, NYSBA No. 6253975
36-36 Prince St., Ste 309A
Flushing New York 11354
(212) 812-8253
catherine.lyu@lyulawpllc.com

Jian Wang, NYSBA No. 6315865
36-36 Prince St., Ste 309A
Flushing, New York 11354
Phone: (212) 812-8253
Email: jwang@lyulawpllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2026, the foregoing document was filed electronically with the Clerk of the Court for the United States District Court for the Southern District of New York using the Court's Electronic Case Filing System, which will send notification to all attorneys of record in this case.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: *<u>/s/ Xintong Lyu</u>*
Xintong Lyu