UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAFAN CHEN,<br>Plaintiff,<br>v.<br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>Defendants. | 25-CV-9099 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' motion for sanctions and other relief with respect to Plaintiff's return of service. Dkt. 65. Plaintiff shall respond to the motion no later than November 9, 2027. To the extent Defendants seek to reply to such response, they shall do so no later than November 12, 2027.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge