# Lance Y. Liu, Esq.

Lance LIU*, PhD., Esq.
*Licensed in NY & NJ

Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Phone: 203-706-9536
Email: lanceliu2000@gmail.com
Date: November 12, 2026

VIA CM/ECF
HON. Ronnie Abrams
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: Jiafan Chen v. PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, Civil Action No. 1:25-cv-09099-RA-BCM

Dear Judge Abrams:

Defendants CKductpro-US, daan-us, Flgocex, Ganggend, Granarbol, joygo-us, KONLU, KW Home&Garden, QGUO-US, and SVLVHOOL ("Defendants") respectfully request leave to submit the attached limited supplemental memorandum and the WeChat communications produced today by Plaintiff's counsel Jian Wang. The proposed supplement concerns communications bearing on whether Mr. Wang previously consulted with a representative of defendants about potential representation in this same action and the related responses to the appeal to the second circuit court filed by attorney Nitin Kaushik, before joining attorney Kaushik as co-counsel for Plaintiff.

The request is narrowly tailored. Defendants do not seek to reargue the pending service issues or expand their existing motion with unrelated allegations. The communications are relevant to the Court's consideration of Wang's subsequent adverse representation and the duties governing prospective-client consultations under New York Rule of Professional Conduct 1.18.

The 10-page WeChat PDF supplied by Wang identifies this action by case number 25-cv-09099 and reflects discussion of the preliminary-injunction denial, service and procedural issues, the appeal pursued by Plaintiff, a potential response by defendants, and proposed fees for representation. Defendants believe that they only obtained part of the WeChat communications from Wang.

The proposed supplement raises both a distinct professional-responsibility issue and Wang's strategy to win Plaintiff's case by vexatious litigation and attrition with knowledge gained from Defendants on their lack of financial resources in the Wechat discussion. Defendants respectfully seek leave before filing it. Defendants will comply with any schedule or page limit the Court directs.

Respectfully submitted,

/s/ Lance Liu

Lance Liu, Esq.
Counsel of Record for Defendants
15 Minuteman Circle
Southbury, CT 06488
lanceliu2000@gmail.com
(203) 706-9536

HON. Ronnie Abrams
11/12/2026

**Certificate of Service**

I hereby certify that on November 12, 2026, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

/s/lance liu
BY: Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536