# PROPOSED EXHIBIT A




## ENGLISH TRANSLATION — PAGE 1

DEFENDANTS' REPRESENTATIVE (WHITE)

We have a case in the Southern District of New York. After the judge denied the plaintiff's PI (preliminary-injunction) motion, the plaintiff's lawyer appealed. In this kind of situation, generally you just file a response to the appeal and wait for the appellate court's decision, right?

ATTORNEY WANG (GREEN)

Right.

DEFENDANTS' REPRESENTATIVE (WHITE)

Usually, responding to an appeal like this costs quite a bit. This is a design-patent case, and the evidence prepared at the design stage on our side is actually quite sufficient.

ATTORNEY WANG (GREEN)

Let me have the case number.

DEFENDANTS' REPRESENTATIVE (WHITE)

25-cv-09099.

ATTORNEY WANG (GREEN)

I need to see whether the PI was denied on procedural grounds or on the substance.

DEFENDANTS' REPRESENTATIVE (WHITE)

Wouldn't it be denied on both procedural and substantive grounds?

DEFENDANTS' REPRESENTATIVE (WHITE)

After the procedural issue is resolved, what happens if he appeals again? (Continues on page 2.)

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 2

DEFENDANTS' REPRESENTATIVE (WHITE)

After the procedural issue is resolved, what happens if he appeals again?

ATTORNEY WANG (GREEN)

18-second voice message; audio not included in the PDF.

DEFENDANTS' REPRESENTATIVE (WHITE)

I want to know what grounds they are appealing on—whether procedural or substantive—and then deal with the case. I'm not saying we should choose one approach in advance. I want to see how they appeal and what they say we did wrong; then we can decide what to do.

DEFENDANTS' REPRESENTATIVE (WHITE)

I can't see how they appealed. I can only see that they filed an appeal.

DEFENDANTS' REPRESENTATIVE (WHITE)

Then take a look.

ATTORNEY WANG (GREEN)

I see it.

ATTORNEY WANG (GREEN)

6/11 denial of PI.

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 3

**ATTORNEY WANG (GREEN)**
As for the appellate response…

**ATTORNEY WANG (GREEN)**
Probably around US$10,000, because this case is relatively simple.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
I can't see the grounds of appeal right now.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
Quoted voice-message label: "[redacted]" (18 seconds); audio not included.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
Can you get the other side's appellate brief?

**ATTORNEY WANG (GREEN)**
I still can't see it now.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
Or the notice of appeal.

**ATTORNEY WANG (GREEN)**
They haven't drafted it yet.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
Mm.

**DEFENDANTS' REPRESENTATIVE (WHITE)**
The appellate clerk keeps urging them to file an appearance.

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 4

DEFENDANTS' REPRESENTATIVE (WHITE)

They haven't followed up; anyway, they just sent an email notification.

ATTORNEY WANG (GREEN)

Then there's no need to rush.

ATTORNEY WANG (GREEN)

Why didn't the previous lawyer handle the appeal?

ATTORNEY WANG (GREEN)

The PI wasn't granted, so it doesn't look very promising.

ATTORNEY WANG (GREEN)

28-second voice message; audio not included.

DEFENDANTS' REPRESENTATIVE (WHITE)

Let me explain generally how this works in the SDNY. When a PI is denied, it is usually this kind of broad denial. There are two reasons: first, the Hague Convention service issue; second, the issue concerning that joinder (the speaker says "joiner"). I don't know what that is. The order doesn't explain in detail, but it must be one of those two things—the PI issue or the Hague Convention issue. So this should be a procedural PI denial. I think this case should still be fairly easy to handle.

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 5

**ATTORNEY WANG (GREEN)**

8-second voice message; audio not included.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

I've looked at this case. It was because of the Hague Convention issue, so the PI was denied on that basis. The total quoted fee is US$18,000. Can we win the plaintiff's case? If we can win, then we take it; if we can't, then we don't.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

Does the entire fee cover both the appeal portion and the subsequent handling of the case in the Southern District of New York?

**ATTORNEY WANG (GREEN)**

Yes.

**ATTORNEY WANG (GREEN)**

6-second voice message; audio not included.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

If the appeal is won, there isn't much else afterward. There's not much to handle in the SDNY, because the original case was dismissed.

**ATTORNEY WANG (GREEN)**

4-second voice message; audio not included.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

So there would be very little work to do in the SDNY; the work would mainly be in the appellate court.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

What does it mean that the plaintiff's case was dismissed?

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 6

**DEFENDANTS' REPRESENTATIVE (WHITE)**

I'll take another look. If that is indeed the situation, then what comes afterward will be very simple.

**ATTORNEY WANG (GREEN)**

Mm-hmm.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

As I understand it, the original plaintiff's lawyer never addressed the service issue. The complaint could have been dismissed on that basis.

