UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAFAN CHEN,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 1:25-cv-09099-RA-BCM |

**REPLY DECLARATION OF NITIN KAUSHIK IN FURTHER SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

I, Nitin Kaushik, declare as follows:

1. I am an attorney admitted to practice before this Court and have appeared as counsel of record for Plaintiff Jiafan Chen in this action. I submit this reply declaration in further support of my motion under Local Civil Rule 1.4(b) to withdraw as counsel for Plaintiff (ECF Nos. 69–71) and in response to Defendants' opposition (ECF No. 74). It supplements my declaration of November 10, 2026 (ECF No. 70). I have personal knowledge of the facts stated below.

2. On June 14, 2026, I sent an email to Lance Liu, counsel for the appearing Defendants, asking whether he would accept service on his clients' behalf in this action. Mr. Liu replied the same day that his clients did not authorize him to accept service of process. A copy of that exchange is in the record at ECF No. 65-1. I do not dispute that the exchange occurred or what it says.

3. I did not retain, instruct or communicate with the process server whose affirmation appears at ECF No. 64, or with ABC Legal Services, LLC. I did not request or arrange the delivery of the summons and complaint to Mr. Liu on October 13, 2026.

4. I did not prepare, sign or file the return of service at ECF No. 64, and I did not see it before it was filed. A notice of electronic filing for the return was sent to me as counsel of record on October 27, 2026. I did not open that notice or the return at that time. I first reviewed the return and the process server's affirmation on November 12, 2026.

5. I did not prepare, sign or file Plaintiff's opposition to Defendants' motion for sanctions or the supporting declaration (ECF Nos. 67, 68).

6. Since successor counsel appeared on July 17, 2026, I have not been involved in any pleading, motion or other filing in this action, or in litigating Plaintiff's claims. The docket reflects this. My last filing was the letter of June 26, 2026 (ECF No. 45), and every filing made on Plaintiff's behalf from July 17, 2026, until my motion to withdraw was made by successor counsel (ECF Nos. 46–49, 52, 54, 55, 59–61, 64, 67, 68). The only matter I attended to after that date was to conclude, by July 25, 2026, settlement correspondence with counsel for Defendant TOSXW-US that I had begun in early July 2026. Successor counsel documented that settlement and filed the notice of voluntary dismissal as to that defendant (ECF No. 55). TOSXW-US is not among the Defendants who have moved for sanctions.

7. I will respond to any order the Court directs to me concerning Defendants' motion for sanctions (ECF No. 65) and will provide a further declaration or testimony concerning the June 14, 2026, exchange if the Court so directs. I ask that I continue to receive notice of filings in this action until that motion is decided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026, at Monroe Township, New Jersey.

/s/ Nitin Kaushik
Nitin Kaushik