**ATTORNEY WANG (GREEN)**

36-second voice message; audio not included.

**DEFENDANTS' REPRESENTATIVE (WHITE)**

Generally, email service is allowed. But the Hague Convention expressly addresses service when the defendant is in China. China does not allow service by email. So although email service may be effective in U.S. courts, it is ineffective as to Chinese clients. Generally, the TRO is not governed by the Hague Convention, but the PI and default are. The judge saw that the TRO had expired. The PI could not proceed, and default could not proceed either. Since nothing was obtained, the judge dismissed the case. The plaintiff said this was wrong… (continues on page 7.)

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 7

DEFENDANTS' REPRESENTATIVE (WHITE)

…[The message continues from page 6; the visible top fragment ends with:] “That is the logic.”

ATTORNEY WANG (GREEN)

30-second voice message; audio not included.

DEFENDANTS' REPRESENTATIVE (WHITE)

The plaintiff originally had a TRO, and service of the TRO was effective, but service of the PI and default was not effective. We had not consented to jurisdiction and had not waived service or process. The judge said the TRO had ended. The PI could not go forward, and the attachment (the speaker says “A”) could not go forward either. You also had not made a first attempt by sending it directly through the Hague Convention, by a method other than email. In the second year, when nothing had been done, you should have looked for the defendant’s address and done what needed to be done. Then the case was dismissed. That is the reason.

DEFENDANTS' REPRESENTATIVE (WHITE)

If we only need you to handle the appeal portion, can it be done for US$6,000?

ATTORNEY WANG (GREEN)

That’s too low. I can’t do it for that.

Green = Attorney Wang | White = Defendants' representative




## ENGLISH TRANSLATION — PAGE 8

ATTORNEY WANG (GREEN)
That's too low. I can't do it for that.

DEFENDANTS' REPRESENTATIVE (WHITE)
Then is the appeal portion included in the fee you quoted?

ATTORNEY WANG (GREEN)
5-second voice message; audio not included.

DEFENDANTS' REPRESENTATIVE (WHITE)
The appeal portion is US$18,000, right? That covers the entire case, including the appeal.

DEFENDANTS' REPRESENTATIVE (WHITE)
Didn't you just say the appeal and this case would be wrapped up together?

ATTORNEY WANG (GREEN)
5-second voice message; audio not included.

DEFENDANTS' REPRESENTATIVE (WHITE)
Wrapping it up—because there isn't much work, unless we lose the appeal and need to wrap things up. If we win, there isn't much follow-up work.

ATTORNEY WANG (GREEN)
2-second voice message; audio not included.

DEFENDANTS' REPRESENTATIVE (WHITE)
So the wrap-up work would essentially be incidental. What if we bill by the hour?

Green = Attorney Wang | White = Defendants' representative




**ENGLISH TRANSLATION — PAGE 9**

DEFENDANTS' REPRESENTATIVE (WHITE)

Attorney Wang, can we do a flat fee of US$10,000 for this case?

DEFENDANTS' REPRESENTATIVE (WHITE)

This case.

ATTORNEY WANG (GREEN)

I can't do it. Mainly, the Second Circuit case would be troublesome for me to handle.

DEFENDANTS' REPRESENTATIVE (WHITE)

Then tell me how much you can do it for.

ATTORNEY WANG (GREEN)

US$18,000.

DEFENDANTS' REPRESENTATIVE (WHITE)

I'm thinking we could lower it a bit more.

ATTORNEY WANG (GREEN)

Or we could calculate it by the hour? That would be about the same price, and might even be a little cheaper.

ATTORNEY WANG (GREEN)

Then US$15,000… (continues on page 10.)

Green = Attorney Wang | White = Defendants' representative




**ENGLISH TRANSLATION — PAGE 10**

DEFENDANTS' REPRESENTATIVE (WHITE)
Then tell me how much you can do it for.

ATTORNEY WANG (GREEN)
US$18,000.

DEFENDANTS' REPRESENTATIVE (WHITE)
I'm thinking we could lower it a bit more.

ATTORNEY WANG (GREEN)
Or we could calculate it by the hour?

ATTORNEY WANG (GREEN)
That would be about the same price, and might even be a little cheaper.

ATTORNEY WANG (GREEN)
Then US$15,000.

ATTORNEY WANG (GREEN)
I can't go any lower.

ATTORNEY WANG (GREEN)
Why don't you ask another lawyer? I think you may find someone cheaper.

DEFENDANTS' REPRESENTATIVE (WHITE)
Okay, we'll think about US$15,000.

ATTORNEY WANG (GREEN)
Okay.

Green = Attorney Wang | White = Defendants' representative